# EXHIBIT A1

Dockets.Justia.com

because prices were artifically low.

The issue was threatening to hold up key global talks on liberalising agricultural trade until the US and African producers last year struck an agreement to hold special talks on cotton within the Doha round.

Benin has estimated that cotton prices fell by about 30 percent last year and the drop was amplified by the decline of the US dollar against the main west African currency, the CFA franc.

The United States said it would study the appeal body's report "carefully and work closely with Congress and our farm community on our next steps".

"Were interested in results, not litigation," Richard Mills, a spokesman for the US Trade Representative said in a statement.

"Getting the results that our farmers want is best achieved through ambitious global agriculture reform, through ongoing multilateral trade negotiations which address market access, export competition and domestic support, including for cotton," he added.

The United States will have six months to bring support for its domestic cotton industry into line once the appeal ruling is formally adopted by the WTO's 148 member states.

Under global trade rules, Brazil would have the opportunity to levy trade sanctions against US goods if Washington fails to comply in time, although the two countries may also negotiate a longer deadline.

**Other top stories (Business)...**
- Greenspan raises idea of consumption tax in US [04 Mar 2005]   Read >>
- Portugal Telecom announces 108 pct profit surge, 1,000 job cuts [03 Mar 2005]   Read >>
- Brent oil price surges to 53 dollars for first time in history [03 Mar 2005]   Read >>
- WTO upholds ruling against US cotton subsidies [03 Mar 2005]   Read >>
- Brent oil price surges to 53 dollars for first time in history [03 Mar 2005]   Read >>
- Brent oil price surges to new record high above 52 dollars [03 Mar 2005]   Read >>
- Dollar creeps up against euro on US data [03 Mar 2005]   Read >>
- Brent oil price surges to new record high above 52 dollars [03 Mar 2005]   Read >>
- ECB holds rates steady as economy falters [03 Mar 2005]   Read >>
- Greenspan raises idea of consumption tax in US [03 Mar 2005]   Read >>
- US jobless claims fall to 310,000 [03 Mar 2005]   Read >>
- Rosneft, Gazprom merger hits snag [03 Mar 2005]   Read >>
- Bank of America paying 461 mln dlrs to settle WorldCom litigation [03 Mar 2005]   Read >>
- Greenspan raises idea of consumption tax in US [03 Mar 2005]   Read >>
- US productivity revised up to 2.1 percent in fourth quarter [03 Mar 2005]   Read >>
- Havas swings into profit in 2004, targets higher earnings this year [03 Mar 2005]   Read >>
- Hynix posts all-time high operating profit in 2004 [03 Mar 2005]   Read >>
- Trichet slams EU's extension of deadline for Greece to cut public deficit [03 Mar 2005]   Read >>
- ECB cuts eurozone growth, inflation forecasts [03 Mar 2005]   Read >>
- ECB raises expectations for oil prices, euro-dollar exchange rate [03 Mar 2005]   Read >>

Archives >>

© AFP.

© Copyright : Telecom Plus Ltd | Acceptable Use Policy | Disclaimer | Advertise with us



Web   Images   Groups   **News**   Froogle   Local^(New!)   more »   Advanced N

[Search News]   [Search the Web]

Search and browse 4,500 news sources updated continuously.

- Top Stories
- World
- U.S.
- > Business
- Sci/Tech
- Sports
- Entertainment
- Health

✉ News Alerts

About Google News

## Business


CIO Today

### Oil Ends Near Record
Reuters - **49 minutes ago**
US oil futures surged within striking distance of a new record on Thursday but ended off their peaks after OPEC-member Nigeria said the cartel could raise production to rein in runaway prices.
Crude-Oil Futures Top $55, Near Record High Smartmoney.com (subscription)
Oil prices climb near $55 a barrel mark BusinessWeek
Age (subscription) - Forbes - ABC News - BBC News - all 490 related »


E-Commerce Times

### UPDATE 4-Greenspan says hybrid tax system best reform route
Reuters - **54 minutes ago**
Replacing the tax on income with one on spending could boost growth, but likely opposition means a hybrid may be the best approach to reforming taxation, Federal ...
Greenspan backs tax revamp CNN International
Greenspan Says Consumption Tax Could Spur Growth New York Times
Wired News - Bloomberg - ABC News - MarketWatch - all 338 related »


Buffalo News

### Ebbers lawyer attacks star gov't witness
BusinessWeek - **1 hour ago**
MAR. 3 2:39 PM ET A lawyer for ex-WorldCom Inc. chief Bernard Ebbers turned his closing argument Thursday into a blistering attack on star prosecution witness Scott Sullivan, calling him a crafty liar with Broadway-worthy acting skills.
Defense Paints Ebbers as Big-Picture CEO Smartmoney.com (subscription)
Ebbers' Lawyer Slams Sullivan TheStreet.com
Jackson Clarion Ledger - E-Commerce Times - USA Today - Bloomberg - all 924 related »


Finance Gates

### FDA Updates Crestor Warning Information
WebMD - **58 minutes ago**
March 3, 2005 -- The FDA has issued a public health advisory to further explain the risks and benefits of the cholesterol-lowering drug Crestor.
London shares close higher but off session peak Designerz.com
AstraZeneca Shares Rise 3.8% as Crestor Worries Ease (Update5) Bloomberg
New Ratings - Forbes - Finance Gates - Business World - all 165 related »


TechNewsWorld

### MCI Paying Attention to Qwest
CIO Today - **1 hour ago**
Qwest Chief Executive Richard Notebaert recently wrote to MCI directors that Qwest had not been given as much access to MCI's

business data as Verizon.
Tardy MCI Finally Breaks Bread with Qwest Telecomweb
Verizon lets MCI talk over Qwest bid IT World
MarketWatch - Telephony Online - New York Times - WebProNews - all 1,030 related »


BBC News

### Rosneft, Gazprom merger hits snag
Channel News Asia - 3 hours ago
MOSCOW : The merger of Russian natural gas giant Gazprom with state oil company Rosneft hit a snag when the latter rejected terms of the deal announced earlier by the gas group's chief.
Gazprom-Rosneft merger in turmoil CNN International
Gazprom and Rosneft clash over merger plan BusinessWeek
Voice of America - Australian Financial Review - New Ratings - RosBusinessConsulting - all 146 related »


LinuxInsider.com

### World Bank chief eyes 'passionate' successor, but not Wolfowitz
Channel News Asia - 6 hours ago
BRUSSELS : Outgoing World Bank chief James Wolfensohn said his successor must be "passionate" about fighting poverty -- and denied that US Deputy Defense Secretary Paul Wolfowitz was running for the post.
World Bank: Wolfowitz not in running BusinessWeek
Fiorina Looks to Head World Bank Express Newsline
Reuters India - Indianapolis Star - Times Online - New York Times - all 213 related »


Esato

### Razr phone boosts Motorola to No. 2 sales slot
ZDNet - 2 hours ago
Motorola is once again the No. 2 cell-phone maker worldwide, with strong sales of its Razr handsets pushing Samsung back to third place, industry analysts said Thursday.
Cellphone sales up after shocking year
Computerworld New Zealand
Motorola Gaining Share in Mobile Phone Sales TechNewsWorld
Wireless NewsFactor - Chicago Tribune (subscription) - Chicago Sun-Times - ElectricNews.net - all 64 related »


RTE News

### Eurozone rate rise prospect draws nearer
Financial Times - 2 hours ago
The European Central Bank on Thursday sent the clearest signal yet that its next interest rate move would be upwards as it glossed over the recent weakness of eurozone growth.
ECB Puts Brave Face on Slowdown, Rates Kept Steady Reuters
ECB leaves interest rates unchanged BusinessWeek
Channel News Asia - Bloomberg - MSN Money - WebProNews - all 107 related »


Servihoo

### Famous Japanese businessman arrested
ABC Online - 1 hour ago
Japanese businessman Yoshiaki Tsutsumi - who became the world's richest man in the 1980s - has been arrested in a scandal over falsifying financial statements.
Magnate arrested in Japan in fraud case
International Herald Tribune
Tsutsumi held in fraud Daily Yomiuri

Scotsman - Forbes - Bloomberg - Designerz.com -
all 113 related »


News 14 Charlotte

### Bank of America pays $460.5 million to settle WorldCom suit
philly.com - **1 hour ago**
CHARLOTTE, NC - Following the lead of Citigroup, Bank of America on Thursday became the second large US bank to settle class-action lawsuits by former shareholders of long-distance carrier WorldCom.
UPDATE 4-Bank of America in $460.5 mln WorldCom settlement Reuters
Bank of America to Pay $460 Million in Worldcom Settlement New York Times
Lexington Dispatch - Big News Network.com - Bloomberg - E-Commerce Times - all 248 related »


Servihoo

### D.Telekom profits increase sharply
Morocco Times - **47 minutes ago**
Its fast-growing US mobile unit, bought for USD 40 billion in 2001 and responsible for a major chunk of past debts and losses, contributed the lion's share of Telekom's 5.1% rise in fourth-quarter core earnings growth.
UPDATE 4-D.Telekom profit propelled by US, asset sales Reuters
Deutsche Telekom continues on profitability path IT World
Smartmoney.com (subscription) - Expatica - Light Reading - Channel News Asia - all 108 related »


WJXX

### Chiron Says Too Soon to Predict Flu Dose Numbers
Reuters - **1 hour ago**
Chiron Corp. said on Thursday it was moving toward full production of its influenza vaccine but that it was too early to predict how many doses it might produce for the 2005/2006 flu season.
Chiron chief: 2005 shot count unclear MarketWatch
UK lifts suspension of flu vaccine maker Big News Network.com
TheStreet.com - Motley Fool - KPIX-TV 5 - Forbes - all 310 related »


Radio Australia

### PM to resist rate rise No.2
Brisbane Courier Mail - **7 hours ago**
PRIME Minister John Howard has cautioned the Reserve Bank of Australia against another official rate rise as the major banks yesterday rushed to lift rates - but not the interest paid on savings.
Aust PM accused of bullying the Reserve Bank Radio Australia
Banks respond to rate rise Daily Telegraph
Yahoo News - BusinessWeek - Australian - ABC Online -
all 321 related »


E-Commerce Times

### Family Feud Escalates at Cablevision
ABC News - **33 minutes ago**
An increasingly bitter family feud between the chairman of Cablevision Systems Corp., Charles Dolan, and his son James, the company's CEO, sent the company's stock price ...
Family feud escalates at Cablevision BusinessWeek
Cablevision off on board moves, SEC probe MarketWatch

CNN - TheStreet.com - Crain's New York Business - New York Times - all 192 related »


Reuters

### News Corp. ups exchange ratio for Fox
MarketWatch - 1 hour ago
SAN FRANCISCO (MarketWatch) -- Shares of Fox Entertainment Group rose 5 percent Thursday afternoon after Rupert Murdoch's News Corp.
News Corp raises bid for Fox Entertainment Stuff.co.nz
News Corp. raises bid for Fox CNN
Reuters - ABC News - BusinessWeek - New Ratings - all 21 related »


Servihoo

### US Loses WTO Cotton Appeal; May Lead to More Cases (Update2)
Bloomberg - 1 hour ago
The Bush administration today lost its appeal of a World Trade Organization ruling that said $2.7 billion-a-year in aid to US cotton farmers is illegal.
WTO rejects US appeal in cotton case MSNBC
Regarding WTO Ruling on US Cotton Program Farm Bureau News
San Jose Mercury News - Tribune de Genève - Economic Times - AllAfrica.com - all 64 related »


Servihoo

### Investors' nerves frayed over WMC tension
Advertiser Adelaide - 7 hours ago
SHARES in takeover target WMC Resources continued to drift lower yesterday, as increasingly worried investors began to doubt that a rival would emerge in time to bid against Xstrata $8.2 billion cash offer.
Xstrata drops conditions in $6.4bn bid for WMC Financial Times
Davis move sets deadline for WMC Sydney Morning Herald (subscription)
Guardian - Yahoo News - Bloomberg - Age (subscription) - all 86 related »


News 14 Charlotte

### More flights disrupted over Christmas than in recent years
USA Today - 12 hours ago
US Airways failed to plan adequately for Christmas week staffing shortages in Philadelphia and elsewhere that disrupted holiday trips for 560,000 passengers, federal investigators said Wednesday.
Feds Blame US Airways, Not Comair, For Holiday Delays KTVU.com
US Airways Faulted for Dec. Snarls Washington Post
Reuters - Los Angeles Times (subscription) - Miami Herald - Cincinnati Enquirer - all 143 related »

### UPDATE 3-ChevronTexaco reserves fell 6 pct in 2004
Reuters - 2 hours ago
ChevronTexaco Corp. (CVX.N: Quote, Profile, Research) , which is reported to be considering a bid to buy smaller rival Unocal Corp.
Biz Buzz: Chevron may bid for Unocal Contra Costa Times
Unocal Shares Soar on Report of Possible Takeover Los Angeles Times (subscription)

MarketWatch - CNN International - Forbes - TheStreet.com - **all 102 related »**

**International versions of Google News available in:**

Argentina - Australia - Canada English - Canada Français - Chile - Deutschland - España - France - India - Italia - México - New Zealand - Österreich - Schweiz - Suisse - U.K. - U.S. - 中国版 (China) - 香港版 (Hong Kong) - 日本 (Japan) - 한국 (Korea) - 台灣版 (Taiwan)

---

The selection and placement of stories on this page were determined automatically by a computer program.

©2005 Google - Google Home - About Google - About Google News



Home > Channels > Ki News ?

### Business

## Tsutsumi, once world's richest man, to be indicted insider trading
[02 Mar 2005]
TOKYO (AFP)

Yoshiaki Tsutsumi, who was reputed to be the world's richest man at the end of Japan's 'bubble economy,' will be indicted for allegedly lying in financial reports and insider trading when he headed the Seibu property, retail and railway empire, reports say.

Investigators will go to Seibu Railway group offices this week and press charges against current Seibu executives as well as Tsutsumi, 70, Kyodo News said.

Tsutsumi, who was chairman of Kokudo Corp., the railway company's parent, will be questioned by prosecutors on his role in a statement which allegedly underreported holdings of major shareholders, the Nihon Keizai Shimbun said.

The executives are also suspected of massively selling Seibu shares before admitting the under-reporting scandal in October, a move that made Seibu nosedive and later be delisted from the Tokyo Stock Exchange.

Tsutsumi, whose family bought up property as Japan rebuilt after World War II, was named as the world's richest person by Forbes magazine in 1990 with a fortune put then at 16 billion dollars. In 2004, he was ranked 159th with just three billion dollars.

In October, Tsutsumi quit as chairman of companies which included the Prince Hotel, Seibu Construction and Kokudo to take responsibility in the scandal.

Two people have committed suicide over the scandal including former Seibu Railway president Terumasa Koyanagi, 64, who was found hanged in Tokyo home last month.

Before killing himself, Koyanagi admitted to prosecutors that a Kokudo executive told him to lie about the financial statement and alleged the order came directly from Tsutsumi, Fuji Television reported.

In June, the Seibu group had told authorities that Kokudo's shareholding in Seibu Railway was 43.16 percent although Kokudo actually held a 64.83 percent stake, previous reports have said.

As a result, the group was able to hide the fact that the top 10 major shareholders held more than 80 percent of the group -- a criteria for delisting from the Tokyo market, reports have said.

Between August through October, Seibu executives and Tsutsumi sold some 65 billion yen (625 million dollars) worth of Seibu Railway shares held by Kokudo to 72 companies and individuals in off-market transactions to bring down the level of shareholdings, the Yomiuri Shimbun said.

The deals were made prior to the October disclosure of the financial statement and prosecutors have determined that it constituted insider trading, the Mainichi Shimbun said.

**Other top stories (Business)...**

- Greenspan raises idea of consumption tax in US [04 Mar 2005]  Read >>
- Portugal Telecom announces 108 pct profit surge, 1,000 job cuts [03 Mar 2005]  Read >>
- Brent oil price surges to 53 dollars for first time in history [03 Mar 2005]  Read >>
- WTO upholds ruling against US cotton subsidies [03 Mar 2005]  Read >>
- Brent oil price surges to 53 dollars for first time in history [03 Mar 2005]  Read >>
- Brent oil price surges to new record high above 52 dollars [03 Mar 2005]  Read >>
- Dollar creeps up against euro on US data [03 Mar 2005]  Read >>
- Brent oil price surges to new record high above 52 dollars [03 Mar 2005]  Read >>
- ECB holds rates steady as economy falters [03 Mar 2005]  Read >>
- Greenspan raises idea of consumption tax in US [03 Mar 2005]  Read >>
- US jobless claims fall to 310,000 [03 Mar 2005]  Read >>
- Rosneft, Gazprom merger hits snag [03 Mar 2005]  Read >>
- Bank of America paying 461 mln dlrs to settle WorldCom litigation [03 Mar 2005]  Read >>
- Greenspan raises idea of consumption tax in US [03 Mar 2005]  Read >>
- US productivity revised up to 2.1 percent in fourth quarter [03 Mar 2005]  Read >>
- Havas swings into profit in 2004, targets higher earnings this year [03 Mar 2005]  Read >>
- Hynix posts all-time high operating profit in 2004 [03 Mar 2005]  Read >>
- Trichet slams EU's extension of deadline for Greece to cut public deficit [03 Mar 2005]  Read >>
- ECB cuts eurozone growth, inflation forecasts [03 Mar 2005]  Read >>
- ECB raises expectations for oil prices, euro-dollar exchange rate [03 Mar 2005]  Read >>

Archives >>

© AFP.



© Copyright : Telecom Plus Ltd | Acceptable Use Policy | Disclaimer | Advertise with us



Home > Channels > Ki News ?

**Actualité**
- A l'île Maurice
- Dans la région
- Dans le Monde
  - Monde
  - Football
  - Business
  - Hi-Tech

**Consultez**
- Dossiers
- Médias Mauriciens

**Réagissez**
- Forum — Réagissez à l'actualité
- Chat — Discuter en direct

**Recherchez**
Chercher dans toute l'actualité



Business

## Rising commodity prices nearly quadruple 2004 Xstrata profit
[02 Mar 2005]

ZUG, Switzerland (AFP)



Rising commodity prices helped nearly quadruple net profit at the Anglo-Swiss mining group Xstrata to 1.05 billion dollars (800.58 million euros) in 2004, the firm said as it pressed its bid for Australia's WMC Resources.

The 277 percent increase in annual profit over 2003 was backed by a 47 percent increase in turnover last year to 6.46 billion dollars, Xstrata said in a statement on its preliminary results on Wednesday.

The mining group said it had also been able to take advantage of greater diversification in raw materials following its expansion in recent years.

Xstrata took over mining companies in 2002 and 2003, including MIM Holdings, the operator of one of Australia's largest copper mines.

The price of coal, copper, lead, zinc and ferrous alloys mined by Xstrata rose by 27 to 72 percent last year.

Xstrata said its hostile 8.4 billion Australian dollar takeover bid (6.5 billion US) for WMC, due to close on March 24, would now be unconditional.

Shares in WMC rose after a report last week that the French nuclear giant Areva was considering an offer that could derail Xstrata's hostile takeover bid for the Australian company.

"WMC shareholders must now decide whether to accept our offer of certain cash, to wait for the illusive counter-bid, or in the final analysis to hold their shares," Xstrata chief executive Michael Davis said in his financial report.

Davis said there was a "compelling rationale" for the acquisition, and he was convinced the potential new group would thrive in "an increasingly consolidated global metals and mining industry".

"Nonetheless, WMC remains just one of a number of options open to Xstrata," he added.

The Australian government said last month that it would not block Xstrata's bid for WMC Resources despite qualms about leaving uranium mining in a foreign company's control.

Treasurer Peter Costello said he would approve the bid provided Xstrata abided by a number of

conditions, including keeping the majority of WMC's assets in Australia.

The WMC board has urged shareholders not to accept the offer.

Xstrata said economic growth in China and India was underpinning market conditions "and it is expected to continue for some time".

"Given our range of commodity businesses, we expect that overall 2005 will be another year of strong performance," Davis said.

**Other top stories (Business)...**
- Greenspan raises idea of consumption tax in US [04 Mar 2005]   Read >>
- Portugal Telecom announces 108 pct profit surge, 1,000 job cuts [03 Mar 2005]   Read >>
- Brent oil price surges to 53 dollars for first time in history [03 Mar 2005]   Read >>
- WTO upholds ruling against US cotton subsidies [03 Mar 2005]   Read >>
- Brent oil price surges to 53 dollars for first time in history [03 Mar 2005]   Read >>
- Brent oil price surges to new record high above 52 dollars [03 Mar 2005]   Read >>
- Dollar creeps up against euro on US data [03 Mar 2005]   Read >>
- Brent oil price surges to new record high above 52 dollars [03 Mar 2005]   Read >>
- ECB holds rates steady as economy falters [03 Mar 2005]   Read >>
- Greenspan raises idea of consumption tax in US [03 Mar 2005]   Read >>
- US jobless claims fall to 310,000 [03 Mar 2005]   Read >>
- Rosneft, Gazprom merger hits snag [03 Mar 2005]   Read >>
- Bank of America paying 461 mln dlrs to settle WorldCom litigation [03 Mar 2005]   Read >>
- Greenspan raises idea of consumption tax in US [03 Mar 2005]   Read >>
- US productivity revised up to 2.1 percent in fourth quarter [03 Mar 2005]   Read >>
- Havas swings into profit in 2004, targets higher earnings this year [03 Mar 2005]   Read >>
- Hynix posts all-time high operating profit in 2004 [03 Mar 2005]   Read >>
- Trichet slams EU's extension of deadline for Greece to cut public deficit [03 Mar 2005]   Read >>
- ECB cuts eurozone growth, inflation forecasts [03 Mar 2005]   Read >>
- ECB raises expectations for oil prices, euro-dollar exchange rate [03 Mar 2005]   Read >>

Archives >>

© AFP.

telecom plus

© Copyright : Telecom Plus Ltd | Acceptable Use Policy | Disclaimer | Advertise with us




## Business

### WTO upholds ruling against US cotton subsidies
[03 Mar 2005]

GENEVA (AFP)



The World Trade Organisation upheld a ruling ordering the United States to dismantle hundreds of millions of dollars of subsidies paid to US cotton farmers because they are illegal under global trade rules.

A WTO appeals body rejected an appeal lodged by Washington last October against the original decision favouring a Brazilian complaint against the subsidies, according to a copy of its ruling.

It recommended that the WTO's dispute settlement body "request the United States to bring its measures, found in this report ... to be inconsistent with the agreement on agriculture and the SCM (subsidies) agreement, into conformity with its obligations under those agreements".

The original WTO ruling in the dispute issued in September 2004 said the subsidies were illicit and called on the United States to dismantle them within six months.

Brazil had argued that the US support artificially drove down world prices and distorted competition for its producers.

But the United States disagreed strongly with some areas of the original ruling, prompting the appeal that was rejected Thursday.

US former Trade Representative Robert Zoellick claimed "the facts do not show that US farm programs have distorted trade and caused low cotton prices".

Thursday's appeal ruling notably supported the view that US export guarantee programmes "constitute a per se export subsidy" and are inconsistent with the global trade body's subsidies rules.

It also upheld findings that Washington's support in some instances kept US cotton prices down and that government payments were linked to export performance, which is illegal under existing global trade rules governing agriculture.

The pressure group Oxfam, which has been campaigning against the subsidies, estimated that the United States paid 3.2 billion dollars a year in cotton subsidies and spent 1.6 billion dollars on export credits.

The cotton dispute with Brazil had amplified pressure on the United States from west African cotton producing nations, which had also warned that they could not compete on world markets