EXHIBIT A2



Web   Images   Groups   **News**   Froogle   Local<sup>New!</sup>   more »   Advanced N

[Search News]   [Search the Web]

Search and browse 4,500 news sources updated continuously.

| | | |
|---|---|---|
| **>Top Stories** | Top Stories  U.S.    Go | Auto-generated **4 Mar at 14:54 GMT** |
| World | | |
| U.S. | Saudis add to Syria's isolation | Oil and Gas Futures Go Even Higher |
| Business | International Herald Tribune - 56 minutes ago | Los Angeles Times (subscription) - all 631 related » |
| Sci/Tech | BEIRUT While President Bashar al-Assad of Syria had hoped to secure Saudi Arabian support during his hasty visit to Riyadh, Syria has emerged this week in a position of increasing international isolation. | Tiny tot truly a real man |
| Sports | | Melbourne Herald Sun - all 302 related » |
| Entertainment | | NBA Wrap: Heat Scorches Nets on Shaq's Return |
| Health | | ABC News - all 555 related » |

Make Google News Your Homepage

✉ News Alerts

Text Version

About Google News

Syrian Leader Expected to Redeploy Troops Guardian
Syria On Way Out of Lebanon The Conservative Voice
Reuters - Xinhua - CNN - Sydney Morning Herald (subscription) -
all 941 related »

**Bush names Johnson second-term environmental chief**
Newswatch 50 - 28 minutes ago
President Bush has named a biologist and career government employee as his second-term environmental chief. He says Steve Johnson will be "the first professional scientist" to serve as administrator ...
Bush nominates acting EPA chief to head the agency Reuters AlertNet
Bush Selects Steve Johnson to Head EPA Forbes
Christian Broadcasting Network - TheDenverChannel.com -
all 185 related »

Jackson accuser's sister testifies
CNN International - all 2,493 related »

UN Sees Up to 83 Million AIDS Deaths in Africa by 2025
Voice of America - all 160 related »

**In The News**

Alan Greenspan        Pope John Paul II
Dubai Desert Classic  Paul Stoddart
Kobe Bryant           Mel Gibson
Vin Diesel            Robert McCartney
John Travolta         Shibu Soren

---

**World »**

**Ex-minister found dead hours before questioning**
Times Online - 1 hour ago
A leading Ukrainian politician was found dead at his home today, hours before he was due to be questioned about his part in ordering the murder of an investigative journalist.
Key Witness in Ukraine's Gongadze Murder Case Found Dead Voice of America
Ukraine's Yushchenko says dead minister 'sentenced himself' Turkish Press
Channel News Asia - Zaman Online -
Radio Free Europe - ABC News - all 348 related »

**U.S. »**

**Martha's big (break) out**
San Jose Mercury News - 50 minutes ago
THIS TIME last year, she was a haggard, defeated convict, a woman whose empire was crumbling while a very undecorated prison cell awaited her arrival.
Martha Stewart Begins House Arrest WebProNews
Timeline of events in the Martha Stewart stock scandal Newsday
BusinessWeek - WRAL.com -
Ottawa Business Journal - CBS News -
all 1,474 related »

**Fossett to Kick Back After**

### Jail term elevates terror risk
**Melbourne Herald Sun -**
**1 hour ago**
THE sentencing of Muslim cleric Abu Bakar Bashir over the Bali bombings could provoke fresh terror attacks, Australian Federal Police Commissioner Mick Keelty warned yesterday.
Editorial: Sentence is a lifetime short of adequate Australian
Govt presses Indonesia to appeal Bashir sentence ABC Online
Voice of America -
Sydney Morning Herald (subscription) -
Channel News Asia -
Chicago Tribune (subscription) - **all 934 related »**


CTV

### IRA Ally Sinn Fein Suspends Seven Over Stabbing
**Reuters - 52 minutes ago**
Sinn Fein, political ally of the IRA, has suspended seven party members under mounting pressure over a brutal Belfast stabbing that has driven the party to one of the lowest ebbs in its 100-year history.
Sinn Fein on horns of policing dilemma BBC News
Brave siblings stand up to IRA NEWS.com.au
Mirror.co.uk - Scotsman - Times Online - U.TV -
**all 391 related »**

### Record Flight
**ABC News - 1 hour ago**
Sir Richard Branson sprays pilot Steve Fossett with champagne after Fossett landed the GlobalFlyer airplane at the Salina Municipal Airport in Salina, Kan.
Solo man shakes up history Melbourne Herald Sun
Fossett Breaks Aviation Record for Global Circumnavigation NPR (audio)
Glasgow Evening Times -
Chicago Tribune (subscription) - Toledo Blade -
USA Today - **all 1,988 related »**

MSNBC

### In hunt for bin Laden, doubts raised on skills, funds
**Boston Globe - 6 hours ago**
Osama bin Laden remains public enemy number one, but recent developments raise questions about the ability of US forces to track down the ...
US on bin Laden's trail Xinhua
Bush Cites bin Laden as Security Chief Takes Oath New York Times
Voice of America - Newark Star Ledger -
Washington Times - Zaman Online -
**all 582 related »**

BBC News

---

## Business »

### Oil and Gas Futures Go Even Higher
**Los Angeles Times (subscription) - 7 hours ago**
The price of oil raced above $55 a barrel and gasoline hit a record high Thursday as traders continued to fret about energy supplies despite plentiful US inventories.
Oil Briefly Rises Above $55 and Seems Likely to Stay High New York Times
Eyes on oil shale — again Deseret News
Xinhua - New York Post - Keralanext -
Smartmoney.com (subscription) - **all 631 related »**

### Greenspan Calls for Simpler Tax Code
**Accountingweb.com - 2 hours ago**
AccountingWEB.com - March 04, 2005 - Calling the existing US tax code overly complex with an "overlapping web of deductions and exemptions, " Federal Reserve Chairman Alan Greenspan suggested a consumption tax could spur more personal savings and economic ...
Fed's Chief Gives Consumption Tax Cautious Backing New York Times
Greenspan talks up tax on spending

## Sci/Tech »

### Tiny tot truly a real man
**Melbourne Herald Sun -**
**40 minutes ago**
NEW research on the brain of the "hobbit" has backed the claim that it is a new species of human. It has also revealed the tiny humans were quite advanced, being able to plan, make tools and hunt.
'Hobbit was a human who suffered from growth disorder' The South African Star (subscription)
Return of the 'Hobbit' human p2pnet.net
San Francisco Chronicle - AZ Central.com -
LiveScience.com - Seattle Times - **all 302 related »**

TechNewsWorld

### Legal victory for Microsoft
**Red Herring - 19 hours ago**
Appeals court says Microsoft should get a new trial to tell its story in browser patent case. A federal appeals court threw out a $566-million award against Microsoft and ordered a new trial on charges that ...
IE Patent Ruling Reversed PC World
Microsoft Settles Antitrust, Fights Patent Cases Forbes
Information Week - New York Times - Reuters -


Contact Center Today

Fort Wayne Journal Gazette
Baxter Bulletin - Globe and Mail - Newsday -
Seattle Times - all 636 related »

### Setback for US cotton farmers
Sacramento Bee - 1 hour ago
Bee Washington Bureau.
WASHINGTON - The World Trade Organization on Thursday ruled US cotton subsidies out of order, calling into question the future of a program that pours hundreds of ...
US cotton subsidies illegal according to WTO FinFacts Ireland
African cotton states cheer ruling on US subsidies Reuters South Africa
New York Times - New Ratings -
Tribune de Genève - Seattle Times -
all 149 related »

Servihoo

TheStreet.com - all 263 related »

### Pentium 4 to be replaced by dual core processors
Xinhua - 8 hours ago
BEIJING, March. 4 -- Intel will start rolling out Pentium D & Extreme Edition processors to replace Pentium 4 processor, the move seeking to give Intel a lion's share of the dual core processor market.
John Dvorak's Second Opinion Intel banks on new architecture MarketWatch
Intel et al bid adieu to the Pentium 4! Earthtimes.org
Slashdot - Digital Connect News (subscription) -
Information Week - CNET News.com -
all 207 related »

## Sports »

### NBA Wrap: Heat Scorches Nets on Shaq's Return
ABC News - 10 hours ago
Dwyane Wade had 27 points, eight assists and six rebounds as the Miami Heat beat the New Jersey Nets 106-90 in East Rutherford Thursday.
Suns snap Detroit's 8-game win streak Cincinnati Post
Heat 106, Nets 90 USA Today
New York Times - The Journal News.com -
New York Daily News - Brisbane Courier Mail -
all 555 related »

### Stolz late stumble costly
Australian - 1 hour ago
NSW's Andre Stolz challenged for the lead until he stumbled at the final hole in the first round of the Ford Championship in Miami, Florida, yesterday.
Mickelson's style plays well at Doral USA Today
Mickelson Leads as Tiger Lurks at Doral Reuters
Sarasota Herald-Tribune - Miami Herald -
Boston Globe - Philadelphia Inquirer -
all 355 related »

### Minardi not on the grid just yet
Melbourne Herald Sun - 44 minutes ago
FORMULA One minnow Minardi may still miss the starting grid tomorrow, despite a court order last night giving it the green light to continue its grand prix preparations today.
Champion off the early pace Brisbane Courier Mail
Roundup: Minardi on track after day in court International Herald Tribune
Hindustan Times - ABC Online - Reuters.uk -

## Entertainment »

### Jackson accuser's sister testifies
CNN International - 51 minutes ago
The sister of the teenager accusing Michael Jackson of child molestation said her brother seemed to withdraw from their family in the weeks after a TV documentary featuring her and Jackson aired two years ago.
Jacko, accuser 'in room alone' Melbourne Herald Sun
I watched Jacko ply boys with alcohol Australian
CBS News - KESQ - Glasgow Evening Times -
Washington Post - all 2,493 related »

### Mel Gibson Testifies Against Alleged Stalker
Milwaukee Channel.com -
36 minutes ago
Mel Gibson said he feared for the safety of his wife and kids after an alleged stalker confronted him in a chapel last year. The actor-director testified in a California court Thursday that Zack Sinclair "doesn't appear to know his boundaries.

RTE Interactive

Gibson tells court he feared for family RTE Interactive
Gibson Testifies Against Alleged Stalker ABC News
BBC News - Los Angeles Times (subscription) -
This is London - EastDay.com - all 407 related »

### Hollywood star Sheen to divorce
ITV.com - 3 hours ago
Hollywood star Charlie Sheen and his model-turned-actress wife Denise Richards are to divorce.

crash.net - **all 465 related »**

Richards, 34, who is six months pregnant, filed papers in Los Angeles and asked for custody of the couple's year ...
Denise and Charlie ask for respect Ireland Online
Entertainment: Charlie Sheen, Denise Richards untying knot Keralanext
ABC News - Kansas City Star - Earthtimes.org - all 291 related »

### Health »

**UN Sees Up to 83 Million AIDS Deaths in Africa by 2025**
Voice of America - 1 hour ago
The United Nations says the death toll from AIDS in Africa could surpass 80 million men, women and children by the year 2025 unless more effective measures are taken to combat the epidemic.
Up to 89 Mln More AIDS Victims in Africa by 2025 - UN Reuters
AIDS may kill 80 mln Africans by 2025: UN Xinhua
CBC News - Scotsman - Journal of Turkish Weekly - USA Today - all 160 related »

**Local experts face off on safety of drugs**
Seattle Times - 6 hours ago
WASHINGTON - Two University of Washington experts with contending views have been enlisted in the congressional battle over the safety of America's prescription drugs.
Kennedy raps drug firms' sales tactics Boston Globe
FDA officials disagree on reform Lexington Herald Leader
New York Times - USA Today - MSN Money - Los Angeles Times (subscription) - all 352 related »


WFMY News 2

**Low-tech methods could save many newborns:**
New Kerala - 8 hours ago
[Health India]: By PHILIPP HEINZ WASHINGTON, March 4 : An international panel of public-health experts has concluded that 3 million of the 4 million newborn babies who die worldwide each year could be saved by low-tech and low-cost medical interventions.
Cheap care could save thousands of poor infants daily Minneapolis Star Tribune (subscription)
Push to save three million babies every year New Scientist
WebMD - ABC Online - Kansas City Star - Pan American Health Organization - all 112 related »

Save the Children (press release)

### More Top Stories

**China Premier to Stress Peace with Taiwan**
Reuters - 2 hours ago
Chinese Premier Wen Jiabao will stress the goal of peaceful reunification with Taiwan in a speech to parliament on Saturday but will give few details of ...
LEGISLATURE WARNS BEIJING OVER ANTI-SECESSION BILL IN RESOLUTION Taiwan Headlines
China's Hu says Beijing wants peaceful unification with Taiwan Pravda
ABC Online - Channel News Asia - Chicago Sun-Times - CNN International - all 210 related »


BBC News

**Pope stay in hospital 'extended' till Easter**
Manila Times - 1 hour ago
VATICAN: Pope John Paul II spent another night at Rome's Gemelli hospital on Friday, with doctors yet to decide on a date for his discharge.
NAVARRO, POPE TO GIVE ANGELUS BLESSING LIKE LAST SUNDAY Agenzia Giornalistica Italia
Pope eager to go home Daily Telegraph
CBC News - CNN International - Athens Banner-Herald (subscription) - NEWS.com.au - all 743 related »

San Diego Union Tribune

**US, EU blocking Iran**
Xinhua - 6 hours ago
BEIJING, Mar. 4 -- Iranian supreme leader Ayatollah Ali Khamenei says the US and the EU are trying to hinder the country's development, saying they are hostile to its nuclear technology progress.
Iran cleric underlines no compromise on atomic fuel Reuters India
A Better Iran Strategy Washington Post
Khaleej Times - Reuters - Voice of America - Kansas City Star - all 224 related »

**International versions of Google News available in:**

Argentina - Australia - Canada English - Canada Français - Chile - Deutschland - España - France - India - Italia - México - New Zealand - Österreich - Schweiz - Suisse - U.K. - U.S. - 中国版 (China) - 香港版 (Hong Kong) - 日本 (Japan) - 한국 (Korea) - 台灣版 (Taiwan)

The selection and placement of stories on this page were determined automatically by a computer program.

©2005 Google - Google Home - About Google - About Google News



## Top Stories

- Top Stories
- Metro
- Business
- Regions
- Opinion
- World
- Entertainment
- Life & Times
- Sports

Home | About Us | Contact Us | Subscribe
Archives | Feedback | Register | Help

Saturday, March 05, 2005

### Pope stay in hospital 'extended' till Easter

VATICAN: Pope John Paul II spent another night at Rome's Gemelli hospital on Friday, with doctors yet to decide on a date for his discharge.

Rome daily Il Messaggero, which is considered well informed on Vatican affairs, said in its Friday edition the Pontiff, 84, who suffers from Parkinson's disease, could be back in the Vatican "within 10 days."

On Thursday Vatican spokesman Joaquin Navarro-Valls gave a more cautious assessment of the Pope's timetable for returning to the Vatican, telling a news conference the Pope's condition "continues to improve and show progress."

He said the wound in the Pope's neck was "healing" after a throat surgery to ease his breathing, but indicated it could be still some weeks before the pontiff is released.

Navarro-Valls said only that it was "possible" he would leave hospital before Easter, which this year falls on March 27.

"It's possible, but I'm not in a position myself to indicate a date," Navarro-Valls told reporters at a news conference, adding that John Paul II "really wants to go home."

Pressed by reporters, he was unwilling to speculate: "I'll tell you that when the doctors say so, but there's still no precise date and I don't want to speculate on a probable date, because it could change—either in a positive or negative way."

According to Italian media reports late Thursday, doctors are expected to make a decision on a discharge date early next week.

Navarro-Valls said the Pope, who is in hospital for the second time since he was rushed to Rome's Gemelli clinic on February 1, "daily follows the activity of the Holy See and the life of the Church" through his contact with "several of his collaborators"—senior cardinals and advisers—who had been visiting him.♦






-- AFP



Powered by:
The Manila Times
Web Admin.

Home | About Us | Contact | Subscribe | Advertise | Feedback | Archives | Help

Copyright (c) 2001 The Manila Times | Terms of Service
The Manila Times Publishing Corp. All rights reserved.

Hosted by:


Back To Top↑