EXHIBIT A3



Web   Images   Groupes   Annuaire   **Actualités**

Recherche Actualités     Rec

**Actualités France**  BÊTA   500 sources d'information mises à jour en continu

> À la une
| Internationa
| France
| Économie
| Science/Tec
| Sports
| Culture
| Santé

Adopter Google Actualités comme page de démarrage

✉ Alertes Actualités

Version texte

À propos de Google Actualités

À la une   France          Accéder   Généré automatiquement il y a 16 minutes

**Matignon lance un appel aux ravisseurs de Florence Aubenas**
Reuters.fr - Il y a 2 heures
PARIS (Reuters) - Jean-Pierre Raffarin a pour la première fois lancé un appel direct aux ravisseurs de Florence Aubenas et de Hussein Hanoun et leur a demandé de s'adresser aux "services officiels" français, écartant toute "diplomatie parallèle" et ...
Le mystère Julia RFI
Nouveau message aux ravisseurs de l'otage français Radio-Canada
L'Express - Le Point - Voila.fr - Nouvel Observateur -
et 623 articles connexes >>

RFI

**La neige perturbe les transports en France**
Le Monde - Il y a 4 heures
Les chutes de neige ont perturbé, jeudi 3 mars, le trafic des aéroports parisiens d'Orly et de Roissy, provoquant une cascade de retards, at-on appris auprès d'Aéroports de Paris. La France connaît depuis ...
La neige et le froid perturbent le trafic aérien TSR.ch
Le trafic aérien perturbé par les chutes de neige Reuters.fr
L'Express - Nouvel Observateur - Le Figaro -
et 57 articles connexes >>

Le Figaro

**SNCF, RATP, EDF-GDF: Les perturbations du 10 mars se précisent**
L'Express - et 19 articles connexes >>

**L'essentiel de la masse du cosmos manque à l'appel**
Le Monde - et 5 articles connexes >>

**Grosjean : "Etre le patron sur le court"**
Eurosport - TF1 -
et 62 articles connexes >>

**Hubert Sauper, un œil sur ce bas monde**
Le Monde - et 19 articles connexes >>

**La grippe aviaire au Vietnam pourrait toucher à sa fin**
AVI - et 23 articles connexes >>

**Dans l'actualité**

Thierry Breton        Michael Schumacher
Abou Bakar            Henri Emmanuelli
Metal Gear Solid      Vendée Globe
Hong Kong             Bakar Bashir
Coupe Davis           Jean-François Copé

**International >>**

**Les casques bleus ripostent en Ituri**
La Croix - Publié depuis 1 heure
Après avoir été, de janvier 2002 à la fin 2003, le théâtre d'une des pires pages de la guerre en République démocratique du Congo, la province de l'Ituri est à nouveau un foyer de violences. Mardi ...
Kofi Annan espère une nouveau renforcement de la Monuc Romandie.com
Nouveaux combats en Ituri l'Humanité
L'Express - Le Monde - All Africa -
Nouvel Observateur - et 248 articles connexes >>

L'Express

**France >>**

**Pédophilie : le procès fleuve d'Angers s'est ouvert**
Le Monde - Il y a 2 heures
Le plus grand procès d'assises par le nombre d'accusés jamais organisé en France s'est ouvert jeudi 3 mars, à Angers, en présence des 66 personnes renvoyées dans une vaste affaire de pédophilie et d'inceste, qualifiée de "monstrueuse" par les ...
Début à Angers du plus grand procès pour pédophilie en France Reuters.fr
Ouverture du procès de pédophilie d'Angers Le Point
Nouvel Observateur - SwissInfo - l'Humanité -
France 3 - et 138 articles connexes >>

Radio France

### Le mystérieux assassinat du banquier Edouard Stern


SwissInfo

**Libération - Il y a 4 heures**
tout est redevenu calme, ce jeudi à Genève, aux abords du quartier de Rive, où le banquier français assassiné Edouard Stern disposait d'un domicile, rue Adrien Lachenal. Mais derrière les façades des ...
Le banquier Edouard Stern assassiné à Genève TSR.ch
Le banquier Edouard Stern a été retrouvé mort à Genève Le Monde
Nouvel Observateur - Edicom - France 3 - SwissInfo - **et 160 articles connexes >>**

### Europe: Henri Emmanuelli se démarque


RTL

**France 2 - Il y a 10 heures**
Henri Emmanuelli est entré en campagne mercredi pour le non à la Constitution européenne. Son geste perturbe et embarrasse le Parti socialiste qui prône officiellement le oui. Le député des Landes a ...
Henri Emmanuelli fait son entrée en piste l'Humanité
Au PS, la campagne du non d'Emmanuelli émeut peu Libération
Nouvel Observateur - Reuters.fr - Le Monde - Le Figaro - **et 28 articles connexes >>**

### Chronologie d'un tour du monde en moins de 70 heures


Tribune de Genève

**Libération - Il y a 2 heures**
1er mars, 1h47 : Steve Fossett prend son envol à bord du GlobalFlyer de la base de Salina dans le Kansas. «Je me sens bien, je me sens en forme», déclare-t-il avant de s'installer dans le cockpit de son appareil.
...
Fossett poursuit son tour du monde Canoë
Crime, assurance maladie, voiture et avion TSR.ch
Astronomie et Espace - L'Agefi (Abonnement) - L'Express - CKOI FM - **et 246 articles connexes >>**

### Louis Schweitzer, premier président de la toute nouvelle Halde


Nouvel Observateur

**Le Monde - Il y a 3 heures**
Le PDG de Renault Louis Schweitzer a été nommé jeudi président de la Haute autorité de lutte contre les discriminations et pour l'égalité (Halde), dont la création avait été proposée par Jacques Chirac lors de la campagne présidentielle de 2002 ...
Louis Schweitzer à la tête du collège contre les ... Reuters.fr
Louis Schweitzer nommé à la tête de la Haute autorité de lutte ... Nouvel Observateur
L'Internaute Actualité - **et 14 articles connexes >>**

## Économie >>

### SNCF, RATP, EDF-GDF: Les perturbations du 10 mars se précisent


L'Express

**L'Express - Publié depuis 1 heure**
A une semaine de la journée nationale d'actions du 10 mars, les syndicats sont passés à la vitesse supérieure jeudi en annonçant le dépôt de préavis de grève d'ampleurs diverses à la SNCF, à la RATP et à EDF-GDF, pour défendre l'emploi, les ...
Socialement, la semaine prochaine sera chaude Libération
Cascade de préavis pour le 10 mars TF1
Nouvel Observateur - L'Agefi (Abonnement) - France 3 - La Tribune.fr -
**et 19 articles connexes >>**

### La Bourse de Paris stable malgré les technologiques

Journal du Net -
**Publié depuis 1 heure**
Paris a terminé en légère baisse,

Journal du Net

## Science/Tech >>

### L'essentiel de la masse du cosmos manque à l'appel


TF1

**Le Monde - Il y a 7 heures**
Les astronomes ont beau refaire leurs additions, ils n'aboutissent qu'au constat d'un gigantesque manque. Leurs équations ne décrivent qu'un univers-iceberg, dont la partie qui émerge, la matière ordinaire ...
Une découverte qui bouscule la genèse de l'univers TF1
Découverte de l'amas de galaxies le plus lointain dans l'Univers Astronomie et Espace
**et 5 articles connexes >>**

### Le jaseur boréal envahit la France


Futura Sciences

**Futura Sciences - 2 mar 2005**
Un afflux sans précédent de jaseurs boréaux, oiseaux richement colorés, se produit actuellement en France. Ils viennent de loin. Des forêts de Sibérie et de Scandinavie. Mais

cédant 0,03 %. La bonne tenue des valeurs technologiques a été freinée par la nouvelle hausse des cours du pétrole. La Bourse de Paris a clôturé stable jeudi, le ...
La Bourse de Paris finit quasi inchangée Reuters.fr
Bourse-Paris: le CAC 40 finit stable, pénalisé par les prix du ... L'Agefi (Abonnement)
Le Temps (Abonnement) - Voila.fr -
**et 29 articles connexes >>**

### Paris: le CAC en deçà de son point d'équilibre.
Cercle Finance - Il y a 2 heures
(Cercle Finance) - Le manque de tenue de Wall Street et la progression des cours du pétrole vers de nouveaux records ont eu raison de la tentative de redémarrage esquissée en milieu d'après-midi par la Bourse de Paris, qui termine finalement cette ...


Tribune de Genève

Les salariés d'Air France-KLM montent à 17% du capital LExpansion.com
Air France KLM : la hausse du baril occulte la baisse de la Boursier.com
Le Temps (Abonnement) - Le Revenu - Investir.fr -
La Tribune.fr - **et 46 articles connexes >>**

depuis le début de l'hiver ...
"Une situation rare mais pas inhabituelle"
Nouvel Observateur
**et 2 articles connexes >>**

### Seagate Pocket Hard Drive
Nouvel Observateur -
Il y a 14 heures
Les apparences sont parfois trompeuses. Un disque dur peut ainsi être "ludique". Ainsi, le Pocket Hard Drive de Seagate est un gadget high-tech au design amusant. Son câble USB vient s'enrouler autour ...


Silicon.fr

Le disque de poche 5 Go de Seagate est arrivé Silicon.fr
Mobile Hard Drive 100 Go : des gigas à emporter avec soi 01net
Hardmicro.fr - **et 4 articles connexes >>**

---

### Sports >>

### Grosjean : "Etre le patron sur le court"
Eurosport - TF1 - Il y a 2 heures
- Sébastien, cela fait pratiquement deux ans que vous n'avez plus joué en Coupe Davis. Vous êtes-vous réadapté facilement ? SG : "Je suis content de revenir en Coupe Davis. J'ai été absent à cause de blessures diverses, et non de mon fait. ...
Eurosport - TF1

La Coupe Davis pour respirer Sport.fr
Les Français misent sur leur vécu RDS
Reuters.fr - Sports.fr - Le Monde - France 3 -
**et 62 articles connexes >>**

### Ligue 1: Koji Nakata devrait débuter avec l'OM contre St-Etienne
Reuters.fr - Publié depuis 1 heure
MARSEILLE (Reuters) - L'international japonais Koji Nakata devrait pouvoir disputer, dimanche à Saint-Etienne, son premier match sous le maillot de Marseille après la régularisation de son contrat de travail par la préfecture des Bouches-du-Rhône. ...
OM: Nakata a obtenu son permis de travail Nouvel Observateur
Ligue 1 - Marseille: dossier régularisé pour Nakata TSR.ch
Sports.fr - L'ÉQUIPE.FR -
**et 15 articles connexes >>**

### Culture >>

### Hubert Sauper, un œil sur ce bas monde
Le Monde - 2 mar 2005
Dans "Le Cauchemar de Darwin", le réalisateur autrichien utilise l'image comme argument pour dénoncer la mondialisation. Il maîtrise l'art de frapper en finesse, sans commentaire ni jugement. Y at-il un fond au puits de l'abjection ? ...
La critique de Pascal Mérigeau Perches tendues Nouvel Observateur
Des armes, des poissons, un trafic l'Humanité
France 2 - Le Figaro - Libération - DVD Toile -
**et 19 articles connexes >>**

### Marc Tessier répond aux critiques de la Cour des comptes
Le Figaro - Il y a 14 heures
La Cour des comptes, dans son rapport annuel, a relevé de nombreuses incohérences dans la stratégie comme dans la gestion de Francetélévisions (nos éditions d'hier). Elle considère que sans augmentation ...
Le Figaro

La Cour des comptes critique Marc Tessier imedias.biz
Marc Tessier : la redevance devra "probablement" augmenter Voila.fr

Google News France

### JO 2012: le Tour de France soutient la candidature de Paris
**Nouvel Observateur - Il y a 3 heures**
PARIS (AP) -- Les organisateurs du Tour de France soutiennent la candidature de Paris à l'organisation des Jeux olympiques d'été 2012, a annoncé jeudi le directeur de la Grande Boucle, Jean-Marie Leblanc.
...
L'an 1 du ProTour RDS
Le Tour de France soutient la candidature de Paris-2012 TSR.ch
et 13 articles connexes >>

Nouvel Observateur - Reuters.fr - LExpansion.com - Le Monde - et 25 articles connexes >>

### "Quand la mer monte": coup de gueule
**France 2 - Il y a 6 heures**
Le film a reçu le César du meilleur premier film, tandis que celui de la meilleure actrice récompensait son interprète principale, également coréalistrice, Yolande Moreau. "Mercredi 3 mars, jour où ...
Les vagues de Quand la mer monte Le Petit Journal
Yolande Moreau Nouvel Observateur
TV 5 - Le Temps (Abonnement) -
Le Soir en ligne (Abonnement) -
et 8 articles connexes >>

Le Petit Journal

## Santé >>

### La grippe aviaire au Vietnam pourrait toucher à sa fin
**AVI - Il y a 6 heures**
Hanoi, 3 mars (AVI) - Hans Troedson, chef de la représentation de l'Organisation mondiale de la Santé (OMS) au Vietnam, a souligné qu'il était convaincu que la grippe aviaire au Vietnam prendrait fin bientôt, car son évolution est semblable à celle ...
Grippe aviaire : les risques de pandémie Le Monde
Londres se prémunit contre la grippe aviaire Libération
TF1 - Matinternet - LCI - Radio-Canada -
et 23 articles connexes >>

Radio-Canada

## À la une (suite)

### Une femme à l'Elysée, c'est oui !
**TF1 - Il y a 6 heures**
Si Ségolène Royal, Martine Aubry ou Michèle Alliot-Marie s'imaginaient bloquées dans leur carrière à cause de leur sexe, le sondage publié vendredi par le journal Métro va leur faire pousser des ailes. ...
85 % des Français sont prêts à élire une femme président TSR.ch
85% des Français seraient prêts à élire une femme président Reuters.fr
Nouvel Observateur - France 2 - AngolaPress -
et 18 articles connexes >>

SaphirNet.info

### Le Vietnam rapporte le nouveau patient de grippe d'oiseau : -
**Webindia123.com - 1 mar 2005**
Hanoï, Mars 1 : Le Vietnam mardi a confirmé un autre cas de la grippe d'oiseau, prenant tout le nombre de cas dans le pays depuis décembre à 21, Xinhua rapporté. Trente-cinq-année-vieux Pham Thi Hoa, qui ...
Un nouveau malade au Vietnam Libération
Nouveau cas humain de grippe aviaire au Vietnam TF1
AVI - Le Monde - Voila.fr -
et 45 articles connexes >>

TSR.ch

### Coup de projecteur sur le cinéma burkinabè
**Afrik.com - Il y a 59 minutes**
Burkina super producteur cinématographique. Le petit Etat ouest-africain, qui accueille la 19e édition du Fespaco (26 février au 5 mars), présente pour ce grand rendez-vous panafricain du cinéma neuf ...
Les cinéastes au secours des producteurs de coton africains AngolaPress
19e édition du Fespaco : handicaps All Africa
L'intelligent/Jeune Afrique - Stop Infos - Libération -
Nouvelle République - et 55 articles connexes >>

RFI

### Grippe : l'épidémie en régression
**France 3 - Il y a 6 heures**
L'épidémie de grippe, qui a touché 2,4 millions de personnes en six semaines est en "phase descendante", selon le réseau de surveillance Sentinelles-Inserm, qui prévoit son extinction "avant


TF1

### Levée des mesures contre la rage en Aquitaine
**Nouvel Observateur -**
**Il y a 4 heures**
BORDEAUX (AP) -- La préfecture de la région Aquitaine a annoncé jeudi que les mesures prises en septembre dernier après la découverte d'un chiot atteint de rage allaient être


TSR.ch

la fin du mois de mars". ...
Fin de l'épidémie de grippe d'ici trois semaines TF1
Fin de l'épidémie de grippe d'ici trois semaines LCI
**et 4 articles connexes >>**

levées vendredi, «le risque de survenue d'un cas humain devient dans le ...
Sud-ouest: levée des mesures contre la rage
France 2
Levée des mesures contre la rage dans le Sud-ouest
France 3
TSR.ch - **et 12 articles connexes >>**

**Versions internationales de Google Actualités disponibles:**
Argentina - Australia - Canada English - Canada Français - Chile - Deutschland - España - France - India - Italia - México - New Zealand - Österreich - Schweiz - Suisse - U.K. - U.S. - 中国版 (China) - 香港版 (Hong Kong) - 日本 (Japan) - 한국 (Korea) - 台灣版 (Taiwan)

La sélection et le positionnement des articles de cette page ont été réalisés automatiquement par un programme informatique.

©2005 Google - Page d'accueil de Google - A propos de Google - À propos de Google Actualités



**écouter**
- RFI en direct
- Le dernier journal
- Audio à la carte
- Capter RFI

**à l'antenne**
- Les émissions
- Les événements

**actualité**
- Toute l'actualité
- Revues de presse
- Editos et chroniques
- Invités
- Agenda
- Dernière heure
- Internet et multimédia
- Football

**dialoguer**
- Le club RFI
- Le médiateur
- Les forums
- Les chats
- Poser une question à RFI
- Sondage RFI c'est vous

**la langue française**
- Lire, écouter, apprendre

**MFI**
- L'agence de presse

**Se former**
- Le site

**à votre service**
- Offres d'emploi
- Ephéméride

**RFI**
- Service de presse
- Dossier de presse (pdf)
- Le rapport annuel (pdf)
- Annual report (pdf)
- Les équipes
- Les missions
- L'histoire

**aide**
- Plan du site
- Nous contacter
- Site map

*Otages*

# Le mystère Julia

**Florence Aubenas est vivante et demande à Didier Julia de l'aider. Jean Pierre Raffarin appelle donc le député français à coopérer avec les services secrets pour obtenir la libération de la journaliste. Une coopération que le député français est en train de monnayer.**

Didier Julia demande « *instamment* » à la justice française « *la levée du contrôle judiciaire* » qui pèse actuellement sur ses deux collaborateurs. En septembre dernier, Philippe Brett et Philippe Evano avaient accompagné Didier Julia en Syrie pour tenter d'obtenir la libération de Chesnot et Malbrunot. La tentative - assez rocambolesque puisque l'un des deux hommes avait même affirmé avoir vu les otages et que l'avion qui devait ramener les deux prisonniers à Paris était ivoirien – la tentative, donc avait échoué. Et le gouvernement français avait mal pris cette initiative, lancée sans aucune concertation avec les autorités.

**« Entrer en relation avec certaines personnalités irakiennes »**

L'histoire avait abouti à une plainte concernant cette mission parallèle. Par la suite, et assez rapidement, Brett et Evano furent mis en examen pour « *intelligence avec une puissance ou une organisation étrangère ou avec ses agents, de nature à porter atteinte aux intérêts fondamentaux de la Nation, notamment à sa diplomatie et à la sauvegarde de sa population* ». Les deux pieds nickelés sont aujourd'hui sous contrôle judiciaire. Ils n'ont pas le droit de se voir, ni de quitter le territoire français. Quant à Didier Julia, convoqué le 20 janvier par le juge anti-terroriste Jean-Louis Bruguière en vue d'une éventuelle mise en examen, il n'avait pas pu venir au rendez-vous, invoquant des problèmes d'emploi du temps.

Contrairement aux deux collaborateurs de Didier Julia, la justice



Le député UMP Didier Julia à l'Assemblée nationale.
(Photo : AFP)

**Sur le même sujet**



**Otages**
**Appel à l'aide de Florence Aubenas** [01/03/2005]

**Mobilisation en faveur de Florence Aubenas** [20/01/2005]

**Affaire Julia : la Côte d'Ivoire désignée** [31/12/2004]

**A la une**

**Social**
**Le pouvoir d'achat au cœur de la**

française avait donné l'impression de ménager le député. Il n'a d'ailleurs pas non plus été sanctionné par une exclusion de son parti politique, l'UMP. Aujourd'hui, après l'appel à l'aide lancé par Florence Aubenas à son intention, le député demande que la justice mette fin à la procédure concernant ses deux collaborateurs, afin de pouvoir agir au Moyen-Orient. Il s'agit « *d'entrer en relation avec certaines personnalités irakiennes incontournables dans cette affaire* ». Dans un communiqué, le député indique encore : « *Brett et Evano connaissent tous mes contacts en Irak et disposent en outre, eux-mêmes, de nombreuses autres relations dans ce pays qui sont absolument indispensables à la médiation sollicitée*».

**Ecarter toute idée de « *diplomatie parallèle* »**

Mercredi, au lendemain de la diffusion de la cassette vidéo montrant une otage désespérée, Jean-Pierre Raffarin annonçait, devant les députés, qu'il avait demandé à la Direction générale de la sécurité extérieure (DGSE) de prendre contact avec Didier Julia afin de « *recueillir toutes les informations nécessaires*» pouvant conduire à la libération de la journaliste. Cette rencontre a effectivement eu lieu jeudi matin à l'assemblée nationale mais Didier Julia n'a rien divulgué de cet entretien.

« *Toute personne qui croirait détenir des informations sérieuses sur la situation de Florence Aubenas a le devoir de les porter immédiatement et sans condition, à la connaissance des autorités* », avait également déclaré le Premier ministre devant l'Assemblée. Ces propos ont été diversement interprétés par la presse française. Pour le quotidien *Le Parisien*, Jean-Pierre Raffarin « *prie fermement* » le député de « *coopérer avec les services secrets* ». Au contraire le quotidien *Le Figaro* constate que le Premier ministre « *sermonne Didier Julia* ». Pour le quotidien *Libération*, Didier Julia a été sommé de rentrer dans le rang, le Premier ministre écartant toute idée de « *diplomatie parallèle* ». *Libération*, journal pour lequel travaille la journaliste kidnappée, regrette par ailleurs que Didier Julia ait décliné l'invitation consistant à lancer un appel aux ravisseurs, qu'il semble connaître, dans les colonnes du journal.

Pour le journal helvétique *Le Temps*, il semble de plus en plus évident qu'il y a un lien entre l'enlèvement de Florence Aubenas et celui de Chesnot et Malbrunot. Le quotidien de Genève fait la supposition que les services français, qui ont obtenu la libération des deux hommes, n'auraient peut-être pas respecté un accord. Les ravisseurs auraient alors récidivé afin d'obtenir ce qui avait été


mobilisation [10/03/2005]


**Etats-Unis**
Washington retire la protection consulaire aux prisonniers étrangers [10/03/2005]


**Côte d'Ivoire**
Les mystères de l'Ouest [10/03/2005]


**Liban**
Les Syriens se retirent, la crise continue [10/03/2005]


**Paludisme**
Des estimations revues à la hausse [10/03/2005]


**Inde-Pakistan**
Tournée historique de l'équipe pakistanaise de cricket [10/03/2005]


**Egyptologie**
Toutankhamon n'a pas été assassiné [10/03/2005]


**Audiovisuel**
Les opérateurs expérimentent la TV sur mobile [10/03/2005]


**Venezuela**
Chavez ouvre son pétrole et son gaz à la France [10/03/2005]

**Tchétchénie**
Moscou décide d'éliminer Maskhadov [09/03/2005]

initialement promis : peut-être une rançon, ou des visas pour des proches. Pour le moment, impossible de savoir quand Florence Aubenas sera libérée et par qui. Seule certitude : le sort de la jeune femme est maintenant une affaire d'Etat.



**Colette Thomas**
Article publié le 03/03/2005
Dernière mise à jour le 03/03/2005 à 16:55 (heure de Paris)

Imprimer | Envoyer | Réagir à l'article | Recevoir les infos

ANYWAY.com — le ciel est à tout le monde

rfi ▸ rfimusique ▸ rmc moyen-orient ▸ radio paris lisbonne ▸ Delta rfi ▸ rfi sofia    ·Nos engagements