EXHIBIT A4



Web    Images    Groupes    Annuaire    **Actualités**

[                    ]    [ Recherche Actualités ]    [ Rechercher sur le W ]

500 sources d'information mises à jour en continu

| >À la une |
|---|
| International |
| France |
| Économie |
| Science/Tech |
| Sports |
| Culture |
| Santé |

À la une [ France ▼ ]  [ Accéder ]         Généré automatiquement **il y a 28 minutes**

### Plus de mille personnes au rassemblement toulousain pour Florence ...
France 3 - Il y a 3 heures

*Cyberpresse*

Plus d'un millier de personnes se sont rassemblées mardi soir à partir de 20h00 à la salle de concert toulousaine de la Halle aux Grains en soutien à la journaliste française Florence Aubenas et à son guide disparus en Irak, le jour même où était ...
Plus de mille personnes au rassemblement toulousain pour Florence ... Romandie.com
"Il faut aller vite", déclare la mère de Florence Aubenas Le Monde
Nouvel Observateur - Le Figaro - TF1 - Reuters.fr -
**et 255 articles connexes >>**

### Zapatero et Raffarin appellent à voter " oui " au référendum
Le Monde - Il y a 3 heures

*Tribune de Genève*

Le chef du gouvernement espagnol, José Luis Rodriguez Zapatero, et le premier ministre français Jean-Pierre Raffarin appellent les Européens, "et notamment les Français", à voter "oui" au référendum sur la Constitution européenne, selon un ...
Zapatero à l'Assemblée: un plaidoyer pour l'Europe RFI
Zapatero plaide pour l'Europe devant les députés français Le Point
Reuters.fr - Nouvel Observateur - BRANCHEZ-VOUS.com - TF1 -
**et 61 articles connexes >>**

Adopter Google Actualités comme page de démarrage

✉ Alertes Actualités

Version texte

À propos de Google Actualités

**Paris et Berlin souhaitent une plus grande compétitivité des ...**
LesAffaires.com -
et 22 articles connexes >>

**600 emplois menacés dans une ex-usine française d'HP**
ZDNet - et 3 articles connexes >>

**Coupe de France: Clermont dompte Lyon**
Reuters.fr - et 21 articles connexes >>

**"Le Couperet" : la métamorphose d'un cadre supérieur en tueur en ...**
Le Monde - et 11 articles connexes >>

**Grippe aviaire: scénario pour une épidémie**
TSR.ch - et 93 articles connexes >>

### Dans l'actualité

| | |
|---|---|
| France Télécom | Sony Ericsson |
| Michael Jackson | Clint Eastwood |
| Jef Raskin | SM le Roi |
| Department Stores | Mohammed VI |
| Rafic Hariri | Bruno Gollnisch |

---

### International >>

**La démission du gouvernement pro-syrien ouvre une période d' ...**
DH Net - Il y a 4 heures

*L'Express*

, sous la pression de l'opposition et de la rue, laisse sans réponse de nombreuses questions cruciales pour l'avenir du Liban. La première tâche à laquelle est confrontée la classe politique est la désignation ...
Le soulèvement de Beyrouth fait chuter le gouvernement prosyrien Le Monde
Liban: ouverture d'une période d'incertitude Edicom
France 2 - Nouvel Observateur - Voila.fr - Menara -
**et 811 articles connexes >>**

**Réformes palestiniennes: réunion positive**
France 3 - Il y a 3 heures

### France >>

**Perquisitions chez Jean-Paul Huchon et au Conseil régional d'Ile ...**
Le Monde - Il y a 5 heures


*SaphirNet.info*

La brigade financière a perquisitionné, mardi 1er mars, au Conseil régional d'Ile-de-France, à Paris, dans le cadre d'une enquête préliminaire sur des emplois fictifs, at-on appris de source judiciaire. ...
Perquisition au domicile de Jean-Paul Huchon Reuters.fr
Perquisitions dans une enquête portant sur l'entourage de Jean ... France 3
TF1 - Nouvel Observateur - L'Agefi (Abonnement) -
**et 33 articles connexes >>**

**Journée régionale de**

Lors d'une réunion à Londres sur les réformes palestiniennes, les deux parties ont été appelées à mettre en oeuvre leurs obligations "telles que définies par la Feuille de route". L'Autorité palestinienne ...
Soutien international à l'Autorité palestinienne et à "la ... Le Point
Conférence de Londres RTBF
Nouvel Observateur - Romandie.com - Libération - TSR.ch -
et 128 articles connexes >>


TSR.ch

### Le pape a parlé
**TF1 - Il y a 8 heures**
A en croire le Vatican, Jean-Paul II va mieux. Il aurait même recommencé à s'occuper des affaires de l'Eglise, recevant un de ses proches, le cardinal allemand Joseph Ratzinger, avec qui il a pu échanger quelques paroles. ...
Jean Paul II a pu parler et s'occupe des affaires de l'Eglise Courrier International (Abonnement)
Le pape a parlé, selon le Vatican Nouvel Observateur
Le Monde - Le Matin.ma - Libération - Radio-Canada -
et 884 articles connexes >>


Radio France

### manifestations lycéennes : plus de 20 000 ...
**Le Monde - Il y a 5 heures**
A la veille du vote du projet de loi Fillon à l'Assemblée, la journée régionale de manifestations lycéennes a rassemblé un peu plus de 20 000 participants, selon les chiffres de la police, soit moins que les précédentes. ...
Manifestations lycéennes en France: plus de 20.000 participants DH Net
Nouvelle mobilisation lycéenne contre le projet Fillon Nouvel Observateur
et 22 articles connexes >>

### Fourniret à nouveau accusé par sa femme
**France 2 - Il y a 5 heures**
Monique Olivier, 56 ans, détenue en Belgique, avait déjà accusé le 17 février son mari d'avoir tué trois jeunes filles, recrutées comme baby-sitter. Avec les nouveaux aveux, le nombre de meurtres dont elle accuse son mari s'élève à quatorze. ...
La femme de Michel Fourniret l'accuse de trois autres meurtres Reuters.fr
Fourniret: sa femme l'accuse de trois nouveaux meurtres Nouvel Observateur
LCI - Libre Belgique - Le Vif - Le Monde -
et 20 articles connexes >>


Nouvel Observateur

## Économie >>

### Paris et Berlin souhaitent une plus grande compétitivité des ...
**LesAffaires.com - Il y a 3 heures**
Le ministre français de l'Economie a vanté, mardi soir, la nécessité pour les entreprises européennes de doper leur compétitivité afin que l'Europe se dote de véritables "champions" industriels. Recevant ...
Breton et Clement: nous avons besoin de "champions" industriels ... L'Agefi (Abonnement)
Industrie: Paris et Berlin souhaitent une plus grande ... Nouvel Observateur
Le Revenu - La Tribune.fr - Voila.fr -
et 22 articles connexes >>


Tageblatt (Abonnement)

### L'Insee évalue le déficit public, en France à 3,7 % du PIB
**Le Monde - Il y a 3 heures**
Le déficit public français a atteint 3,7% du produit intérieur brut (PIB) en 2004, après 4,2% en 2003 (révisé en hausse de 0,1 point) selon les données transmises mardi à la Commission européenne par l'Institut national de la statistique et des ...
France : baisse du déficit public en 2004 France 2
Le déficit public de la France s'élève à 3,7% du PIB pour 2004 Reuters.fr


Tribune de Genève

## Science/Tech >>

### 600 emplois menacés dans une ex-usine française d'HP
**ZDNet - Il y a 5 heures**
L'ancienne usine de Hewlett-Packard basée à l'Isle Abeau (Isère) est menacée de fermeture. Employant 600 personnes, elle a été rachetée en 2002 par l'américain Sanmina-SCI spécialisé dans la sous-traitance électronique. ...
Le sous-traitant électronique Sanmina-SCI se restructure en ... Sophia Net
Avis de grand froid pour l'ex-usine iséroise d'HP 01net
et 3 articles connexes >>

### Dégroupage ADSL : Free plaide pour une baisse drastique des ...
**Futura Sciences - Il y a 9 heures**
Free a déclaré vendredi souhaiter que le tarif du dégroupage soit inférieur à 8 euros HT par mois. France Télécom risque de s'étrangler ! Free est le premier fournisseur d'accès Internet français ...
Tarifs du dégroupage : Free réagit THG France
Dégroupage: le Conseil d'État donne raison à France Télécom ZDNet
Le Monde - PC Astuces - L'Atelier - ComparaTEL -
et 45 articles connexes >>


AquaMac

### Garder un œil sur Rosetta

Nouvel Observateur - La Tribune.fr -
et 19 articles connexes >>

### Dominique Perben présente à l'Assemblée sa réforme des ...
Reuters.fr - Il y a 4 heures
PARIS (Reuters) - Le ministre de la Justice Dominique Perben a présenté mardi aux députés son projet de loi sur la réforme des faillites, qui prévoit un plan de sauvegarde afin que les entreprises en difficulté ne se retrouvent pas en cessation de ...
Droit des faillites: "anticiper pour éviter la casse", selon M. ...
L'Agefi (Abonnement)
M. Perben veut prévenir les faillites d'entreprises --par ...
Nouvel Observateur
France 2 - La Tribune.fr - Le Revenu -
et 16 articles connexes >>

Nouvel Observateur - Il y a 23 heures 
Presque un an jour pour jour après son lancement, la sonde européenne Rosetta, la chasseuse de comète, revient survoler la Terre le 4 mars, soit vendredi prochain, et sera visible dans le ciel pour les Européens équipés de jumelles ou de petits ...
Sciences et Avenir
La sonde Rosetta survole la Terre Silicon.fr
Rosetta : premier survol de la Terre Astrocosmos
Techno-science.net - Futura Sciences -
et 8 articles connexes >>

## Sports >>

### Coupe de France: Clermont dompte Lyon
Reuters.fr - Il y a 3 heures
PARIS (Reuters) - Clermont-Foot a réussi un exploit très rare cette saison en se qualifiant mardi aux dépens de l'Olympique lyonnais pour les quarts de finale de la Coupe de France. Les Auvergnats se sont ...
Sports.fr
Lyon éliminé par Clermont Foot Auvergne
Nouvel Observateur
Foot - Coupe : Clermont élimine Lyon ! L'ÉQUIPE.FR
mLyon - Sports.fr - Eurosport - TF1 - Sporever.fr -
et 21 articles connexes >>

### Coupe d'Europe: Wilkinson sera prêt pour Paris
Sports.fr - Il y a 7 heures
Même s'il a fait son retour à l'entraînement et que sa blessure au genou gauche n'est plus qu'un mauvais souvenir, Jonny Wilkinson reste à court de compétition. Mais alors qu'Andy Robinson a fait son ...
Rugby : Wilkinson bientôt de retour sur les terrains --par ...
Nouvel Observateur
Rugby: Jonny Wilkinson rêve de jouer à Paris Reuters.fr
L'ÉQUIPE.FR - Le Site Rugby - TSR.ch -
et 19 articles connexes >>

### Football : Loïc Guillon prolonge de trois ans au FC Nantes
Nouvel Observateur - Il y a 6 heures
PARIS (AP) -- Loïc Guillon, le défenseur du FC Nantes, a prolongé mardi de trois ans le contrat qui le lie au club breton actuellement classé 15e du championnat de France de football de Ligue-1. «Le joueur ...
Nantes: Guillon prolonge jusqu'en 2009 Sports.fr
Nantes : Guillon prolonge jusqu'en 2009 Football 365
et 3 articles connexes >>

## Culture >>

### "Le Couperet" : la métamorphose d'un cadre supérieur en tueur en ...
Le Monde - Il y a 9 heures
Un conte amoral de Costa-Gavras qui retrace le plan de survie d'un salarié licencié après quinze ans de bons et loyaux services. Film français de Costa-Gavras avec José Garcia, Karin Viard, Olivier Gourmet. (2 h 02.). ...
Canoë
Le Couperet Chronic'Art
José Garcia, serial killer économique de Gavras RTL
Nouvel Observateur - L'Express - Canada.com -
et 11 articles connexes >>

### Télévision : Deux soldats dans la pagaille de l'été 1940
Le Monde - Il y a 10 heures
La guerre de 1939-1945 et l'Occupation continuent de fournir à un rythme soutenu des sujets de téléfilm. Plutôt bien, d'ailleurs. Après "93, rue Lauriston", en décembre 2004, sur Canal+, France 2 diffusait ...
Le triporteur de Belleville l'Humanité
FRANCE 2/ Lorant Deutsch : «Je vis à fond chaque journée»
Le Figaro
Libération - 20 minutes - Le Point - l'Humanité -
et 7 articles connexes >>

### Cérémonie des Césars : «L'ésquive» de Abdellatif Kechiche ...
Le Matin.ma - Il y a 5 heures

«L'esquive» du réalisateur tunisien, Abdellatif Kechiche, a remporté samedi à Paris le César du meilleur film français et raflé au passage quatre trophées, dont celui très convoité de meilleur réalisateur. ...
Le Figaro
Les Césars font un triomphe au cinéma indépendant
Le Monde

"L'Esquive" rafle la mise All Africa
Courrier International (Abonnement) - l'Humanité - RFI - Libération - **et 91 articles connexes >>**

## Santé >>

### Grippe aviaire: scénario pour une épidémie
**TSR.ch - Il y a 3 heures**
Encore un mort au Vietnam. La nouvelle est tombée hier mais n'a pas fait grand bruit. La grippe aviaire ne défie plus la chronique. Les média ont eu d'autres événements plus croquants à se mettre sous la dent. ...
Le Vietnam enregistre son 14ème décès dû à la grippe aviaire ... Le Monde
Un nouveau malade au Vietnam Libération
Webindia123.com - XINHUA - TF1 - Romandie.com - **et 93 articles connexes >>**


XINHUA

### La défense du corps humain mieux comprise
**Radio-Canada - Il y a 5 heures**
Des équipes de recherche australiennes ont identifié un moyen de renforcer l'immunité au VIH, responsable du sida, et à d'autres virus mortels. Ils ont fait cette découverte alors qu'ils tentaient de ...
Sida: découverte en Australie sur le renforcement de l'immunité TSR.ch
Australie : découverte sur le renforcement de l'immunité contre ... XINHUA
**et 11 articles connexes >>**

TSR.ch

### Le risque de pandémie n'a pas empêché les coupes dans la ...
**Matinternet - 27 fév 2005**
Malgré tous les avertissements à l'effet que l'influenza aviaire en Asie représente un énorme risque pour l'humanité, le budget fédéral n'a offert que la moitié les fonds exigés par les scientifiques pour se préparer à affronter l'éventuelle ...
Grippe aviaire : les risques de pandémie Le Monde
La grippe aviaire, une grave menace pour le monde en Asie Courrier du Vietnam
**et 7 articles connexes >>**

Courrier du Vietnam

## À la une (suite)

### La tante de Géraldine Giraud en garde à vue, traces de ...
**France 3 - Il y a 4 heures**
La tante de Géraldine Giraud a été interpellée mardi matin et placée en garde à vue à Sens (Yonne), des traces de chloroforme ayant été retrouvées dans sa cave après les assassinats de sa nièce et son amie Katia Lherbier. ...
Interpellation de la tante maternelle de Géraldine Giraud près ... Nouvel Observateur
Une tante de Céline Giraud en garde à vue Libération
Reuters.fr - TF1 - L'Internaute Actualité - **et 24 articles connexes >>**


Nouvel Observateur

### La France arrive en tête pour les demandes d'asile
**Nouvel Observateur - Il y a 3 heures**
GENEVE (AP) -- Les demandes d'asile ont poursuivi leur recul dans les pays industrialisés en 2004 et la France est le pays qui en a reçu le plus, constate un rapport du Haut Commissariat des Nations unies pour les réfugiés (HCR) publié mardi. ...
INTERVIEW • Des chiffres en trompe-l'œil pour le Gisti Libération
Demandes d'asile : niveau le plus bas depuis 1987 SwissInfo
Le Soir en ligne (Abonnement) - Libération - Nouvel Observateur - **et 17 articles connexes >>**

Nouvel Observateur

### La Cour suprême des Etats-Unis a aboli la peine de mort à l' ...
**Le Monde - Il y a 5 heures**
La Cour suprême des Etats-Unis a aboli, mardi 1er mars, la peine de mort à l'encontre des mineurs, âgés de moins de 18 ans au moment où ils ont commis leurs crimes. Les criminels mineurs ne sont plus ...
La Cour suprême américaine se prononce sur les Dix Commandements ... Nouvel Observateur
La peine de mort abolie aux USA pour les mineurs Reuters.fr
Le Point - Libération - France 3 - Le Figaro - **et 62 articles connexes >>**


Tribune de Genève

---

**Versions internationales de Google Actualités disponibles:**
Argentina - Australia - Canada English - Canada Français - Chile - Deutschland - España - France - India - Italia - México - New Zealand - Österreich - Schweiz - Suisse - U.K. - U.S. - 中国版 (China) - 香港版 (Hong Kong) - 日本 (Japan) - 한국 (Korea) -

台灣版 (Taiwan)

La sélection et le positionnement des articles de cette page ont été réalisés automatiquement par un programme informatique.

©2005 Google - Page d'accueil de Google - A propos de Google - À propos de Google Actualités





DH Infos > En Direct

## La démission du gouvernement pro-syrien ouvre une période d'incertitude (01/03/2005 20:15)

**BEYROUTH (AFP)**



La démission lundi du gouvernement libanais pro-syrien d', sous la pression de l'opposition et de la rue, laisse sans réponse de nombreuses questions cruciales pour l'avenir du Liban.

La première tâche à laquelle est confrontée la classe politique est la désignation d'un nouveau Premier ministre en remplacement de M. Karamé. Or la communauté sunnite, au sein de laquelle le Premier ministre doit être choisi selon la tradition, apparaît désemparée avec la disparition de Rafic Hariri, qui restait une sorte de recours en temps de crise, selon le député Ghassan Moukheiber.

Selon son entourage, l'ancien Premier ministre Salim Hoss qui vient de constituer une "troisième voie" entre l'opposition et le pouvoir pro-syrien a cependant fait savoir qu'il déclinerait le poste s'il lui était proposé.

Le futur Premier ministre est désigné par le président de la République, mais ce dernier a au préalable l'obligation de consulter les députés.

En général, le Premier ministre est choisi au sein du club fermé des ex-Premiers ministres, qui représentent les familles politiques traditionnelles sunnites.

La désignation de Rafic Hariri en 1992, un homme d'affaires, après une crise économique aiguë, avait constitué une première, et depuis la fin de la guerre civile en 1990, au cours de laquelle un autre chef de gouvernement, Rachid Karamé, a été assassiné en 1987, la classe politique sunnite ne s'est pas renouvelée.

Une autre inconnue demeure, à savoir la nature du prochain gouvernement.

Le chef de l'opposition Walid Joumblatt a réclamé mardi la formation d'un gouvernement "transitoire" qui organise un retrait partiel syrien avant la tenue des élections législatives du printemps et qui soit capable de mener à bien l'enquête sur l'assassinat de Hariri.

L'opposition a rejeté sur la Syrie et le pouvoir libanais qui lui est inféodé la responsabilité de cet assassinat et s'est prononcé pour une enquête internationale.

Après avoir salué comme une "victoire" la démission du cabinet de M. Karamé sous la pression de l'opposition parlementaire et de la rue, M. Joumblatt a cependant indiqué "qu'il est encore trop tôt pour que l'opposition entre dans le prochain gouvernement".

"Il faut un gouvernement transitoire et neutre, puis, après les

législatives, un gouvernement d'union nationale sera formé", a dit le leader druze, retranché dans son palais de Moukhtara, dans la montagne au sud-est de Beyrouth.

Lundi soir, M. Joumblatt ainsi qu'un autre ténor de l'opposition, le général Michel Aoun, qui vit en exil en France, ont de concert mis en garde contre "un cabinet de militaires".

Les députés de l'opposition vont tenir des assises générales mercredi pour fixer leur choix, a-t-on appris auprès d'élus de l'opposition.



Sur le terrain, comme chaque soir depuis 14 jours, des manifestants ont convergé vers la place des Martyrs pour réclamer "la vérité" sur l'assassinat de Hariri. Quelque 2.000 Libanais étaient rassemblés, en scandant "Unis, nous resterons".

Dans le nord du liban, la tension est tombée dans l'après-midi à Tripoli, fief de M. Karamé. Dans la matinée, des hommes armés ont sillonné la ville en tirant en l'air, imposant la fermeture des commerces et établissements bancaires, en réaction à la démission du gouvernement. Les universités ont fermé leurs portes.

Le président Emile Lahoud a informé mardi le chef de l'équipe de l'Onu enquêtant sur l'assassinat le 14 février de Rafic Hariri, Peter Fitzgerald, que l'Etat était déterminé à la mener "jusqu'au bout", selon une source officielle.

M. Lahoud a assuré avoir "transmis toutes les informations recueillies par les services judiciaires et de sécurité libanais à l'équipe de l'Onu". L'Onu a par ailleurs accepté de dépêcher au Liban un groupe d'experts pour assister la justice libanaise et l'équipe de l'Onu dans l'enquête, selon une source officielle.



© 2005 AFP. Tous droits de reproduction et de représentation réservés. Toutes les informations reproduites dans cette rubrique (dépêches, photos, logos) sont protégées par des droits de propriété intellectuelle détenus par l'AFP. Par conséquent, aucune de ces informations ne peut être reproduite, modifiée, rediffusée, traduite, exploitée commercialement ou réutilisée de quelque manière que ce soit sans l'accord préalable écrit de l'AFP.

Retour

---

**Les dernières 24 heures ...**

[23:47] La journaliste Florence Aubenas, otage en Irak, lance un appel au secours
[23:43] Coupe de France: Clermont s'offre la peau de Lyon, Nîmes celle de Nice
[23:34] 1/4 de finale aller de Coupe ULEB: Charleroi dominé par Valence 78-86
[21:04] Manifestations lycéennes en France: plus de 20.000 participants
[20:54] La journaliste Florence Aubenas, otage en Irak, lance un appel au secours
[20:53] La journaliste Florence Aubenas lance un appel au secours (PAPIER GENERAL,ACTUALISE)
[20:37] Manifestations lycéennes en France: plus de 20.000 participants
[20:26] La journaliste Florence Aubenas, otage en Irak, lance un appel au secours
[20:22] Liban: la démission du gouvernement ouvre une période d'incertitude
[20:13] Zapatero plaide pour l'Europe devant les députés français
[20:02] Vibrant plaidoyer de Zapatero pour l'Europe devant les députés français
[19:48] Soutien international à l'Autorité palestinienne et à "la feuille de route"

- [19:16] Fourniret: sa femme lui imputerait 6 autres meurtres
- [18:58] Auxerre-PSG: affiche des 8e de finale de la Coupe de France
- [18:48] Les Etats-Unis renoncent à la peine de mort pour les mineurs
- [18:25] L'Atlantique vaincu, le tour du monde de GlobalFlyer est bien parti
- [18:24] Bourse de Bruxelles: la KBC et Almanij se distinguent
- [18:22] Manifestations lycéennes en France: plus de 20.000 participants
- [18:11] Bourse de Bruxelles : les plus gros écarts du jour
- [18:10] La Cour Suprême abolit la peine de mort pour les mineurs aux Etats-Unis
- [18:09] Bourse de Bruxelles : Valeurs de clôture du BEL 20
- [17:47] Le port de Liège, deuxième port intérieur d'Europe en 2004
- [17:23] L'Allemagne et la France doivent affronter un chômage de masse
- [17:17] Foot: démission du conseil d'administration du Lierse
- [17:09] Une vague de froid fait grelotter la France
- [16:50] La Cour Suprême américaine abolit la peine de mort pour les mineurs
- [16:43] Lettonie: des jeunes inspirés par Mortal Kombat tuent un adolescent
- [16:13] Soutien international à l'Autorité palestinienne, Israël rappelé à ses devoirs
- [15:41] Frank Vandenbroucke souffre d'une inflammation au tendon d'achille
- [15:40] La journaliste Florence Aubenas, otage en Irak, lance un appel au secours
- [15:35] Le nombre de faillites est en augmentation de 2,2 pc (Graydon)
- [15:20] Foot - Coupe de Belgique: Les deux matches de mercredi remis (upd)
- [15:12] Revenu d'intégration: bénéficiaires de l'activation en hausse
- [15:05] Foot - Coupe de Belgique: Les deux matches de mercredi remis
- [14:59] Le plus grand procès de pédophilie jamais organisé s'ouvre jeudi à Angers
- [14:47] L'Allemagne et la France doivent affronter un chômage de masse
- [14:43] La journaliste Florence Aubenas, otage en Irak, lance un appel au secours
- [14:40] La journaliste Florence Aubenas lance un appel au secours
- [14:39] Coupe de France: le PSG va tenter de sauver sa saison à Auxerre
- [14:33] Soins de santé: rejet massif du plan du gvt par la base LBC
- [14:06] La démission du gouvernement libanais ouvre une période d'incertitude
- [14:03] La journaliste Florence Aubenas, otage en Irak, lance un appel au secours
- [14:02] Séisme en Asie: plus de 50 millions d'euros sur le compte 12-12
- [14:00] La démission du gouvernement libanais ouvre une période d'incertitude
- [13:42] Réunion de soutien international à l'Autorité palestinienne à Londres
- [13:41] Casques bleus tués en RDC: chef milicien d'Ituri arrêté à Kinshasa
- [13:36] L'Allemagne et la France doivent affronter un chômage de masse
- [13:25] France: records de froid pour un mois de mars battus
- [12:42] Steve Fosset s'envole pour un tour du monde en moins de 80 heures
- [12:37] L'OCDE demande aux chômeurs de chercher du travail
- [12:36] La journaliste française enlevée en Irak appelle à l'aide dans une cassette vidéo
- [12:29] Des enfants bangladais, dont des bébés, poursuivis pour pillage
- [12:18] Augmentation du prix maxima de certains produits pétroliers
- [12:17] La journaliste française enlevée à Bagdad appelle à l'aide dans une cassette-vidéo
- [11:56] 7,7 pc des enfants vivent dans la pauvreté en Belgique
- [11:52] 300 passagers d'un avion de la PIA évacués après un incendie au sol
- [11:51] La journaliste française enlevée à Bagdad appelle à l'aide dans une cassette-vidéo
- [11:46] L'opposition libanaise maintient sa pression contre Damas
- [11:42] La journaliste française enlevée à Bagdad appelle à l'aide dans une cassette-vidéo
- [11:41] Hiver 2004-2005 normal à l'exception d'un ensoleillement important
- [11:37] L'opposition libanaise maintient sa pression contre Damas
- [11:36] Allemagne: nouveau record du chômage en février à 5,216 millions
- [11:33] La journaliste française appelle à l'aide dans une cassette-vidéo
- [11:31] Irak: Florence Aubenas appelle à l'aide dans une cassette-vidéo
- [11:31] Quantité anormale de précipitations en février 2005
- [11:25] L'opposition libanaise maintient sa pression contre Damas
- [11:20] Catastrophes en 2004: coût record de 37 mia EUR pour les assureurs

[11:20] Allemagne: nouveau record du chômage en février à 5,216 millions
[11:12] Prévisions météo valables pour les prochains jours
[10:43] Infanticide Namur: les parents également inculpés
[10:41] L'opposition libanaise en liesse après la démission du gouvernement
[10:37] Attentat de Hilla: 115 morts, 146 blessés, selon un dernier bilan
[10:33] Record de consommation d'électricité battu lundi en France
[10:21] Procès de pédophilie d'Angers: la partie civile espère une "prise de conscience collective"
[10:18] Réunion internationale sur les réformes palestiniennes à Londres
[10:15] Recul du taux d'absentéisme pour cause de maladie en Belgique
[09:26] Shopping encore cher à New-York
[08:36] Le prix du timbre passe à 53 centimes en France
[08:27] "Une aide financière pour les bars sans tabac?" (Le Soir)
[08:23] Augmentation salariale de 3,5 pc pour le personnel de la Chambre (Tijd)
[08:18] Salim Hoss annonce la création d'une "3ème force" au Liban
[08:07] Carnage en Irak, un mois après les élections générales
[08:01] Carnage en Irak, un mois après les élections générales
[08:00] Augmentation des tarifs de plusieurs consultations médicales
[07:57] Carnage en Irak, un mois après les élections générales
[07:56] Coupe de France de football: Paris va tenter de sauver sa saison à Auxerre
[07:38] Réunion internationale à Londres sur les réformes palestiniennes
[07:32] Steve Fosset s'envole pour un tour du monde en moins de 80 heures
[07:23] Zapatero à Paris pour défendre le oui à la Constitution européenne
[07:11] Il y a un mois Jean Paul II était hospitalisé pour les troubles respiratoires
[05:42] Référendum Constitution au Burundi: oui largement en tête
[04:53] La grippe aviaire fait un quinzième mort au Vietnam

   

