EXHIBIT B

Dockets.Justia.com

IDG Network:   Login   Register

VeriSign® SSL Services.
Get a FREE SSL Security Kit.    learn more >>



# COMPUTERWORLD
An IDG company

QuickLink    ▶   Search Computerworld    ▶ Advanced Search

| Home | News | Print Edition | Services | Subscribe | Events | Research | XML Feeds |

Home > Browse Topics > Development > Web Site Management

## Google launches news service

News Story by Tom Spring, PC World

SEPTEMBER 23, 2002 (PC WORLD) - Google Inc. is beefing up its Web site by using its search engine technology to add breaking news services this week.

Google News scans 4,000 news sources in real time, creating a dynamic news page displaying top world, U.S., and business news. Today's launch cuts the ribbon on the service, which has been in beta-testing for the past six months.

The service is completely automated, said Marissa Mayer, Google.com product manager. It relies on the same information-ranking technology used in the popular Google search engine to deliver relevant results. The same technology is used to let users search a 28-day index of news stories.

The service is similar to existing offerings from news

🖶 Print-friendly    📧 E-mail this    📧 Feedback    📄 Reprints

**Related to this topic**
> China hijacks Google's domain name
> FTC tells search engines to disclose paid results
> Google to be search engine for all AOL brands
> Yahoo opens up search platform to developers
> Paris Hilton may be victim of T-Mobile Web holes



### Free E-Newsletters
Keep up on technology news and trends with our free e-mail newsletters! Select from daily and weekly updates -- including alerts and roundups by topic.
➔ Sign up today!

### Knowledge Centers
Security
Storage
Mobile & Wireless
Hardware
Business Intelligence
Networking
Software
More Knowledge Centers:
Select one...

### Partner Zones
Application Delivery
Business Analytics
Government Mobility
IT Manager Zone
Service Level Mgmt.
SSL Services
Web Meeting Solutions

### Features

Latest Headlines
This Week's Issue
Shark Tank
Research
Webcasts
White Papers
Buyer's Guides
E-mail Newsletters
XML News Feeds

aggregators Northern Light, NewsEdge, Columbia Newsblaster and Moreover Technologies Inc. (which provides the news service to Ask Jeeves Inc.).

Google News will be ad-free at introduction, and the company plans to eventually license the Google News Service to other sites, Mayer said.

The news service gives a new look to Google, which has long taken a minimalist approach to Web design. The site serves up photos mixed with headlines and news reports. A news channel bar at the top left side of the main news page provides links to pages with headlines in seven news categories: world, U.S., business, science and technology, sports, entertainment, and health.

But the channels refer only to the news service, and are not a topic tree for searches.

  

The Web Publishing System from Macromedia. For an intranet that actually lives up to its potential.

Free seminar >    Learn more >

Other resources
> Remote Support Best Practices and Benefits - Show don't tell! Download this white paper
> How to Entice More Visitors to Do Business on Your Web Site - Free Web Seminar

"In no way are we trying to become a portal," Mayer says. However, Google executives have said the service is continually evaluating new features and opportunities to expand.

The front page of Google News offers brief headlines and synopses of news stories accompanied by photos. When a reader clicks on a news headline, he is taken to the news source's Web site. When a reader chooses a related link, Google displays a list of stories on the same subject from competing news outlets.

"People can now pick a story and then decide the source, instead of picking a source and finding a story," Mayer says.

Google News ranks news stories using three different criteria: how recently it was published, the volume of material on the topic and the caliber of the news outlet.

One fun feature is called "In the News," an automatically generated real-time list of the most frequently reported



VeriSign®
SSL
Services.

Get a
FREE SSL
Security Kit.

learn more >>

instances of people, place and things.

The breaking news service builds on Google News Search, which became available earlier this year. It listed links to news sources and performed searches of the news sites by topic.

Competing news aggregation services have shied away from completely automated news feeds. Representatives of Moreover and other services argue that human evaluation is required for 100% accuracy when it comes to news relevance.

**Subscribe to our Web Site Management e-mail newsletter:**

E-mail [        ]  [ Subscribe ]

**Also in the Web Site Management Knowledge Center**
News | Discussions | Buyers' Guides | Resource Links | White Papers | Mobile Channel | E-mail newsletters
`XML` > Web Site Management XML Feed    > XML Feed FAQ

Reprinted with permission from

**PC WORLD.COM**  For more PC news, visit *PCWorld.com*.
Story copyright 2005 PC World Communications. All rights reserved.

**Additional Content**

### Web Site Management White Papers



Read up on the latest ideas and technologies from companies that sell hardware, software and services.

→ Securing Your Website for Business

→ ROI Case Study (Based on the World's Largest Online Retailer):

→ View Web Site Management whitepapers

### IT Management: Featured White Paper



**Maintaining Compliance**

Learn how companies use HP OpenView solutions support COBIT and COSO objectives, and ensure management software fits Sarbanes-Oxley requirements.

→ Download this free white paper now

### E-Business: Featured Webcast

 **Managing the Geographically-dispersed E-Business**

How are global corporations improving productivity across branch offices, partners, and high value institutional clients?

Learn what steps you can take to ensure important data is delivered quickly and critical transactions flow smoothly across the extended enterprise.

→ View this free e-business webcast now

---

## COMPUTERWORLD MARKETPLACE

**Looking for Dual Xeon Managed Servers?**
Interland offers 100% uptime, 24/7 Expert Tech Support featuring Linux or Windows IBM eServers with 1hr hardware replacement guaranteed.

**Researching Microsoft/Linux Managed Servers?**
Rackspace offers award-winning Microsoft and Linux Managed Servers that are custom configured to your specifications. See why thousands of companies choose the Microsoft Hosting Provider of the Year.Tier 1 data centers-Zero Downtime Network Guarantee

**Web Conferencing Software**
Web and desktop video conferencing software, behind your firewall, on your network. Easy 5 minute server installation, and 100% browser-based client. Youll be up and running in minutes. Download your free trial copy now!

**Free unlimited online meetings for 14 days.**
WebEx online meetings and web conferencing solutions: Meet colleagues online, host web events, train your staff, provide live support. Try us free for 14 days.

**Deliver business solutions faster with portals.**
Free from BEA: Guide to Portal Lifecycle Management. Learn how to build and deploy better portals faster, simplify portal management. Boost user adoption, reduce Web sprawl, get more from existing applications. Free white papers, case studies, more.

*Buy a link Now*

Sponsored Links

**Serving Your Customers An Outstanding Online Experience**   Download this free white paper now!
**Sprint - Connects the PGA to the World.**    Learn More.
**Free Verisign SSL Certificate**   Don't miss the opportunity! Obtain a FREE SSL Trial ID today.
**Email**   Security Services

**MS IT Secrets**   Watch a live webcast. Ask field experts questions. Sign up

About Us   Advertise   Contacts   Editorial Calendar   Help Desk   Privacy Policy   Reprints   Site Map

**IDG Network:**   Computerworld titles   Bio-IT World   CIO   CMO   CSO   Darwin   GamePro   GameStar.com   GamerHelp.com   Infoworld
IT Careers   JavaWorld.com   Macworld   MacCentral.com   Network World   PC World   Playlistmag.com

Copyright © 2005 Computerworld Inc. All rights reserved. Reproduction in whole or in part in any form or medium without express written permission of Computerworld Inc. is
prohibited. Computerworld and Computerworld.com and the respective logos are trademarks of International Data Group Inc.

**VeriSign® SSL Services.**
**Get a FREE SSL Security Kit.**        learn more >>

