FILED
MAR 17 2005
NANCY MAYER WHITTINGTON, CLERK
T COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NUMBER 1:05CV00546
JUDGE: Gladys Kessler
DECK TYPE: General Civil
DATE STAMP: 03/17/2005

Agence France Presse, )
1015 15th St NW, )
Washington, DC 20005 )
)
            Plaintiff, )
)
v. )
)
Google Inc., )
a California Corporation, )
1600 Amphitheatre Pkwy, )
Mountain View, CA 94043 )
)
            Defendant. )
)
)

COMPLAINT FOR PRELIMINARY AND
PERMANENT INJUNCTION AND
COPYRIGHT INFRINGEMENT

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Agence France Presse certify that to the best of my knowledge and belief, that Agence France Presse has no parent companies, subsidiaries or affiliates, which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

Dated: March 17, 2005      By: _____
Joshua J. Kaufman, Bar No. 945188
Mary Jane Saunders, Bar No. 436608
Jason A. Aquilino, Bar No. 479788
VENABLE LLP
575 7th Street, NW
Washington, DC 20004-1601
202-344-8538 (phone)
202-344-8300 (fax)
jjkaufman@venable.com

*Counsel for Agence France Presse*

-19-