## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGENCE FRANCE PRESSE, )<br>)<br>                    Plaintiff, )<br>    v. )<br>) CASE NO. 1:05CV00546 (GK)<br>GOOGLE, INC. )<br>)<br>                    Defendant. )<br>) | |

### STIPULATED MOTION TO EXTEND TIME FOR RESPONSE TO COMPLAINT

Plaintiff Agence France Presse ("AFP"), by and through undersigned counsel, moves this Court to extend the time in which Defendant Google Inc. must respond to AFP's Complaint to Monday, May 9, 2005.

The parties are currently in business discussions and ask the Court to allow them more time to attempt to reach a resolution that would avoid the need for litigation.

The parties have conferred in good faith regarding this issue and are in agreement with the request stated herein.

(SIGNATURES ON NEXT PAGE)

2

**WHEREFORE**, movant requests this motion be granted.

/s/
_____
Joshua J. Kaufman (DC Bar # 945188)
Mary Jane Saunders (DC Bar # 436608)
Jason A. Aquilino (DC Bar # 479788)
Venable LLP
575 7th Street, NW
Washington, D.C. 20004-1601
Tel: (202) 344-8538
Fax: (202) 344-8300
*Attorneys for Plaintiff Agence France Presse*

2