UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGENCE FRANCE PRESSE, )<br>)<br>　　　　　　　Plaintiff, )<br>v. )<br>) CASE NO. 1:05CV00546 (GK)<br>GOOGLE INC. )<br>)<br>　　　　　　　Defendants. )<br>) | |

## ORDER

Upon consideration of the Motion of Agence France Presse To Extend Time For Response To Complaint, and the parties to the case having consented to this motion, the motion is hereby GRANTED; and it is

FURTHER ORDERED that Google Inc. shall file its response to Agence France Presse's Complaint, not later than May 9, 2005.

IT IS SO ORDERED.

_____
Gladys Kessler, Judge
United States District Court

2

**copies to:**

Joshua J. Kaufman (DC Bar # 945188)
Mary Jane Saunders (DC Bar # 436608)
Jason A. Aquilino (DC Bar # 479788)
Venable LLP
575 7th Street, NW
Washington, D.C.  20004-1601
Tel:  (202) 344-8538
Fax:  (202) 344-8300
*Attorneys for Plaintiff Agence France Presse*

Michael S. Kwun, Esq.
Litigation Counsel
Google Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043