EXHIBIT A1

Dockets.Justia.com

 News BETA

Web   Images   Groups   **News**   Froogle   Local<sup>New!</sup>   **more »**   Advanced N

[ Search News ]   [ Search the Web ]

Search and browse 4,500 news sources updated continuously.

**Top Stories**
**World**
**U.S.**
**Business**
**Sci/Tech**
**Sports**
**Entertainment**
**Health**

✉ News Alerts

About
Google News

## Business


CIO Today

### Oil Ends Near Record
**Reuters - 49 minutes ago**
US oil futures surged within striking distance of a new record on Thursday but ended off their peaks after OPEC-member Nigeria said the cartel could raise production to rein in runaway prices.
Crude-Oil Futures Top $55, Near Record High
Smartmoney.com (subscription)
Oil prices climb near $55 a barrel mark BusinessWeek
Age (subscription) - Forbes - ABC News - BBC News -
all 490 related »


E-Commerce
Times

### UPDATE 4-Greenspan says hybrid tax system best reform route
**Reuters - 54 minutes ago**
Replacing the tax on income with one on spending could boost growth, but likely opposition means a hybrid may be the best approach to reforming taxation, Federal ...
Greenspan backs tax revamp CNN International
Greenspan Says Consumption Tax Could Spur Growth
New York Times
Wired News - Bloomberg - ABC News - MarketWatch -
all 338 related »


Buffalo News

### Ebbers lawyer attacks star gov't witness
**BusinessWeek - 1 hour ago**
MAR. 3 2:39 PM ET A lawyer for ex-WorldCom Inc. chief Bernard Ebbers turned his closing argument Thursday into a blistering attack on star prosecution witness Scott Sullivan, calling him a crafty liar with Broadway-worthy acting skills.
Defense Paints Ebbers as Big-Picture CEO
Smartmoney.com (subscription)
Ebbers' Lawyer Slams Sullivan TheStreet.com
Jackson Clarion Ledger - E-Commerce Times - USA Today -
Bloomberg - all 924 related »


Finance Gates

### FDA Updates Crestor Warning Information
**WebMD - 58 minutes ago**
March 3, 2005 -- The FDA has issued a public health advisory to further explain the risks and benefits of the cholesterol-lowering drug Crestor.
London shares close higher but off session peak Designerz.com
AstraZeneca Shares Rise 3.8% as Crestor Worries Ease (Update5) Bloomberg
New Ratings - Forbes - Finance Gates - Business World -
all 165 related »


TechNewsWorld

### MCI Paying Attention to Qwest
**CIO Today - 1 hour ago**
Qwest Chief Executive Richard Notebaert recently wrote to MCI directors that Qwest had not been given as much access to MCI's

business data as Verizon.
Tardy MCI Finally Breaks Bread with Qwest Telecomweb
Verizon lets MCI talk over Qwest bid IT World
MarketWatch - Telephony Online - New York Times -
WebProNews - all 1,030 related »


BBC News

### Rosneft, Gazprom merger hits snag
**Channel News Asia - 3 hours ago**
MOSCOW : The merger of Russian natural gas giant Gazprom
with state oil company Rosneft hit a snag when the latter rejected
terms of the deal announced earlier by the gas group's chief.
Gazprom-Rosneft merger in turmoil CNN International
Gazprom and Rosneft clash over merger plan BusinessWeek
Voice of America - Australian Financial Review - New Ratings -
RosBusinessConsulting - all 146 related »


LinuxInsider.com

### World Bank chief eyes 'passionate' successor, but not Wolfowitz
**Channel News Asia - 6 hours ago**
BRUSSELS : Outgoing World Bank chief James Wolfensohn said
his successor must be "passionate" about fighting poverty -- and
denied that US Deputy Defense Secretary Paul Wolfowitz was
running for the post.
World Bank: Wolfowitz not in running BusinessWeek
Fiorina Looks to Head World Bank Express Newsline
Reuters India - Indianapolis Star - Times Online -
New York Times - all 213 related »


Esato

### Razr phone boosts Motorola to No. 2 sales slot
**ZDNet - 2 hours ago**
Motorola is once again the No. 2 cell-phone maker worldwide, with
strong sales of its Razr handsets pushing Samsung back to third
place, industry analysts said Thursday.
Cellphone sales up after shocking year
Computerworld New Zealand
Motorola Gaining Share in Mobile Phone Sales TechNewsWorld
Wireless NewsFactor - Chicago Tribune (subscription) -
Chicago Sun-Times - ElectricNews.net - all 64 related »


RTE News

### Eurozone rate rise prospect draws nearer
**Financial Times - 2 hours ago**
The European Central Bank on Thursday sent the clearest signal
yet that its next interest rate move would be upwards as it glossed
over the recent weakness of eurozone growth.
ECB Puts Brave Face on Slowdown, Rates Kept Steady Reuters
ECB leaves interest rates unchanged BusinessWeek
Channel News Asia - Bloomberg - MSN Money - WebProNews -
all 107 related »


Servihoo

### Famous Japanese businessman arrested
**ABC Online - 1 hour ago**
Japanese businessman Yoshiaki Tsutsumi - who became the
world's richest man in the 1980s - has been arrested in a scandal
over falsifying financial statements.
Magnate arrested in Japan in fraud case
International Herald Tribune
Tsutsumi held in fraud Daily Yomiuri

Case 1:05-cv-00546-GK    Document 4-2    Filed 04/29/2005    Page 4 of 45

Scotsman - Forbes - Bloomberg - Designerz.com -
all 113 related »


News 14
Charlotte

### Bank of America pays $460.5 million to settle WorldCom suit
**philly.com - 1 hour ago**
CHARLOTTE, NC - Following the lead of Citigroup, Bank of
America on Thursday became the second large US bank to settle
class-action lawsuits by former shareholders of long-distance
carrier WorldCom.
UPDATE 4-Bank of America in $460.5 mln WorldCom settlement
Reuters
Bank of America to Pay $460 Million in Worldcom Settlement
New York Times
Lexington Dispatch - Big News Network.com - Bloomberg -
E-Commerce Times - all 248 related »


Servihoo

### D.Telekom profits increase sharply
**Morocco Times - 47 minutes ago**
Its fast-growing US mobile unit, bought for USD 40 billion in 2001
and responsible for a major chunk of past debts and losses,
contributed the lion's share of Telekom's 5.1% rise in fourth-
quarter core earnings growth.
UPDATE 4-D.Telekom profit propelled by US, asset sales Reuters
Deutsche Telekom continues on profitability path IT World
Smartmoney.com (subscription) - Expatica - Light Reading -
Channel News Asia - all 108 related »


WJXX

### Chiron Says Too Soon to Predict Flu Dose Numbers
**Reuters - 1 hour ago**
Chiron Corp. said on Thursday it was moving toward full
production of its influenza vaccine but that it was too early to
predict how many doses it might produce for the 2005/2006 flu
season.
Chiron chief: 2005 shot count unclear MarketWatch
UK lifts suspension of flu vaccine maker Big News Network.com
TheStreet.com - Motley Fool - KPIX-TV 5 - Forbes -
all 310 related »


Radio Australia

### PM to resist rate rise No.2
**Brisbane Courier Mail - 7 hours ago**
PRIME Minister John Howard has cautioned the Reserve Bank of
Australia against another official rate rise as the major banks
yesterday rushed to lift rates - but not the interest paid on savings.
Aust PM accused of bullying the Reserve Bank Radio Australia
Banks respond to rate rise Daily Telegraph
Yahoo News - BusinessWeek - Australian - ABC Online -
all 321 related »


E-Commerce
Times

### Family Feud Escalates at Cablevision
**ABC News - 33 minutes ago**
An increasingly bitter family feud between the chairman of
Cablevision Systems Corp., Charles Dolan, and his son James,
the company's CEO, sent the company's stock price ...
Family feud escalates at Cablevision BusinessWeek
Cablevision off on board moves, SEC probe MarketWatch

CNN - TheStreet.com - Crain's New York Business -
New York Times - all 192 related »


Reuters

### News Corp. ups exchange ratio for Fox
MarketWatch - **1 hour ago**
SAN FRANCISCO (MarketWatch) -- Shares of Fox Entertainment
Group rose 5 percent Thursday afternoon after Rupert Murdoch's
News Corp.
News Corp raises bid for Fox Entertainment Stuff.co.nz
News Corp. raises bid for Fox CNN
Reuters - ABC News - BusinessWeek - New Ratings -
all 21 related »


Servihoo

### US Loses WTO Cotton Appeal; May Lead to More Cases (Update2)
Bloomberg - **1 hour ago**
The Bush administration today lost its appeal of a World Trade
Organization ruling that said $2.7 billion-a-year in aid to US cotton
farmers is illegal.
WTO rejects US appeal in cotton case MSNBC
Regarding WTO Ruling on US Cotton Program
Farm Bureau News
San Jose Mercury News - Tribune de Genève - Economic Times -
AllAfrica.com - all 64 related »


Servihoo

### Investors' nerves frayed over WMC tension
Advertiser Adelaide - **7 hours ago**
SHARES in takeover target WMC Resources continued to drift
lower yesterday, as increasingly worried investors began to doubt
that a rival would emerge in time to bid against Xstrata $8.2 billion
cash offer.
Xstrata drops conditions in $6.4bn bid for WMC Financial Times
Davis move sets deadline for WMC
Sydney Morning Herald (subscription)
Guardian - Yahoo News - Bloomberg - Age (subscription) -
all 86 related »


News 14
Charlotte

### More flights disrupted over Christmas than in recent years
USA Today - **12 hours ago**
US Airways failed to plan adequately for Christmas week staffing
shortages in Philadelphia and elsewhere that disrupted holiday
trips for 560,000 passengers, federal investigators said
Wednesday.
Feds Blame US Airways, Not Comair, For Holiday Delays
KTVU.com
US Airways Faulted for Dec. Snarls Washington Post
Reuters - Los Angeles Times (subscription) - Miami Herald -
Cincinnati Enquirer - all 143 related »

### UPDATE 3-ChevronTexaco reserves fell 6 pct in 2004
Reuters - **2 hours ago**
ChevronTexaco Corp. (CVX.N: Quote, Profile, Research) , which is reported to be
considering a bid to buy smaller rival Unocal Corp.
Biz Buzz: Chevron may bid for Unocal Contra Costa Times
Unocal Shares Soar on Report of Possible Takeover
Los Angeles Times (subscription)

MarketWatch - CNN International - Forbes - TheStreet.com - all 102 related »

**International versions of Google News available in:**
Argentina - Australia - Canada English - Canada Français - Chile - Deutschland - España - France - India - Italia -
México - New Zealand - Österreich - Schweiz - Suisse - U.K. - U.S. - 中国版 (China) - 香港版 (Hong Kong) -
日本 (Japan) - 한국 (Korea) - 台灣版 (Taiwan)

The selection and placement of stories on this page were determined automatically by a computer program.

©2005 Google - Google Home - About Google - About Google News



Home > Channels > Ki News ?





Accueil    Maurice    Région    Monde    Football    Business

**Actualité**
» A l'Ile Maurice
» Dans la région
» Dans le Monde
   - Monde
   - Football
   - Business
   - Hi-Tech

**Consultez**
» Dossiers
» Médias Mauriciens

**Réagissez**
» Forum
   Réagissez à l'actualité
» Chat
   Discuter en direct

**Recherchez**
Chercher dans toute
l'actualité



**Business**

  

### Tsutsumi, once world's richest man, to be indicted insider trading
[02 Mar 2005]
TOKYO (AFP)



Yoshiaki Tsutsumi, who was reputed to be the world's richest man at the end of Japan's 'bubble economy,' will be indicted for allegedly lying in financial reports and insider trading when he headed the Seibu property, retail and railway empire, reports say.

Investigators will go to Seibu Railway group offices this week and press charges against current Seibu executives as well as Tsutsumi, 70, Kyodo News said.

Tsutsumi, who was chairman of Kokudo Corp., the railway company's parent, will be questioned by prosecutors on his role in a statement which allegedly underreported holdings of major shareholders, the Nihon Keizai Shimbun said.

The executives are also suspected of massively selling Seibu shares before admitting the under-reporting scandal in October, a move that made Seibu nosedive and later be delisted from the Tokyo Stock Exchange.

Tsutsumi, whose family bought up property as Japan rebuilt after World War II, was named as the world's richest person by Forbes magazine in 1990 with a fortune put then at 16 billion dollars. In 2004, he was ranked 159th with just three billion dollars.

In October, Tsutsumi quit as chairman of companies which included the Prince Hotel, Seibu Construction and Kokudo to take responsibility in the scandal.

Two people have committed suicide over the scandal including former Seibu Railway president Terumasa Koyanagi, 64, who was found hanged in Tokyo home last month.

Before killing himself, Koyanagi admitted to prosecutors that a Kokudo executive told him to lie about the financial statement and alleged the order came directly from Tsutsumi, Fuji Television reported.

In June, the Seibu group had told authorities that Kokudo's shareholding in Seibu Railway was 43.16 percent although Kokudo actually held a 64.83 percent stake, previous reports have said.

As a result, the group was able to hide the fact that the top 10 major shareholders held more than 80 percent of the group -- a criteria for delisting from the Tokyo market, reports have said.

Between August through October, Seibu executives and Tsutsumi sold some 65 billion yen (625 million dollars) worth of Seibu Railway shares held by Kokudo to 72 companies and individuals in off-market transactions to bring down the level of shareholdings, the Yomiuri Shimbun said.

The deals were made prior to the October disclosure of the financial statement and prosecutors have determined that it constituted insider trading, the Mainichi Shimbun said.

## Other top stories (Business)...

- Greenspan raises idea of consumption tax in US [04 Mar 2005]   Read >>
- Portugal Telecom announces 108 pct profit surge, 1,000 job cuts [03 Mar 2005]   Read >>
- Brent oil price surges to 53 dollars for first time in history [03 Mar 2005]   Read >>
- WTO upholds ruling against US cotton subsidies [03 Mar 2005]   Read >>
- Brent oil price surges to 53 dollars for first time in history [03 Mar 2005]   Read >>
- Brent oil price surges to new record high above 52 dollars [03 Mar 2005]   Read >>
- Dollar creeps up against euro on US data [03 Mar 2005]   Read >>
- Brent oil price surges to new record high above 52 dollars [03 Mar 2005]   Read >>
- ECB holds rates steady as economy falters [03 Mar 2005]   Read >>
- Greenspan raises idea of consumption tax in US [03 Mar 2005]   Read >>
- US jobless claims fall to 310,000 [03 Mar 2005]   Read >>
- Rosneft, Gazprom merger hits snag [03 Mar 2005]   Read >>
- Bank of America paying 461 mln dlrs to settle WorldCom litigation [03 Mar 2005]   Read >>
- Greenspan raises idea of consumption tax in US [03 Mar 2005]   Read >>
- US productivity revised up to 2.1 percent in fourth quarter [03 Mar 2005]   Read >>
- Havas swings into profit in 2004, targets higher earnings this year [03 Mar 2005]   Read >>
- Hynix posts all-time high operating profit in 2004 [03 Mar 2005]   Read >>
- Trichet slams EU's extension of deadline for Greece to cut public deficit [03 Mar 2005]   Read >>
- ECB cuts eurozone growth, inflation forecasts [03 Mar 2005]   Read >>
- ECB raises expectations for oil prices, euro-dollar exchange rate [03 Mar 2005]   Read >>

Archives >>

© AFP.



© Copyright : Telecom Plus Ltd | Acceptable Use Policy | Disclaimer | Advertise with us



Business Directory | Femmes | Ki News? | Nu Pa

Home > Channels > Ki News ?



SERVIHOO MOBILE ZONE
Telechargement rapide

Accueil   Maurice   Région   Monde   Football   Business

## Business

wanadoo

### Actualité

▸▸ A l'Île Maurice
▸▸ Dans la région
▸▸ Dans le Monde
  - Monde
  - Football
  - Business
  - Hi-Tech

### Consultez

▸▸ Dossiers
▸▸ Médias Mauriciens

### Réagissez

▸▸ Forum
  Réagissez à l'actualité
▸▸ Chat
  Discuter en direct

### Recherchez

Chercher dans toute
l'actualité

Valider

## Rising commodity prices nearly quadruple 2004 Xstrata profit

[02 Mar 2005]

ZUG, Switzerland (AFP)



Rising commodity prices helped nearly quadruple net profit at the Anglo-Swiss mining group Xstrata to 1.05 billion dollars (800.58 million euros) in 2004, the firm said as it pressed its bid for Australia's WMC Resources.

The 277 percent increase in annual profit over 2003 was backed by a 47 percent increase in turnover last year to 6.46 billion dollars, Xstrata said in a statement on its preliminary results on Wednesday.

The mining group said it had also been able to take advantage of greater diversification in raw materials following its expansion in recent years.

Xstrata took over mining companies in 2002 and 2003, including MIM Holdings, the operator of one of Australia's largest copper mines.

The price of coal, copper, lead, zinc and ferrous alloys mined by Xstrata rose by 27 to 72 percent last year.

Xstrata said its hostile 8.4 billion Australian dollar takeover bid (6.5 billion US) for WMC, due to close on March 24, would now be unconditional.

Shares in WMC rose after a report last week that the French nuclear giant Areva was considering an offer that could derail Xstrata's hostile takeover bid for the Australian company.

"WMC shareholders must now decide whether to accept our offer of certain cash, to wait for the illusive counter-bid, or in the final analysis to hold their shares," Xstrata chief executive Michael Davis said in his financial report.

Davis said there was a "compelling rationale" for the acquisition, and he was convinced the potential new group would thrive in "an increasingly consolidated global metals and mining industry".

"Nonetheless, WMC remains just one of a number of options open to Xstrata," he added.

The Australian government said last month that it would not block Xstrata's bid for WMC Resources despite qualms about leaving uranium mining in a foreign company's control.

Treasurer Peter Costello said he would approve the bid provided Xstrata abided by a number of

conditions, including keeping the majority of WMC's assets in Australia.

The WMC board has urged shareholders not to accept the offer.

Xstrata said economic growth in China and India was underpinning market conditions "and it is expected to continue for some time".

"Given our range of commodity businesses, we expect that overall 2005 will be another year of strong performance," Davis said.

**Other top stories (Business)...**
- Greenspan raises idea of consumption tax in US [04 Mar 2005]   Read >>
- Portugal Telecom announces 108 pct profit surge, 1,000 job cuts [03 Mar 2005]   Read >>
- Brent oil price surges to 53 dollars for first time in history [03 Mar 2005]   Read >>
- WTO upholds ruling against US cotton subsidies [03 Mar 2005]   Read >>
- Brent oil price surges to 53 dollars for first time in history [03 Mar 2005]   Read >>
- Brent oil price surges to new record high above 52 dollars [03 Mar 2005]   Read >>
- Dollar creeps up against euro on US data [03 Mar 2005]   Read >>
- Brent oil price surges to new record high above 52 dollars [03 Mar 2005]   Read >>
- ECB holds rates steady as economy falters [03 Mar 2005]   Read >>
- Greenspan raises idea of consumption tax in US [03 Mar 2005]   Read >>
- US jobless claims fall to 310,000 [03 Mar 2005]   Read >>
- Rosneft, Gazprom merger hits snag [03 Mar 2005]   Read >>
- Bank of America paying 461 mln dlrs to settle WorldCom litigation [03 Mar 2005]   Read >>
- Greenspan raises idea of consumption tax in US [03 Mar 2005]   Read >>
- US productivity revised up to 2.1 percent in fourth quarter [03 Mar 2005]   Read >>
- Havas swings into profit in 2004, targets higher earnings this year [03 Mar 2005]   Read >>
- Hynix posts all-time high operating profit in 2004 [03 Mar 2005]   Read >>
- Trichet slams EU's extension of deadline for Greece to cut public deficit [03 Mar 2005]   Read >>
- ECB cuts eurozone growth, inflation forecasts [03 Mar 2005]   Read >>
- ECB raises expectations for oil prices, euro-dollar exchange rate [03 Mar 2005]   Read >>

Archives >>

© AFP.

---

*telecom plus*

© Copyright : Telecom Plus Ltd | Acceptable Use Policy | Disclaimer | Advertise with us



Business Directory | Femmes | Ki News? | Nu Pa

Home > Channels > Ki News ?





Accueil    Maurice    Région    Monde    Football    Business

**Business**    ⓦ wanadoo

### WTO upholds ruling against US cotton subsidies

[03 Mar 2005]

GENEVA (AFP)



The World Trade Organisation upheld a ruling ordering the United States to dismantle hundreds of millions of dollars of subsidies paid to US cotton farmers because they are illegal under global trade rules.

A WTO appeals body rejected an appeal lodged by Washington last October against the original decision favouring a Brazilian complaint against the subsidies, according to a copy of its ruling.

It recommended that the WTO's dispute settlement body "request the United States to bring its measures, found in this report ... to be inconsistent with the agreement on agriculture and the SCM (subsidies) agreement, into conformity with its obligations under those agreements".

The original WTO ruling in the dispute issued in September 2004 said the subsidies were illicit and called on the United States to dismantle them within six months.

Brazil had argued that the US support artificially drove down world prices and distorted competition for its producers.

But the United States disagreed strongly with some areas of the original ruling, prompting the appeal that was rejected Thursday.

US former Trade Representative Robert Zoellick claimed "the facts do not show that US farm programs have distorted trade and caused low cotton prices".

Thursday's appeal ruling notably supported the view that US export guarantee programmes "constitute a per se export subsidy" and are inconsistent with the global trade body's subsidies rules.

It also upheld findings that Washington's support in some instances kept US cotton prices down and that government payments were linked to export performance, which is illegal under existing global trade rules governing agriculture.

The pressure group Oxfam, which has been campaigning against the subsidies, estimated that the United States paid 3.2 billion dollars a year in cotton subsidies and spent 1.6 billion dollars on export credits.

The cotton dispute with Brazil had amplified pressure on the United States from west African cotton producing nations, which had also warned that they could not compete on world markets

because prices were artifically low.

The issue was threatening to hold up key global talks on liberalising agricultural trade until the US and African producers last year struck an agreement to hold special talks on cotton within the Doha round.

Benin has estimated that cotton prices fell by about 30 percent last year and the drop was amplified by the decline of the US dollar against the main west African currency, the CFA franc.

The United States said it would study the appeal body's report "carefully and work closely with Congress and our farm community on our next steps".

"Were interested in results, not litigation," Richard Mills, a spokesman for the US Trade Representative said in a statement.

"Getting the results that our farmers want is best achieved through ambitious global agriculture reform, through ongoing multilateral trade negotiations which address market access, export competition and domestic support, including for cotton," he added.

The United States will have six months to bring support for its domestic cotton industry into line once the appeal ruling is formally adopted by the WTO's 148 member states.

Under global trade rules, Brazil would have the opportunity to levy trade sanctions against US goods if Washington fails to comply in time, although the two countries may also negotiate a longer deadline.

### Other top stories (Business)...

- Greenspan raises idea of consumption tax in US [04 Mar 2005]  Read >>
- Portugal Telecom announces 108 pct profit surge, 1,000 job cuts [03 Mar 2005]  Read >>
- Brent oil price surges to 53 dollars for first time in history [03 Mar 2005]  Read >>
- WTO upholds ruling against US cotton subsidies [03 Mar 2005]  Read >>
- Brent oil price surges to 53 dollars for first time in history [03 Mar 2005]  Read >>
- Brent oil price surges to new record high above 52 dollars [03 Mar 2005]  Read >>
- Dollar creeps up against euro on US data [03 Mar 2005]  Read >>
- Brent oil price surges to new record high above 52 dollars [03 Mar 2005]  Read >>
- ECB holds rates steady as economy falters [03 Mar 2005]  Read >>
- Greenspan raises idea of consumption tax in US [03 Mar 2005]  Read >>
- US jobless claims fall to 310,000 [03 Mar 2005]  Read >>
- Rosneft, Gazprom merger hits snag [03 Mar 2005]  Read >>
- Bank of America paying 461 mln dlrs to settle WorldCom litigation [03 Mar 2005]  Read >>
- Greenspan raises idea of consumption tax in US [03 Mar 2005]  Read >>
- US productivity revised up to 2.1 percent in fourth quarter [03 Mar 2005]  Read >>
- Havas swings into profit in 2004, targets higher earnings this year [03 Mar 2005]  Read >>
- Hynix posts all-time high operating profit in 2004 [03 Mar 2005]  Read >>
- Trichet slams EU's extension of deadline for Greece to cut public deficit [03 Mar 2005]  Read >>
- ECB cuts eurozone growth, inflation forecasts [03 Mar 2005]  Read >>
- ECB raises expectations for oil prices, euro-dollar exchange rate [03 Mar 2005]  Read >>

Archives >>

© AFP.



© Copyright : Telecom Plus Ltd | Acceptable Use Policy | Disclaimer | Advertise with us

EXHIBIT A2


Google News

Web    Images    Groups    **News**    Froogle    Local^New!    more »    Advanced N

[ Search News ]    [ Search the Web ]

Search and browse 4,500 news sources updated continuously.

---

**>Top Stories**
World
U.S.
Business
Sci/Tech
Sports
Entertainment
Health

Make
Google News
Your Homepage

 News Alerts

Text Version

About
Google News

---

## Top Stories  U.S.                    [ Go ]

### Saudis add to Syria's isolation
International Herald Tribune - **56 minutes ago**
BEIRUT While President Bashar al-Assad of Syria had hoped to secure Saudi Arabian support during his hasty visit to Riyadh, Syria has emerged this week in a position of increasing international isolation.
Syrian Leader Expected to Redeploy Troops Guardian
Syria On Way Out of Lebanon The Conservative Voice
Reuters - Xinhua - CNN - Sydney Morning Herald (subscription) - all 941 related »

### Bush names Johnson second-term environmental chief
Newswatch 50 - **28 minutes ago**
President Bush has named a biologist and career government employee as his second-term environmental chief. He says Steve Johnson will be "the first professional scientist" to serve as administrator ...
Bush nominates acting EPA chief to head the agency Reuters AlertNet
Bush Selects Steve Johnson to Head EPA Forbes
Christian Broadcasting Network - TheDenverChannel.com - all 185 related »

---

Auto-generated **4 Mar at 14:54 GMT**

**Oil and Gas Futures Go Even Higher**
Los Angeles Times (subscription) - all 631 related »

**Tiny tot truly a real man**
Melbourne Herald Sun - all 302 related »

**NBA Wrap: Heat Scorches Nets on Shaq's Return**
ABC News - all 555 related »

**Jackson accuser's sister testifies**
CNN International - all 2,493 related »

**UN Sees Up to 83 Million AIDS Deaths in Africa by 2025**
Voice of America - all 160 related »

### In The News
Alan Greenspan        Pope John Paul II
Dubai Desert Classic  Paul Stoddart
Kobe Bryant           Mel Gibson
Vin Diesel            Robert McCartney
John Travolta         Shibu Soren

---

## World »

### Ex-minister found dead hours before questioning
Times Online - **1 hour ago**
A leading Ukrainian politician was found dead at his home today, hours before he was due to be questioned about his part in ordering the murder of an investigative journalist.
Key Witness in Ukraine's Gongadze Murder Case Found Dead Voice of America
Ukraine's Yushchenko says dead minister 'sentenced himself' Turkish Press
Channel News Asia - Zaman Online - Radio Free Europe - ABC News - all 348 related »

## U.S. »

### Martha's big (break) out
San Jose Mercury News - **50 minutes ago**
THIS TIME last year, she was a haggard, defeated convict, a woman whose empire was crumbling while a very undecorated prison cell awaited her arrival.
Martha Stewart Begins House Arrest WebProNews
Timeline of events in the Martha Stewart stock scandal Newsday
BusinessWeek - WRAL.com - Ottawa Business Journal - CBS News - all 1,474 related »

### Fossett to Kick Back After

---

## Jail term elevates terror risk
Melbourne Herald Sun -
**1 hour ago**


CTV

THE sentencing of Muslim cleric Abu Bakar Bashir over the Bali bombings could provoke fresh terror attacks, Australian Federal Police Commissioner Mick Keelty warned yesterday.
Editorial: Sentence is a lifetime short of adequate Australian
Govt presses Indonesia to appeal Bashir sentence ABC Online
Voice of America -
Sydney Morning Herald (subscription) -
Channel News Asia -
Chicago Tribune (subscription) - all 934 related »

## IRA Ally Sinn Fein Suspends Seven Over Stabbing
**Reuters - 52 minutes ago**
Sinn Fein, political ally of the IRA, has suspended seven party members under mounting pressure over a brutal Belfast stabbing that has driven the party to one of the lowest ebbs in its 100-year history.
Sinn Fein on horns of policing dilemma BBC News
Brave siblings stand up to IRA NEWS.com.au
Mirror.co.uk - Scotsman - Times Online - U.TV -
all 391 related »

## Business »

## Oil and Gas Futures Go Even Higher
Los Angeles Times (subscription) - **7 hours ago**
The price of oil raced above $55 a barrel and gasoline hit a record high Thursday as traders continued to fret about energy supplies despite plentiful US inventories.
Oil Briefly Rises Above $55 and Seems Likely to Stay High New York Times
Eyes on oil shale — again Deseret News
Xinhua - New York Post - Keralanext -
Smartmoney.com (subscription) - all 631 related »

## Greenspan Calls for Simpler Tax Code
Accountingweb.com - **2 hours ago**
AccountingWEB.com - March 04, 2005 - Calling the existing US tax code overly complex with an "overlapping web of deductions and exemptions, " Federal Reserve Chairman Alan Greenspan suggested a consumption tax could spur more personal savings and economic ...
Fed's Chief Gives Consumption Tax Cautious Backing New York Times
Greenspan talks up tax on spending

## Record Flight
ABC News - **1 hour ago**
Sir Richard Branson sprays pilot Steve Fossett with champagne after Fossett landed the GlobalFlyer airplane at the Salina Municipal Airport in Salina, Kan.


MSNBC

Solo man shakes up history Melbourne Herald Sun
Fossett Breaks Aviation Record for Global Circumnavigation NPR (audio)
Glasgow Evening Times -
Chicago Tribune (subscription) - Toledo Blade -
USA Today - all 1,988 related »

## In hunt for bin Laden, doubts raised on skills, funds
Boston Globe - **6 hours ago**
Osama bin Laden remains public enemy number one, but recent developments raise questions about the ability of US forces to track down the ...

BBC News

US on bin Laden's trail Xinhua
Bush Cites bin Laden as Security Chief Takes Oath New York Times
Voice of America - Newark Star Ledger -
Washington Times - Zaman Online -
all 582 related »

## Sci/Tech »

## Tiny tot truly a real man
Melbourne Herald Sun -
**40 minutes ago**
NEW research on the brain of the "hobbit" has backed the claim that it is a new species of human. It has


TechNewsWorld

also revealed the tiny humans were quite advanced, being able to plan, make tools and hunt.
'Hobbit was a human who suffered from growth disorder' The South African Star (subscription)
Return of the 'Hobbit' human p2pnet.net
San Francisco Chronicle - AZ Central.com -
LiveScience.com - Seattle Times - all 302 related »

## Legal victory for Microsoft
Red Herring - **19 hours ago**
Appeals court says Microsoft should get a new trial to tell its story in browser patent case. A federal appeals court threw out a $566-


Contact Center Today

million award against Microsoft and ordered a new trial on charges that ...
IE Patent Ruling Reversed PC World
Microsoft Settles Antitrust, Fights Patent Cases Forbes
Information Week - New York Times - Reuters -

Fort Wayne Journal Gazette
Baxter Bulletin - Globe and Mail - Newsday -
Seattle Times - all 636 related »

## Setback for US cotton farmers

Servihoo

Sacramento Bee - 1 hour ago
Bee Washington Bureau.
WASHINGTON - The World Trade
Organization on Thursday ruled US cotton subsidies
out of order, calling into question the future of a
program that pours hundreds of ...
US cotton subsidies illegal according to WTO
FinFacts Ireland
African cotton states cheer ruling on US subsidies
Reuters South Africa
New York Times - New Ratings -
Tribune de Genève - Seattle Times -
all 149 related »

TheStreet.com - all 263 related »

## Pentium 4 to be replaced by dual core processors

Xinhua - 8 hours ago
BEIJING, March. 4 -- Intel will start rolling out
Pentium D & Extreme Edition processors to replace
Pentium 4 processor, the move seeking to give Intel
a lion's share of the dual core processor market.
John Dvorak's Second Opinion Intel banks on new
architecture MarketWatch
Intel et al bid adieu to the Pentium 4! Earthtimes.org
Slashdot - Digital Connect News (subscription) -
Information Week - CNET News.com -
all 207 related »

## Sports »

### NBA Wrap: Heat Scorches Nets on Shaq's Return

ABC News - 10 hours ago
Dwyane Wade had 27 points, eight assists and six
rebounds as the Miami Heat beat the New Jersey
Nets 106-90 in East Rutherford Thursday.
Suns snap Detroit's 8-game win streak
Cincinnati Post
Heat 106, Nets 90 USA Today
New York Times - The Journal News.com -
New York Daily News - Brisbane Courier Mail -
all 555 related »

### Stolz late stumble costly

Australian - 1 hour ago
NSW's Andre Stolz challenged for the lead until he
stumbled at the final hole in the first round of the
Ford Championship in Miami, Florida, yesterday.
Mickelson's style plays well at Doral USA Today
Mickelson Leads as Tiger Lurks at Doral Reuters
Sarasota Herald-Tribune - Miami Herald -
Boston Globe - Philadelphia Inquirer -
all 355 related »

### Minardi not on the grid just yet

Melbourne Herald Sun - 44 minutes ago
FORMULA One minnow Minardi may still miss the
starting grid tomorrow, despite a court order last
night giving it the green light to continue its grand
prix preparations today.
Champion off the early pace Brisbane Courier Mail
Roundup: Minardi on track after day in court
International Herald Tribune
Hindustan Times - ABC Online - Reuters.uk -

## Entertainment »

### Jackson accuser's sister testifies

CNN International - 51 minutes ago
The sister of the teenager accusing Michael Jackson
of child molestation said her brother seemed to
withdraw from their family in the weeks after a TV
documentary featuring her and Jackson aired two
years ago.
Jacko, accuser 'in room alone'
Melbourne Herald Sun
I watched Jacko ply boys with alcohol Australian
CBS News - KESQ - Glasgow Evening Times -
Washington Post - all 2,493 related »

### Mel Gibson Testifies Against Alleged Stalker

RTE Interactive

Milwaukee Channel.com -
36 minutes ago
Mel Gibson said he feared for the
safety of his wife and kids after an alleged stalker
confronted him in a chapel last year. The actor-
director testified in a California court Thursday that
Zack Sinclair "doesn't appear to know his
boundaries.
Gibson tells court he feared for family
RTE Interactive
Gibson Testifies Against Alleged Stalker ABC News
BBC News - Los Angeles Times (subscription) -
This is London - EastDay.com - all 407 related »

### Hollywood star Sheen to divorce

ITV.com - 3 hours ago
Hollywood star Charlie Sheen and his model-turned-
actress wife Denise Richards are to divorce.

crash.net - all 465 related »

Richards, 34, who is six months pregnant, filed papers in Los Angeles and asked for custody of the couple's year ...

Denise and Charlie ask for respect Ireland Online
Entertainment: Charlie Sheen, Denise Richards untying knot Keralanext
ABC News - Kansas City Star - Earthtimes.org - all 291 related »

## Health »

### UN Sees Up to 83 Million AIDS Deaths in Africa by 2025

**Voice of America - 1 hour ago**
The United Nations says the death toll from AIDS in Africa could surpass 80 million men, women and children by the year 2025 unless more effective measures are taken to combat the epidemic.

Up to 89 Mln More AIDS Victims in Africa by 2025 - UN Reuters
AIDS may kill 80 mln Africans by 2025: UN Xinhua
CBC News - Scotsman - Journal of Turkish Weekly - USA Today - all 160 related »

### Local experts face off on safety of drugs


WFMY News 2

**Seattle Times - 6 hours ago**
WASHINGTON - Two University of Washington experts with contending views have been enlisted in the congressional battle over the safety of America's prescription drugs.

Kennedy raps drug firms' sales tactics Boston Globe
FDA officials disagree on reform Lexington Herald Leader
New York Times - USA Today - MSN Money - Los Angeles Times (subscription) - all 352 related »

### Low-tech methods could save many newborns:


Save the Children (press release)

**New Kerala - 8 hours ago**
[Health India]: By PHILIPP HEINZ WASHINGTON, March 4 : An international panel of public-health experts has concluded that 3 million of the 4 million newborn babies who die worldwide each year could be saved by low-tech and low-cost medical interventions.

Cheap care could save thousands of poor infants daily Minneapolis Star Tribune (subscription)
Push to save three million babies every year New Scientist
WebMD - ABC Online - Kansas City Star - Pan American Health Organization - all 112 related »

## More Top Stories

### China Premier to Stress Peace with Taiwan


BBC News

**Reuters - 2 hours ago**
Chinese Premier Wen Jiabao will stress the goal of peaceful reunification with Taiwan in a speech to parliament on Saturday but will give few details of ...

LEGISLATURE WARNS BEIJING OVER ANTI-SECESSION BILL IN RESOLUTION Taiwan Headlines
China's Hu says Beijing wants peaceful unification with Taiwan Pravda
ABC Online - Channel News Asia - Chicago Sun-Times - CNN International - all 210 related »

### Pope stay in hospital 'extended' till Easter


San Diego Union Tribune

**Manila Times - 1 hour ago**
VATICAN: Pope John Paul II spent another night at Rome's Gemelli hospital on Friday, with doctors yet to decide on a date for his discharge.

NAVARRO: POPE TO GIVE ANGELUS BLESSING LIKE LAST SUNDAY Agenzia Giornalistica Italia
Pope eager to go home Daily Telegraph
CBC News - CNN International - Athens Banner-Herald (subscription) - NEWS.com.au - all 743 related »

### US, EU blocking Iran

**Xinhua - 6 hours ago**
BEIJING, Mar. 4 -- Iranian supreme leader Ayatollah Ali Khamenei says the US and the EU are trying to hinder the country's development, saying they are hostile to its nuclear technology progress.

Iran cleric underlines no compromise on atomic fuel Reuters India
A Better Iran Strategy Washington Post
Khaleej Times - Reuters - Voice of America - Kansas City Star - all 224 related »

**International versions of Google News available in:**

Argentina - Australia - Canada English - Canada Français - Chile - Deutschland - España - France - India - Italia - México - New Zealand - Österreich - Schweiz - Suisse - U.K. - U.S. - 中国版 (China) - 香港版 (Hong Kong) - 日本 (Japan) - 한국 (Korea) - 台灣版 (Taiwan)

The selection and placement of stories on this page were determined automatically by a computer program.

©2005 Google - Google Home - About Google - About Google News



# The Manila Times
### www.manilatimes.net

The Manila Times
GLOBAL Digital Delivery

Direct to:
Same form
as it is print

## Top Stories

Home | About Us | Contact Us | Subscribe
Archives | Feedback | Register | Hel

**Top Stories**
Metro
**Business**
Regions
Opinion
World
Entertainment
Life & Times
Sports

Saturday, March 05, 2005

## Pope stay in hospital 'extended' till Easter

VATICAN:    Pope John Paul II spent another night at Rome's Gemelli hospital on Friday, with doctors yet to decide on a date for his discharge.

Rome daily Il Messaggero, which is considered well informed on Vatican affairs, said in its Friday edition the Pontiff, 84, who suffers from Parkinson's disease, could be back in the Vatican "within 10 days."

On Thursday Vatican spokesman Joaquin Navarro-Valls gave a more cautious assessment of the Pope's timetable for returning to the Vatican, telling a news conference the Pope's condition "continues to improve and show progress."

He said the wound in the Pope's neck was "healing" after a throat surgery to ease his breathing, but indicated it could be still some weeks before the pontiff is released.

Navarro-Valls said only that it was "possible" he would leave hospital before Easter, which this year falls on March 27.

"It's possible, but I'm not in a position myself to indicate a date," Navarro-Valls told reporters at a news conference, adding that John Paul II "really wants to go home."

Pressed by reporters, he was unwilling to speculate: "I'll tell you that when the doctors say so, but there's still no precise date and I don't want to speculate on a probable date, because it could change—either in a positive or negative way."

According to Italian media reports late Thursday, doctors are expected to make a decision on a discharge date early next week.

Navarro-Valls said the Pope, who is in hospital for the second time since he was rushed to Rome's Gemelli clinic on February 1, "daily follows the activity of the Holy See and the life of the Church" through his contact with "several of his collaborators"—senior cardinals and advisers—who had been visiting him.◆





-- **AFP**

A

**The**
A lo
chall
the s
John
www.

**Pra**
Upd
abou
heal
pray
shrin
www.
rg.

**Pop**
**11**
Disc
usec
Sear

john
www.

**Vati**
**Mas**
Mar
Rese
Serv
www.

Back To Top ⬆



Powered by:
The Manila Times
Web Admin.

Home | About Us | Contact | Subscribe | Advertise | Feedback | Archives | Help

Copyright (c) 2001 The Manila Times | Terms of Service
The Manila Times Publishing Corp. All rights reserved.

Hosted by:


EXHIBIT A3

Google News France                                                                                  Page 1 of 5



Google
Actualités France  BÉTA

Web   Images   Groupes   Annuaire   **Actualités**

[ Recherche Actualités ]        [ Rec

500 sources d'information mises à jour en continu

---

| **À la une** | À la une  France | [ Accéder ]  Généré automatiquement **il y a 16 minutes** |

**Internationa**
**France**
**Économie**
**Science/Tec**
**Sports**
**Culture**
**Santé**

Adopter
Google
Actualités
comme page
de démarrage

✉ Alertes
Actualités

Version texte

À propos de
Google
Actualités

### Matignon lance un appel aux ravisseurs de Florence Aubenas



RFI

Reuters.fr - **Il y a 2 heures**
PARIS (Reuters) - Jean-Pierre Raffarin a pour la première fois lancé un appel direct aux ravisseurs de Florence Aubenas et de Hussein Hanoun et leur a demandé de s'adresser aux "services officiels" français, écartant toute "diplomatie parallèle" et ...
Le mystère Julia RFI
Nouveau message aux ravisseurs de l'otage français Radio-Canada
L'Express - Le Point - Voila.fr - Nouvel Observateur -
et 623 articles connexes >>

### La neige perturbe les transports en France



Le Figaro

Le Monde - **Il y a 4 heures**
Les chutes de neige ont perturbé, jeudi 3 mars, le trafic des aéroports parisiens d'Orly et de Roissy, provoquant une cascade de retards, at-on appris auprès d'Aéroports de Paris. La France connaît depuis ...
La neige et le froid perturbent le trafic aérien TSR.ch
Le trafic aérien perturbé par les chutes de neige Reuters.fr
L'Express - Nouvel Observateur - Le Figaro -
et 57 articles connexes >>

### SNCF, RATP, EDF-GDF: Les perturbations du 10 mars se précisent
L'Express - et 19 articles connexes >>

### L'essentiel de la masse du cosmos manque à l'appel
Le Monde - et 5 articles connexes >>

### Grosjean : "Etre le patron sur le court"
Eurosport - TF1 -
et 62 articles connexes >>

### Hubert Sauper, un œil sur ce bas monde
Le Monde - et 19 articles connexes >>

### La grippe aviaire au Vietnam pourrait toucher à sa fin
AVI - et 23 articles connexes >>

**Dans l'actualité**

| | |
|---|---|
| Thierry Breton | Michael Schumacher |
| Abou Bakar | Henri Emmanuelli |
| Metal Gear Solid | Vendée Globe |
| Hong Kong | Bakar Bashir |
| Coupe Davis | Jean-François Copé |

---

## International  >>

### Les casques bleus ripostent en Ituri

La Croix - **Publié depuis 1 heure**
Après avoir été, de janvier 2002 à la fin 2003, le théâtre d'une des pires pages de la guerre en République démocratique du Congo, la province de l'Ituri est à nouveau un foyer de violences. Mardi ...
Kofi Annan espère une nouveau renforcement de la Monuc Romandie.com
Nouveaux combats en Ituri l'Humanité
L'Express - Le Monde - All Africa -
Nouvel Observateur - et 248 articles connexes >>

L'Express

## France  >>

### Pédophilie : le procès fleuve d'Angers s'est ouvert

Radio France

Le Monde - **Il y a 2 heures**
Le plus grand procès d'assises par le nombre d'accusés jamais organisé en France s'est ouvert jeudi 3 mars, à Angers, en présence des 66 personnes renvoyées dans une vaste affaire de pédophilie et d'inceste, qualifiée de "monstrueuse" par les ...
Début à Angers du plus grand procès pour pédophilie en France Reuters.fr
Ouverture du procès de pédophilie d'Angers Le Point
Nouvel Observateur - SwissInfo - l'Humanité -
France 3 - et 138 articles connexes >>

## Le mystérieux assassinat du banquier Edouard Stern


SwissInfo

**Libération - Il y a 4 heures**
tout est redevenu calme, ce jeudi à Genève, aux abords du quartier de Rive, où le banquier français assassiné Edouard Stern disposait d'un domicile, rue Adrien Lachenal. Mais derrière les façades des ...
Le banquier Edouard Stern assassiné à Genève TSR.ch
Le banquier Edouard Stern a été retrouvé mort à Genève Le Monde
Nouvel Observateur - Edicom - France 3 - SwissInfo - **et 160 articles connexes >>**

## Chronologie d'un tour du monde en moins de 70 heures


Tribune de Genève

**Libération - Il y a 2 heures**
1er mars, 1h47 : Steve Fossett prend son envol à bord du GlobalFlyer de la base de Salina dans le Kansas. «Je me sens bien, je me sens en forme», déclare-t-il avant de s'installer dans le cockpit de son appareil. ...
Fossett poursuit son tour du monde Canoë
Crime, assurance maladie, voiture et avion TSR.ch
Astronomie et Espace - L'Agefi (Abonnement) - L'Express - CKOI FM - **et 246 articles connexes >>**

## Europe: Henri Emmanuelli se démarque

RTL

**France 2 - Il y a 10 heures**
Henri Emmanuelli est entré en campagne mercredi pour le non à la Constitution européenne. Son geste perturbe et embarrasse le Parti socialiste qui prône officiellement le oui. Le député des Landes a ...
Henri Emmanuelli fait son entrée en piste l'Humanité
Au PS, la campagne du non d'Emmanuelli émeut peu Libération
Nouvel Observateur - Reuters.fr - Le Monde - Le Figaro - **et 28 articles connexes >>**

## Louis Schweitzer, premier président de la toute nouvelle Halde


Nouvel Observateur

**Le Monde - Il y a 3 heures**
Le PDG de Renault Louis Schweitzer a été nommé jeudi président de la Haute autorité de lutte contre les discriminations et pour l'égalité (Halde), dont la création avait été proposée par Jacques Chirac lors de la campagne présidentielle de 2002 ...
Louis Schweitzer à la tête du collège contre les ... Reuters.fr
Louis Schweitzer nommé à la tête de la Haute autorité de lutte ... Nouvel Observateur
L'Internaute Actualité - **et 14 articles connexes >>**

## Économie >>

### SNCF, RATP, EDF-GDF: Les perturbations du 10 mars se précisent


L'Express

**L'Express - Publié depuis 1 heure**
A une semaine de la journée nationale d'actions du 10 mars, les syndicats sont passés à la vitesse supérieure jeudi en annonçant le dépôt de préavis de grève d'ampleurs diverses à la SNCF, à la RATP et à EDF-GDF, pour défendre l'emploi, les ...
Socialement, la semaine prochaine sera chaude Libération
Cascade de préavis pour le 10 mars TF1
Nouvel Observateur - L'Agefi (Abonnement) - France 3 - La Tribune.fr - et 19 articles connexes >>

### La Bourse de Paris stable malgré les technologiques


Journal du Net

Journal du Net -
**Publié depuis 1 heure**
Paris a terminé en légère baisse,

## Science/Tech >>

### L'essentiel de la masse du cosmos manque à l'appel


TF1

**Le Monde - Il y a 7 heures**
Les astronomes ont beau refaire leurs additions, ils n'aboutissent qu'au constat d'un gigantesque manque. Leurs équations ne décrivent qu'un univers-iceberg, dont la partie qui émerge, la matière ordinaire ...
Une découverte qui bouscule la genèse de l'univers TF1
Découverte de l'amas de galaxies le plus lointain dans l'Univers Astronomie et Espace
et 5 articles connexes >>

### Le jaseur boréal envahit la France


Futura Sciences

**Futura Sciences - 2 mar 2005**
Un afflux sans précédent de jaseurs boréaux, oiseaux richement colorés, se produit actuellement en France. Ils viennent de loin. Des forêts de Sibérie et de Scandinavie. Mais

cédant 0,03 %. La bonne tenue des valeurs technologiques a été freinée par la nouvelle hausse des cours du pétrole. La Bourse de Paris a clôturé stable jeudi, le ...
La Bourse de Paris finit quasi inchangée Reuters.fr
Bourse-Paris: le CAC 40 finit stable, pénalisé par les prix du ... L'Agefi (Abonnement)
Le Temps (Abonnement) - Voila.fr -
et 29 articles connexes >>

### Paris: le CAC en deçà de son point d'équilibre.
Cercle Finance - **Il y a 2 heures** (Cercle Finance) - Le manque de tenue de Wall Street et la progression des cours du pétrole


Tribune de Genève

vers de nouveaux records ont eu raison de la tentative de redémarrage esquissée en milieu d'après-midi par la Bourse de Paris, qui termine finalement cette ...
Les salariés d'Air France-KLM montent à 17% du capital LExpansion.com
Air France KLM : la hausse du baril occulte la baisse de la Boursier.com
Le Temps (Abonnement) - Le Revenu - Investir.fr -
La Tribune.fr - **et 46 articles connexes >>**

depuis le début de l'hiver ...
"Une situation rare mais pas inhabituelle"
Nouvel Observateur
et 2 articles connexes >>

### Seagate Pocket Hard Drive
Nouvel Observateur -
**Il y a 14 heures**
Les apparences sont parfois trompeuses. Un disque dur peut ainsi être "ludique". Ainsi, le Pocket


Silicon.fr

Hard Drive de Seagate est un gadget high-tech au design amusant. Son câble USB vient s'enrouler autour ...
Le disque de poche 5 Go de Seagate est arrivé Silicon.fr
Mobile Hard Drive 100 Go : des gigas à emporter avec soi 01net
Hardmicro.fr - **et 4 articles connexes >>**

---

## Sports >>

### Grosjean : "Etre le patron sur le court"
Eurosport - TF1 - **Il y a 2 heures** - Sébastien, cela fait pratiquement deux ans que vous n'avez plus joué en Coupe Davis. Vous êtes-vous


Eurosport - TF1

réadapté facilement ? SG : "Je suis content de revenir en Coupe Davis. J'ai été absent à cause de blessures diverses, et non de mon fait. ...
La Coupe Davis pour respirer Sport.fr
Les Français misent sur leur vécu RDS
Reuters.fr - Sports.fr - Le Monde - France 3 -
et 62 articles connexes >>

### Ligue1: Koji Nakata devrait débuter avec l'OM contre St-Etienne
Reuters.fr - **Publié depuis 1 heure**
MARSEILLE (Reuters) - L'international japonais Koji Nakata devrait pouvoir disputer, dimanche à Saint-Etienne, son premier match sous le maillot de Marseille après la régularisation de son contrat de travail par la préfecture des Bouches-du-Rhône. ...
OM: Nakata a obtenu son permis de travail
Nouvel Observateur
Ligue 1 - Marseille: dossier régularisé pour Nakata TSR.ch
Sports.fr - L'ÉQUIPE.FR -
et 15 articles connexes >>

## Culture >>

### Hubert Sauper, un œil sur ce bas monde
Le Monde - **2 mar 2005**
Dans "Le Cauchemar de Darwin", le réalisateur autrichien utilise l'image comme argument pour dénoncer la mondialisation. Il maîtrise l'art de frapper en finesse, sans commentaire ni jugement. Y a-t-il un fond au puits de l'abjection ? ...
La critique de Pascal Mérigeau Perches tendues Nouvel Observateur
Des armes, des poissons, un trafic l'Humanité
France 2 - Le Figaro - Libération - DVD Toile -
et 19 articles connexes >>

### Marc Tessier répond aux critiques de la Cour des comptes
Le Figaro - **Il y a 14 heures**
La Cour des comptes, dans son rapport annuel, a relevé de nombreuses incohérences dans la stratégie comme dans la gestion de Francetélévisions (nos éditions d'hier). Elle considère que sans augmentation ...


Le Figaro

La Cour des comptes critique Marc Tessier imedias.biz
Marc Tessier : la redevance devra "probablement" augmenter Voila.fr



## JO 2012: le Tour de France soutient la candidature de Paris

**Nouvel Observateur - Il y a 3 heures**
PARIS (AP) -- Les organisateurs du Tour de France soutiennent la candidature de Paris à l'organisation des Jeux olympiques d'été 2012, a annoncé jeudi le directeur de la Grande Boucle, Jean-Marie Leblanc.
...
L'an 1 du ProTour RDS
Le Tour de France soutient la candidature de Paris-2012 TSR.ch
et 13 articles connexes >>

## Santé >>

## La grippe aviaire au Vietnam pourrait toucher à sa fin


Radio-Canada

**AVI - Il y a 6 heures**
Hanoi, 3 mars (AVI) - Hans Troedson, chef de la représentation de l'Organisation mondiale de la Santé (OMS) au Vietnam, a souligné qu'il était convaincu que la grippe aviaire au Vietnam prendrait fin bientôt, car son évolution est semblable à celle ...
Grippe aviaire : les risques de pandémie Le Monde
Londres se prémunit contre la grippe aviaire Libération
TF1 - Matinternet - LCI - Radio-Canada -
et 23 articles connexes >>

## Le Vietnam rapporte le nouveau patient de grippe d'oiseau : -


TSR.ch

**Webindia123.com - 1 mar 2005**
Hanoï, Mars 1 : Le Vietnam mardi a confirmé un autre cas de la grippe d'oiseau, prenant tout le nombre de cas dans le pays depuis décembre à 21, Xinhua rapporté. Trente-cinq-année-vieux Pham Thi Hoa, qui ...
Un nouveau malade au Vietnam Libération
Nouveau cas humain de grippe aviaire au Vietnam TF1
AVI - Le Monde - Voila.fr -
et 45 articles connexes >>

## Grippe : l'épidémie en régression


TF1

**France 3 - Il y a 6 heures**
L'épidémie de grippe, qui a touché 2,4 millions de personnes en six semaines est en "phase descendante", selon le réseau de surveillance Sentinelles-Inserm, qui prévoit son extinction "avant

Nouvel Observateur - Reuters.fr - LExpansion.com -
Le Monde - et 25 articles connexes >>

## "Quand la mer monte": coup de gueule


Le Petit Journal

**France 2 - Il y a 6 heures**
Le film a reçu le César du meilleur premier film, tandis que celui de la meilleure actrice récompensait son interprète principale, également coréalistrice, Yolande Moreau. "Mercredi 3 mars, jour où ...
Les vagues de Quand la mer monte Le Petit Journal
Yolande Moreau Nouvel Observateur
TV 5 - Le Temps (Abonnement) -
Le Soir en ligne (Abonnement) -
et 8 articles connexes >>

## À la une (suite)

## Une femme à l'Elysée, c'est oui !


SaphirNet.info

**TF1 - Il y a 6 heures**
Si Ségolène Royal, Martine Aubry ou Michèle Alliot-Marie s'imaginaient bloquées dans leur carrière à cause de leur sexe, le sondage publié vendredi par le journal Métro va leur faire pousser des ailes. ...
85 % des Français sont prêts à élire une femme président TSR.ch
85% des Français seraient prêts à élire une femme président Reuters.fr
Nouvel Observateur - France 2 - AngolaPress -
et 18 articles connexes >>

## Coup de projecteur sur le cinéma burkinabè

RFI

**Afrik.com - Il y a 59 minutes**
Burkina super producteur cinématographique. Le petit Etat ouest-africain, qui accueille la 19e édition du Fespaco (26 février au 5 mars), présente pour ce grand rendez-vous panafricain du cinéma neuf ...
Les cinéastes au secours des producteurs de coton africains AngolaPress
19e édition du Fespaco : handicaps All Africa
L'intelligent/Jeune Afrique - Stop Infos - Libération -
Nouvelle République - et 55 articles connexes >>

## Levée des mesures contre la rage en Aquitaine

TSR.ch

**Nouvel Observateur -
Il y a 4 heures**
BORDEAUX (AP) -- La préfecture de la région Aquitaine a annoncé jeudi que les mesures prises en septembre dernier après la découverte d'un chiot atteint de rage allaient être

la fin du mois de mars". ...
Fin de l'épidémie de grippe d'ici trois semaines TF1
Fin de l'épidémie de grippe d'ici trois semaines LCI
et 4 articles connexes >>

levées vendredi, «le risque de survenue d'un cas
humain devient dans le ...
Sud-ouest: levée des mesures contre la rage
France 2
Levée des mesures contre la rage dans le Sud-ouest
France 3
TSR.ch - et 12 articles connexes >>

**Versions internationales de Google Actualités disponibles:**
Argentina - Australia - Canada English - Canada Français - Chile - Deutschland - España - France - India - Italia -
México - New Zealand - Österreich - Schweiz - Suisse - U.K. - U.S. - 中国版 (China) - 香港版 (Hong Kong) -
日本 (Japan) - 한국 (Korea) - 台灣版 (Taiwan)

La sélection et le positionnement des articles de cette page ont été réalisés automatiquement par un programme informatique.

©2005 Google - **Page d'accueil de Google** - **A propos de Google** - **À propos de Google Actualités**

RFI - Otages - Le mystère Julia





écouter
· RFI en direct
· Audio à la carte
· Capter RFI

à l'antenne
· Les émissions
· Les évènements

actualité
· Toute l'actualité
· Revues de presse
· Editos et chroniques
· Invités
· Agenda
· Dernière heure
· Internet et multimedia
· Football

dialoguer
· Le tub RFI
· Le médiateur
· Les forums
· Les chats
· Poser une question à RFI
· Sondage RFI c'est vous

la langue française
· Lire, écouter, apprendre

MFI
· L'agence de presse

Se former
· Le site

à votre service
· Offres d'emploi
· Ephéméride

RFI
· Service de presse
· Dossier de presse (pdf)
· Le rapport annuel (pdf)
· Annuel report (pdf)
· Les équipes
· Les missions
· L'histoire

aide
· Plan du site
· Nous contacter
· Site map

Rechercher [OK] Avancée

Actualité

*Otages*

## Le mystère Julia

**Florence Aubenas est vivante et demande à Didier Julia de l'aider. Jean Pierre Raffarin appelle donc le député français à coopérer avec les services secrets pour obtenir la libération de la journaliste. Une coopération que le député français est en train de monnayer.**

Didier Julia demande « *instamment* » à la justice française « *la levée du contrôle judiciaire* » qui pèse actuellement sur ses deux collaborateurs. En septembre dernier, Philippe Brett et Philippe Evano avaient accompagné Didier Julia en Syrie pour tenter d'obtenir la libération de Chesnot et Malbrunot. La tentative - assez rocambolesque puisque l'un des deux hommes avait même affirmé avoir vu les otages et que l'avion qui devait ramener les deux prisonniers à Paris était ivoirien – la tentative, donc avait échoué. Et le gouvernement français avait mal pris cette initiative, lancée sans aucune concertation avec les autorités.





### « *Entrer en relation avec certaines personnalités irakiennes* »

L'histoire avait abouti à une plainte concernant cette mission parallèle. Par la suite, et assez rapidement, Brett et Evano furent mis en examen pour « *intelligence avec une puissance ou une organisation étrangère ou avec ses agents, de nature à porter atteinte aux intérêts fondamentaux de la Nation, notamment à sa diplomatie et à la sauvegarde de sa population* ». Les deux pieds nickelés sont aujourd'hui sous contrôle judiciaire. Ils n'ont pas le droit de se voir, ni de quitter le territoire français. Quant à Didier Julia, convoqué le 20 janvier par le juge anti-terroriste Jean-Louis Bruguière en vue d'une éventuelle mise en examen, il n'avait pas pu venir au rendez-vous, invoquant des problèmes d'emploi du temps.

Contrairement aux deux collaborateurs de Didier Julia, la justice



Imprimer Envoyer l'article Réagir Recevoir les infos

Le député UMP Didier Julia à l'Assemblée
nationale.
(Photo : AFP)



Sur le même sujet

**Otages**
Appel à l'aide de
Florence Aubenas
[01/03/2005]

Mobilisation en faveur de Florence
Aubenas [20/01/2005]

Affaire Julia : la Côte d'Ivoire
désignée [31/12/2004]

À la une

**Social**
Le pouvoir d'achat au
cœur de la

française avait donné l'impression de ménager le député. Il n'a d'ailleurs pas non plus été sanctionné par une exclusion de son parti politique, l'UMP. Aujourd'hui, après l'appel à l'aide lancé par Florence Aubenas à son intention, le député demande que la justice mette fin à la procédure concernant ses deux collaborateurs, afin de pouvoir agir au Moyen-Orient. Il s'agit *« d'entrer en relation avec certaines personnalités irakiennes incontournables dans cette affaire »*. Dans un communiqué, le député indique encore : *« Brett el Evano connaissent tous mes contacts en Irak et disposent en outre, eux-mêmes, de nombreuses autres relations dans ce pays qui sont absolument indispensables à la médiation sollicitée».*

## Ecarter toute idée de *« diplomatie parallèle »*

Mercredi, au lendemain de la diffusion de la cassette vidéo montrant une otage désespérée, Jean-Pierre Raffarin annonçait, devant les députés, qu'il avait demandé à la Direction générale de la sécurité extérieure (DGSE) de prendre contact avec Didier Julia afin de *« recueillir toutes les informations nécessaires»* pouvant conduire à la libération de la journaliste. Cette rencontre a effectivement eu lieu jeudi matin à l'assemblée nationale mais Didier Julia n'a rien divulgué de cet entretien.

*« Toute personne qui croirait détenir des informations sérieuses sur la situation de Florence Aubenas a le devoir de les porter immédiatement et sans condition, à la connaissance des autorités »,* avait également déclaré le Premier ministre devant l'Assemblée. Ces propos ont été diversement interprétés par la presse française. Pour le quotidien *Le Parisien*, Jean-Pierre Raffarin *« prie fermement »* le député de *« coopérer avec les services secrets »*. Au contraire le quotidien *Le Figaro* constate que le Premier ministre *« sermonne Didier Julia »*. Pour le quotidien *Libération*, Didier Julia a été sommé de rentrer dans le rang, le Premier ministre écartant toute idée de *« diplomatie parallèle »*. *Libération*, journal pour lequel travaille la journaliste kidnappée, regrette par ailleurs que Didier Julia ait décliné l'invitation consistant à lancer un appel aux ravisseurs, qu'il semble connaître, dans les colonnes du journal.

Pour le journal helvétique *Le Temps*, il semble de plus en plus évident qu'il y a un lien entre l'enlèvement de Florence Aubenas et celui de Chesnot et Malbrunot. Le quotidien de Genève fait la supposition que les services français, qui ont obtenu la libération des deux hommes, n'auraient peut-être pas respecté un accord. Les ravisseurs auraient alors récidivé afin d'obtenir ce qui avait été



mobilisation [10/03/2005]



**Etats-Unis**
Washington retire la protection consulaire aux prisonniers étrangers [10/03/2005]



**Côte d'Ivoire**
Les mystères de l'Ouest [10/03/2005]

**Liban**
Les Syriens se retirent, la crise continue [10/03/2005]



**Paludisme**
Des estimations revues à la hausse [10/03/2005]



**Inde-Pakistan**
Tournée historique de l'équipe pakistanaise de cricket [10/03/2005]



**Egyptologie**
Toutankhamon n'a pas été assassiné [10/03/2005]



**Audiovisuel**
Les opérateurs expérimentent la TV sur mobile [10/03/2005]

**Venezuela**
Chavez ouvre son pétrole et son gaz à la France [10/03/2005]

**Tchétchénie**
Moscou décide d'éliminer Maskhadov [09/03/2005]

initialement promis : peut-être une rançon, ou des visas pour des proches. Pour le moment, impossible de savoir quand Florence Aubenas sera libérée et par qui. Seule certitude : le sort de la jeune femme est maintenant une affaire d'Etat.



**Colette Thomas**
Article publié le 03/03/2005
Dernière mise à jour le 03/03/2005 à 16:55 (heure de Paris)

Imprimer  |  Envoyer  |  Réagir à l'article  |  Recevoir les infos

**ANYWAY.com**
↑ le ciel est à
tout le monde

▲ rfimusique  ▲ rfi-moyen-orient  ▲ radio.paris.lisbonne  ▲ Delta rfi  ▲ rfi sofia

Nos engagements

rfi

EXHIBIT A4

Google News France                                                                                    Page 1 of 5



Web   Images   Groupes   Annuaire   **Actualités**

Actualités France  BÉTA

| Recherche Actualités | Rechercher sur le W |

500 sources d'information mises à jour en continu

| **À la une** |
|---|
| International |
| France |
| Économie |
| Science/Tech |
| Sports |
| Culture |
| Santé |

À la une  | France ▼ |  Accéder



Généré automatiquement il y a 28 minutes

Adopter Google
Actualités
comme page
de démarrage

✉ Alertes
Actualités

Version texte

À propos de
Google Actualités

## Plus de mille personnes au rassemblement toulousain pour Florence ...

France 3 - Il y a 3 heures

Cyberpresse

Plus d'un millier de personnes se sont rassemblées mardi soir à partir de 20h00 à la salle de concert toulousaine de la Halle aux Grains en soutien à la journaliste française Florence Aubenas et à son guide disparus en Irak, le jour même où était ...

Plus de mille personnes au rassemblement toulousain pour Florence ... Romandie.com

"Il faut aller vite", déclare la mère de Florence Aubenas Le Monde

Nouvel Observateur - Le Figaro - TF1 - Reuters.fr - et 255 articles connexes >>

## Zapatero et Raffarin appellent à voter " oui " au référendum

Le Monde - Il y a 3 heures

Tribune de Genève

Le chef du gouvernement espagnol, José Luis Rodríguez Zapatero, et le premier ministre français Jean-Pierre Raffarin appellent les Européens, "et notamment les Français", à voter "oui" au référendum sur la Constitution européenne, selon un ...

Zapatero à l'Assemblée: un plaidoyer pour l'Europe RFI
Zapatero plaide pour l'Europe devant les députés français Le Point

Reuters.fr - Nouvel Observateur - BRANCHEZ-VOUS.com - TF1 - et 61 articles connexes >>

**Paris et Berlin souhaitent une plus grande compétitivité des ...**
LesAffaires.com -
et 22 articles connexes >>

**600 emplois menacés dans une ex-usine française d'HP**
ZDNet - et 3 articles connexes >>

**Coupe de France: Clermont dompte Lyon**
Reuters.fr - et 21 articles connexes >>

**"Le Couperet" : la métamorphose d'un cadre supérieur en tueur en ...**
Le Monde - et 11 articles connexes >>

**Grippe aviaire: scénario pour une épidémie**
TSR.ch - et 93 articles connexes >>

### Dans l'actualité

France Télécom          Sony Ericsson
Michael Jackson        Clint Eastwood
Jef Raskin              SM le Roi
Department Stores      Mohammed VI
Rafic Hariri            Bruno Gollnisch

---

## International >>

### La démission du gouvernement pro-syrien ouvre une période d' ...

DH Net - Il y a 4 heures

L'Express

, sous la pression de l'opposition et de la rue, laisse sans réponse de nombreuses questions cruciales pour l'avenir du Liban. La première tâche à laquelle est confrontée la classe politique est la désignation ...

Le soulèvement de Beyrouth fait chuter le gouvernement prosyrien Le Monde
Liban: ouverture d'une période d'incertitude Edicom
France 2 - Nouvel Observateur - Voila.fr - Menara - et 811 articles connexes >>

### Réformes palestiniennes: réunion positive

France 3 - Il y a 3 heures

---

## France >>

### Perquisitions chez Jean-Paul Huchon et au Conseil régional d'Ile ...

Le Monde - Il y a 5 heures

Dieudonné

SaphirNet.info

La brigade financière a perquisitionné, mardi 1er mars, au Conseil régional d'Ile-de-France, à Paris, dans le cadre d'une enquête préliminaire sur des emplois fictifs, at-on appris de source judiciaire. ...

Perquisition au domicile de Jean-Paul Huchon Reuters.fr
Perquisitions dans une enquête portant sur l'entourage de Jean ... France 3
TF1 - Nouvel Observateur - L'Agefi (Abonnement) - et 33 articles connexes >>

### Journée régionale de

Lors d'une réunion à Londres sur les réformes palestiniennes, les deux parties ont été appelées à mettre en oeuvre leurs obligations "telles que définies par la Feuille de route". L'Autorité palestinienne ...


TSR.ch

Soutien international à l'Autorité palestinienne et à "la ... Le Point
Conférence de Londres RTBF
Nouvel Observateur - Romandie.com - Libération - TSR.ch - et 128 articles connexes >>

## Le pape a parlé
**TF1 - Il y a 8 heures**

A en croire le Vatican, Jean-Paul II va mieux. Il aurait même recommencé à s'occuper des affaires de l'Eglise, recevant un de ses proches, le cardinal allemand Joseph Ratzinger, avec qui il a pu échanger quelques paroles. ...


Radio France

Jean Paul II a pu parler et s'occupe des affaires de l'Eglise Courrier International (Abonnement)
Le pape a parlé, selon le Vatican Nouvel Observateur
Le Monde - Le Matin.ma - Libération - Radio-Canada - et 884 articles connexes >>

## manifestations lycéennes : plus de 20 000 ...
**Le Monde - Il y a 5 heures**

A la veille du vote du projet de loi Fillon à l'Assemblée, la journée régionale de manifestations lycéennes a rassemblé un peu plus de 20 000 participants, selon les chiffres de la police, soit moins que les précédentes. ...
Manifestations lycéennes en France: plus de 20 000 participants DH Net
Nouvelle mobilisation lycéenne contre le projet Fillon Nouvel Observateur
et 22 articles connexes >>

## Fourniret à nouveau accusé par sa femme
**France 2 - Il y a 5 heures**

Monique Olivier, 56 ans, détenue en Belgique, avait déjà accusé le 17 février son mari d'avoir tué trois jeunes filles, recrutées comme baby-sitter. Avec les nouveaux aveux, le nombre de meurtres dont elle accuse son mari s'élève à quatorze. ...


Nouvel Observateur

La femme de Michel Fourniret l'accuse de trois autres meurtres Reuters.fr
Fourniret: sa femme l'accuse de trois nouveaux meurtres Nouvel Observateur
LCI - Libre Belgique - Le Vif - Le Monde - et 20 articles connexes >>

## Économie  >>

## Paris et Berlin souhaitent une plus grande compétitivité des ...
**LesAffaires.com - Il y a 3 heures**

Le ministre français de l'Economie a vanté, mardi soir, la nécessité pour les entreprises européennes de doper leur compétitivité afin que l'Europe se dote de véritables "champions" industriels. Recevant ...


Tageblatt
(Abonnement)

Breton et Clement: nous avons besoin de "champions" industriels ... L'Agefi (Abonnement)
Industrie: Paris et Berlin souhaitent une plus grande ... Nouvel Observateur
Le Revenu - La Tribune.fr - Voila.fr - et 22 articles connexes >>

## L'Insee évalue le déficit public, en France à 3,7 % du PIB
**Le Monde - Il y a 3 heures**

Le déficit public français a atteint 3,7% du produit intérieur brut (PIB) en 2004, après 4,2% en 2003 (révisé en hausse de 0,1 point) selon les données transmises mardi à la Commission européenne par l'Institut national de la statistique et des ...


Tribune de Genève

France : baisse du déficit public en 2004 France 2
Le déficit public de la France s'élève à 3,7% du PIB pour 2004 Reuters.fr

## Science/Tech  >>

## 600 emplois menacés dans une ex-usine française d'HP
**ZDNet - Il y a 5 heures**

L'ancienne usine de Hewlett-Packard basée à l'Isle Abeau ( Isère) est menacée de fermeture. Employant 600 personnes, elle a été rachetée en 2002 par l'américain Sanmina-SCI spécialisé dans la sous-traitance électronique. ...
Le sous-traitant électronique Sanmina-SCI se restructure en ... Sophia Net
Avis de grand froid pour l'ex-usine iséroise d'HP 01net
et 3 articles connexes >>

## Dégroupage ADSL : Free plaide pour une baisse drastique des ...
**Futura Sciences - Il y a 9 heures**


AquaMac

Free a déclaré vendredi souhaiter que le tarif du dégroupage soit inférieur à 8 euros HT par mois. France Télécom risque de s'étrangler ! Free est le premier fournisseur d'accès Internet français ...
Tarifs du dégroupage : Free réagit THG France
Dégroupage: le Conseil d'État donne raison à France Télécom ZDNet
Le Monde - PC Astuces - L'Atelier - ComparaTEL - et 45 articles connexes >>

## Garder un œil sur Rosetta

Nouvel Observateur - La Tribune.fr -
et 19 articles connexes >>

## Dominique Perben présente à l'Assemblée sa réforme des ...
**Reuters.fr - Il y a 4 heures**
PARIS (Reuters) - Le ministre de la Justice Dominique Perben a présenté mardi aux députés son projet de loi sur la réforme des faillites, qui prévoit un plan de sauvegarde afin que les entreprises en difficulté ne se retrouvent pas en cessation de ...
Droit des faillites: "anticiper pour éviter la casse", selon M. ...
L'Agefi (Abonnement)
M. Perben veut prévenir les faillites d'entreprises --par ...
Nouvel Observateur
France 2 - La Tribune.fr - Le Revenu -
et 16 articles connexes >>

---

### Sports >>

## Coupe de France: Clermont dompte Lyon

Sports.fr
**Reuters.fr - Il y a 3 heures**
PARIS (Reuters) - Clermont-Foot a réussi un exploit très rare cette saison en se qualifiant mardi aux dépens de l'Olympique lyonnais pour les quarts de finale de la Coupe de France. Les Auvergnats se sont ...
Lyon éliminé par Clermont Foot Auvergne
Nouvel Observateur
Foot - Coupe : Clermont élimine Lyon ! L'ÉQUIPE.FR
mLyon - Sports.fr - Eurosport - TF1 - Sporever.fr -
et 21 articles connexes >>

## Coupe d'Europe: Wilkinson sera prêt pour Paris
**Sports.fr - Il y a 7 heures**
Même s'il a fait son retour à l'entraînement et que sa blessure au genou gauche n'est plus qu'un mauvais souvenir, Jonny Wilkinson reste à court de compétition. Mais alors qu'Andy Robinson a fait son ...
Rugby : Wilkinson bientôt de retour sur les terrains --par ...
Nouvel Observateur
Rugby: Jonny Wilkinson rêve de jouer à Paris Reuters.fr
L'ÉQUIPE.FR - Le Site Rugby - TSR.ch -
et 19 articles connexes >>

## Football : Loïc Guillon prolonge de trois ans au FC Nantes
**Nouvel Observateur - Il y a 6 heures**
PARIS (AP) -- Loïc Guillon, le défenseur du FC Nantes, a prolongé mardi de trois ans le contrat qui le lie au club breton actuellement classé 15e du championnat de France de football de Ligue-1. «Le joueur ...
Nantes: Guillon prolonge jusqu'en 2009 Sports.fr
Nantes : Guillon prolonge jusqu'en 2009 Football 365
et 3 articles connexes >>

## Nouvel Observateur - Il y a 23 heures
P resque un an jour pour jour après son lancement, la sonde européenne Rosetta, la chasseuse de comète, revient survoler la Terre le 4 mars, soit vendredi prochain, et sera visible dans le ciel pour les Européens équipés de jumelles ou de petits ...

Sciences et Avenir
La sonde Rosetta survole la Terre Silicon.fr
Rosetta : premier survol de la Terre Astrocosmos
Techno-science.net - Futura Sciences -
et 8 articles connexes >>

---

### Culture >>

## "Le Couperet" : la métamorphose d'un cadre supérieur en tueur en ...

Canoë
**Le Monde - Il y a 9 heures**
Un conte amoral de Costa-Gavras qui retrace le plan de survie d'un salarié licencié après quinze ans de bons et loyaux services. Film français de Costa-Gavras avec José Garcia, Karin Viard, Olivier Gourmet. (2 h 02.). ...
Le Couperet Chronic'Art
José Garcia, serial killer économique de Gavras RTL
Nouvel Observateur - L'Express - Canada.com -
et 11 articles connexes >>

## Télévision : Deux soldats dans la pagaille de l'été 1940
**Le Monde - Il y a 10 heures**
La guerre de 1939-1945 et l'Occupation continuent de fournir à un rythme soutenu des sujets de téléfilm. Plutôt bien, d'ailleurs. Après "93, rue Lauriston", en décembre 2004, sur Canal+, France 2 diffusait ...
Le triporteur de Belleville l'Humanité
FRANCE 2/ Lorant Deutsch : «Je vis à fond chaque journée»
Le Figaro
Libération - 20 minutes - Le Point - l'Humanité -
et 7 articles connexes >>

## Cérémonie des Césars : «L'ésquive» de Abdellatif Kechiche ...

Le Figaro
**Le Matin.ma - Il y a 5 heures**
«L'esquive» du réalisateur tunisien, Abdellatif Kechiche, a remporté samedi à Paris le César du meilleur film français et raflé au passage quatre trophées, dont celui très convoité de meilleur réalisateur. ...
Les Césars font un triomphe au cinéma indépendant
Le Monde

"L'Esquive" rafle la mise All Africa
Courrier International (Abonnement) - l'Humanité - RFI -
Libération - et 91 articles connexes >>

---

## Santé >>

### Grippe aviaire: scénario pour une épidémie

**TSR.ch - Il y a 3 heures**


XINHUA

Encore un mort au Vietnam. La nouvelle est tombée hier mais n'a pas fait grand bruit. La grippe aviaire ne défie plus la chronique. Les média ont eu d'autres événements plus croquants à se mettre sous la dent. ...

Le Vietnam enregistre son 14ème décès dû à la grippe aviaire ... Le Monde
Un nouveau malade au Vietnam Libération
Webindia123.com - XINHUA - TF1 - Romandie.com -
et 93 articles connexes >>

### La défense du corps humain mieux comprise

**Radio-Canada - Il y a 5 heures**


TSR.ch

Des équipes de recherche australiennes ont identifié un moyen de renforcer l'immunité au VIH, responsable du sida, et à d'autres virus mortels. Ils ont fait cette découverte alors qu'ils tentaient de ...

Sida: découverte en Australie sur le renforcement de l'immunité TSR.ch
Australie : découverte sur le renforcement de l'immunité contre ... XINHUA
et 11 articles connexes >>

### Le risque de pandémie n'a pas empêché les coupes dans la ...

**Matinternet - 27 fév 2005**


Courrier du Vietnam

Malgré tous les avertissements à l'effet que l'influenza aviaire en Asie représente un énorme risque pour l'humanité, le budget fédéral n'a offert que la moitié les fonds exigés par les scientifiques pour se préparer à affronter l'éventuelle ...

Grippe aviaire : les risques de pandémie Le Monde
La grippe aviaire, une grave menace pour le monde en Asie Courrier du Vietnam
et 7 articles connexes >>

---

## À la une (suite)

### La tante de Géraldine Giraud en garde à vue, traces de ...

**France 3 - Il y a 4 heures**


Nouvel Observateur

La tante de Géraldine Giraud a été interpellée mardi matin et placée en garde à vue à Sens (Yonne), des traces de chloroforme ayant été retrouvées dans sa cave après les assassinats de sa nièce et son amie Katia Lherbier. ...

Interpellation de la tante maternelle de Géraldine Giraud près ... Nouvel Observateur
Une tante de Céline Giraud en garde à vue Libération
Reuters.fr - TF1 - L'Internaute Actualité -
et 24 articles connexes >>

### La France arrive en tête pour les demandes d'asile

**Nouvel Observateur - Il y a 3 heures**


Nouvel Observateur

GENEVE (AP) -- Les demandes d'asile ont poursuivi leur recul dans les pays industrialisés en 2004 et la France est le pays qui en a reçu le plus, constate un rapport du Haut Commissariat des Nations unies pour les réfugiés (HCR) publié mardi. ...

INTERVIEW • Des chiffres en trompe-l'œil pour le Gisti Libération
Demandes d'asile : niveau le plus bas depuis 1987 SwissInfo
Le Soir en ligne (Abonnement) - Libération -
Nouvel Observateur - et 17 articles connexes >>

### La Cour suprême des Etats-Unis a aboli la peine de mort à l' ...

**Le Monde - Il y a 5 heures**


Tribune de Genève

La Cour suprême des Etats-Unis a aboli, mardi 1er mars, la peine de mort à l'encontre des mineurs, âgés de moins de 18 ans au moment où ils ont commis leurs crimes. Les criminels mineurs ne sont plus ...

La Cour suprême américaine se prononce sur les Dix Commandements ... Nouvel Observateur
La peine de mort abolie aux USA pour les mineurs Reuters.fr
Le Point - Libération - France 3 - Le Figaro -
et 62 articles connexes >>

---

**Versions internationales de Google Actualités disponibles:**
Argentina - Australia - Canada English - Canada Français - Chile - Deutschland - España - France - India - Italia - México -
New Zealand - Österreich - Schweiz - Suisse - U.K. - U.S. - 中国版 (China) - 香港版 (Hong Kong) - 日本 (Japan) - 한국 (Korea) -

台灣版 (Taiwan)

La sélection et le positionnement des articles de cette page ont été réalisés automatiquement par un programme informatique.

©2005 Google - Page d'accueil de Google - A propos de Google - À propos de Google Actualités

La démission du gouvernement pro-syrien ouvre une période d'incertitude - DH Net - En Direct          Page 1 of 4





Personnalisation

☐ Login

☐ Mot de passe

☐ Mémoriser

Valider

Inscription gratuite!

**Infos** > En Direct

## La démission du gouvernement pro-syrien ouvre une période d'incertitude (01/03/2005 20:15)

### BEYROUTH (AFP)



La démission lundi du gouvernement libanais pro-syrien d', sous la pression de l'opposition et de la rue, laisse sans réponse de nombreuses questions cruciales pour l'avenir du Liban.

La première tâche à laquelle est confrontée la classe politique est la désignation d'un nouveau Premier ministre en remplacement de M. Karamé. Or la communauté sunnite, au sein de laquelle le Premier ministre doit être choisi selon la tradition, apparaît désemparée avec la disparition de Rafic Hariri, qui restait une sorte de recours en temps de crise, selon le député Ghassan Moukheiber.

Selon son entourage, l'ancien Premier ministre Salim Hoss qui vient de constituer une "troisième voie" entre l'opposition et le pouvoir pro-syrien a cependant fait savoir qu'il déclinerait le poste s'il lui était proposé.

Le futur Premier ministre est désigné par le président de la République, mais ce dernier a au préalable l'obligation de consulter les députés.

En général, le Premier ministre est choisi au sein du club fermé des ex-Premiers ministres, qui représentent les familles politiques traditionnelles sunnites.

La désignation de Rafic Hariri en 1992, un homme d'affaires, après une crise économique aiguë, avait constitué une première, et depuis la fin de la guerre civile en 1990, au cours de laquelle un autre chef de gouvernement, Rachid Karamé, a été assassiné en 1987, la classe politique sunnite ne s'est pas renouvelée.

Une autre inconnue demeure, à savoir la nature du prochain gouvernement.

Le chef de l'opposition Walid Joumblatt a réclamé mardi la formation d'un gouvernement "transitoire" qui organise un retrait partiel syrien avant la tenue des élections législatives du printemps et qui soit capable de mener à bien l'enquête sur l'assassinat de Hariri.

L'opposition a rejeté sur la Syrie et le pouvoir libanais qui lui est inféodé la responsabilité de cet assassinat et s'est prononcé pour une enquête internationale.

Après avoir salué comme une "victoire" la démission du cabinet de M. Karamé sous la pression de l'opposition parlementaire et de la rue, M. Joumblatt a cependant indiqué "qu'il est encore trop tôt pour que l'opposition entre dans le prochain gouvernement".

"Il faut un gouvernement transitoire et neutre, puis, après les

En direct

[23:47]
La journaliste Florence Aubenas, otage en Irak, lance un appel au secours

[23:43]
Coupe de France: Clermont s'offre la peau de Lyon ; Nîmes celle de Nice

[23:34]
TH, de finale aller de Coupe UEFA: Sochaux éliminé par Valence 78-96

[21:04]
Manifestations lycéennes en France: plus de 20.000 participants

[20:54]
La journaliste Florence Aubenas, otage en Irak, lance un appel au secours

[20:53]
L'exportateur Florence Aubenas, otage en Irak, lance un appel au secours
PAPIER
GENERAL ACTUALISE

[20:37]
Manifestations lycéennes en France: plus de 20.000 participants

[20:26]
La journaliste Florence Aubenas, otage en Irak, lance un appel au secours

[20:22]
L'exode: démission du gouvernement ouvre une période d'incertitude

[20:15]
La démission du gouvernement pro-syrien ouvre une période d'incertitude

Liens publicitaires

Annonces Goooooogle

Beirut for 10 c/min
500 free min offer expires
on 03/15 No contract. No
switching. No fees
www.CallMidEast.com

Alliance Française
Avocat d'une francophonie
plurielle ou faux-nez du
gouvernement?
Alliance-Periscope.com

législatives, un gouvernement d'union nationale sera formé", a dit le
leader druze, retranché dans son palais de Moukhtara, dans la
montagne au sud-est de Beyrouth.
Lundi soir, M. Joumblatt ainsi qu'un autre ténor de l'opposition, le
général Michel Aoun, qui vit en exil en France, ont de concert mis en
garde contre "un cabinet de militaires".
Les députés de l'opposition vont tenir des assises générales mercredi
pour fixer leur choix, a-t-on appris auprès d'élus de l'opposition.

Sur le terrain, comme chaque 
soir depuis 14 jours, des
manifestants ont convergé vers
la place des Martyrs pour
réclamer "la vérité" sur
l'assassinat de Hariri. Quelque
2.000 Libanais étaient
rassemblés, en scandant "Unis,
nous resterons".
Dans le nord du liban, la
tension est tombée dans
l'après-midi à Tripoli, fief de M. Karamé. Dans la matinée, des
hommes armés ont sillonné la ville en tirant en l'air, imposant la
fermeture des commerces et établissements bancaires, en réaction à
la démission du gouvernement. Les universités ont fermé leurs portes.
Le président Emile Lahoud a informé mardi le chef de l'équipe de l'Onu
enquêtant sur l'assassinat le 14 février de Rafic Hariri, Peter
Fitzgerald, que l'Etat était déterminé à la mener "jusqu'au bout", selon
une source officielle.
M. Lahoud a assuré avoir "transmis toutes les informations recueillies
par les services judiciaires et de sécurité libanais à l'équipe de l'Onu".
L'Onu a par ailleurs accepté de dépêcher au Liban un groupe d'experts
pour assister la justice libanaise et l'équipe de l'Onu dans l'enquête,
selon une source officielle.

    © 2005 AFP. Tous droits de reproduction et de représentation réservés.
Toutes les informations reproduites dans cette rubrique (dépêches,
photos, logos) sont protégées par des droits de propriété intellectuelle
détenus par l'AFP. Par conséquent, aucune de ces informations ne peut
être reproduite, modifiée, rediffusée, traduite, exploitée commercialement ou réutilisée de
quelque manière que ce soit sans l'accord préalable écrit de l'AFP.

Retour

Ces annonces sont générées
automatiquement au regard du
contenu de la page. Nous ne
pourrions être tenus
responsables ni garantir la
qualité de ces associations.
Contact : dhnet@saipm.com

_____

Les dernières 24 heures ...

[23:47] La journaliste Florence Aubenas, otage en Irak, lance un appel au secours
[23:43] Coupe de France: Clermont s'offre la peau de Lyon, Nîmes celle de Nice
[23:34] 1/4 de finale aller de Coupe ULEB: Charleroi dominé par Valence 78-86
[21:04] Manifestations lycéennes en France: plus de 20.000 participants
[20:54] La journaliste Florence Aubenas, otage en Irak, lance un appel au secours
[20:53] La journaliste Florence Aubenas lance un appel au secours (PAPIER
GENERAL,ACTUALISE)
[20:37] Manifestations lycéennes en France: plus de 20.000 participants
[20:26] La journaliste Florence Aubenas, otage en Irak, lance un appel au secours
[20:22] Liban: la démission du gouvernement ouvre une période d'incertitude
[20:13] Zapatero plaide pour l'Europe devant les députés français
[20:02] Vibrant plaidoyer de Zapatero pour l'Europe devant les députés français
[19:48] Soutien international à l'Autorité palestinienne et à "la feuille de route"

[19:16] Fourniret: sa femme lui imputerait 6 autres meurtres
[18:58] Auxerre-PSG: affiche des 8e de finale de la Coupe de France
[18:48] Les Etats-Unis renoncent à la peine de mort pour les mineurs
[18:25] L'Atlantique vaincu, le tour du monde de GlobalFlyer est bien parti
[18:24] Bourse de Bruxelles: la KBC et Almanij se distinguent
[18:22] Manifestations lycéennes en France: plus de 20.000 participants
[18:11] Bourse de Bruxelles : les plus gros écarts du jour
[18:10] La Cour Suprême abolit la peine de mort pour les mineurs aux Etats-Unis
[18:09] Bourse de Bruxelles : Valeurs de clôture du BEL 20
[17:47] Le port de Liège, deuxième port intérieur d'Europe en 2004
[17:23] L'Allemagne et la France doivent affronter un chômage de masse
[17:17] Foot: démission du conseil d'administration du Lierse
[17:09] Une vague de froid fait grelotter la France
[16:50] La Cour Suprême américaine abolit la peine de mort pour les mineurs
[16:43] Lettonie: des jeunes inspirés par Mortal Kombat tuent un adolescent
[16:13] Soutien international à l'Autorité palestinienne, Israël rappelé à ses devoirs
[15:41] Frank Vandenbroucke souffre d'une inflammation au tendon d'achille
[15:40] La journaliste Florence Aubenas, otage en Irak, lance un appel au secours
[15:35] Le nombre de faillites est en augmentation de 2,2 pc (Graydon)
[15:20] Foot - Coupe de Belgique: Les deux matches de mercredi remis (upd)
[15:12] Revenu d'intégration: bénéficiaires de l'activation en hausse
[15:05] Foot - Coupe de Belgique: Les deux matches de mercredi remis
[14:59] Le plus grand procès de pédophilie jamais organisé s'ouvre jeudi à Angers
[14:47] L'Allemagne et la France doivent affronter un chômage de masse
[14:43] La journaliste Florence Aubenas, otage en Irak, lance un appel au secours
[14:40] La journaliste Florence Aubenas lance un appel au secours
[14:39] Coupe de France: le PSG va tenter de sauver sa saison à Auxerre
[14:33] Soins de santé: rejet massif du plan du gvt par la base LBC
[14:06] La démission du gouvernement libanais ouvre une période d'incertitude
[14:03] La journaliste Florence Aubenas, otage en Irak, lance un appel au secours
[14:02] Séisme en Asie: plus de 50 millions d'euros sur le compte 12-12
[14:00] La démission du gouvernement libanais ouvre une période d'incertitude
[13:42] Réunion de soutien international à l'Autorité palestinienne à Londres
[13:41] Casques bleus tués en RDC: chef milicien d'Ituri arrêté à Kinshasa
[13:36] L'Allemagne et la France doivent affronter un chômage de masse
[13:25] France: records de froid pour un mois de mars battus
[12:42] Steve Fosset s'envole pour un tour du monde en moins de 80 heures
[12:37] L'OCDE demande aux chômeurs de chercher du travail
[12:36] La journaliste française enlevée en Irak appelle à l'aide dans une cassette vidéo
[12:29] Des enfants bangladais, dont des bébés, poursuivis pour pillage
[12:18] Augmentation du prix maxima de certains produits pétroliers
[12:17] La journaliste française enlevée à Bagdad appelle à l'aide dans une cassette-vidéo
[11:56] 7,7 pc des enfants vivent dans la pauvreté en Belgique
[11:52] 300 passagers d'un avion de la PIA évacués après un incendie au sol
[11:51] La journaliste française enlevée à Bagdad appelle à l'aide dans une cassette-vidéo
[11:46] L'opposition libanaise maintient sa pression contre Damas
[11:42] La journaliste française enlevée à Bagdad appelle à l'aide dans une cassette-vidéo
[11:41] Hiver 2004-2005 normal à l'exception d'un ensoleillement important
[11:37] L'opposition libanaise maintient sa pression contre Damas
[11:36] Allemagne: nouveau record du chômage en février à 5,216 millions
[11:33] La journaliste française appelle à l'aide dans une cassette-vidéo
[11:31] Irak: Florence Aubenas appelle à l'aide dans une cassette-vidéo
[11:31] Quantité anormale de précipitations en février 2005
[11:25] L'opposition libanaise maintient sa pression contre Damas
[11:20] Catastrophes en 2004: coût record de 37 mia EUR pour les assureurs

**[11:20]** Allemagne: nouveau record du chômage en février à 5,216 millions
**[11:12]** Prévisions météo valables pour les prochains jours
**[10:43]** Infanticide Namur: les parents également inculpés
**[10:41]** L'opposition libanaise en liesse après la démission du gouvernement
**[10:37]** Attentat de Hilla: 115 morts, 146 blessés, selon un dernier bilan
**[10:33]** Record de consommation d'électricité battu lundi en France
**[10:21]** Procès de pédophilie d'Angers: la partie civile espère une "prise de conscience collective"
**[10:18]** Réunion internationale sur les réformes palestiniennes à Londres
**[10:15]** Recul du taux d'absentéisme pour cause de maladie en Belgique
**[09:26]** Shopping encore cher à New-York
**[08:36]** Le prix du timbre passe à 53 centimes en France
**[08:27]** "Une aide financière pour les bars sans tabac?" (Le Soir)
**[08:23]** Augmentation salariale de 3,5 pc pour le personnel de la Chambre (Tijd)
**[08:18]** Salim Hoss annonce la création d'une "3ème force" au Liban
**[08:07]** Carnage en Irak, un mois après les élections générales
**[08:01]** Carnage en Irak, un mois après les élections générales
**[08:00]** Augmentation des tarifs de plusieurs consultations médicales
**[07:57]** Carnage en Irak, un mois après les élections générales
**[07:56]** Coupe de France de football: Paris va tenter de sauver sa saison à Auxerre
**[07:38]** Réunion internationale à Londres sur les réformes palestiniennes
**[07:32]** Steve Fosset s'envole pour un tour du monde en moins de 80 heures
**[07:23]** Zapatero à Paris pour défendre le oui à la Constitution européenne
**[07:11]** Il y a un mois Jean Paul II était hospitalisé pour les troubles respiratoires
**[05:42]** Référendum Constitution au Burundi: oui largement en tête
**[04:53]** La grippe aviaire fait un quinzième mort au Vietnam

    

     

EXHIBIT B

Google launches news service - Computerworld

Page 1 of 5

IDG Network:  Login  Register



**COMPUTERWORLD** An IDG company

**Home** | **News** | topics

**Print Edition** | **Services** | **Subscribe** | **Events** | **Research** | **Quicklink**

● Search Computerworld

[image: VeriSign SSL Services. Get a FREE SSL Security Kit. learn more >>]


VeriSign Secured

**Free E-Newsletters**

Keep up on technology news and trends with our free e-mail newsletters! Select from daily and weekly updates -- including alerts and roundups by topic.

→ Sign up today!

**Knowledge Centers**

Security
Storage
Mobile & Wireless
Hardware
Business Intelligence
Networking
Software

More Knowledge Centers:

Select one...

**Partner Zones**

Application Delivery
Business Analytics
Government Mobility
IT Manager Zone
Service Level Mgmt.
SSL Services
Web Meeting Solutions

**Features**

Home > Browse Topics > Development > Web Site Management

## Google launches news service

News Story by Tom Spring, PC World

SEPTEMBER 23, 2002 (PC WORLD) - Google Inc. is beefing up its Web site by using its search engine technology to add breaking news services this week.

Google News scans 4,000 news sources in real time, creating a dynamic news page displaying top world, U.S., and business news. Today's launch cuts the ribbon on the service, which has been in beta-testing for the past six months.

The service is completely automated, said Marissa Mayer, Google.com product manager. It relies on the same information-ranking technology used in the popular Google search engine to deliver relevant results. The same technology is used to let users search a 28-day index of news stories.

The service is similar to existing offerings from news

[Print friendly] [E-mail this] [Feedback] [Reprints]  XML **Feeds**

**Related to this topic**

> China hijacks Google's domain name
> FTC tells search engines to disclose paid results
> Google to be search engine for all AOL brands
> Yahoo opens up search platform to developers
> Paris Hilton may be victim of T-Mobile Web holes

● Advanced Search

Google launches news service - Computerworld

Latest Headlines
This Week's Issue
Shark Tank
Research
Webcasts
White Papers
Buyer's Guides
E-mail Newsletters
XML News Feeds

aggregators Northern Light, NewsEdge, Columbia Newsblaster and Moreover Technologies Inc. (which provides the news service to Ask Jeeves Inc.).

Google News will be ad-free at introduction, and the company plans to eventually license the Google News Service to other sites, Mayer said.

The news service gives a new look to Google, which has long taken a minimalist approach to Web design. The site serves up photos mixed with headlines and news reports. A news channel bar at the top left side of the main news page provides links to pages with headlines in seven news categories: world, U.S., business, science and technology, sports, entertainment, and health.

But the channels refer only to the news service, and are not a topic tree for searches.

"In no way are we trying to become a portal," Mayer says. However, Google executives have said the service is continually evaluating new features and opportunities to expand.

The front page of Google News offers brief headlines and synopses of news stories accompanied by photos. When a reader clicks on a news headline, he is taken to the news source's Web site. When a reader chooses a related link, Google displays a list of stories on the same subject from competing news outlets.

"People can now pick a story and then decide the source, instead of picking a source and finding a story," Mayer says.

Google News ranks news stories using three different criteria: how recently it was published, the volume of material on the topic and the caliber of the news outlet.

One fun feature is called "In the News," an automatically generated real-time list of the most frequently reported

The Web Publishing System from Macromedia.

For an intranet that actually lives up to its potential.

Free seminar >    Learn more >

Other resources
> Remote Support Best Practices and Benefits - Show, don't tell! Download this white paper.
> How to Entice More Visitors to Do Business on Your Web Site - Free Web Seminar

Google launches news service - Computerworld

Page 3 of 5

instances of people, place and things.

The breaking news service builds on Google News Search, which became available earlier this year. It listed links to news sources and performed searches of the news sites by topic.

Competing news aggregation services have shied away from completely automated news feeds. Representatives of Moreover and other services argue that human evaluation is required for 100% accuracy when it comes to news relevance.

**Subscribe to our Web Site Management e-mail newsletter:**

E-mail [                    ]  [ Subscribe ]

**Also in the Web Site Management Knowledge Center**
News | Discussions | Buyers' Guides | Resource Links | White Papers | Mobile Channel | E-mail newsletters
[XML] > Web Site Management XML Feed    > XML Feed FAQ

Reprinted with permission from

**PC WORLD.COM**  For more PC news, visit *PCWorld.com*.
Story copyright 2005 PC World Communications. All rights reserved.

VeriSign
Secured

★  VeriSign®
SSL
Services.

Get a
FREE SSL
Security Kit.

learn more >>

## Additional Content

### Web Site Management White Papers



Read up on the latest ideas and technologies from companies that sell hardware, software and services.

→ Securing Your Website for Business

→ ROI Case Study (Based on the World's Largest Online Retailer):

→ View Web Site Management whitepapers

### IT Management: Featured White Paper

**Maintaining Compliance**

Learn how companies use HP OpenView solutions support COBIT and COSO objectives, and ensure management software fits Sarbanes-Oxley requirements.

→ Download this free white paper now

### E-Business: Featured Webcast

**Managing the Geographically-dispersed E-Business**

How are global corporations improving productivity across branch offices, partners, and high value institutional clients?

Learn what steps you can take to ensure important data is delivered quickly and critical transactions flow smoothly across the extended enterprise.

→ View this free e-business webcast now

---

## COMPUTERWORLD MARKETPLACE

**Looking for Dual Xeon Managed Servers?**
Interland offers 100% uptime, 24/7 Expert Tech Support featuring Linux or Windows IBM eServers with 1hr hardware replacement guaranteed.

**Researching Microsoft/Linux Managed Servers?**
Rackspace offers award-winning Microsoft and Linux Managed Servers that are custom configured to your specifications. See why thousands of companies choose the Microsoft Hosting Provider of the Year. Tier 1 data centers-Zero Downtime Network Guarantee

**Web Conferencing Software**
Web and desktop video conferencing software, behind your firewall, on your network. Easy 5 minute server installation, and 100% browser-based client. You'll be up and running in minutes. Download your free trial copy now!

**Free unlimited online meetings for 14 days.**
WebEx online meetings and web conferencing solutions: Meet colleagues online, host web events, train your staff, provide live support. Try us free for 14 days.

**Deliver business solutions faster with portals.**
Free from BEA: Guide to Portal Lifecycle Management. Learn how to build and deploy better portals faster, simplify portal management. Boost user adoption, reduce Web sprawl, get more from existing applications. Free white papers, case studies, more.

*Buy a link Now*

Sponsored Links

**Serving Your Customers An Outstanding Online Experience**  Download this free white paper now!
**Sprint - Connects the PGA to the World.**  Learn More.
**Free Verisign SSL Certificate**  Don't miss the opportunity! Obtain a FREE SSL Trial ID today.
**Email**  Security Services



Google launches news service - Computerworld

Page 5 of 5

**MS IT Secrets** Watch a live webcast. Ask field experts questions. Sign up

About Us  Advertise  Contacts  Editorial Calendar  Help Desk  Privacy Policy  Reprints  Site Map

**IDG Network:** Computerworld titles  Bio-IT World  CIO  CMO  CSO  Darwin  GamePro  GameStar.com  GamerHelp.com  Infoworld
IT Careers  JavaWorld.com  Macworld  MacCentral.com  Network World  PC World  Playlistmag.com

Copyright © 2005 Computerworld Inc. All rights reserved. Reproduction in whole or in part in any form or medium without express written permission of Computerworld Inc. is
prohibited. Computerworld and Computerworld.com and the respective logos are trademarks of International Data Group Inc.

VeriSign® SSL Services.
Get a FREE SSL Security Kit.

learn more >>

VeriSign
Secured