# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Agence France Presse, )<br>1015 15th St NW, )<br>Washington, DC 20005 )<br>    )<br>                Plaintiff, )<br>    )        CIVIL ACTION NO.:  1:05CV00546 (GK)<br>v.  )<br>    )<br>Google Inc., )<br>a California Corporation, )<br>1600 Amphitheatre Pkwy, )<br>Mountain View, CA 94043 )<br>    )<br>                Defendant. )<br>    )<br>    ) | |

## NOTICE OF REVISED CERTIFICATE OF SERVICE

Plaintiff, Agence France Presse ("AFP") hereby submits this revised Certificate of Service, which was originally filed with the First Amended Complaint For Preliminary and Permanent Injunction and Copyright Infringement. This revised certificate correctly states that the Amended Complaint was served on May 2, 2005.

Respectfully submitted,

Dated: May 5, 2005         By:              /s/
                                                Joshua J. Kaufman, Bar No. 945188
                                                Mary Jane Saunders, Bar No. 436608
                                                Jason A. Aquilino, Bar No. 479788
                                                VENABLE LLP
                                                575 7th Street, NW
                                                Washington, DC  20004-1601
                                                202-344-8538 (phone)
                                                202-344-8300 (fax)
                                                jjkaufman@venable.com

                                                *Counsel for Agence France Presse*

## REVISED CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 2ND day of May, 2005, I caused a true copy of First Amended Complaint For Preliminary And Permanent Injunction and Copyright Infringement to be served on the following person by email, facsimile transmission and overnight delivery:

      Michael S. Kwun, Esq.
      Litigation Counsel
      Google Inc.
      1600 Amphitheatre Parkway
      Mountain View, CA 94043
      650-618-1806 (fax)
      mkwun@google.com

                      /s/
                  Joshua J. Kaufman

646352