# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGENCE FRANCE PRESSE )<br>1015 15th St. NW )<br>Washington, DC 20005 )<br> )<br>*Plaintiff*, )<br>v. )<br> )<br>GOOGLE INC. )<br>1600 Ampitheatre Pkwy )<br>Mountain View, CA 94043 )<br> )<br>*Defendant.* )<br> ) | Civil Action No. 1:05CV00546 (GK) |

## LCvR 7.1 CERTIFICATE OF DISCLOSURE OF DEFENDANT GOOGLE INC.

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Google Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Google Inc. which have any outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

Dated: May 19, 2005    /s/ Thomas W. Kirby

Andrew G. McBride (Bar No. 426697)
Bruce G. Joseph (Bar No. 338236)
Thomas W. Kirby (Bar No. 915231)
WILEY REIN & FIELDING LLP
1776 K St. NW
Washington, DC 20006
202.719.7000
Fax: 202.719.7049

Attorneys for Defendant Google Inc.