# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AGENCY FRANCE PRESSE

    Plaintiff(s)           )    **APPEARANCE**

    vs.           )    CASE NUMBER   1:05CV00546 (GK)

GOOGLE INC.

    Defendant(s)           )

To the Clerk of this court and all parties of record:

Please enter the appearance of _____Andrew G. McBride_____ as counsel in this
                                    (Attorney's Name)
case for: _____Google Inc._____
                          (Name of party or parties)

June 6, 2005_____        ____/s/ Andrew G. McBride_____
Date                                     Signature

                                        Andrew G. McBride_____
426697_____        Print Name
BAR IDENTIFICATION

                                        1776 K St., NW_____
                                        Address

                                        Washington, DC 20006_____
                                        City State Zip Code

                                        202/719-7000_____
                                        Phone Number

Dockets.Justia.com