# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AGENCY FRANCE PRESSE

     Plaintiff(s)          )    **APPEARANCE**

          vs.          )    CASE NUMBER    1:05CV00546 (GK)

GOOGLE INC.

     Defendant(s)          )

To the Clerk of this court and all parties of record:

Please enter the appearance of _____Bruce G. Joseph_____ as counsel in this
(Attorney's Name)
case for:  _____Google Inc._____
(Name of party or parties)

June 6, 2005                                  ____/s/ Bruce G. Joseph_____
Date                                          Signature

                                              Bruce G. Joseph_____
338236_____                     Print Name
BAR IDENTIFICATION

                                              1776 K St., NW_____
                                              Address

                                              Washington, DC 20006_____
                                              City State Zip Code

                                              202/719-7000_____
                                              Phone Number