**EXHIBIT A**

**EXPLORATION OF GOOGLE NEWS ON JUNE 3, 2005**

1.      Start at the Google home page at www.Google.com



This is the Google home page.  Click on the word "News" that appears centered above the search bar; and the Google News home page, item 2, will appear.  It may also be found by typing www.news.google.com or news.google.com into your browser.

2.  This is the first page of Google News.



The displayed page is too long to appear on one screen. This is the top of the page. You can use the scroll bar at the right to scroll up and down the page.

The page includes a number of categories (e.g., Top Stories, World, U.S., Business, Sci/Tech). Each category identifies three news topics and contains a number of links to articles about the topic. The textual links are identified by underscoring. Typically, a thumbnail image also appears, which is also a link. Thumbnails typically have a different source than the text links.

The link to the first article under each topic consists of the headline of the article (e.g., "Lebanese Protest Journalist's Killing"). The headline is accompanied by the source of the article (the ABC News website) and a text fragment taken from the start of the article.

Under the text fragment from the first article there are additional links related to the topic. The first two such links are headlines from articles on other websites ("Lebanese Protest Journalist's Killing" from the Guardian Unlimited website and "Politics & Policies: Extreme Censorship" from the Washington Times' website). The next several links consist of the identity of the source website.

Now, scroll to the bottom of the page, skipping past a number of links.

3.  This is the bottom of the home page of Google News.



Click on the bottom right headline -- "SA opposition demand resignation of Jacob Zuma" -- and the following appears.

4. The link takes you to the following article on a website maintained by the Angola Press.



At this point, you are connected only to the website of the Angola Press and not to Google News. Nothing on the screen refers to Google.

The story is too long to appear on one screen. You could use the scroll bar on the right to go to the bottom of the story.

Return to Google News (item 3). This could be done by clicking "Back" several times. Click on "all 266 related" in the bottom left of the entry concerning Mr. Zuma, producing the following display.

5.  This is the beginning of the list of 266 links to related stories.



Clicking on these links will take you to similar stories. The list of links is much longer than those displayed.

Now, return to the top of the Google News first page (item 2), to the thumbnail associated with the topic "Lebanese Protest Journalist's Killing."

Thumbnails also are links. Click on the thumbnail, and the following appears.

6.	You now are connected to the source of the thumbnail.



This article and image are on the website of The Daily Star, a different website than the website (ABC News) to which the top headline link directed users. You are not connected to Google News.

To compare the resolution of the full image on The Daily Star website with the resolution of the thumbnail link, we will see what happens when we make the two images to the same size.

Right click on the image, email it to yourself, and open and enlarge it to the size shown below using Microsoft Photo Editor.

7. This is the enlarged original image website of The Daily Star.



8.      Return to the Google News first page (item 2) and email and enlarge the thumbnail associated with the first link, entitled "Lebanese Protest Journalist's Killing" to approximately the same size as the preceding image. That produces the following.



Compare the two images.

9.      Articles and images that contain information indicating that their source is Agence France Presse no longer appear on Google News.  However, any standard search engine can locate articles and images that originate with AFP.   The following website was located via a search on MSN.com for AFP materials.



The scroll bar on the right shows it was necessary to scroll down to display the full image.  The credit to Agence France Presse appears above the image.

Using the same email and enlargement process described previously, produce the following enlargement of the AFP photo.

10. Compare the resolution of the AFP image below with the resolution of the Google News thumbnail previously portrayed.

