## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGENCY FRANCE PRESSE ) | |
| ) | |
| *Plaintiff and Counter Defendant* ) | **APPEARANCE** |
| ) | |
| vs. ) | CASE NUMBER 1:05CV00546 (GK) |
| ) | |
| GOOGLE INC. ) | |
| ) | |
| *Defendant and Counter Plaintiff* ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of <u>Scott Eric Bain</u> in this case, representing Google Inc.

<u>June 15, 2005</u>                           <u>/s/ Scott Bain</u>
Date                                                                  Signature

                                                                          <u>Scott E. Bain</u>
<u>466,657</u>                                            Print Name
BAR IDENTIFICATION

                                                            <u>Wiley Rein & Fielding LLP</u>
                                                            Firm

                                                           <u>1776 K St., NW</u>
                                                           Address

                                                           <u>Washington, DC 20006</u>
                                                           City State Zip Code

                                                           <u>202-719-7000</u>
                                                           Phone Number