# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGENCE FRANCE PRESSE,<br>*Plaintiff and Counter Defendant* | )<br>)<br>) |
| v. | ) Civil Action No. 1:05CV00546 (GK)<br>) |
| GOOGLE INC.,<br>*Defendant and Counter Plaintiff* | )<br>)<br>) |

### ORDER DENYING AFP'S MOTION TO DISMISS GOOGLE'S
### FIRST AND THIRD COUNTERLAIMS AND STRIKING GOOGLE'S
### TENTH AFFIRMATIVE DEFENSE BY CONSENT

The motion of Plaintiff Agence France Presse to dismiss Google Inc.'s First and Third Counterclaims is denied. Based on Plaintiff's representation that its claims of copyright infringement arise only from the visual reproduction on the Google News website display of headlines, portions of story leads, or photographs allegedly copied from non-infringing websites authorized by Plaintiff, the Tenth Defense of Google Inc. is stricken with its consent.

_____, 2005                                        _____
                                                                                            Hon. Gladys Kessler
                                                                                            United States District Judge

Copies to:

All counsel receive electronic service.

| For Plaintiff AFP: | For Defendant Google: |
|---|---|
| Joshua J. Kaufman (DC Bar No. 945188) | Andrew G. McBride (Bar No. 426697) |
| Mary Jane Saunders (DC Bar No. 436608) | Bruce G. Joseph (Bar No. 338236) |
| Jason A. Aquilino (DC Bar No. 479788) | Thomas W. Kirby (Bar No. 915231) |
| Venable LLP | WILEY REIN & FIELDING LLP |
| 575 7th St., N.W. | 1776 K St. NW |
| Washington, D.C. 20004 | Washington, DC 20006 |
| 202.344.8538 | 202.719.7000 |
| Fax: 202.344.8300 | Fax: 202.719.7049 |

Dockets.Justia.com