# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGENCE FRANCE PRESSE, <br> *Plaintiff and Counter Defendant* <br> <br> v. <br> <br> GOOGLE INC., <br> *Defendant and Counter Claimant* | ) <br> ) <br> ) Civil Action No. 1:05CV00546 (GK) <br> ) Next deadline: 9/1/05 (Exchange Witness <br> ) Lists) <br> ) <br> ) |

## CONSENT MOTION FOR ENTRY OF PROTECTIVE ORDER

The parties have consulted and agreed upon a protective order for this case, the proposed "Protective Order" attached to this motion. Google thus moves, on behalf of both parties and with Agence France Presse's consent, for entry of the attached "Protective Order."

Respectfully submitted,

Dated: August 3, 2005        /s/ Scott E. Bain

Andrew G. McBride (Bar No. 426697)
Bruce G. Joseph (Bar No. 338236)
Thomas W. Kirby (Bar No. 915231)
Scott E. Bain (Bar No. 466657)
WILEY REIN & FIELDING LLP
1776 K St. NW
Washington, DC 20006
202.719.7000
Fax: 202.719.7049

Attorneys for Defendant
Google Inc.