**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
AGENCE FRANCE PRESSE,         )
                              )
        Plaintiff,            )
                              )
             v.               )   Civil Action No.
                              )   05-546 (GK)
GOOGLE INC.,                  )
                              )
        Defendant.            )
_____)
```

### O R D E R

Upon consideration of Plaintiff's Motion to Dismiss Defendant's Tenth Additional Defense and First and Third Counterclaims [#13], the Opposition thereto, and the Reply, it is hereby

**ORDERED** that a Hearing on the Motion will be held on **October 18, 2005 at 9:45 a.m.** with time for arguments to be divided as follows:

        Plaintiff shall have 20 minutes;

        Defendant shall have 20 minutes; and

        Plaintiff shall have 5 minutes to respond.

October 5, 2005

/s/
Gladys Kessler
U.S. District Judge

**Copies to: attorneys on record via ECF**