# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGENCE FRANCE PRESSE,<br>*Plaintiff and Counter Defendant*<br><br>v.<br><br>GOOGLE INC.,<br>*Defendant and Counter Plaintiff* | )<br>)<br>)<br>) Civil Action No. 1:05CV00546 (GK)<br>)<br>)<br>) |

## ORDER GRANTING GOOGLE'S
## MOTION FOR JUDGMENT
## DISMISSING THE COMPLAINT

Because Agence France Presse has not identified the works that it accuses Google of infringing and has failed to provide the unpleaded information through discovery, the Motion of Google Inc. pursuant to Rules 8(a) and 12(c) is granted, and the <u>Amended Complaint hereby is dismissed with prejudice</u>.

So ordered this ____ day of _____, 2005.

                                                          _____
                                                          Gladys Kessler
                                                          UNITED STATES DISTRICT JUDGE

Send copies electronically to all counsel

-1-