**EXHIBIT A: Paragraph 94 of Google's Answer and Counterclaims**

FIRST ADDITIONAL DEFENSE

94.　　Counts I, II, III, IV, and V fail to state a claim on which relief can be granted.

Dockets.Justia.com