# EXHIBIT D

**TO GOOGLE'S MOTION AND MEMORANDUM
FOR JUDGMENT DISMISSING THE
COMPLAINT
FOR FAILURE TO STATE A CLAIM**

Actualités personnalisées | Google Actualités standard | Version texte



Google Actualités Suisse BETA

Web  Images  Groupes  Annuaire  **Actualités**

[ Recherche Actualités ]  [ Rec ]

500 sources d'information mises à jour en continu

>À la un  **À la une**  Actualités personnalisées  [ Accéder ]  Généré automatiquement il y a 19 minutes

Interna
Suisse
Écono
Scienc
Sports
Culture
Santé

Adopter Google Actualités comme page de démarrage

✉ Alertes Actualités

À propos de Google Actualités

### Le Brésil accord l'asile politique au président équatorien
Edicom - Il y a 7 heures
QUITO (AP) - L'ambassadeur du Brésil à Quito a annoncé jeudi que le Brésil avait accordé l'asile politique au président équatorien Lucio Gutiérrez, destitué la veille par le Congrès et réfugié depuis dans l'ambassade. ...
L'Equateur met à l'épreuve un autre président Granma
L'Équateur a un nouveau président Radio-Canada
Le Temps (Abonnement) - Le Monde - TSR.ch - Cyberpresse -
**et 162 articles connexes >>**

Radio-Canada

### Médecines complémentaires: l'évaluation qui fâche
Le Temps (Abonnement) -
Il y a 45 minutes
Les médecines complémentaires sont efficaces et plutôt un peu moins chères que la médecine dite conventionnelle. Et surtout, elles répondent à un besoin clairement exprimé de la population: 87% des ...
Les défenseurs des médecines complémentaires s'insurgent
L'Agefi (Abonnement)
Les médecins complémentaires augmentent la pression sur Pascal ...
Edicom
Tribune de Genève - TSR.ch - SwissInfo -
**et 23 articles connexes >>**

**Modifier cette page personnalisée** Nouveau!

**Raiffeisen gagne du terrain**
24 heures - et 17 articles connexes >>

**Linux : Linus Torvalds dans l'embarras...**
La Presse Affaires - et 6 articles connexes >>

**Football: Diouf encore accusé de crachat**
Edicom - et 8 articles connexes >>

**Quand l'humanitaire naissait au cinéma**
TSR.ch - et 10 articles connexes >>

**Efficace, la méthode Couchepin?**
Tribune de Genève - et 2 articles connexes >>

**Dans l'actualité**

Joseph Ratzinger    Jean Paul II
Zacarias Moussaoui  Michael Jackson
Condoleezza Rice    Robert Kotcharian
Iyad Allaoui        Marc Ouellet
Paul Martin         Samuel Schmid

---

**International >>**                              modifier

### Attaqué sur son conservatisme, Benoît XVI nuance son discours
Le Monde - Il y a 8 heures
ous le cardinal Ratzinger perce Benoît XVI. Comme si l'élection au trône de Pierre avait transformé le grand commis de l'Eglise en une figure de "pasteur"


Ivoir' Press

**Suisse >>**                                     modifier

### Santésuisse veut baisser le prix des médicaments de 15%
24 heures - Il y a 16 heures
L'organe faîtier des assureurs estime qu'une économie de 600 millions de francs pourrait être réalisée en baissant le prix des médicaments au niveau européen. Cette

Presse Nord Vaudois

*qu'on ne lui connaissait pas. La mutation ne se fera pas en un jour. ...*
Le SMS de Benoît XVI TF1
Benoît XVI, chantre de «l'Europe chrétienne» Le Figaro
BRANCHEZ-VOUS.com - ChristiCity.com -
All Africa - RFO - et 559 articles connexes >>

### La justice britannique refuse l'acharnement thérapeutique
TSR.ch - Il y a 5 heures
Les parents de la petite Charlotte ont perdu jeudi leur bataille judiciaire pour que leur fille soit maintenue en vie coûte que coûte. La fillette, âgée de 18 mois, est profondément handicapée. Le 7 ...
La justice britannique refuse l'acharnement thérapeutique Edicom
Les parents d'une prématurée déboutés Nouvel Observateur
AngolaPress - Le Vif - et 12 articles connexes >>

### L'Espagne dit oui au mariage et à l'adoption homosexuel
TOU-O.COM - Il y a 42 minutes
La chambre basse du parlement espagnol a hier approuvé en première lecture une loi autorisant le mariage homosexuel, par 183 voix contre 136. Elle doit encore recevoir l'aval du Sénat puis repasser devant ...
Vers la légalisation du mariage homosexuel en Espagne Canoe
--LE POINT DE L'ACTUALITE INTERNATIONALE A 17h55-- Edicom
Boursier.com - Le Salon Beige -
Nouvel Observateur - et 17 articles connexes >>

[Afficher plus d'articles] [Afficher moins d'articles]

### Économie >>                                          modifier

### Raiffeisen gagne du terrain
24 heures - Il y a 16 heures
Le groupe bancaire engrange un bénéfice de plus d'un demi-milliard. Il veut poursuivre la professionnalisation de ses agences.
» Le groupe Raiffeisen a réalisé l'an dernier un bénéfice de 506 millions ...
Raiffeisen poursuit sa percée sur le marché hypothécaire L'Agefi (Abonnement)
Performance record Journal du Jura
TSR.ch - Edicom - et 17 articles connexes >>

### ABB mêlé à une nouvelle affaire de corruption
Edicom - 19 avr 2005
Zurich (AP) Une nouvelle affaire de pots-de-vin

mesure est jugée irréaliste par l'Office fédérale de la santé. ...
Pour des médicaments moins chers TSR.ch
Santésuisse s'attaque aux prix des médicaments en Suisse Le Temps (Abonnement)
Edicom - Journal du Jura - SwissInfo -
et 28 articles connexes >>

### Swiss fait une entorse à sa stratégie de compagnie bon marché
Edicom - Il y a 8 heures
Bâle (AP) Swiss fait un pas en arrière dans sa stratégie d'alignement sur les compagnies bon marché. Dès le 25 mai prochain, les passagers des vols européens en classe économique auront à nouveau droit à une collation gratuite. ...
Swiss tente un tout grand coup Tribune de Genève
Swiss: retour des repas gratuits en classe économique Tribune de Genève
SwissInfo - et 14 articles connexes >>

### Kaspar Villiger répond aux attaques de Christoph Mörgeli
TSR.ch - 20 avr 2005
L'ancien conseiller fédéral a réuni les médias suite à une nouvelle salve d'attaques de la part de Christoph Mörgeli publiées par le «Tages-Anzeiger». Le conseiller national (UDC/ZH) dénonce le silence ...
«Je ne me suis jamais laissé acheter!» 24 heures
«J'ai toujours agi en totale indépendance d'esprit» Tribune de Genève
Le Temps (Abonnement) - L'Agefi (Abonnement) -
Journal du Jura - Edicom -
et 13 articles connexes >>

[Afficher plus d'articles] [Afficher moins d'articles]

### Science/Tech >>                                     modifier

### Linux : Linus Torvalds dans l'embarras...
La Presse Affaires - Il y a 3 heures
BitKeeper, logiciel employé pour développer le noyau de Linux, n'est plus ouvert à la communauté. Linus Torvalds n'est pas content, mais ne fait pas l'unanimité ! L'histoire débute lorsque Andrew Tridgell ...
Le développement du noyau continue autour de Git LinuxFr
Linus Torvalds remplace BitKeeper par Git LogicielLibre.Net
ZDNet - Silicon.fr - Monde Informatique -
et 6 articles connexes >>

*éclabousse le groupe* technologico-suédois ABB. Des versements suspects de plus d'un demi million de dollars ont été effectués par l'une de ses filiales aux Etats-Unis. ...
Nouvelles irrégularités Journal du Jura
ABB a identifié de nouvelles irrégularités dans ses affaires Swissinfo
Cercle Finance - **et 16 articles connexes >>**

### Paris: le CAC clôture à l'équilibre, Pernod en vedette.


BRANCHEZ-VOUS.com

Cercle Finance - **Il y a 4 heures**
(Cercle Finance) - Comme hier, le marché parisien n'a pas été en mesure de préserver ses gains initiaux puisqu'il a clôturé ce jeudi sur un score nul et vierge (3951 pts) après avoir inscrit en séance un pic à 3972,6 pts. ...
Pernod Ricard avale son rival et se renforce aux Etats Unis Le Temps (Abonnement)
Pernod Ricard se renforce dans le whisky et les alcools blancs Le Monde
L'Agefi (Abonnement) - Boursier.com - Le Point - Canoë - **et 177 articles connexes >>**

[Afficher plus d'articles]  [Afficher moins d'articles]

### Sports >>                                                    modifier

### Football: Diouf encore accusé de crachat


Confidentielsn.com

Edicom - **Il y a 7 heures**
LONDRES (AP) - L'attaquant de Bolton El Hadji Diouf va comparaître une nouvelle fois devant la justice pour avoir craché sur des supporters. L'attaquant sénégalais a été accusé jeudi de trouble à l ...
El Hadji Diouf covoqué au tribunal en Angleterre Confidentielsn.com
Bolton s'accroche à Diouf Walfadjri
TSR.ch - Sports.fr - **et 8 articles connexes >>**

### Football: l'UEFA impose ses quotas de joueurs "formés au pays"

uefa.com

Reuters.fr - **Il y a 11 heures**
TALLINN (Reuters) - Les équipes européennes vont être obligées d'inclure des joueurs "formés au pays" pour les compétitions continentales dès la saison 2006/07, d'après une décision votée à l'unanimité par le congrès de l'UEFA. ...
"Une année exceptionnelle" selon Olsson uefa.com
L'UEFA souhaite serrer la vis Journal du Jura
TSR.ch - Nouvel Observateur - uefa.com - **et 14 articles connexes >>**

### Intel - Le Wimax : du wifi sous anabolisants


Menara

Le Point - **Il y a 32 minutes**
La technologie de transmission ultrarapide développée par le fabricant de puces pourrait bien révolutionner le paysage du haut débit. Ce n'est qu'en janvier dernier, au Sundance Film Festival - à l'occasion ...
Intel lance sa puce WiMAX BRANCHEZ-VOUS.com
WiMax: Intel va dévoiler sa puce Rosedale La Presse Affaires
Planet-WIFI - BudgeTelecom - Liens-Utiles.org - NetÉconomie - **et 22 articles connexes >>**

### Discovery partira le 22 mai au plus tôt

Algérie-dz

Nouvel Observateur -
**Il y a 5 heures**
Le lancement de la navette Discovery, qui marquera la reprise des vols suspendus depuis deux ans, aura lieu au plus tôt le 22 mai, et non le 15, a précisé hier le responsable du programme à la NASA, Bill Parsons. ...
Décollage de Discovery prévu pour le 22 mai Interstars
Retour dans l'espace pour la NASA Le Monde
XINHUA - Radio-Canada - Techno-science.net - **et 18 articles connexes >>**

[Afficher plus d'articles]  [Afficher moins d'articles]

### Culture >>                                                    modifier

### Quand l'humanitaire naissait au cinéma

SwissInfo

TSR.ch - **Il y a 10 heures**
Le cinéma humanitaire remonte aux premiers films de «propagande» du CICR dans les années 1920. Un double DVD présenté à Visions du Réel en témoigne. Cette parution met en lumière à la fois le rôle ...
Visions du Réel : les archives de la Croix-Rouge restaurées Edicom
19.04.05: Capitole - Un phénoménal travail a été mené pour ... La Côte
SwissInfo - **et 10 articles connexes >>**

### Ben Affleck et Jennifer Garner fiancés


BRANCHEZ-VOUS.com

Nouvel Observateur -
**Il y a 3 heures**
NEW YORK (AP) -- Neuf mois après le début de leur idylle, Ben Affleck et Jennifer Garner se sont fiancés. C'est du moins ce que rapportent les magazines spécialisés «People» et «Star» dans leur

### Affaire Barthez - Commission: "Il n'ya pas eu crachat au visage"
**Cyberpresse -**
**Publié depuis 1 heure**
que Fabien Barthez n'avait "pas craché au visage de l'arbitre" Wydad-Marseille le 12 février, précisant que la sanction "pouvait être de moins de six mois". Q: La commission a donc pris une décision... ...
Fabien Barthez, cracheur touché par la grâce
Le Temps (Abonnement)
Football: Barthez risque gros Edicom
TSR.ch - Reuters.fr - Le Matin.ma - Sports.fr -
**et 66 articles connexes >>**


Sports.fr

[ Afficher plus d'articles ]   [ Afficher moins d'articles ]

### Santé >>                                    modifier

### Efficace, la méthode Couchepin?
**Tribune de Genève -**
**Publié depuis 1 heure**
La décision que Pascal Couchepin s'apprête à prendre concernant la couverture des médecines alternatives par l'assurance de base fait des vagues avant même que le verdict ne soit connu. Cet élargissement ...
L'assurance maladie doit-elle rembourser les médecines ... TSR.ch
**et 2 articles connexes >>**

TSR.ch

### Par Caroline Roy -Journal de Montréal
**Canoë - 20 avr 2005**
Consommer du cannabis pour soulager certaines douleurs, est-ce légal? Depuis hier, un médicament en vaporisateur à base de cannabis, le Sativex, est permis par Santé Canada pour soulager les patients atteints de sclérose en plaques. ...
Cannabis: le Canada approuve un médicament
La Presse Affaires
Premier médicament à base de cannabis au pays
Radio-Canada
Canada.com - RTL.be - **et 14 articles connexes >>**

### Ernst August de Hanovre est sorti de l'hôpital
**DH Net - 19 avr 2005**
MONACO "Son Altesse Royale le Prince de Hanovre a été autorisé par ses médecins à quitter le Centre Hospitalier Princesse Grace de Monaco le lundi 18 avril 2005 en début d'après midi", a indiqué le communiqué officiel. ...
Le prince de Hanovre a quitté l'hôpital Reuters.fr

TF1

dernière édition. ...
Ben Affleck et Jennifer Garner bientôt mariés TF1
Affleck demandait la main de Garner le weekend dernier TQS.ca
Showbizz.net - DH Net - **et 14 articles connexes >>**

### Le contrebassiste Niels-Henning Ørsted Pedersen est mort
**Le Monde - Il y a 9 heures**
e contrebassiste de jazz danois Niels-Henning Ørsted Pedersen est mort, mardi 19 avril, à l'âge de 58 ans. Dans le monde de la musique, on le nommait par ses initiales, NHOP. Qu'il reste le dernier bassiste ...
Décès brutal du contrebassiste Niels-Henning Oersted Pedersen Abeilleinfo.com
Mort d'un des plus célèbres bassistes jazz Canoë
Mathurin.com - Nouvel Observateur -
Radio-Canada - **et 11 articles connexes >>**

Canoë

[ Afficher plus d'articles ]   [ Afficher moins d'articles ]

### À la une (suite)                                    modifier

### Liban: le ministre de l'éducation démissionne
**Edicom - Il y a 21 heures**
BEYROUTH - Le ministre libanais de l'éducation, Ghassan Salameh, a présenté sa démission mercredi au lendemain de la formation d'un nouveau cabinet qui doit conduire le pays à des élections prévues en mai. ...
LIBAN - Le nouveau gouvernement se met au travail
Courrier International (Abonnement)
Un nouveau gouvernement a été formé au Liban RCI
Courrier du Vietnam - TonGuide.com -
Libre Belgique - Nouvel Observateur -
**et 57 articles connexes >>**

Canoë

### La femme de Claude Boulay se dit éberluée
**Canoë - Publié depuis 1 heure**
C'était au tour de la femme de Claude Boulay, Diane Deslauriers, de témoigner devant la commisison Gomery, jeudi après-midi. Celle qui était vice-présidente du groupe Everest était aussi très liée ...
Boulay aurait suggéré à Brault de mentir
Radio-Canada
Groupe Everest a souvent fait sonner la caisse deux fois Cyberpresse
Matinternet - CKOI FM - Le Devoir (Abonnement) -
Canada.com - **et 95 articles connexes >>**

BRANCHEZ-VOUS.com

### Des baisses modestes

AFP000004

Vente du siècle à la Maison de Hanovre Le Figaro
SwissInfo - et 21 articles connexes >>

### Grippe: tous les échantillons du virus de 1957 détruits sauf un
Edicom - 20 avr 2005
GENEVE (AP) - Tous les échantillons du virus de la grippe asiatique de 1957, qui avait fait entre un et quatre millions de morts, qui avaient été envoyés par erreur par une compagnie américaine à plus de 3.700 laboratoires dans 18 pays, dont la ...
La grippe de 1957 de nouveau éradiquée Libération
Questions-réponses: alerte mondiale au virus ASP
RCI - Canal Z - TSR ch -
et 23 articles connexes >>

TSR.ch

### Pratiques commerciales douteuses des fabricants de médicaments
Radio-Canada - 20 avr 2005
Les pharmaciens d'établissements de santé et l'Ordre des pharmaciens du Québec ont profité de leur passage en commission parlementaire mercredi pour discuter du projet de politique du médicament du gouvernement et ont profité de l'occasion pour ...
Couillard va réglementer la publicité sur les médicaments Le Devoir (Abonnement)
Couillard veut réglementer la publicité des compagnies ... Canada.com
et 3 articles connexes >>

[ Afficher plus d'articles ]  [ Afficher moins d'articles ]

d'impôt
### La Presse Affaires -
Publié depuis 1 heure
Les Québécois qui croyaient encore voir leurs impôts réduits de 1G$ cette année devront se contenter d'une baisse de 372M$, qui passera notamment par une nouvelle déduction pour les travailleurs et par une hausse des plafonds de cotisation à l ...
L'opposition accuse le gouvernement de trahir ses promesses Radio-Canada
Le PQ et l'ADQ accusent Charest de renier ses promesses Canoë
Matinternet - CKOI FM - Cyberpresse - LesAffaires.com - et 70 articles connexes >>


Canada.com

[ Afficher plus d'articles ]  [ Afficher moins d'articles ]

Partagez vos actualités personnalisées avec un ami

**Versions internationales de Google Actualités disponibles:**
Argentina - Australia - Canada English - Canada Français - Chile - Deutschland - España - France - India - Italia - México - New Zealand - Österreich - Schweiz - Suisse - U.K. - U.S. - 中国版 (China) - 香港版 (Hong Kong) - 日本 (Japan) - 한국 (Korea) - 台灣版 (Taiwan)

La sélection et le positionnement des articles de cette page ont été réalisés automatiquement par un programme informatique.

©2005 Google   Page d'accueil de Google - A propos de Google - À propos de Google Actualités - Règles de confidentialité



Grands titres ▪ Le monde ▪ Politique ▪ Économie ▪ Science et Santé
Les Téléjournaux ▪ Émissions radio / télé ▪ Les régions ▪ RDI ▪ RCI ▪ Météo

Recherche avancée ▪ Hyperlien

## Équateur: les manifestants ont eu raison du président

Mise à jour le jeudi 21 avril 2005 à 6 h 50

C'est arrivé le...

**21 avril 1991**
Brian Mulroney annonce so
important remaniement min
depuis l'arrivée au pouvoir d
Conservateurs en 1984. Je:
revient au cabinet comme n
l'Environnement.
**DANS L'ACTUALITÉ**



L'ex-président de l'Équateur, Lucio Gutierrez

Le Parlement équatorien a destitué mercredi le président Lucio Gutierrez, estimant qu'il avait failli à sa fonction en cherchant à s'immiscer dans le fonctionnement de la Cour suprême, et a investi à sa place le vice-président Alfredo Palacio.

L'armée, arbitre traditionnel des conflits de pouvoir en Équateur, a aussitôt annoncé qu'elle retirait son soutien à l'ex-président.



**DOSSIERS >>**





**NOS ÉMISSIONS**

La situation de Lucio Gutierrez faisait l'objet d'informations contradictoires, mercredi soir.

Les autorités équatoriennes disent le détenir dans une garnison militaire près de Quito, tandis que les autorités brésiliennes affirment qu'il s'est réfugié à l'ambassade du Brésil, qui lui a accordé l'asile diplomatique.

« La dictature est terminée », a déclaré mercredi le nouveau président, qui a promis de « refonder la République ».

Alfredo Palacio, un cardiologue de 66 ans, devrait occuper ce poste jusqu'en janvier 2007, soit la date de fin du mandat de M. Gutierrez.



Le nouveau président, Alfredo Palacio







**À l'origine de la crise, la restructuration de la Cour suprême**

Des dizaines de milliers d'Équatoriens sont descendus dans les rues de Quito au cours des derniers jours pour réclamer la démission du chef de l'État, accusé par l'opposition de « dérive dictatoriale ».

La crise a éclaté en décembre, lorsque le président Gutierrez a limogé les membres de la Cour suprême pour les remplacer par ses hommes.



Ces nouveau juges ont abandonné les poursuites judiciaires pour corruption contre les anciens présidents Abdala Bucaram et Gustavo Noboa, proches de Lucio Gutierrez, qui ont pu rentrer d'exil.

Lucio Gutierrez est le troisième président équatorien à perdre son poste à la suite de manifestations populaires depuis 1997.

 

  



Actualités personnalisées | Google Actualités standard | Version texte

# Google
## Actualités Suisse

Web   Images   Groupes   Annuaire   **Actualités**

[ Recherche Actualités ] [ Rec

500 sources d'information mises à jour en continu

>À la un   À la une   Actualités personnalisées   [ Accéder ]   Généré automatiquement il y a 25 minutes

Interna
Suisse
Éconor
Scienc
Sports
Culture
Santé

Adopter
Google
Actualités
comme
page
de
démarrac

✉
Alertes
Actualités

À propos
de
Google
Actualités

**Mort du pape: devant le Vatican, une foule toujours immense**
Edicom - Il y a 10 heures
VATICAN - Une foule immense attend toujours devant les portes du Vatican de pouvoir approcher le corps du pape dans la basilique Saint-Pierre. Cela malgré la fermeture mercredi soir par les autorités des ...
Le testament de Jean Paul II révélé –par Nicole Windfield– Nouvel Observateur
Rome se prépare pour les funérailles de Jean Paul II Canada.com
Le Monde - All Africa - Canoë - Journal du Jura - **et 911 articles connexes >>**

**Rapprochement entre l'Inde et le Pakistan**
Radio-Canada - Il y a 3 heures
Journée historique au Cachemire, où une liaison par autobus a relié les deux parties de la province depuis la division du territoire entre l'Inde et le Pakistan en 1947. Les 30 passagers de l'autobus assurant ...
La première ligne de bus trans-Cachemire inaugurée AVI
Première liaison routière à travers le Cachemire DW-World
Le Monde - Libération - Le Figaro - AngolaPress - **et 42 articles connexes >>**

**Modifier cette page personnalisée** Nouveau !

La Chine monte au créneau pour défendre son textile
LExpansion.com - et 49 articles connexes >>

L'ancêtre tchadien Toumaï s'offre un lifting virtuel
Le Monde - et 26 articles connexes >>

»Une-deux culturel» entre la Suisse et l'Autriche dans le cadre ...
Edicom - et 10 articles connexes >>

«Palindromes», l'Alice au Pays du Grotesque de Todd Solondz
Tribune de Genève - et 2 articles connexes >>

Une journée mondiale pour la mère et l'enfant
Nouvel Observateur - et 35 articles connexes >>

**Dans l'actualité**

| Jean Paul II | Askar Akaïev |
| Gerry Adams | Son Altesse |
| Laurent Gbagbo | Silvio Berlusconi |
| Joseph Kabila | Pascal Lamy |
| Ligue 1 | Karol Wojtyla |

---

**International >>**                                         modifier

**Irak : le président kurde nomme un chiite premier ministre**
SwissInfo - Il y a 2 heures
BAGDAD - Le premier président kurde de l'histoire moderne de l'Irak, Jalal Talabani, a prêté serment jeudi. Dans la foulée, il a nommé le chiite Ibrahim al-Jaafari au poste de premier ministre, donnant ...
Ibrahim Djaafari nommé Premier ministre irakien Boursier.com

**Suisse >>**                                              modifier

**Quand le maïs appelle au secours**
SwissInfo - Il y a 11 heures
En Amérique du Nord, «Diabrotica virgifera virgifera» est l'ennemi numéro un des cultivateurs de maïs. Ce petit coléoptère a pour habitude de pondre au milieu des racines de la plante, dont ses larves ...
Quand le maïs appelle au secours TSR.ch
Le maïs se défend contre ses prédateurs Agrigate.ch
Edicom - AMI - TSR.ch - **et 8 articles connexes >>**

L'Irak, en guerre, se dote d'un premier exécutif élu
Le Monde
Edicom - XINHUA - Bismi.net - RCI -
et 167 articles connexes >>

### Condoleezza Rice rend hommage à Rainier III
Nouvel Observateur -
Il y a 2 heures
WASHINGTON (AP) -- La secrétaire d'Etat américaine Condoleezza Rice, qui se trouve à Rome pour les funérailles du pape Jean Paul II, aa rendu hommage jeudi au défunt prince Rainier III de Monaco, «un grand leader et un grand homme», transmettant ...
Rainier, celui qui a révolutionné Monaco L'Économiste
Marchais se souvient de Rainier III France 3
Reuters fr - 24 heures - l'Humanité - Le Figaro -
et 314 articles connexes >>


TF1

### Pas de triomphalisme après l'accord sur la Côte d'Ivoire
Le Monde - Il y a 4 heures
a consigne donnée par Thabo Mbeki, le médiateur, a été respectée : pas de triomphalisme. Pour le président sud-africain, il est important qu'il n'y ait ni vainqueur ni vaincu après l'accord signé, mercredi ...
Fin du sommet de Pretoria : la Côte d'Ivoire gagne All Africa
CÔTE-D'IVOIRE - La crise dénouée à Pretoria ? Courrier International (Abonnement)
RFI - AngolaPress - Nouvel Observateur - XINHUA -
et 134 articles connexes >>


Nouvel Observateur

[ Afficher plus d'articles ] [ Afficher moins d'articles ]

### Économie >>                                              modifier

### La Chine monte au créneau pour défendre son textile
LExpansion.com - Il y a 2 heures
Pékin a dénoncé jeudi les mesures prises la veille par l'UE pour contrer le déferlement des exportations de textiles, constaté depuis la fin des quotas, le 1er janvier dernier. Ces mesures n'incluent ...
L'industrie européenne du textile agite le chiffon rouge RFI
La parade européenne aux chaussette chinoises TF1
Le Monde - LCI - La Liberté - L'Économiste -
et 49 articles connexes >>

Nouvel Observateur

### Swissair: de bien étranges donations

### Les métropoles suisses à la traîne
SwissInfo - 6 avr 2005
Dans son étude présentée mercredi à Berne, l'institut conjoncturel BAK (Basel Economics) s'est intéressé aux quatre grandes régions métropolitaines de Suisse, à savoir le bassin lémanique entre Genève et Lausanne et les agglomérations de Berne ...
Les grandes agglomérations suisses manquent de dynamisme Edicom
Les grandes agglomérations suisses manquent de dynamisme XINHUA
L'Agefi (Abonnement) - TSR.ch -
et 20 articles connexes >>


TSR.ch

### Les défenseurs de l'AGCS sortent du bois
24 heures - Il y a 18 heures
Le délégué suisse aux négociations soutient l'Accord général sur le commerce des services en Pays de Vaud. Craignant la privatisation d'activités du domaine public, plusieurs communes vaudoises ont ...
La Chambre du commerce et de l'industrie attaque ATTAC L'Agefi (Abonnement)
L'OMC contraint Berne à accélérer la libéralisation de ses ... Tribune de Genève
et 6 articles connexes >>


Presse Nord Vaudois

[ Afficher plus d'articles ] [ Afficher moins d'articles ]

### Science/Tech >>                                          modifier

### L'ancêtre tchadien Toumaï s'offre un lifting virtuel
Le Monde - Il y a 5 heures
ul ne traverse le temps impunément. Après 7 millions d'années passées sous les sables du désert tchadien, le crâne de Toumaï, alias Sahelanthropus tchadensis, souffre d'un écrasement marqué et de fractures disgracieuses. ...
Un nouveau visage pour l'ancêtre Toumaï Le Figaro
Toumaï serait bien le doyen des hominidés Reuters.fr
Nouvel Observateur - Libération - Radio-Canada -
TF1 - et 26 articles connexes >>


Sciences et Avenir

### La banque italienne BPU migre à 100% sous Linux
La Presse Affaires - Publié depuis 1 heure
L'établissement dit au-revoir à Sun Solaris et accueuille Red Hat sur ses 8 000 postes de travail et ses serveurs. Très belle opération pour Red Hat,

**Libre Belgique - Il y a 12 heures**
Deux semaines à peine que Swiss a été rachetée par Lufthansa. «Une tentative de germanisation», s'indignaient alors certains Helvètes, désolés de perdre ce fleuron qui faisait leur fierté à travers le monde. ...
Des financiers dans le collimateur du liquidateur L'Agefi (Abonnement)
Les banques dans le collimateur du liquidateur de Swissair TSR ch
La Liberté - SwissInfo - Edicom -
Le Temps (Abonnement) -
**et 30 articles connexes >>**


TSR.ch

### Migros réalise le meilleur résultat de son histoire
**24 heures - Il y a 18 heures**
Les 40 entités du groupe, qui comprend Migrol, Hotelplan et la Banque Migros, se sont toutes développées positivement. Pour 2005, le premier distributeur suisse développe une stratégie d'expansion agressive. ...
Migros a réalisé l'un des meilleurs exercices de son histoire Edicom
La Migros enregistre un résultat record SwissInfo
**et 19 articles connexes >>**

TSR.ch

[ Afficher plus d'articles ]  [ Afficher moins d'articles ]

### Sports >>                                              modifier

### »Une-deux culturel» entre la Suisse et l'Autriche dans le cadre ...
**Edicom - Il y a 7 heures**
Berne (AP) La Suisse et l'Autriche veulent prolonger sur le terrain culturel le Championnat d'Europe de football 2008 qu'ils organisent en commun. L'entraîneur de l'équipe suisse Köbi Kuhn a donné jeudi ...
Championnat d'Europe de football 2008: programme culturel prévu Le Temps (Abonnement)
Agréments artistiques pour l'Eurofoot 2008 SwissInfo
**et 10 articles connexes >>**

SwissInfo

### Lutte contre le dopage: le CPLD dénonce un dérapage de l'AMA
**Edicom - Il y a 3 heures**
PARIS (AP) - En présentant son rapport d'activité 2004, le Conseil de prévention et de lutte contre le dopage (CPLD) a révélé jeudi à Paris que l'Agence mondiale antidopage (AMA) avait institué récemment en catimini un seuil de détection pour ...
Dopage: La loi adoptée par l'Assemblée nationale Sports.fr
Projet de loi adopté à l'unanimité

premier fournisseur mondial de solutions open source et Linux. ...
Red Hat s'oriente vers les PC dédiés aux applications métier ZDNet
Assurance tous risques ( 8 Hits) Zataz Mag
Silicon.fr - TooLinux - **et 5 articles connexes >>**

### Bientôt, les disques durs à 1 téraoctet !
**La Presse Affaires - Il y a 6 heures**
Hitachi (HIT) annonce avoir mis au point une nouvelle technologie, la «magnétisation perpendiculaire» qui permet de doubler la densité de données par unité de surface. Les fous du stockage vont bientôt ...
Des disques durs de 1 To d'ici deux ans TechnoQC
Hitachi double la densité de stockage des disques durs Whynet.org
L'Atelier - BRANCHEZ-VOUS.com - Libération - TF1 - **et 19 articles connexes >>**


Canoë

[ Afficher plus d'articles ]  [ Afficher moins d'articles ]

### Culture >>                                             modifier

### «Palindromes», l'Alice au Pays du Grotesque de Todd Solondz
**Tribune de Genève -
Il y a 21 heures**
Jusqu'ici, Todd Solondz avait beaucoup choqué. Sans que l'on puisse lui nier un certain talent dans la provocation (Happiness ou Storytelling en témoignent), il n'avait cependant jamais réussi à franchir ...
Le cinéaste américain Todd Solodz. Photo: Keystone
Le Temps (Abonnement)
**et 2 articles connexes >>**


Le Temps (Abonnement)

### Procès de Michael Jackson: la femme de ménage témoigne
**TSR.ch - 5 avr 2005**
SANTA MARIA - Michael Jackson a subi un nouveau revers mardi lors de son procès. Une ancienne femme de ménage a raconté aux jurés de Santa Maria (Californie) l'avoir vu prendre une douche avec un petit garçon dans sa propriété de Neverland. ...
L'ancienne gouvernante de Michael témoigne pour la poursuite Canoë
La reconstitution du procès de Michael Jackson Le Monde
RTL.be - Edicom - AngolaPress -
**et 63 articles connexes >>**


Nouvel Observateur

### La ligne Bellow
**Le Monde - Il y a 3 heures**

Nouvel Observateur
TSR.ch - TSR ch - et 16 articles connexes >>

### Milan bat encore l'Inter
Nouvel Observateur -
Il y a 12 heures
Les "Rossoneri" l'ont emporté 2-0 face à l'Inter mercredi dans le match aller du derby lombard des quarts de finale de la Ligue des champions. Les joueurs du Milan AC victorieux face à l'Inter. (AP). C'est ...
L'Inter attend une revanche face au Milan AC, son voisin et rival Le Monde
La messe est dite Journal du Jura
Sports.fr - Reuters.fr - Le Temps (Abonnement) - Libération - et 25 articles connexes >>


Nouvel Observateur

[Afficher plus d'articles] [Afficher moins d'articles]

### Santé >>                                                                  modifier

#### Une journée mondiale pour la mère et l'enfant
Nouvel Observateur -
Il y a 4 heures
Les vies de milliers de femmes et de millions d'enfants victimes de l'absence ou de l'insuffisance des soins médicaux pourraient être sauvées grâce à des gestes ou des techniques simples et connues, rappelle l'Organisation mondiale de la ...
Le Vietnam fait écho aux messages de l'OMS AVI
7 avril - Journée mondiale de la Santé mediaterre.org
All Africa - XINHUA - TF1 - Al Bayane - et 35 articles connexes >>

XINHUA

#### Grippe aviaire en Corée du Nord
Agrigate.ch - 6 avr 2005
L'épidémie de grippe aviaire qui s'est déclarée en Corée du Nord est due à une souche du virus jusqu'ici inconnue en Asie. C'est ce qu'a annoncé mardi Hans Wagner, représentant de l'ONU pour l'alimentation ...
Grippe aviaire: deux nouveaux décès au Vietnam Nouvel Observateur
La Corée du Nord fait face à une nouvelle souche du virus Libération
Le Bulletin - SwissInfo - et 37 articles connexes >>

#### Peter Jennings atteint d'un cancer du poumon
Canoë - 5 avr 2005
Le présentateur-vedette du réseau ABC, Peter Jennings, est atteint d'un cancer du poumon. L'annonce a été faite par son entourage, à New York.


Canada.com

e cercueil attendait toujours d'être recouvert. - ... Prenant Amy par la main, je dis : "Ce n'est pas le meilleur moment pour une offre de mariage. Mais si c'est une erreur, ce ne sera pas la première que j'aurai commise avec toi."'. ...
Décès de Saul Bellow République des lettres
Les loosers orphelins l'Humanité
24 heures - Libération - Le Temps (Abonnement) - Le Matin.ma - et 58 articles connexes >>


Nouvel Observateur

[Afficher plus d'articles] [Afficher moins d'articles]

### À la une (suite)                                                          modifier

#### Ordonnance sur les propos de Brault: les avocats s'expliquent
CKOI FM - Il y a 3 heures
MONTREAL (PC) - Deux avocats font présentement valoir au juge John Gomery leurs arguments à propos de l'ordonnance de non-publication qui frappe les cinq jours de témoignage du président de Groupaction, Jean Brault, sur le programme fédéral des ...
La décision sera rendue à 14h00 Canoë
Les accusations de corruption fusent aux communes Radio-Canada
Matinternet - Cyberpresse -
Le Devoir (Abonnement) - Canada.com -
et 110 articles connexes >>


CKOI FM

#### Les étudiants délogés de la Tour de la Bourse
Radio-Canada - Il y a 2 heures
Environ 150 étudiants, membres de la CASSEE, ont été délogés de façon musclée par l'escouade tactique de Montréal. Les étudiants occupaient les édifices de la Bourse de Montréal, près du square Victoria, depuis 8 h 30. ...
Certains étudiants poursuivent leurs actions Canoë
La Tour de la Bourse paralysée Cyberpresse
CKOI FM - et 7 articles connexes >>


Canoë

#### Blocages des lycées sous surveillance policière
Boursier.com -
Publié depuis 1 heure
PARIS (Reuters) - Les adversaires de la loi Fillon ont poursuivi jeudi, sous haute surveillance policière, les blocages des lycées français dont certains ont été émaillés de violents incidents notamment à Lille et Paris. ...
Mobilisation faible mais réprimée Libération
Nouvel appel au blocage des lycées TF1


TF1

Une communication interne destinée au personnel d'ABC mentionne ...
Peter Jennigs souffre d'un cancer du poumon Radio-Canada
Peter Jennings souffre du cancer du poumon Showbizz.net
Amazigh Info - Nouvel Observateur - BRANCHEZ-VOUS com -
et 14 articles connexes >>

VousNousils - Nouvel Observateur - Reuters.fr - TOU-O.COM - et 48 articles connexes >>

[Afficher plus d'articles] [Afficher moins d'articles]

### Des pharmaciens imposés aux locataires
**Cyberpresse - 5 avr 2005**


Canoë

Des résidants de centres d'hébergement privés du Québec seraient empêchés de pouvoir choisir librement leur pharmacien car plusieurs propriétaires de résidences concluraient des alliances avec des pharmaciens qui, en retour, offriraient des ...
Pharmaciens forcés pour personnes âgées Radio-Canada
Canada : Des actions pour mettre fin à des pratiques ... le Marché des Seniors.com
Radio-Canada - Radio-Canada -
et 8 articles connexes >>

### La vitamine E pourrait accélérer des cancers
**Cyberpresse - 5 avr 2005**

Le Soleil

Les comprimés à forte dose de vitamine E que l'on achète en pharmacie pourraient accélérer des cancers latents, ont découvert des chercheurs du Centre hospitalier universitaire de Québec (CHUQ). L'étude ...
La vitamine E accélérerait la progression du cancer Radio-Canada
La vitamine E en comprimés activerait certains cancers Le Soleil
Canoë - et 5 articles connexes >>

[Afficher plus d'articles] [Afficher moins d'articles]

Partagez vos actualités personnalisées avec un ami

**Versions internationales de Google Actualités disponibles:**
Argentina - Australia - Canada English - Canada Français - Chile - Deutschland - España - France - India - Italia - México - New Zealand - Österreich - Schweiz - Suisse - U.K. - U.S. - 中国版 (China) - 香港版 (Hong Kong) - 日本 (Japan) - 한국 (Korea) - 台灣版 (Taiwan)

La sélection et le positionnement des articles de cette page ont été réalisés automatiquement par un programme informatique.

©2005 Google - Page d'accueil de Google - A propos de Google - À propos de Google Actualités - Règles de confidentialité

 

7.4.200!



- Accueil
- Chine
- International
- Economie
- Edu-Tech
- Militaire
- Sports
- Autres
- Analyses
- photos

Aperçu sur la Chine

PCC

APN

Président de la RPC

Conseil des Affaires d'Etat

Cour populaire suprême

Parquet populaire suprême

CCPPC

Partis et Groupements démocratiques

## Attaque contre le premier bus trans-Cachemire

2005-04-07 08:56:58

NEW DELHI, 6 avril (XINHUANET) -- Mercredi, des terroristes ont attaqué un centre se trouvaient les passagers devant emprunter le premier bus trans-Cachemire, déclenc un incendie et un échange de tirs qui a tué les deux attaquants, a rapporté le service d'informations indo-asiatique.



Les 29 passagers qui avaient été placés dans ce centre pour des raisons de sécurité immédiatement été emmenés à bord d'un véhicule blindé vers une destination secrète.





Sept personnes ont été blessées au cours de cette attaque audacieuse. Parmi elles trouvent trois civils et quatre agents de sécurité, dont une femme.



Le gouvernement indien a convoqué une réunion pour discuter des problèmes de sécurité entourant l'inauguration de la ligne de bus prévue en présence du Premier mini Manmohan Singh. Le Pakistan a rapidement condamné cette attaque.

Les forces de sécurité indiennes ont abattu les deux assaillants qui étaient arrivés si place en moto.

Le centre, situé au coeur de Srinagar, a été évacué, son toit en bois ayant pris feu lc des affrontements entre les terroristes et les forces de sécurité. Fin

Copyright 2004: pour l'Agence de Presse Xinhua

http://www.french.xinhuanet.com/french/2005-04/07/content_100386.htm          07-Apr-05

AFP000014




www.xinhuanet.com    中文简体 | 中文繁体 | English | Español | Русский язык |    7.4.2005



| Accueil
| Chine
| International
| Economie
| Edu-Tech
| Militaire
| Sports
| Autres
| Analyses
| photos



Aperçu sur la Chine

PCC

APN

Président de la RPC

Conseil des
Affaires d'État

Cour populaire
suprême

Parquet populaire
suprême

CCPPC

Partis et
Groupements
démocratiques



## L'OMS appelle à adopter une nouvelle approche pour sauver des mères et enf

2005-04-07 19:26:10



GENEVE, 7 avril (XINHUANET) – On pourrait réduire la mortalité de femmes et d'enf en appliquant plus largement des interventions essentielles et en mettant en place une continuité des soins pour la mère et l'enfant dès avant la grossesse, puis pendant l'accouchement et ensuite pendant la petite enfance, a estimé l'Organisation mondiale Santé (OMS) dans un rapport publié jeudi à Genève.

Cependant, cette approche exige un investissement massif dans les systèmes de sa et en partulier le déploiement de professionnels de la santé et des infirmières, selon le rapport intitulé "Donnons sa chance à chaque mère et à chaque enfant", publié à l'occa de la Journée mondiale de la Santé, organisée sur le même thème.

"Pour une sécurité optimale, chaque femmme, sans exception, doit avoir accès à de soins professionnels spécialisés pendant l'accouchement, et la continuité des soins pour nouveau-né dans les semaines qui suivent est essentielle", indique le document.

Selon les dernières chiffres de l'OMS, près de 530 000 femmes meurent chaque ann pendant la grossesse ou l'accouchement, plus de trois millions d'enfants sont mort-nés, de quatre millions de nouveau-nés au cours des premiers jours ou des premières sema de vie et, au total, 10,6 million d'enfants meurent chaque année avant leur cinquième anniversaire.



Près de 90% des décès d'enfants de moins de cinq ans sont attribuables à des problèmes de santé, dit le rapport qui mentionne des problèmes aigus du nouveau-né t que les infections de voies respiratoires inférieures, la diarrhée, le paludisme, la rougec le VIH/sida.

La plupart de ces décès peuvent être évités au moyen d'interventions existantes à le simples, efficaces et d'un coût abordable, selon l'OMS. Fin

**Copyright 2004: pour l'Agence de Presse Xinhua**