IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGENCE FRANCE PRESSE,        ) | |
|    *Plaintiff and Counter Defendant*   ) | |
|                                           ) | |
| v.                           ) | Civil Action No. 1:05CV00546 (GK) |
|                              ) | |
| GOOGLE INC.,                 ) | |
|    *Defendant and Counter Plaintiff*   ) | |

**ORDER GRANTING GOOGLE'S
MOTION FOR PARTIAL SUMMARY
JUDGMENT DISMISSING COUNT II**

The undisputed facts establish, and the Court adjudges and declares, that the headlines of Agence France Presse, including those listed on Exhibit A hereto and all others that conform to standard AFP style, lack subject matter protected by the Copyright Act. Accordingly, the Motion of Google Inc. for partial summary judgment is granted, and <u>Count II of the Amended Complaint hereby is dismissed with prejudice</u>.

So ordered this ____ day of _____, 2005.

                                                                                           _____
                                                                                           Gladys Kessler
                                                                                          UNITED STATES DISTRICT JUDGE

Send copies electronically to all counsel