EXHIBIT A: Headlines Included in AFP's Deposit for Registration No. TX-6-002-217, English Newswire, Updates from 04/01/04 to 06/30/04

Headlines:

5.2 quake shakes southern California

Al-Qaeda threatens to execute US hostage: Islamist website

Britain against death penalty for Saddam: Straw

British airports to experiment with iris scanners

Britney laid up for four months after knee surgery

Bush defers moving US embassy to Jerusalem

Bush urges support for US-Bahrain trade deal

Bush: Security will decide Saddam handover

Colombian rebels execute 34 coca workers

Columbian golfers make major breakthrough at US Open

Crown prince says Saudis must protect expatriates

Democrats slam State Department for keeping error-ridden report on website

Discovery Channel new Armstrong team sponsor

Dollar slides as US inflation report pushes back rate hike outlook

Ethiopia lifts exit visa requirement

EU ready to match Japanese offer to host ITER project: EU source

First book by Australian writer scoops British prize

Full Phil-ed and relaxed, Mickelson seeks more major glory

Germany draw fills Voller with optimism

Germany shows signs of life in Group of Death

Greenspan seeks to soothe fear of interest rate shock

Gunners' reject Stepanovs makes case for defence

Hollinger probes Chicago title's misstatement of circulation figures

Iraq, US reach accord with UN oil-for-food fraud probe on Baghdad records

Irishmen, acquitted of helping Colombian guerrillas, leave jail

Kerry, Bush trade shots over the economy

Modest gains for Wall Street as rally loses steam

Muslim countries call for full transfer of power to Iraqis

North Korea's nuke freeze plan must set stage for ending crisis: US

Organizers of anti-religion exhibition go on trial in Moscow

Pacific Islanders rugby side warned of tough discipline policy

Panel calls for overhaul of US policy towards China

Dockets.Justia.com

EXHIBIT A: Headlines Included in AFP's Deposit for Registration No. TX-6-002-217, English Newswire, Updates from 04/01/04 to 06/30/04

Plight of civilians in Sudan's Darfur worsening: US aid official

Prisoners get TVs to stop riot over England football game

Ranks of millionaires in the world hit 7.7 million in 2003: survey

"Rhinestone Cowboy" to serve jail time over drunk driving

Riyadh won't negotiate with American hostage's abductors: Saudi official

Ruud awaking as late Dutch show denies Germany

"Terrorists" still financed by Saudis, despite progress: US experts

Top Senate Democrat wants probe of Halliburton

Turk elected new head of OIC

US general named to head Iraq command

UN trade conferees want fast fix for poverty, schools

Under fire on Iraq, Bush touts Afghanistan progress

US agency: "Do no email" list would not work

US disappoints Iraqis on Saddam handover as blast hits oil exports

US obesity epidemic shows no sign of losing steam: study

Van Nisterlrooy makes up for lost time in Portugal

Video shows American held by Al-Qaeda: Islamist website

Zidane and Larsson whet the appetite at Euro 2004