EXHIBIT B: Selected Requests For Admissions of Google and AFP's Responses to Same

Request No. 156: Standard AFP style requires headlines to be concise.

AFP's Response: Admitted.

Request No. 157: Standard AFP style requires headlines not to exceed one line on a computer.

AFP's Response: Admitted.

Request No. 158: AFP's phrase "one line on a computer" means approximately 10 words.

AFP's Response: Admitted.

Request No. 159: A headline of an AFP Article contains and accurately reflects the same information as the lead paragraph of the corresponding AFP Article.

AFP's Response: Admitted.

Request No. 160: Standard AFP style requires a headline to contain and accurately reflect the same information as the lead paragraph of the corresponding AFP Article.

AFP's Response: Admitted.

Request No. 161: Headlines of AFP Articles typically are not "hardened" or "jazzed up" to make them eye catching.

AFP's Response: Admitted.

Request No. 162: Standard AFP style forbids headlines of AFP Articles to be "hardened" or "jazzed up" to make them eye catching.

AFP's Response: Admitted.

Request No. 163: Headlines of AFP Articles typically are factual, simple, and contain only one idea.

AFP's Response: Admitted.

Request No. 164: Standard AFP style requires headlines to be factual, simple and contain only one idea.

AFP's Response: Admitted.

Request No. 165: Headlines of AFP Articles typically use plain language.

AFP's Response: Admitted.

Request No. 166: Standard AFP style requires headlines to use plain language.

AFP's Response: Admitted.

Dockets.Justia.com

EXHIBIT B: Selected Requests For Admissions of Google and AFP's Responses to Same

Request No. 167: Headlines of AFP Articles typically use the present tense and active verbs.

AFP's Response: Admitted.

Request No. 168: Standard AFP style requires AFP headlines to use the present tense and active verbs.

AFP's Response: Admitted.

Request No. 169: The lead paragraphs of AFP Articles typically are clear, short and simple.

AFP's Response: Admitted.

Request No. 170: Standard AFP style requires the lead paragraphs of AFP Articles to be clear, short and simple.

AFP's Response: Admitted.

Request No. 171: The lead paragraphs of AFP Articles typically use short, familiar words rather than long or unusual ones.

AFP's Response: Admitted.

Request No. 172: Standard AFP style requires lead paragraphs of AFP Articles to use familiar words rather than unusual ones.

AFP's Response: Admitted.

Request No. 173: The lead paragraphs of AFP Articles typically do not exceed 30 words or three lines on a computer screen.

AFP's Response: Admitted.

Request No. 175: The lead paragraphs of AFP Articles typically answer the questions "who, what, when and where" with respect to the subject of the article.

AFP's Response: Admitted.

Request No. 176: Standard AFP style is for the lead paragraph to answer the questions "who, what, when and where" with respect to the subject of the article.

AFP's Response: Admitted.

Request No. 216: AFP policy forbids fanciful headlines.

AFP's Response: Admitted.

Request No. 217: AFP policy forbids fanciful lead paragraphs.

2

EXHIBIT B: Selected Requests For Admissions of Google and AFP's Responses to Same

AFP's Response: Admitted.

Request No. 218: Standard AFP style forbids fanciful headlines.

AFP's Response: Admitted.

Request No. 219: Standard AFP style forbids fanciful lead paragraphs.

AFP's Response: Admitted.