**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AGENCE FRANCE PRESSE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No.** |
| ) | **05-546 (GK)** |
| **GOOGLE INC.,** ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On October 12, 2005, the Court received Defendant's Motion for Partial Summary Judgment [#24]. Because the Motion raises issues contained in Plaintiff's Motion to Dismiss [#13], the Court should have the benefit of full briefing on Defendant's Motion. Consequently, it is hereby

**ORDERED** that the Hearing on Plaintiff's Motion to Dismiss [#13] scheduled for October 18, 2005 at 9:45 a.m. is **cancelled**; it is further

**ORDERED** that the Hearing will be rescheduled as soon as briefing is completed on Defendant's Motion for Partial Summary Judgment [#24].

October 14, 2005                    ___/s/_____
Date                                Gladys Kessler
                                    U.S. District Judge

**Copies to: attorneys on record via ECF**