

# Google

Web   Images   Groupes   Annuaire   **Actualités**

**Actualités France** BÊTA

[                              ]  Recherche Actualités     Rechercher sur le W

**500 sources d'information mises à jour en continu**

---

**>À la une**

**International**

**France**

**Économie**

**Science/Tech**

**Sports**

**Culture**

**Santé**

Adopter Google
Actualités
comme page
de démarrage

✉ Alertes
Actualités

Version texte

À propos de
Google Actualités

À la une  | France ▼ |  Accéder          Généré automatiquement **il y a 11 minutes**

## Moscou s'est rallié au protocole de Kyoto

**France 2 - Il y a 51 minutes**
Le gouvernement russe a approuvé le projet
de loi sur la ratification et va le transmettre à
la Douma, la chambre des députés, pour
accord définitif. Ce feu vert de Moscou devrait permettre à
terme l ...
La Russie entérine le protocole de Kyoto Radio-Canada
Kyoto, un tout petit pas dans la lutte contre le changement ...
Courrier International (Abonnement)
Libération - L'Expansion - RFI - TF1 -
**et 73 articles connexes >>**

TF1

## Retrait du marché de l'anti-inflammatoire Vioxx

**Nouvel Observateur - Il y a 49 minutes**
PARIS (AP) -- Le groupe pharmaceutique
Merck a annoncé jeudi le retrait du marché
international de son produit vedette, l'anti-
inflammatoire Vioxx, à la suite d'une analyse
qui démontre que ce médicament augmente les risques de
crise cardiaque. ...
Merck annonce le retrait volontaire du médicament Vioxx
dans le ... L'Express
Merck abandonne un médicament clé, le titre s'effondre
La Tribune.fr
Le Revenu - Nouvel Observateur -
**et 24 articles connexes >>**

L'Express

**Que Choisir conteste les baisses de prix annoncées par le ...**
France 2 - et 28 articles connexes >>

**Microsoft se défend devant la justice européenne**
TF1 - et 11 articles connexes >>

**Mondial 2006: Domenech donne sa chance à Zebina**
Reuters.fr - et 20 articles connexes >>

**Catherine Allégret se livre**
République des lettres -
et 22 articles connexes >>

**Douze millions d'euros en 2005 pour soutenir les biotechnologies**
Reuters.fr - et 7 articles connexes >>

**Dans l'actualité**

Richard Sainct          Cesare Battisti
USS Cole               Christian Poncelet
John Kerry             Simona Torretta
Galeries Lafayette     George W. Bush
Alain Gautier          Kenneth Bigley

---

## International >>

### Attentats en Irak: une cinquantaine de morts, dont 37 enfants

**Edicom - Il y a 2 heures**
BAGDAD - Une cinquantaine de personnes,
dont 37 enfants, ont été tuées dans quatre
attentats à Bagdad et un à Tall Afar, au nord
de l'Irak. La plupart des victimes ont péri dans l'explosion de
trois ...
37 enfants tués, Allaoui affirme que les élections auront
lieu ... Courrier International (Abonnement)
Jeudi sanglant à Bagdad TF1
Libre Belgique - Canoë - XINHUA - Libération -
**et 68 articles connexes >>**

L'Express

### Incursion israélienne meurtrière dans la bande de Gaza

**TF1 - Publié depuis 1 heure**
Après la mort de deux enfants israéliens, tués
par une roquette tirée par le Hamas, Ariel

Radio France

## France >>

### Fillon pose la première pierre de l'université Paris-VII

**Reuters.fr - Il y a 29 minutes**
PARIS (Reuters) - François Fillon a posé la première pierre
du chantier de la nouvelle université Paris-VII, qui devrait
commencer à fonctionner à la rentrée 2006. "C'est la
première université construite ...
Pose de la première pierre de l'université Paris-VII dans la
ZAC ... Le Monde
Une nouvelle université à Paris Le Figaro
VousNousils - VousNousils - **et 8 articles connexes >>**

### Mobilisation de chercheurs volontaires d'OGM dans le Puy-de-Dôme

**Reuters.fr - Publié depuis 1 heure**
CENDRE (Reuters) Plusieurs centaines de "chercheurs
volontaires d'OGM" se sont rassemblés jeudi à Cendre (Puy-
de-Dôme), pour dénoncer les destructions de plants
transgéniques. Près de 700 chercheurs ...

Dockets.Justia.com

Sharon a ordonné "toutes les mesures nécessaires" pour
faire cesser les tirs contre le territoire israélien. ...
Au moins sept Palestiniens tués par un obus de char à
Jabaliya Edicom
Massacre à Jabaliya ... Al-Oufok
Cyberpresse - L'Express - Nouvel Observateur -
Libre Belgique - **et 239 articles connexes >>**

## Les conseillers dessinent la campagne et le futur exécutif



Menara

**Le Monde - Il y a 3 heures**
Les entourages ont évolué au fil des hauts et
des bas rencontrés par les candidats. Etre le
sortant et faire la course en tête a beaucoup
d'avantages. L'un d'entre eux est que la campagne tourne
rond et qu'il n'y a pas de disputes dans les rangs. ...
Un premier débat Bush/Kerry lourd d'enjeu pour le
candidat ... Courrier International (Abonnement)
Premier débat entre Bush et Kerry Canoë
Cyberpresse - L'Humanité - RFI - Nouvel Observateur -
**et 309 articles connexes >>**

## Économie >>

## Que Choisir conteste les baisses de prix annoncées par le ...



L'Express

**France 2 - Il y a 44 minutes**
L'association de consommateurs UFC-Que
Choisir conteste les baisses de prix dans la
grande distribution annoncées par le
ministère de l'Economie ce matin. Dans un communiqué,
l'association juge "incompréhensibles ...
A mi-septembre, l'accord Sarkozy de baisse des prix était à ...
L'Express
L'UFC-Que Choisir conteste la baisse des prix en
hypermarchés Reuters.fr
Le Monde - Boursier.com (Abonnement) -
Nouvel Observateur - Boursorama -
**et 28 articles connexes >>**

## La croissance fléchit, le chômage augmente mais le moral revient



Le Temps
(Abonnement)

**Libération - Il y a 2 heures**
Une batterie d'indicateurs publiés par l'Insee
ou le ministère de l'Emploi dresse un tableau
mitigé de l'économie française et laisse les
économistes perplexes. e matin, l'économie
française présente deux faces. ...
France: la hausse du chômage n'affecte pas l'optimisme des
agents ... Le Temps (Abonnement)
Le PIB fléchit, le chômage repart mais le moral revient
Reuters.fr
Le Monde - Le Revenu - France 2 - Reuters.fr -
**et 14 articles connexes >>**

## Rumeurs et Confidentiel.

**Cercle Finance - Il y a 50 minutes**
(Cercle Finance) - Nous écrivions vendredi dernier à propos

COOP DE FRANCE soutient les « AGRICULTEURS ET
CHERCHEURS ... Agrisalon
OGM: procès de trois faucheurs volontaires renvoyé au 14 ...
Nouvel Observateur
France 3 - Terre-net - Voila.fr - Nouvel Observateur -
**et 18 articles connexes >>**

## Bayrou veut un vote à l'Assemblée sur l'adhésion turque à l'UE



Nouvel
Observateur

**Reuters.fr - Il y a 39 minutes**
PARIS (Reuters) - Le président de l'UDF,
François Bayrou, a réaffirmé son opposition à
l'adhésion de la Turquie à l'Union
européenne et a réclamé un débat suivi d'un vote sur ce sujet
à l'Assemblée nationale. ...
Jacques Chirac devrait se prononcer vendredi sur un
référendum ... Nouvel Observateur
ARTICLE INTÉGRAL - Sarkozy et Fabius, preneurs d'otages
de l' ... Courrier International (Abonnement)
Le Parisien - Le Monde - Le Figaro - Libération -
**et 45 articles connexes >>**

## Science/Tech >>

## Microsoft se défend devant la justice européenne



TSR

**TF1 - Publié depuis 1 heure**
Les premières auditions dans l'affaire
opposant Microsoft à la Commission
européenne ont débuté jeudi matin à
Luxembourg. Jusqu'à vendredi au moins, le numéro un
mondial des logiciels tentera de convaincre ...
Les internautes payent de moins en moins
Nouvel Observateur
Le budget moyen de l'abonnement à Internet est de 18 €
en ... ComparaTEL
TV 5 - Sophia Net - Toutsurlacom -
**et 11 articles connexes >>**

## SpaceShipOne : objectif 10 000 000 $



TF1

**Le Monde - Il y a 3 heures**
La première manche est gagnée.
SpaceShipOne, un engin spatial financé sur
fonds privés, a atteint 102,870 km d'altitude,
mercredi 29 septembre, au-dessus du désert de Mojave
(Californie). Il a ainsi rempli ...
EXCLUSIF : Interview de Mike Melvill Pilote du
SpaceShipOne Futura Sciences
SpaceShipOne en vol vers l'espace Libération
Nouvel Observateur - Courrier International (Abonnement) -
France 2 - TF1 - **et 99 articles connexes >>**

## Des ordinateurs portables pour 1€ par jour

**Futura Sciences - 29 sep 2004**
Le lancement officiel de l'opération à été
annoncé et permettra à terme à de nombreux

de Havas que " le fait que Sir Martin Sorrell ait pris contact avec Vincent Bolloré pour s'entretenir du " w.ether " (et non pas du temps -weather- qu'il fait en France), comme il l'a ...
Le groupe publicitaire Publicis fait son entrée dans l'indice CAC ... Le Monde
Bolloré détiendrait 15% du capital d'Havas La Tribune.fr
Le Figaro - Boursier.com (Abonnement) - France 2 - Reuters.fr - **et 35 articles connexes >>**

Puissance-PC

étudiants de bénéficier d'un ordinateur pour le prix d'une boisson quotidienne ou d'un ticket de bus. Cette mesure ...
Un ordinateur portable à 1 euro par jour pour les étudiants ToutPourLePC.com
Micro à 1 € : mode d'emploi Le Figaro
Nouvel Observateur - Net-Actuality - **et 7 articles connexes >>**

## Sports  >>

### Mondial 2006: Domenech donne sa chance à Zebina
**Reuters.fr - Il y a 17 minutes**
PARIS (Reuters) - Raymond Domenech, le sélectionneur de l'équipe de France de football, a appelé pour la première fois le défenseur de la Juventus Turin Jonathan Zebina pour disputer les matches qualificatifs de la coupe du monde 2006 contre l ...
Domenech garde le cap Sports.fr
La sélection de Domenech pour les deux prochains matchs des Bleus Le Monde
Nouvel Observateur - LFP - France 3 - Sport24 -
**et 20 articles connexes >>**

L'Express

### Rallye: Loeb confiant avant le rallye de Sardaigne
**Nouvel Observateur - Il y a 35 minutes**
OLBIA, Sardaigne (AP) -- Le Français Sébastien Loeb, qui pourrait devenir champion du monde des rallyes dès ce week-end, a déclaré jeudi qu'il se sentait confiant avant le coup d'envoi du rallye de Sardaigne. ...
Les pièges de la Sardaigne sur la route de Loeb RDS
L'avenir en question Sports.fr
L'Humanité - Sport24 - TV 5 - Sports.fr -
**et 14 articles connexes >>**

Sports.fr

### Coupe Davis: France-Suède au premier tour
**Nouvel Observateur -**
**Publié depuis 1 heure**


Cyberpresse

MADRID (AP) -- Tête de série numéro un, l'Espagne affrontera la Slovaquie au premier tour de la Coupe Davis 2005, tandis que la France se mesurera à la Suède à domicile. Le tirage au sort de l'épreuve ...
Coupe Davis: La Suède pour la France Sports.fr
Coupe Davis: la France jouera la Suède en 2005 au 1er tour Reuters.fr
Sport24 - Voila.fr - TV 5 - **et 25 articles connexes >>**

## Santé  >>

### Douze millions d'euros en 2005 pour soutenir les biotechnologies
**Reuters.fr - Il y a 22 heures**
PARIS (Reuters) - Le gouvernement a mis en place mercredi

## Culture  >>

### Catherine Allégret se livre
**République des lettres - Il y a 2 heures**
Dans une autobiographie à paraître chez Fayard le 06 octobre, tirée à 60.000 exemplaires et sans doute promise à un grand succès de librairie tant le grand public est actuellement friand de tels scandales, la comédienne Catherine Allégret affirme ...
Catherine Allégret accuse Yves Montand d'avoir abusé d'elle (30 ... DH Net
Catherine Allégret : le livre Le Parisien
Nouvel Observateur - Canoë - Libération - Nouvel Observateur - **et 22 articles connexes >>**

Canoë

### Pink TV ne veut pas se limiter aux seuls homosexuels
**Le Monde - 29 sep 2004**
Les "hétéros " ont découvert, avec une grande surprise, mardi 28 septembre, à l'occasion de la présentation à la presse de la chaîne homosexuelle Pink TV, qui sera lancée le 25 octobre, les sens cachés contenus dans la série américaine "Wonder ...
Une télévision en rose L'Humanité
Pink TV voit le jour Le Figaro
Libération - E-llico.com - Le Parisien - Nouvel Observateur - **et 31 articles connexes >>**

Voix de l'Est

### Un cinéma français florissant s'attaque à la piraterie
**Nouvel Observateur - Il y a 6 heures**
"Nous vivons une période faste", a affirmé le président de Fédération nationale des Cinémas français. Du 1er janvier à fin aout, les salles ont en effet enregistré une hausse de 23,8% de leur fréquentation. ...
Donnedieu de Vabres dénonce la piraterie du septième art Le Figaro
Les cinémas en croisade contre le piratage de films sur internet TV 5
TV 5 - Tageblatt (Abonnement) - TV 5 - **et 10 articles connexes >>**

## À la une (suite)

### Cohésion sociale: le gouvernement mobilise les services de l'Etat
**L'Express - Il y a 17 minutes**
PARIS (AFP - 17:36) - Jean-Louis Borloo a

un "Conseil stratégique pour les industries de santé" afin de "développer l'attractivité et la compétitivité de la France dans ce secteur". Lors ...
Mesures gouvernementales pour renforcer l'attractivité de la ... Nouvel Observateur
Industries de santé: Raffarin veut développer l'attractivité de ... Voila.fr
**et 7 articles connexes >>**

## Alerte à la grippe aviaire
**L'Humanité - Il y a 6 heures**


Cyberpresse

Entre prudence et alerte. Tour à tour, l'État thaïlandais et l'Organisation mondiale de la santé (OMS) ont fait état d'un cas « probable » de transmission humaine de la grippe aviaire. C'est ...
La Thaïlande déclare la guerre au virus H5N1 Sciences et Avenir
La transmission interhumaine à l'étude Libre Belgique
RFI - Le Figaro - Nouvel Observateur - Cyberpresse -
**et 92 articles connexes >>**

## Les primes d'assurance maladie augmenteront de 3,7 % en moyenne
**SwissInfo - 28 sep 2004**


TSR

BERNE - Les primes de l'assurance maladie augmenteront en moyenne de 3,7 % en 2005 pour les adultes. Pour les jeunes, la facture sera plus salée avec une hausse moyenne de 5,5 %. Les partis s'accordent à ...
Les primes maladie 2005 augmenteront de 3,7% en moyenne Edicom
Primes maladie: hausse moyenne de 3,7% pour les adultes, de 5,5% ... Le Temps (Abonnement)
TSR - Edicom - Le Temps (Abonnement) -
**et 21 articles connexes >>**

mobilisé jeudi les services de l'Etat pour la réussite de son plan de Cohésion sociale, avec l'appui affirmé de Jacques Chirac, les exhortant à agir vite malgré les interrogations que suscitent parmi eux les ...
Borloo renoue avec le Parti radical Reuters.fr
Borloo relance le Nouveau contrat social et intègre le parti ... Voila.fr
Libération - Le Monde - Nouvel Observateur - AngolaPress -
**et 19 articles connexes >>**


L'Express

## La juge en charge de l'affaire Borrel lance de nouvelles ...
**L'Express - Il y a 44 minutes**


L'Express

PARIS (AFP - 17:06) - La juge d'instruction chargée du dossier sur la mort du juge Bernard Borrel à Djibouti en 1995 a demandé aux ministères de l'Intérieur et de la Défense de lui communiquer tout document susceptible de faire avancer son enquête ...
Une juge soupçonne Djibouti dans le dossier de la mort de Borrel Reuters.fr
La thèse du suicide du juge Borrel balayée par l'instruction Le Monde
Nouvel Observateur - Libération - Le Parisien - L'Express -
**et 17 articles connexes >>**

## Total est mis en cause dans une enquête ouverte pour "blanchiment
**Le Monde - Il y a 3 heures**
Le juge Courroye a mis en examen deux anciens cadres de la société où a été menée une perquisition. Une perquisition a été menée, mercredi 29 septembre, au siège de la société Total, à Courbevoie ...
Total visé par une enquête pour blanchiment menant à l'Irak Reuters.fr
Deux cadres de Total mis en examen dans une affaire de commissions ... Nouvel Observateur
**et 5 articles connexes >>**

---

**Versions internationales de Google Actualités disponibles:**
Australia - Canada - Deutschland - España - France - India - Italia - New Zealand - U.K. - U.S. - 中国版 (China) - 香港版 (Hong Kong) - 日本 (Japan) - 한국 (Korea) - 台灣版 (Taiwan)

---

La sélection et le positionnement des articles de cette page ont été réalisés automatiquement par un programme informatique.

©2004 Google - Page d'accueil de Google - A propos de Google - À propos de Google Actualités



L'EXPRESS.fr

Jeudi 30 septembre 2004

Rechercher :
Dans tout le site   OK

Etes-vous bien payé?
Cadres, commerciaux;
calculez votre salaire

Spécial immobilier
Paris, banlieue, province
Les prix dans 620 villes



**INFO**
Monde
France
Société
Economie
Science et santé
Multimédia
Reportages photo

**REUSSIR**
Offres d'emploi
L'actualité de l'emploi

**Expatriés**
Ces *Frenchies* de la City

**LE MAG**
Tendances
Saveurs
Sports et loisirs
Arts et spectacles
Cinéma


**Mode femme**
La nouvelle
élégance

**VOYAGES**
Toutes les destinations


**Kerala**
La route
des Indes

**IDÉES**
Débats
Entretiens
Forums

**Débat**
Comment combattre
l'antisémitisme?

**LIVRES**
Critiques
Ecrivains
Premières pages

**SERVICES**
E-mail gratuit
Archives
Boutique
Abonnement
Palmarès des lycées
Météo


**Boutique**
Le meilleur
de la
franchise

**4,90 euros**


Tous les prix dans
620 villes

appartements  ◆ banlieue
◆ maisons       ◆ commune
◆ neuf, ancien  ◆ quartiers

Dépêche précédente | Retour au sommaire

jeudi 30 septembre 2004
## Merck annonce le retrait volontaire du médicament Vioxx dans le monde entier


Raymond Gilmartin, le PDG du groupe
Merck
© AFP Stan Honda

NEW YORK (AFP - 18:07) - Le groupe pharmaceutique américain Merck a annoncé jeudi le retrait surprise dans le monde entier de l'un de ses médicaments vedette, l'anti-inflammatoire Vioxx, qui augmente le risque de crise cardiaque, selon un communiqué.

Merck a décidé de retirer ce médicament après trois ans d'études cliniques montrant qu'après 18 mois de traitement, les patients qui prenaient le Vioxx couraient plus de risque de faire une crise cardiaque que ceux qui prenaient un placebo.

Le groupe a souligné que ces effets ne se faisaient sentir qu'après une prise continue de 18 mois et qu'aucun effet négatif n'avait été enregistré sur une période plus courte.

En 2003, le groupe pharmaceutique a vendu pour 2,5 milliards de dollars de ce médicament dans le monde.

Le Vioxx est vendu depuis 1999 aux Etats-Unis et il est aujourd'hui disponible dans 80 pays dans le monde, a précisé Merck.

"Nous avons décidé d'agir ainsi parce que nous pensons que cela sert au mieux nos patients", a déclaré Raymond Gilmartin, le PDG du groupe pharmaceutique, qui, lors d'une conférence de presse a affirmé qu'il ne démissionnera pas.

M. Gilmartin et d'autres responsables du groupe pharmaceutique ont tenté de prévenir d'éventuelles poursuites judiciaires, en détaillant à quel moment ils ont eu connaissance du problème et les actions prises à partir de là.

Merck a également indiqué qu'il n'y avait pas de preuve que des médicaments similaires avaient les mêmes effets.

Le Vioxx appartient à la famille des AINS, qui regroupe une catégorie de médicaments anti-inflammatoires (tels l'ibuprofène, l'indométacine ou le diclofénac..) excluant les corticoïdes et autres dérivés de la cortisone.



Le Celebrex, un médicament vedette du premier groupe pharmaceutique mondial Pfizer, appartient à la même catégorie de médicaments.

Pour le 4ème trimestre de l'exercice

**LEXPRESS interacti**



**Le palmarès des lycées**
Trouvez le meilleur établissement pour votre enfant: tous les lycées, par départements et communes, classés, notamment, selon le taux de réussite au baccalauréat.

**Sondage**
Les Etats-Unis n'ont jamais été aussi puissants. C'est
○ une chance pour le monde
○ pas si mal
○ pas si bien
○ un désastre pour l monde
○ le cadet de mes soucis
▸ Voter

Recevez les dernières infos de LEXPRESS.fr

Votre e-mail   OK

**Forums**
▸ Quelle Amérique?
▸ Bush ou Kerry ?
▸ Outreau, à qui la faute?
▸ Hommage à François Sagan
▸ La Turquie européenne?
▸ Les otages d'Irak

2004, qui débute vendredi, Merck estime que sa perte en terme de chiffre d'affaires en raison du retrait du Vioxx, sera de 700 à 750 millions de dollars, soit plus de 10% du chiffre d'affaires trimestriel de l'entreprise.

Le site du principal établissement du laboratoire Merck près de Philadelphie aux Etats-Unis
© AFP/Archives Tom Mihalek

Le PDG a indiqué s'attendre à des licenciements mais n'a pas donné de chiffres.

Malgré ces déboires, le groupe pharmaceutique a maintenu sa prévision de bénéfice par action pour l'ensemble de l'exercice, qui devrait atteindre entre 3,11 et 3,17 dollars, mais cette prévision ne tient pas compte des 50 à 60 cents par action d'impact négatif lié à l'arrêt total et immédiat des ventes de ce médicament.

Merck estime qu'environ un mois de stock de Vioxx est détenu par les clients du groupe dans le monde.

L'action Merck chutait de quelque 27% à 33 dollars un quart d'heure après l'ouverture de Wall Street.

© 2004 AFP. Tous droits de reproduction et de représentation réservés. Toutes les informations reproduites dans cette rubrique (dépêches, photos, logos) sont protégées par des droits de propriété intellectuelle détenus par l'AFP. Par conséquent, aucune de ces informations ne peut être reproduite, modifiée, transmise, rediffusée, traduite, vendue, exploitée commercialement ou réutilisée de quelque manière que ce soit sans l'accord préalable écrit de l'AFP.

▲ Remonter



**L'EXPRESS.fr**
Jeudi 30 septembre 2004

Rechercher :
Dans tout le site    **OK**



Etes-vous bien payé?
Cadres, commerciaux:
calculez votre salaire



Spécial immobilier
Paris, banlieue, province
Les prix dans 620 villes

**INFO**
Monde
France
Société
Economie
Science et santé
Multimédia
Reportages photo

**REUSSIR**
Offres d'emploi
L'actualité de l'emploi

**Expatriés**
Ces *Frenchies* de la City

**LE MAG**
Tendances
Saveurs
Sports et loisirs
Arts et spectacles
Cinéma

**Mode femme**
La nouvelle
élégance

**VOYAGES**
Toutes les destinations

**Kerala**
La route
des Indes

**IDÉES**
Débats
Entretiens
Forums

**Débat**
Comment combattre
l'antisémitisme?

**LIVRES**
Critiques
Ecrivains
Premières pages

**SERVICES**
E-mail gratuit
Archives
Boutique
Abonnement
Palmarès des lycées
Météo







**L'EXPRESS**
**Boutique**
Le meilleur
de la
franchise

**4,90 euros**



**L'EXPRESS.fr**
**Spécial salaire des cadres**

Dépêche précédente | Retour au sommaire

jeudi 30 septembre 2004

## Irak: 37 enfants tués, Allaoui affirme que les élections auront lieu comme prévu



Un Irakien porte dans ses bras le cadavre de son fils
tué dans un attentat à la voiture piégée, le jeudi 30
septembre 2004 à Bagdad
© AFP Jewel Samad

BAGDAD (AFP - 18:07) - Trente-sept enfants et cinq adultes ont été tués dans un triple attentat, l'un des plus sanglants commis à Bagdad, survenu lors d'une cérémonie jeudi au moment où le Premier ministre irakien Iyad Allaoui réaffirmait que les élections auraient lieu "l'an prochain à la date prévue".

"Nous aurons ces élections l'an prochain à la date prévue (NDLR: janvier prochain) parce que la vaste majorité des Irakiens le veut", a-t-il dit à Londres.

Quelque 200 personnes ont été blessées dans le triple attentat à Bagdad. Selon un porte-parole du ministère irakien de l'Intérieur, le colonel Adnane Abdelrahmane, une voiture piégée a explosé à l'inauguration d'une station de pompage, ainsi que des engins explosifs, alors qu'une autre voiture a visé des Gardes nationaux se trouvant à un kilomètre.

Le colonel américain James Hutton a indiqué pour sa part que deux voitures piégées avaient explosé pendant l'inauguration et qu'au même moment, une troisième voiture avait explosé près d'un barrage de la Garde nationale irakienne.

Le colonel Hutton a précisé que dix soldats américains avaient été blessés dans le premier attentat.

Un témoin a dit qu'il avait aidé à transporter les corps d'"au moins 32 enfants". Pour ce témoin, l'explosion de la première voiture piégée a été suivie par un tir de roquette antichar puis par l'explosion d'un second véhicule piégé au passage d'un convoi de soldats américains.

Quelques heures plus tôt, non loin de la prison d'Abou Ghraib, un soldat américain et deux policiers irakiens ont été tués et 60 Irakiens et trois soldats blessés dans l'explosion d'une autre voiture piégée.

Toujours à Bagdad, un soldat de la Force multinationale a été tué et sept autres ont été blessés par le tir d'une roquette.

Dans le nord, à Tall Afar, quatre Irakiens sont morts et seize autres ont été blessés dans un autre attentat à la voiture piégée, et à Mossoul deux policiers dont un officier, ont été tués dans une attaque lancée par des inconnus armés.

Alors que le vice-Premier ministre irakien chargé de la sécurité nationale, Barham Saleh, a affirmé que le gouvernement entend reprendre le contrôle des villes rebelles d'ici à novembre, l'aviation américaine a poursuivi ses raids quasi quotidiens sur le



**L'EXPRESS interactif**

**Le palmarès des lycées**
Trouvez le meilleur établissement pour votre enfant: tous les lycées, par départements et communes, classés, notamment, selon les taux de réussite au baccalauréat.

**Sondage**
Les Etats-Unis n'ont jamais été aussi puissants. C'est
○ une chance pour le monde
○ pas si mal
○ pas si bien
○ un désastre pour le monde
○ le cadet de mes soucis
► Voter



Recevez les dernières infos de LEXPRESS.fr

Votre e-mail

**Forums**
► Quelle Amérique?
► Bush ou Kerry ?
► Outreau, à qui la faute?
► Hommage à François Sagan
► La Turquie européenne?
► Les otages d'Irak

bastion sunnite de Falloujah, à l'ouest de Bagdad.

Selon une source médicale, trois personnes ont été tuées et seize autres blessées dans ces bombardements. Les raids visaient un "repaire de terroristes" du groupe de l'islamiste Abou Moussab al-Zarqaoui, selon l'armée américaine.

En marge de cette nouvelle journée de terreur, invoquant un conflit avec les forces américaines, le chef de la Garde nationale à Dhoulouiyah a annoncé avoir démissionné avec les 200 hommes qu'il commande dans cette ville située à 70 km au nord de Bagdad. "Je démissionne car les forces américaines sont toujours présentes dans le poste de police (irakienne), ne répondent pas à nos demandes et ne nous permettent pas de désamorcer la tension" dans la ville, a déclaré le capitaine Ziad Ibrahim al-Joubouri.



Un cratère causé par un bombardement américain, le jeudi 30 septembre 2004 à Falloujah
© AFP Fares Dlimi

Par ailleurs, un groupe armé a annoncé retenir dix personnes en otages dont deux Indonésiennes et deux Libanais, a rapporté la télévision Al-Jazira, portant ainsi à une trentaine, le nombre d'étrangers enlevés ou portés disparus en Irak.

A Beyrouth, le ministère des Affaires étrangères a annoncé qu'un Libanais enlevé en Irak par un groupe armé inconnu, avait été libéré et était en bonne santé.

Pour sa part, le gouvernement britannique s'est déclaré prêt à "écouter" ce que les ravisseurs de Kenneth Bigley avaient à dire mais "pas à négocier" avec eux. Le Premier ministre Tony Blair s'est dit "écoeuré" par la vidéo diffusée par la chaîne al-Jazira, montrant Kenneth Bigley dans une cage.

M. Bigley a été enlevé le 16 septembre par le groupe d'Abou Moussab al-Zarqaoui en même temps que Jack Hensley et Eugene Armstrong, deux civils américains qui ont été décapités par leurs ravisseurs.

A Paris, la diplomatie française restait prudente sur une libération prochaine des deux journalistes français, Christian Chesnot et Georges Malbrunot, enlevés le 20 août.

Des intermédiaires non officiels qui se déplacent entre Bagdad, Amman et Damas ont affirmé que la libération des Français était imminente. Toutefois, l'action de ces médiateurs sollicités par un député français du parti au pouvoir UMP, Didier Julia, a été critiquée par le ministère de la Défense, estimant que cette initiative "crée plus de confusion que de certitude".

Citant des sources diplomatiques, le quotidien britannique Financial Times a rapporté par ailleurs que les régions du sud de l'Irak, riches en pétrole, envisagent de se constituer en une région autonome, une initiative qui pourrait mettre en péril l'unité du pays.

Des responsables des trois provinces méridionales de Bassorah, Missan et Dhiqar, qui renferment 80% des réserves pétrolifères irakiennes, discutent de la possibilité de créer une région fédérale, suivant ainsi l'exemple de la zone kurde dans le nord, poursuit le quotidien des milieux d'affaires.

A Bruxelles, l'entourage du général américain James Jones, commandant suprême des forces alliées en Europe, a indiqué que la mission de formation de l'Otan pour les forces de sécurité irakiennes pourrait atteindre jusqu'à "3.000" hommes, un chiffre non confirmé par les responsables de l'Otan.

© 2004 AFP. Tous droits de reproduction et de représentation réservés. Toutes les

informations reproduites dans cette rubrique (dépêches, photos, logos) sont protégées par des droits de propriété intellectuelle détenus par l'AFP. Par conséquent, aucune de ces informations ne peut être reproduite, modifiée, transmise, rediffusée, traduite, vendue, exploitée commercialement ou réutilisée de quelque manière que ce soit sans l'accord préalable écrit de l'AFP.

▲ Remonter

Groupe Express-Expansion | Lire.fr | LExpansion.com | L'Entreprise.fr | La Vie Financière | Mieux Vivre
contacts | publicité | partenaires | abonnements | Copyright



L'EXPRESS.fr
Jeudi 30 septembre 2004

Rechercher :
Dans tout le site    OK


Etes-vous bien payé?
Cadres, commerciaux:
calculez votre salaire


Spécial immobilier
Paris, banlieue, province
Les prix dans 620 villes

**INFO**
Monde
France
Société
Economie
Science et santé
Multimédia
Reportages photo

**REUSSIR**
Offres d'emploi
L'actualité de l'emploi

**Expatriés**
*Ces Frenchies de la City*

**LE MAG**
Tendances
Saveurs
Sports et loisirs
Arts et spectacles
Cinéma

**Mode femme**
La nouvelle
élégance

**VOYAGES**
Toutes les destinations

**Kerala**
La route
des Indes

**IDÉES**
Débats
Entretiens
Forums

**Débat**
Comment combattre
l'antisémitisme?

**LIVRES**
Critiques
Ecrivains
Premières pages

**SERVICES**
E-mail gratuit
Archives
Boutique
Abonnement
Palmarès des lycées
Météo





**Boutique**
Le meilleur
de la
franchise

**4,90 euros**


Tous les prix dans
**620 villes**

+ appartements   + banlieue
+ maisons        + commun...
+ neuf, ancien   + quartiers

Dépêche précédente | Retour au sommaire

jeudi 30 septembre 2004

## A mi-septembre, l'accord Sarkozy de baisse des prix était à moitié appliqué


Une affiche dans un marché de Rosny-sous-bois
© AFP/Archives

PARIS (AFP - 18:07) - A la mi-septembre, les accords Sarkozy du 17 juin sur une baisse moyenne de 2% du prix des grandes marques étaient à moitié appliqués, avec une réduction de près de 1% des prix affichés, sans pour autant relancer la consommation en grande surface, en baisse début septembre.

Les prix affichés dans les hypers et supermarchés ont baissé en moyenne de 0,97% sur la période du 30 août au 12 septembre par rapport à mi-juin, selon un relevé de 18.500 produits de grandes marques réalisé par l'institut d'étude IRI pour ECR France, organisme paritaire entre distributeurs et industriels.

Environ 55% des références étaient en baisse.

Les prix des achats réellement effectués par les consommateurs (prix pondérés par les volumes) ont eux reculé de 1,26%. L'écart entre les deux chiffres s'explique par le fait que les consommateurs ont acheté en plus grand nombre les produits en baisse, a souligné ECR France, ce qui alourdit d'ailleurs la facture pour les distributeurs.

Ces constats, réalisés par IRI à partir des relevés de caisses de 3.700 grandes surfaces, vient jusqu'au 12 septembre "alors que plusieurs secteurs n'avaient pas encore décidé de baisses de prix, en particulier les spiritueux, les fromages et surtout les bières, qui depuis les ont décidées", a souligné ECR.

Cependant, a relevé Michel Gallo, co-président d'ECR France, cette baisse de prix "n'a pas dynamisé la consommation, qui reste mauvaise, avec un repli en valeur et en volume, car il s'agit de reports d'achats" vers les produits dont les prix ont diminué et non d'une hausse globale.

Nul ne sait non plus si les consommateurs ont cru profiter d'une aubaine ou s'ils continueront à acheter les marques en baisse.

L'IRI a en effet constaté que les achats de produits de grande consommation avaient reculé de 1,4% en valeur sur les 7 premiers mois de 2004 par rapport à la même période de 2003, avec aussi une baisse en volume, tendance qui se poursuit actuellement, a précisé à l'AFP le directeur marketing de l'IRI Jean Rebrion.

La consommation dans les grandes surfaces s'est en fait retournée depuis le 2ème trimestre, où les achats en valeur ont reculé de 0,5% en valeur alors qu'ils étaient en hausse de 0,8% au 1er trimestre, après +3,3% en 2003, selon un distributeur citant l'IRI.

**LEXPRESS interacti...**



Le palmarès
des lycées
Trouvez le meilleur
établissement pour
votre enfant: tous les
lycées, par
département et
communes, classés,
notamment, selon le
taux de réussite au
baccalauréat.

**Sondage**
Les Etats-Unis n'ont
jamais été aussi
puissants. C'est
○ une chance pour le
   monde
○ pas si mal
○ pas si bien
○ un désastre pour le
   monde
○ le cadet de mes
   soucis
▶ Voter

Recevez les
dernières infos de
LEXPRESS.fr

Votre e-mail    O...

**Forums**
▶ Quelle Amérique?
▶ Bush ou Kerry ?
▶ Outreau, à qui la
  faute?
▶ Hommage à François
  Sagan
▶ La Turquie
  européenne?
▶ Les otages d'Irak

Pour le ministère des Finances, ce bilan constitue "une donnée intermédiaire encourageante". Après cet inventaire de mi-parcours, un bilan final des baisses de prix de septembre sera publié le 18 octobre, a précisé à l'AFP ECR France.

Les accords Sarkozy ont aussi eu début septembre un effet d'entraînement global sur les prix, puisque tous produits confondus (y compris les marques de distributeurs) les prix des achats effectués par les consommateurs (pondérés des volumes) ont diminué de 1%, selon ECR.

Cette baisse est à comparer avec une hausse de 0,9% de janvier à août sur un panier de produits proches, selon ECR.

Certaines enseignes ont en effet aussi baissé les produits à leur marque ces derniers mois, comme Carrefour, Auchan et Système U.

D'autres relevés de prix sur un panier plus succinct, effectués dans les rayons par la DGCCRF sur 300 produits du 20 au 24 septembre, indiquent que la baisse moyenne des grandes marques serait de -1,7%, dont -2% dans les hypers et -1,5% dans les supermarchés. Sur les seuls produits de grandes marques qui ont fait l'objet d'une baisse effective, la diminution est de 5% en moyenne.

L'association de consommateurs UFC-Que Choisir s'est insurgée de son côté contre les "premiers résultats incompréhensibles" des ces multiples relevés et à nouveau dénoncé "les prix des produits de grande marque qui ont flambé depuis 2000".

© 2004 AFP. Tous droits de reproduction et de représentation réservés. Toutes les informations reproduites dans cette rubrique (dépêches, photos, logos) sont protégées par des droits de propriété intellectuelle détenus par l'AFP. Par conséquent, aucune de ces informations ne peut être reproduite, modifiée, transmise, rediffusée, traduite, vendue, exploitée commercialement ou réutilisée de quelque manière que ce soit sans l'accord préalable écrit de l'AFP.

 Remonter



30 sept 2004    S'ABONNER →AU TEMPS    Pour 10 francs par mois accédez à la totalité de l'édition en ligne    **LETEMPS.CH** LE TEMPS, TOUT LE TEMPS



# LETEMPS.CH

**LE JOURNAL**
Sommaire complet
International
Suisse
Economie
Culture
Editoriaux
Temps fort
Opinions
Régions
Société
Sports
Météo

**LES RENDEZ-VOUS**
Emploi, formation
Samedi culturel
Disques
Livres
Sciences
Multimédia

**LES SERVICES**
Archives
Edition PDF
Newsletters
Dossiers
Edition mobile
Rapports annuels
SMSAnnonces
Boutique
Events
Publicité
Abonnements
Contacts

RECHERCHE
[        ] OK
PAR DATE I AVANCÉE

**DEPECHES**
Le Temps I Dépêche internationale

## France: la hausse du chômage n'affecte pas l'optimisme des agents économiques
AFP - 30.09.2004, 15:44

**PARIS (AFP)** - L'Insee a publié jeudi une batterie de chiffres qui montre un grand contraste entre une croissance robuste, un optimisme persistant pour les chefs d'entreprises et retrouvé pour les ménages français, mais une nouvelle forte hausse du chômage au mois d'août.

Pour la plupart des économistes, les statistiques montrent une meilleure santé financière des entreprises, préalable, espèrent-ils, à une reprise de l'embauche qui se fait attendre.

Depuis 12 mois, le PIB a augmenté de 2,8%, mais l'emploi salarié a reculé de 0,1%, remarque Alexandre Bourgeois, de Natexis Banques populaires. Ainsi, le chômage a augmenté de manière significative en août de 0,5%, le faisant repasser à 9,9% de la population active.


Le taux de chômage en France.
Photo: (AFP/Infographie)

Parallèlement à cette annonce, l'Institut national de la statistique et des études économiques (Insee) a publié jeudi une enquête sur le moral économique des ménages, en très nette progression depuis juillet (pas d'enquête en août), et retrouvant même des niveaux inconnus depuis deux ans.

Surtout, les ménages affichent curieusement des idées sur l'évolution à venir du chômage, en forte amélioration. De même qu'un optimisme retrouvé sur le future sagesse des prix, peut-être lié au battage médiatique autour des accords dans la grande distribution.

Les industriels, pour leur part, affichent des perspectives de production de leur entreprise en forte hausse.

Quant à la croissance du deuxième trimestre, l'Insee la révise un peu en baisse à +0,7% par rapport au premier trimestre, au lieu de +0,8% estimé précédemment, mais avec des éléments qui semblent de bon augure pour la suite.

Philippe Waechter, de Natexis asset management, note ainsi que "le détail des comptes nationaux montre une situation presque rassurante sur l'économie française". Il y relève que "les entreprises ont clairement amélioré leur situation (taux de marge, taux d'autofinancement), facteur préalable à toute reprise durable de la croissance".

Pour lui, "la deuxième étape de la reprise est de faire passer l'amélioration de la situation globale des entreprises vers les ménages par un regain de créations d'emplois: C'est le pari que je fais et que l'on doit faire pour pérenniser la croissance en 2005", écrit-il.

Par ailleurs, les comptes de l'Insee montrent que les Français ont limité leur épargne à 15,2% de leur revenu disponible aux premier et deuxième trimestres, soit bien moins que les années précédentes (16,7% en 2002 et 15,8% en 2003).



**LE TEMPS**
Place de Cornavin 3
Case postale 2570
1211 Genève 2

**tel:** +41(0)22 799 58 58
**fax:** +41(0)22 799 58 59

**e-mail**
info@letemps.ch
www.letemps.ch

Ce comportement moins frileux, soutenant la consommation, semble encourageant pour les économistes, qui remarquent cependant qu'il faut impérativement que la situation sur le marché de l'emploi finisse par prendre le relais.

Jean-Marc Lucas, de BNP Paribas, pense que le mauvais chiffre de l'emploi d'août "ne devrait cependant pas préfigurer de tendance défavorable" car "au vu du rythme de progression actuel du PIB, la décrue du chômage peut être attendue". Il observe que "les offres d'emploi enregistrées par l'ANPE sont sur une tendance haussière, en glissement annuel, depuis plusieurs mois".

"Si, dans un premier temps, les entreprises ont logiquement mis l'accent sur le redressement de la productivité, le net rebond de l'activité paraît désormais cohérent avec une reprise progressive des embauches", selon lui.

Dans sa note de conjoncture de juin, l'Insee prévoyait le passage à 9,9% du taux de chômage au troisième trimestre, avant un retour espéré à 9,8% en fin d'année.

© Le Temps, tous droits de reproduction et de diffusion réservés.
⇥ Vous abonner  ⇥ Nous contacter  ⇥ Lire notre charte  ⇥ RSS

top



Rechercher :
Dans tout le site  OK

Etes-vous bien payé?
Cadres, commerciaux:
calculez votre salaire

Spécial immobilier
Paris, banlieue, province
Les prix dans 620 villes

Jeudi 30 septembre 2004



**L'EXPRESS.fr**
**Spécial salaire des cadres**

Dépêche précédente | Retour au sommaire

### INFO
Monde
France
Société
Economie
Science et santé
Multimédia
Reportages photo

### REUSSIR
Offres d'emploi
L'actualité de l'emploi

**Expatriés**
Ces *Frenchies* de la City

### LE MAG
Tendances
Saveurs
Sports et loisirs
Arts et spectacles
Cinéma



**Mode femme**
La nouvelle
élégance

### VOYAGES
Toutes les destinations

**Kerala**
La route
des Indes

### IDÉES
Débats
Entretiens
Forums

**Débat**
Comment combattre
l'antisémitisme?

### LIVRES
Critiques
Ecrivains
Premières pages

### SERVICES
E-mail gratuit
Archives
Boutique
Abonnement
Palmarès des lycées
Météo



**Boutique**
Le meilleur
de la
franchise

**4,90 euros**

jeudi 30 septembre 2004

## Mondial-2006: Wiltord de retour en équipe de France, Zebina arrive

PARIS (AFP - 18:07) - Olivier Dacourt, Mikaël Silvestre et Sylvain Wiltord font leur retour dans la liste des 20 joueurs retenus par le sélectionneur de l'équipe de France de football, Raymond Domenech, pour les deux prochains matches de qualifications au Mondial-2006, tandis que Jonathan Zebina fait son apparition.



L'attaquant Sylvain Wiltord lors d'un match contre
Rennes le 11 september 2004
© AFP/Archives Valery Hache

Au même titre que David Trezeguet, appelé fin août pour les premiers matches de qualifications mais finalement remplacé sur blessure, Rio-Antonio Mavuba, aperçu en amical contre la Bosnie (1-1) mi-août et désormais en règle pour jouer en Bleu, a également été rappelé par Raymond Domenech, pour l'Eire, le 9 octobre à Saint-Denis, puis Chypre, le 13 octobre à Nicosie (groupe 4).

Wiltord (30 ans, 65 sélections, 22 buts), désormais attaquant de l'Olympique lyonnais, le défenseur de Manchester United Mikaël Silvestre (27 ans, 34 sél., 2 buts) et le milieu de terrain de l'AS Rome Olivier Dacourt (30 ans, 19 sél., 1 but), qui ont tous trois participé à l'Euro au Portugal, n'avaient pas été appelés depuis.

En défense, l'absence d'Eric Abidal, blessé, et la méforme apparente de Bernard Mendy, profitent au joueur de la Juventus Turin Jonathan Zebina, qui ne compte encore aucune sélection.



Le Français de l'AS Roma Jonathan Zebina (D) lors
d'un derby Lazio Rome - AS Roma le 27 Octobre 2002

© AFP/Archives Gabriel Bouys

Aux côtés d'Alou Diarra (Lens), déjà retenu dans les deux dernières listes mais qui n'est pas entré en jeu, et du capitaine Patrick Vieira (28 ans, 74 sél.), suspendu pour le premier match contre l'Eire, Mavuba (20 ans, 1 sél.) retrouve sa place au sein d'un milieu de terrain où n'apparaît pas Vikash Dhorasoo, sur le banc au Milan AC.

Le joueur d'Arsenal Robert Pires (77 sél., 14 buts), est lui rangé parmi les attaquants où, outre le retour remarqué de Wiltord, apparaît notamment un autre Lyonnais, Sidney Govou, absent en septembre pour Israël (0-0) et les îles Féroé (2-0), mais pas Peguy Luyindula (Marseille).

Pas de changement au poste de

**LEXPRESS interacti**

**Le palmarès des lycées**
Trouvez le meilleur établissement pour votre enfant: tous les lycées, par départements et communes, classés, notamment, selon les taux de réussite au baccalauréat.

**Sondage**

Les Etats-Unis n'ont jamais été aussi puissants. C'est
○ une chance pour le monde
○ pas si mal
○ pas si bien
○ un désastre pour le monde
○ le cadet de mes soucis
▶ Voter



Recevez les dernières infos de LEXPRESS.fr

Votre e-mail

**Forums**
▶ Quelle Amérique?
▶ Bush ou Kerry ?
▶ Outreau, à qui la faute?
▶ Hommage à François Sagan
▶ La Turquie européenne?
▶ Les otages d'Irak

gardien de but avec Fabien Barthez (Marseille) et Grégory Coupet (Lyon).

© 2004 AFP. Tous droits de reproduction et de représentation réservés. Toutes les informations reproduites dans cette rubrique (dépêches, photos, logos) sont protégées par des droits de propriété intellectuelle détenus par l'AFP. Par conséquent, aucune de ces informations ne peut être reproduite, modifiée, transmise, rediffusée, traduite, vendue, exploitée commercialement ou réutilisée de quelque manière que ce soit sans l'accord préalable écrit de l'AFP.

▲ Remonter

Groupe Express-Expansion | Lire.fr | LExpansion.com | L'Entreprise.fr | La Vie Financière | Mieux Vivre
contacts | publicité | partenaires | abonnements | Copyright





**Le samedi 25 septembre 2004**

**Articles précédents dans la section Sports**

Lock-out dans la LNH : le fossé s'élargit

Les Bulldogs attendent Ron Hainsey...

«C'était prévisible» selon Jean Charest

Le baseball majeur a-t-il agi trop vite ?

À Washington, 34 ans plus tard

«Une journée triste pour Montréal, une belle journée pour le baseball»



L'équipe américaine: (de gauche à droite) Andy Roddick, Bob Bryan, le capitaine Patrick McEnroe, Mardi Fish and Mike Bryan.

Photo AFP



COUPE DAVIS

# Les États-Unis qualifiés pour la finale

Agence France-Presse
Charleston

Les États-Unis se sont qualifiés pour la finale de la Coupe Davis de tennis en remportant le double, après les deux premiers simples, face au Belarus, samedi à Charleston (Caroline du Sud), en demi-finale du Groupe mondial.

Il n'a fallu qu'une heure et trente-deux minutes aux frères jumeaux Bob et Mike Bryan pour battre Max Mirnyi et Vladimir Voltchkov, qui remplaçait Aliaksandr Skrypko, 6-1, 6-3, 7-5 et qualifier les États-Unis pour leur première finale de Coupe Davis depuis 1997.

Les États-Unis détiennent un record de 31 victoires dans l'épreuve, mais ils n'ont plus gagné depuis 1995, date à laquelle ils avaient battu la Russie en finale. En 1997, ils avaient été vaincu 5-0 par la Suède.

Les Américains ont éliminé l'Autriche (5 à 0) et la Suède (4 à 1) aux tours précédents et affrontaient en demi-finale un invité surprise à ce stade de la compétition, qui n'a pu faire illusion.

Les frères jumeaux Bryan en sont à 4 victoires et 12 sets gagnants dans l'épreuve. Initialement, ils avaient dû faire campagne pour être inclus dans l'équipe US de Coupe Davis. Leur victoire en finale de Roland-Garros en 2003 avait finalement incité le capitaine Patrick McEnroe à les appeler.

Le N.2 mondial Andy Roddick et le vice-champion olympique Mardy

**Archives**

Recherche d'articles

Achat de carnets    Accéder à mon carnet

**Info Courriel Cyberpresse**

Abonnez-vous    Accéder à mon profil

Imprimer

Abonnement aux quotidiens





**Liens les plus consultés**

Le *burn-out* maternel

Bush et Kerry s'affrontent ce soir

Les Expos partent sans gloire

Hydro-Québec veut hausser ses tarifs

Suicide de Charles Fariala : sa mère n'aurait joué qu'un rôle mineur

◁ Retour  ::  ⌃ Haut

**Coupe**
Find the lowest price on a new car! Free, no obligation new car quote.

**Become A Sports Agent:**
8 week online course to represent athletes with Intl. sports agency

Annonces Goooooogle

---

**Politique de confidentialité ⋮ Annoncez sur Cyberpresse ⋮ Contactez-nous**

Copyright © 2000-2004 Cyberpresse Inc., une filiale de Gesca. Tous droits réservés.

Ce site a été optimisé pour les fureteurs Microsoft Internet Explorer, version 5.0 et ultérieures, et Netscape, version 6.0 et ultérieures.



Rechercher :
Dans tout le site    OK
Jeudi 30 septembre 2004

 

Etes-vous bien payé?
Cadres, commerciaux:
calculez votre salaire

Spécial immobilier
Paris, banlieue, province
Les prix dans 620 villes

**INFO**
Monde
France
Société
Economie
Science et santé
Multimédia
Reportages photo

**REUSSIR**
Offres d'emploi
L'actualité de l'emploi

**Expatriés**
Ces *Frenchies* de la City

**LE MAG**
Tendances
Saveurs
Sports et loisirs
Arts et spectacles
Cinéma


**Mode femme**
La nouvelle
élegance

**VOYAGES**
Toutes les destinations


**Kerala**
La route
des Indes

**IDÉES**
Débats
Entretiens
Forums

**Débat**
Comment combattre
l'antisémitisme?

**LIVRES**
Critiques
Ecrivains
Premières pages

**SERVICES**
E-mail gratuit
Archives
Boutique
Abonnement
Palmarès des lycées
Météo


**Boutique**
Le meilleur
de la
franchise

**4,90 euros**

 

Tous les prix dans
**620 villes**

+ appartements    + banlieue
+ maisons    + commune
+ neuf, ancien    + quartiers

Dépêche précédente | Retour au sommaire

jeudi 30 septembre 2004
## Plan de cohésion sociale: Chirac appelle à se "mettre en ordre de marche"

PARIS (AFP - 18:07) - Le président Jacques Chirac a appelé tous les services de l'Etat à se "mettre en ordre de marche" pour faire réussir le plan de cohésion sociale de Jean-Louis Borloo, jeudi, dans un discours à la Mutualité à Paris.

Le ministre de la Cohésion sociale Jean-Louis Borloo réunit jeudi au palais de la Mutualité les représentants des services de l'Etat, en présence de Jacques Chirac et Jean-Pierre Raffarin, pour "accélérer" l'application du plan de cohésion sociale.

Cette journée de travail réunit "préfets, sous-préfets à la ville, directeurs régionaux et départementaux du travail et de la formation professionnelle, directeurs régionaux et départementaux de l'action sanitaire et sociale, directeurs régionaux et départementaux de l'équipement".

Participent également les directions nationales de l'ANPE, de l'Afpa (Association professionnelle pour la formation des adultes), de l'Unedic ainsi que la Direction de l'enseignement scolaire.

"Chacun à sa place, au sein de l'Etat, doit se mobiliser", a dit le chef de l'Etat dans son discours, car "ce qui est en jeu, c'est la cohésion nationale et le dynamisme du pays".

Devant le Premier ministre Jean-Pierre Raffarin, le ministre de l'Intérieur Dominique de Villepin, le ministre de la Cohésion sociale Jean-Louis Borloo et les cinq ministres délégués et secrétaires d'Etat du pôle social, le président de la République a insisté sur la nécessité de ne pas perdre de temps dans la mise en oeuvre du plan, qui sera soumis au Sénat à partir du 27 octobre.

Il a ainsi demandé aux ministres de "décréter une +urgence règlementaire+ pour l'application de cette loi" car "la sortie des décrets est souvent trop longue". "Dans les domaines de l'emploi, du logement, de l'égalité sociale, il n'y a pas de temps à perdre. Les acteurs de terrain doivent être en mesure d'intervenir dans les meilleurs délais", a-t-il dit.

Il a demandé au ministère de la Cohésion sociale de se doter d'"un comité de vigilance" ouvert aux acteurs sociaux extérieurs à l'administration pour "veiller à la mise en oeuvre du plan". Le ministre devra faire deux fois par an en Conseil des ministres un point sur l'état d'avancement du plan.

Il a également demandé "une implication sans faille" aux principaux acteurs du service public de l'emploi (ANPE, Unedic, AFPA).

"Vous pouvez compter sur mon engagement total à vos côtés", a-t-il conclu devant les


Jacques Chirac, le 27 septembre 2004,
au Palais de l'Elysée à Paris
© AFP Patrick Kovarik

**LEXPRESS interacti**

**Le palmarès
des lycées**
Trouvez le meilleur
établissement pour
votre enfant: tous les
lycées, par
départements et
communes, classés,
notamment, selon les
taux de réussite au
baccalauréat.

**Sondage**
Les Etats-Unis n'ont
jamais été aussi
puissants. C'est
○ une chance pour le
monde
○ pas si mal
○ pas si bien
○ un désastre pour le
monde
○ le cadet de mes
soucis
▶ Voter


Recevez les
dernières infos de
LEXPRESS.fr

Votre e-mail    OK

**Forums**
▶ Quelle Amérique?
▶ Bush ou Kerry ?
▶ Outreau, à qui la
faute?
▶ Hommage à François
Sagan
▶ La Turquie
européenne?
▶ Les otages d'Irak

représentants des services de l'Etat impliqués dans la mise en oeuvre du plan de cohésion sociale.

© 2004 AFP. Tous droits de reproduction et de représentation réservés. Toutes les informations reproduites dans cette rubrique (dépêches, photos, logos) sont protégées par des droits de propriété intellectuelle détenus par l'AFP. Par conséquent, aucune de ces informations ne peut être reproduite, modifiée, transmise, rediffusée, traduite, vendue, exploitée commercialement ou réutilisée de quelque manière que ce soit sans l'accord préalable écrit de l'AFP.

⬆ Remonter

    





**Object name**
**US-VIOXX**
**WITHDRAWL-**
**01**
**Date created**
**2004-09-30**
**City - Country**
**New York**
**UNITED**
**STATES**
**Original**
**transmission**
**reference**
**SHX01**
**Byline**
**STAN**
**HONDA-STF**

**Caption**
**Raymond V. Gilmartin, chairman, president and CEO of Merck & Co.,
announces a voluntary worldwide withdrawal of Vioxx, the arthritis
and acute pain medication, 30 September, 2004, at a press conference
in New York. The withdrawal, effective immediately, is based on new
three-year data from a clinical trial that showed an increase risk of
cardiovascular events after 18 months of treatment with Vioxx
compared to patients taking a placebo. AFP PHOTO/Stan HONDA**

| Credit | Source | Image Size | Edit status | Picture identifier |
|--------|--------|-----------|-------------|-------------------|
| AFP | AFP | 1474 x 2048 | ZW | WAS2004093029048 |

    





**Object name**
**FILES-US-MERCK**
**Date created**
**2002-07-08**
**City - Country**
**Lansdale**
**UNITED STATES**
**Original transmission reference**
**PHL01**
**Byline**
**TOM MIHALEK-STR**

**Caption**
**(FILES) This 08 July, 2002 file photo shows a view of the Merck Pharmaceutical Company in Lansdale, Pennsylvania. A Texas jury ruled 19 August 2005, that US giant Merck and Co. negligently put its controversial Vioxx arthritis painkiller on sale and awarded damages totalling more than 253 million USD, a court official said.**
**AFP PHOTO/FILES/Tom MIHALEK**

| Credit | Source | Image Size | Edit status | Picture identifier |
|--------|--------|------------|-------------|--------------------|
| AFP | AFP FILES | 2048 x 1365 | ZW | Was75047 |

    





**Object name**
IRAQ-US-
UNREST-
BAGHDAD
**Date created**
2004-09-30
**City - Country**
Baghdad
IRAQ
**Original
transmission
reference**
BAG20
**Byline**
JEWEL
SAMAD-STF

**Special instructions DV**

**Caption**
An Iraqi father (C) mourns his 8-year-old son along with his brother at al-Yarmouk hospital in Baghdad 30 September 2004. The child is one of at least 41 people who were killed, in a three car bombs that exploded west of the war-torn capital targeting US convoy. Two bombs went off at about 1:00 pm (0900 GMT) close to the site of a ribbon-cutting ceremony for a new water pumping station on the western side of the city, a US military spokesman said. Almost simultaneously, another car bomb exploded near an Iraqi national guard checkpoint about one kilometer (half a mile) south of the site of water pumping station. AFP PHOTO/Jewel SAMAD

| Credit | Source | Image Size | Edit status | Picture identifier |
|--------|--------|------------|-------------|--------------------|
| AFP | AFP | 2219 x 1700 | MOY YX | NIC2004093028769 |

    





**Object name**
IRAQ-US-
UNREST-
FALLUJAH
**Date created**
2004-09-30
**City - Country**
Fallujah
IRAQ
**Original
transmission
reference**
BAG33
**Byline**
FARES DLIMI-
STR

**Special instructions DV**

**Caption**
An Iraqi boy stands near a crater and wreckage of a house that was
destroyed in a US air strike in the restive Sunni Muslim city of Fallujah
30 September 2004. Three people were killed and six wounded when
US warplanes early Thursday carried out a raid on Fallujah west of
Baghdad, the hospital in the Sunni Muslim rebel town said. The US
Army said in a communiqué, without mentioning victims, it had
targeted a 'terrorist safe house' of the group led by Islamist Abu
Musab al-Zarqawi. AFP PHOTO/Fares DLIMI

| Credit | Source | Image Size | Edit status | Picture identifier |
|--------|--------|-----------|-------------|--------------------|
| AFP | AFP | 2409 x 1600 | MOY YX | NIC2004093028878 |

    





**Object name**
**FR3001C-**
**CHOMAGE**
**Date created**
**2004-09-30**
**City - Country**

**France**
**Original**
**transmission**
**reference**
**FR3001C**
**Byline**
**Francis Nallier**

**Caption**
**Evolution sur un an et taux par catégorie**
**Modulaire 2 x (45 x 60 mm)**

| Credit | Source | Image Size | Edit status | Picture identifier |
|--------|--------|------------|-------------|--------------------|
| AFP | AFP | x | | AGP2004093048630 |

    





**Object name**
FBL-L1-REN-LYO
**Date created**
2004-09-11
**City - Country**
Rennes
FRANCE
**Original transmission reference**
RNS05
**Byline**
VALERY HACHE-STR

**Caption**
attitude of Lyon's forward Sylvain Wiltord during his French L1 football match against Rennes, 11 september 2004 at the 'Route de Lorient' stadium in Rennes. AFP PHOTO VALERY HACHE

| Credit | Source | Image Size | Edit status | Picture identifier |
|--------|--------|------------|-------------|--------------------|
| AFP | AFP | 1761 x 1269 | ZW | PAR2004091210405 |

    





**Object name**
**ITALY-
SOCCER-
LAZIO-ROMA**
**Date created**
**2002-10-27**
**City - Country**
**ROME
ITALY**
**Original
transmission
reference**
**GB013**
**Byline**
**GABRIEL
BOUYS-STF**

**Caption**
**AS Roma French Jonathan Zebina (R) vies with Lazio forward Simone
Inzaghi during the Italian first league Roman derby LAzio Rome - AS
Roma 27 October 2002 at the Rome Olympic Stadium.**

| Credit | Source | Image Size | Edit status | Picture identifier |
|--------|--------|------------|-------------|--------------------|
| AFP | AFP | 2048 x 1733 | | APP2002102782201 |

    





**Object name**
**FRANCE-CHINE-CHIRAC**

**Date created**
**2004-09-27**

**City - Country**
**Paris**
**FRANCE**

**Original transmission reference**
**PK009**

**Byline**
**PATRICK KOVARIK-STF**

**Caption**
**le président Jacques Chirac s'exprime lors d'une réunion avec des chefs de Petites et moyennes entreprises (PME), le 27 septembre 2004, au Palais de l'Elysée à Paris, en préparation à la visite d'état du président Chirac en Chine du 08 au 12 octobre prochain. AFP PHOTO POOL PATRICK KOVARIK**

| Credit | Source | Image Size | Edit status | Picture identifier |
|---|---|---|---|---|
| AFP | AFP POOL | 1672 x 2200 | ZW | Par98636 |