# Google News BETA



Web  Images  Groups  **News**  Froogle  Local NEW!  **more »**  Advanced News Search

[ Search News ]  [ Search the Web ]

Search and browse 4,500 news sources updated continuously.

---

| | | |
|---|---|---|
| **>Top Stories** | **Top Stories** [France ▼] [Go] | Auto-generated **15 Feb at 15:08 GMT** |

### Lebanese Army on Alert After Assassination of Former PM

**Voice of America - 35 minutes ago**
Lebanese troops are on high alert as the country began three days of official mourning for former Prime Minister Rafik Hariri, who was killed in a car bomb attack in Beirut Monday.
Lebanese Army on Alert as Ex-Premier Is Mourned New York Times
Lebanon on alert after Hariri killing as opposition blames Syria Turkish Press
International Herald Tribune - Reuters - Morocco Times - Designerz.com - **all 1,884 related »**

Turkish Press

### 203 Killed in China Coal Mine Explosion

**ABC News - 3 hours ago**
Rescuers are seen at the Sunjiawan colliery in Fuxin, northeast China's Liaoning province, Tuesday, Feb. 15, 2005, a day after an explosion.
More Than 200 Workers Dead in Chinese Mine Blast Voice of America
203 die in mine disaster Melbourne Herald Sun
Globe and Mail - Age (subscription) - WDRB - Scotsman - **all 703 related »**

Turkish Press

**Sidebar:**

**Qwest's Fourth-Qtr Loss Narrows as Expenses Decline (Update2)**
Bloomberg - all 1,590 related »

**Nokia, Microsoft bury hatchet**
Globe and Mail - all 379 related »

**NHL Players Offer to Play Under a Salary Cap**
proicehockey.about.com - all 1,497 related »

**Charles still on Grammys' mind**
St. Petersburg Times - all 1,608 related »

**Troubled Drugs Back in Spotlight**
TheStreet.com - all 610 related »

**In The News**

| | |
|---|---|
| Prime Minister Rafik | Red McCombs |
| Ray Charles | Kobe Bryant |
| Grammy Awards | Mamdouh Habib |
| Johan Santana | Pebble Beach |
| Qwest Communications | Natwar Singh |

**Left sidebar menu:**
- World
- U.S.
- Business
- Sci/Tech
- Sports
- Entertainment
- Health

Make Google News Your Homepage

News Alerts

Text Version

About Google News

---

## World »

### South Korea Seeks Military Talks With Pyongyang, While Japan Seeks ...

**Voice of America - 1 hour ago**
South Korea and Japan continue to develop their responses to North Korea's decision to pull out of nuclear disarmament talks. South Korean defense officials say they will seek high-level military talks with their North Korean counterparts.
N Korea gives a nuclear message Advertiser Adelaide
US, S.Korea Envoys Stress Diplomacy on North Reuters
IAfrica South African News - ABC News - Chosun Ilbo - Age (subscription) - **all 1,135 related »**


Turkish Press

### European Court rules vegetarian activists should've received legal ...

**KWQC-TV - 1 hour ago**
BRUSSELS, Belgium The European Court of Human Rights says two British vegetarians convicted of defaming Oak Brook(Illinois)-

Turkish Press

---

## U.S. »

### Woman in Severed-Arm Case Said Incompetent

**ABC News - 2 hours ago**
Dr. David Self leaves the Collin County Courthouse, Monday, Feb. 14, 2005, after testifying in Dena Schlosser's competency trial.
Woman in Severed-Arm Case Said Incompetent Guardian
No trial for severing baby's arms Toronto Star
Fort Worth Star Telegram (subscription) - Wired News - Houston Chronicle - Scotland on Sunday - **all 245 related »**

KFSN

### Missile-defense test failure adds to program delays

**San Francisco Chronicle - 4 hours ago**
Washington — For the second time in two months, a test of the national missile defense system has failed, Pentagon officials said Monday.
US missile defence test flounders again New Scientist
Missile test fails again Concord Monitor
New York Times - OfficialWire - Globe and Mail - Fort Worth Star Telegram (subscription) - **all 220 related »**


Turkish Press

---

based McDonald's didn't receive a fair trial.
'McLibel Two' win landmark battle
Manchester Evening News
British 'McLibel' duo hail European rights court victory
EUbusiness
DeHavilland - BBC News - RTE Interactive - The Lawyer -
**all 183 related »**

## Philippines Hunt Bombers, Questions Rebel Claim
**Reuters - 3 hours ago**
Philippine security forces hunted on Tuesday
for the bombers behind blasts in Manila and
two other cities that killed 11 people on
Valentine's Day, while investigating a Muslim
rebel claim of responsibility.


Turkish Press ✓

Philippines blast takes lives of 10 Finance Gates
Australian forensic team helps probe blast Manila Times
Swissinfo - Xinhua - Globe and Mail - Seattle Times -
**all 352 related »**

## Bush Renews Call to Extend Patriot Act
**New York Times - 11 hours ago**
President Bush on Monday urged the nation
to stay the course in its "urgent mission" to
fight terrorism, and he called on Congress to
move quickly to extend sweeping law
enforcement powers under the USA Patriot Act.


USA Today

Activists urge Congress to reconsider Patriot Act
The NewStandard
Bush Urges Renewal of Patriot Act FOX News
Reuters - Voice of America - Hardbeatnews.com -
San Antonio Express (subscription) - **all 313 related »**

## Business »

## Qwest's Fourth-Qtr Loss Narrows as Expenses Decline (Update2)
**Bloomberg - 34 minutes ago**
Qwest Communications International Inc.,
which was outbid in its attempt to buy MCI


Turkish Press

Inc., had a narrower fourth-quarter loss as the telephone
company slashed costs to make up for customer defections.
Qwest narrows loss, tops estimate MarketWatch
Qwest 4Q Loss Narrows, Tops Estimates Forbes
ABC News - Minneapolis Star Tribune (subscription) -
Smartmoney.com (subscription) - WebProNews -
**all 1,590 related »**

## Circuit City Gets $3.25 Bln Offer From Highfields (Update4)
**Bloomberg - 50 minutes ago**
Circuit City Stores Inc. received a $3.25 billion cash
acquisition offer from its fifth largest shareholder, Highfields
Capital Management LP, which said the retailer's operations
can be improved by taking the company private.
Circuit City gets $3.25 billion bid Macon Telegraph
Circuit City Gets $3.25B Buyout Offer
Orlando Sentinel (subscription)
ABC News - **all 126 related »**

## Crude prices set to rise further:
**New Kerala - 56 minutes ago**
[World News]: New York, Feb 15 : Crude
prices rose to two-week highs as
Organisation of Petroleum Exporting
Countries (OPEC) hinted at a further cut in oil supply, reports

Turkish Press ✗

Xinhua.
Oil Prices On The Rise WebProNews
Oil Prices steady at $47 a barrel as OPEC announces cuts in
supply Earthtimes.org

## Sci/Tech »

## Nokia, Microsoft bury hatchet
**Globe and Mail - 1 hour ago**
Nokia Corp. has agreed to use some of
Microsoft Corp.'s digital music and e-mail
technology in its cellphones, in a move that

Techtree.com

may signal detente between two long-standing foes.
Mobile Music Front And Center At 3GSM WebProNews
Music: the magic mobile ingredient? Times Online
RealEstateGates.com - Boost Marketing -
Channel News Asia - Reuters.uk - **all 379 related »**

## AMD Launches Updated Opteron Processors
**WebProNews - 19 minutes ago**
Advanced Micro Devices, chief competitor to
Intel, yesterday announced the release of

AMD
TechNewsWorld

new Opteron processor chips, designed to be used in server
environments.
AMD has a friend in HP ZDNet UK
AMD : Le processeur Opteron alimentera le nouveau serveur
d' ... Le Revenu
Khalsa News Network - Computer Business Review -
PC Pro - CNET News.com - **all 121 related »**

## Sleek is the watchword
**Chicago Tribune (subscription) -**
**4 hours ago**
Motorola Inc. unveiled the Slvr V8 cell phone
Monday, a derivative of its hot-selling Razr
V3, along with another phone featuring a
unique design, the Pebl V6.


Shiny Shiny

Net Sense Why Apple keeps on shining MarketWatch
The skinny on Motorola"s new phones Chicago Sun-Times
Techworld.com - PhoneMag.com - PC Pro - Reuters.uk -
**all 54 related »**

Asia Times Online - San Jose Mercury News (subscription) - Turkish Press - Business Report - **all 173 related »**

## Sports »

### NHL Players Offer to Play Under a Salary Cap


CTV

**proicehockey.about.com - 55 minutes ago**
Commissioner Gary Bettman has scheduled a press conference for Wednesday, when he is expected to formally call off the 2004-05 NHL season.
NHLPA bends on salary cap: report CBC News
NHL owners nix new deal despite union's salary cap concession Turkish Press
Sports Network - phillyburbs.com - Buffalo Business First - Chicago Tribune (subscription) - **all 1,497 related »**

### Stadium breakthrough unlikely, Pawlenty says


The St. Louis Post-Dispatch

**Minneapolis Star Tribune (subscription) - 54 minutes ago**
Gov. Tim Pawlenty says he doesn't think a change in owners for the Minnesota Vikings will change the debate over a new football stadium.
Tucson native's big score Tucson Citizen
1st black NFL owner -- if Vikings sale OKd Chicago Tribune (subscription)
Reuters - CNN/SI - Boston Globe - Duluth News Tribune - **all 834 related »**

### Gunners fire


Turkish Press ✓

**Age (subscription) - 2 hours ago**
Thierry Henry struck twice as Arsenal celebrated fielding its first all-foreign squad by thrashing relegation-threatened Crystal Palace 5-1 on Monday.
Gunners fire in five as they ransack empty Palace Sydney Morning Herald (subscription)
Foreign legion rallies Arsenal Times Online
Belfast Telegraph - Sports Network - Goal.com - ITV.com - **all 136 related »**

## Health »

### Troubled Drugs Back in Spotlight


The Spokesman Review (subscription)

**TheStreet.com - 3 hours ago**
When two government advisory committees meet this week to discuss arthritis drugs known as Cox-2 inhibitors, the hearings -- and eventual verdict by the Food and Drug Administration -- may focus as much on how to find a better patient as on how to make a ...
Vioxx, Celebrex, Bextra Linked To Cardiovascular Risks TheDenverChannel.com
Drug sales up 8.3% in 2004 Arkansas Democrat Gazette
USA Today - New York Times - TheDay (subscription) -

## Entertainment »

### Charles still on Grammys' mind


Xinhua

**St. Petersburg Times - 6 hours ago**
Eight months after his death, Ray Charles dominated Sunday's Grammy Awards, winning eight statuettes, including album of the year, for his final album, Genius Loves Company .
47th Grammys a Success for Departed Legend Dateline Alabama
The late Ray Charles wins big at Grammys Malaysia Star
The Good Five-Cent Cigar (subscription) - Naples Daily News - Reuters - Fashion Monitor Toronto - all 1,608 related »

### Miller was his mentor and muse


Canada.com

**Lancaster Newspapers - 47 minutes ago**
All day Monday, Millersville students stopped by Professor Steven Centola's office to offer him condolences. "Hey, I heard Arthur Miller died," one young man remarked.
"A SALESMAN IS GOT TO DREAM": Arthur Miller (1915-2005) PopMatters
'Attention must be paid' Christian Science Monitor
Voice of America - WPI Tech News - Providence Journal (subscription) - Milwaukee Journal Sentinel - all 97 related »

### From bit parts to red carpet


Xinhua

**Financial Times - 3 hours ago**
It's a Monday afternoon in Los Angeles, and Imelda Staunton has just got back from the Oscar nominees' lunch at the Beverly Hilton Hotel.
Aviator Takes Top BAFTA Honors Film Stew
Academy announces nominees The Pacer
E! Online - Guardian - CBC News - all 342 related »

## More Top Stories

### SPECIAL REPORT The Coming of Kyoto

Turkish Press ✓

**Spiegel Online - 55 minutes ago**
This week, the Kyoto Treaty goes into effect amidst report after report bearing grim news about the future of the environment. Though few believe Kyoto will make a tangible difference, it does symbolize that ...
Kyoto a pointless exercise Australian
No resting on protocols, when Kyoto could be so much better Sydney Morning Herald (subscription)
Town Hall - Voice of America -

FOX News - **all 610 related »**

Philadelphia Inquirer (subscription) - AlterNet -
**all 183 related »**

## Fight against HIV/AIDS still vital
**Bowling Green News - 1 hour ago**



Los Angeles. For every medical and societal
step forward in the fight against HIV and
AIDS, it seems nature and human complacency have an
equally significant counterattack.
HIV/AIDS Could Spread Faster, Safe Sex Urged
Khalsa News Network
An AIDS scare story San Francisco Chronicle
NorthJersey.com - Reuters - New York Times - ABC News -
**all 368 related »**

## Antiperspirant Makers Sweat Out
## FDA's Data Request
**Washington Post - 10 hours ago**
In June 2003, the Food and Drug Administration issued a
final rule saying that antiperspirants, if formulated and tested
properly, could safely and effectively reduce the amount of
sweat coming from users -- for up to 24 hours.
Budget cuts FDA safety checks USA Today
After long wait, Acting FDA Head Is Picked to Lead
New York Times
New Ratings - ABC News - Boston Herald - Keralanext -
**all 230 related »**

## Heater said to blame for Iran
## mosque fire
**Seattle Post Intelligencer - 1 hour ago**



A mosque fire that killed 59 people and
injured another 350 was blamed on a
kerosene heater that was placed too close to a thick curtain
that separated male and female ...
Massive inferno kills 59 The Sun
At least 60 killed in Iran mosque fire: New Kerala
Australian - Middle East Online - Independent Online -
Chicago Tribune (subscription) - **all 687 related »**

## Israel Plans New W.Bank
## Settlement After Gaza Exit
**Wired News - 4 hours ago**
Israel intends to build a new settlement in the
West Bank that could take in settlers
uprooted from Gaza, officials said on Tuesday, drawing swift
protest from Palestinians who fear losing land for a state
they seek.
Israel hands over control of Jericho Capital News 9
Israel returns militants' bodies Cape Argus (subscription)
Reuters - ABC News - Australian - NEWS.com.au -
**all 1,160 related »**

---

### International versions of Google News available in:
Argentina - Australia - Canada English - Canada Français - Chile - Deutschland - España - France - India - Italia - México -
New Zealand - Österreich - Schweiz - Suisse - U.K. - U.S. - 中国版 (China) - 香港版 (Hong Kong) - 日本 (Japan) - 한국 (Korea) -
台灣版 (Taiwan)

---

The selection and placement of stories on this page were determined automatically by a computer program.

©2005 Google - Google Home - About Google - About Google News





# TurkishPress.com

Tuesday, February 15, 2005

**Home Page**
Headlines
World News
National
U.S.
Opinions
Business
Politics
Sports
Entertainment
Technology & Science
Health
Weather

**Key events of the year 2004**

**Turkish Web Directory**

About Us
Advertise
Feedback
Anatolia.com

## Call for united strategy to end North Korea's nuclear weapons program

02-13-2005, 11h15



Jung Yeon-Je - (AFP/File)

Google

◯ Web ◉ Tur

advertisement



WASHINGTON (AFP) - The United States should set the stage for a unified multilateral strategy to end North Korea's nuclear weapons drive, analysts say after Pyongyang publicly boasted it had nuclear arms and rebuffed six-party talks.

Washington is the chief sponsor of the protracted talks designed to wean North Korea away from its nuclear program and defuse the crisis in the Korean peninsula.

But the parties to the talks -- the two Koreas, the United States, Japan, Russia and China -- are divided on how to reward and reign in Pyongyang, which last week spurned talks and made an unambiguous declaration it is a nuclear weapons state.

The United States has told the other participants that any assistance pledged to cash-starved North Korea cannot be given until it fully discloses upfront its nuclear program. North Korea wants a step-by-step aid-for-disclosure program.

Washington has distanced itself from an energy aid program for North Korea which China, Russia, South Korea and Japan have agreed to under a proposal introduced at the talks.

The administration of President George W. Bush is also against any one-on-one talks with North Korea outside the six-party process and has refused to give any individual security guarantee to North Korea, for whom nuclear arms is the only bargaining chip.

Compounding the problem are divisions within the Bush administration -- which is focused on Iraq -- on how to deal with

**More News:**
Exiled Aoun blames Syria over Hariri slaying
Hariri becomes latest victim of political assassinations in Lebanon
Egypt failed to report nuclear materials and activities - UN agency
US prepares strategy against North Korea as Rice consults allies
Syria calls for all Iraqis to be included in political process
World leaders condemn Beirut

North Korea.

China and South Korea meanwhile have refused to use their economic might against the Stalinist regime, which relies heavily on them for investments and trade.

"The time has come for the other five (parties) finally to begin speaking with one voice to Pyongyang, to hold it accountable for its own words and actions," said Ralph Cossa of the US Center for Strategic and International Studies.

He said that following the flexing of North Korea's nuclear muscle last Thursday, China should call an emergency plenary session of the six-party talks, inviting Pyongyang to attend and provide further explanation of its current stance.

"If North Korea receives conflicting signals from Washington, Seoul, Beijing, Tokyo, and Moscow in the face of this latest provocation, it will be encouraged to continue this divide and conquer tactic," Cossa said.

Furthest away from the crisis flashpoint and having seen North Korea renege on a bilateral deal for ending its nuclear arms program, the United States has the "least pressing need to deal with the problem and yet it is absolutely vital for any breakthrough," said US think tank Strafor's Korea expert Rodger Baker.

He said for the hardline communist regime, the United States is the key to any resolution to the nuclear crisis because Washington was a signatory to an armistice that followed the bloody 1950-1953 war between the two Koreas.

The two Koreas today remain technically at war -- in which the south was backed by US-led forces -- because the conflict ended in an armistice rather than a peace treaty.

"The US signed the armistice, the South Koreans didn't, the Japanse didn't and so, the US from the North Korean point of view is the main military threat to them," Baker said.

Leading US dailies have called for a review of the US policy on North Korea.

The Washington Post said "the Bush administration needs to rethink its own failing policy," noting that Pyongyang had been trying, with some success, to convince its neighbors that the United States was "the obstacle to progress because of its refusal to offer the North greater concessions."

To achieve diplomatic success, the paper called for "more determined action by North Korea's neighbors and an unambiguous decision by the Bush administration to settle for detente with the North, rather than regime change."

bomb blast, France calls for inquiry

Bush welcomes Iraq elections results

Hillary Clinton receives German Media Prize

Duo from "axis of evil" adds torment to Bush administration

US committed to defense of South Korea: Foreign Minister Ki-Moon Ban



Pull i
with

And n
perso
addre
from

Get it
And s



Limit
Get i



Aside from the need for a change in attitude by North Korea, the New York Times suggested "a drastic change of approach by the United States" to end the Asia-Pacific region's most serious deadlock.

The Bush administration did not create this problem, the paper said, "but, with a series of avoidable errors, it has made it much worse, much faster than might otherwise have been the case."

Bush had, after the deadly September 11, 2001 terror attacks on the United States, termed North Korea an "axis of evil" together with Iraq and Iran.

"The strategy of listing North Korea as one of three partners in an axis of evil and then proceeding to invade the partner that was furthest away from a nuclear weapons program was no way to persuade North Korea to give up its nuclear deterrent," the paper said.

In addition, Washington's nonproliferation diplomacy had also been handicapped by the Bush administration's double standards about the nuclear proliferation offenses of Pakistan and other allies.

**AFP**

Copyright © 2004 **Agence France Presse**. All rights reserved. The information contained in the AFP News report may not be published, broadcast, rewritten or redistributed without the prior written authority of Agence France Presse.

**Ads by Google**

**Discount Sale**
New & used cheap Check out the deals now!
www.ebay.com

**God loves you**
How to know that God loves you
www.GodLovesTheWorld.com

**Beautiful Peace Gifts**
Apparel, caps, mugs, stickers and more with unique Peace
sign design.
www.cafepress.com/satireattire

**Help Develop Peace**
Free training, books and support to establish a more
peaceful you.
PeaceToCome.com

Google [                    ]  Search

◯ Web  ◉ TurkishPress.com

^ Back to Top

Privacy Policy

© 1997-2005  Anatolia.com Inc.

   





**Object name**
LEBANON-
BLAST-
HARIRI

**Date created**
2005-02-14

**City - Country**
Beirut
LEBANON

**Original
transmission
reference**
BEI35

**Byline**
ANWAR
AMRO-STF

**Caption**
**Lebanese react at the death annoucement of former prime minister
Rafiq Hariri outside the American University Hospital (AUH) in Beirut
14 February 2005. Hariri was killed as a huge explosion ripped through
the Lebanese capital, hospital sources and television stations said.
Lebanese television channel LBC said several people had been killed
in the blast, including bodyguards of the 60-year-old former premier.
AFP PHOTO/ANWAR AMRO**

| Credit | Source | Image Size | Edit status | Picture identifier |
|--------|--------|-----------|-------------|--------------------|
| AFP | AFP | 2090 x 1313 | MOY ZW | NIC2005021469479 |

   





**Object name**
CHINA-COAL-MINER

**Date created**
2004-05-30

**City - Country**
Taiyuan
CHINA

**Original transmission reference**
TYN03

**Byline**
FREDERIC J. BROWN-STF

**Special instructions** to go w/feature 'CHINA-COAL'

**Caption**
to go w/feature 'CHINA-COAL'
A coal miner after a day's work in the state-owned Ximing mine in the western hills outside of Taiyuan, 30 May 2004, in northern China's Shanxi province, the country's biggest coal producing province. In China's drive towards progress, lives are being sacrificed as hundreds of thousands of workers toil in darkness, extracting 1.7 billion tons of coal each year to fuel the country's breakneck economic growth. Official statistics show some 7,200 coal miners were killed in gas explosions, floods, cave-ins and other accidents in the first 10 months of last year, making China's mines by far the world's deadliest. AFP PHOTO/Frederic J. BROWN

| Credit | Source | Image Size | Edit status | Picture identifier |
|--------|--------|------------|-------------|--------------------|
| AFP | AFP | 1649 x 2300 | ZW | HKG2004060611773 |

  





**Object name**
SKOREA-
NKOREA-
SECURITY
**Date created**
2004-11-09
**City - Country**
PANMUNJOM
REPUBLIC OF
KOREA
**Original
transmission
reference**
JYJ05
**Byline**
JUNG YEON-
JE-STR

**Caption**
North Korean army officers look through binoculars into the
movement of South Korean soldiers across the border at the truce
village of Panmunjom along the Demilitarized Zone (DMZ), 09
November 2004. US troops last week turned over the security of
Panmunjom, the only contact point in the inter-Korean buffer zone, to
South Korean soldiers. AFP PHOTO/JUNG YEON-JE

| Credit | Source | Image Size | Edit status | Picture identifier |
|--------|--------|------------|-------------|---------------------|
| AFP | AFP | 2048 x 1587 | ZW | HKG2004110967324 |

RESULTS FROM QUERY

   





**Object name**
PHILIPPINES-
ATTACKS-
BLAST
**Date created**
2005-02-14
**City - Country**
Manila
PHILIPPINES
**Original
transmission
reference**
MNL04
**Byline**
JAY
DIRECTO-STR

**Caption**
**Bomb blast victims are rushed to a hospital following a bomb explosion in a bus 14 February 2005 at the suburban financial district, in Makati, Manila. The Abu Sayyaf Islamic extremist group claimed responsibility to almost simultaneous three bomb attacks in Manila, and in southern Philippine cities of Davao and General Santos leaving undetermined number of casualties. AFP PHOTO/JAY DIRECTO**

| Credit | Source | Image Size | Edit status | Picture identifier |
|--------|--------|-----------|-------------|-------------------|
| AFP | AFP | 1878 x 2300 | ZW | HKG2005021469334 |

   





**Object name**

**FBL-ENG-PREM-ARSENAL-CRYSTAL PALACE-HENRY JUBO**

**Date created**

**2005-02-14**

**City - Country**

**LONDON UNITED KINGDOM**

**Original transmission reference**

**JIM04**

**Byline**

**JIM WATSON-STF**

**Special instructions** NO TELCOS, WEBSITES SUBJECT TO SUBCRIPTION OF LICENCE WITH FAPL AT WWW.FAPLWEB.COM

**Caption**

**Arsenal's Edu (R) jumps in the air to celebrate Thierry Henry's goal against Crystal Palace during Premiership football 14 February 2005 at Highbury in London. AFP PHOTO/JIM WATSON NO TELCOS, WEBSITES SUBJECT TO SUBCRIPTION OF LICENCE WITH FAPL AT WWW.FAPLWEB.COM**

| Credit | Source | Image Size | Edit status | Picture identifier |
|--------|--------|------------|-------------|--------------------|
| AFP | AFP | 1505 x 2048 | ZW | PAR2005021470050 |

RESULTS FROM QUERY







**Object name**
US-ENVIRONMENT-PROTEST

**Date created**
2005-02-14

**City - Country**
Washington
UNITED STATES

**Original transmission reference**
BSX03

**Byline**
BRENDAN SMIALOWSKI-STR

**Caption**
A runner passes an activist holding a huge 'Valentine to humanity' during a protest of US President George W. Bush's withdrawal of support for the Kyoto Protocol 14 February, 2005 near the White House in Washington, DC. The US had withdrawn from the treaty citing a lack of scientific evidence on global warming. AFP PHOTO/ Brendan SMIALOWSKI

| Credit | Source | Image Size | Edit status | Picture identifier |
|--------|--------|------------|-------------|--------------------|
| AFP | AFP | 2400 x 1884 | ZW | WAS2005021469885 |

  





**Object name**
**IRAN-
MOSQUE-
FIRE-
INJURED**

**Date created**
**2005-02-14**

**City - Country**
**Tehran
IRAN**

**Original
transmission
reference**
**BM10**

**Byline**
**BEHROUZ
MEHRI-STF**

**Caption**
**Iranians rush into Sina hospital a man injured in the fire of Argh
mosque near the main bazaar in Tehran, 14 February 2005. About 35
people perished and 200 others suffered burns when the fire swept
through the mosque crammed with worshippers, just a few days
before the major Shiite Muslim religious festival of Ashura. AFP
PHOTO/BEHROUZ MEHRI**

| Credit | Source | Image Size | Edit status | Picture identifier |
|--------|--------|------------|-------------|--------------------|
| AFP | AFP | 2150 x 1491 | MOY ZW | NIC2005021469934 |



**Google** ™    <u>Web</u>   <u>Images</u>   <u>Groups</u>   **News**   <u>Froogle</u>   <u>Local</u><sup>New!</sup>   **more »**     <u>Advanced News Search</u>

News ◯ BETA

[ Search News ]    [ Search the Web ]

**Search and browse 4,500 news sources updated continuously.**

---

**>Top Stories**

**World**

**U.S.**

**Business**

**Sci/Tech**

**Sports**

**Entertainment**

**Health**

<u>Make
Google News
Your Homepage</u>

✉ <u>News Alerts</u>

<u>Text Version</u>

<u>About
Google News</u>

---

**Top Stories**   [ U.S.   ▾ ] [ Go ]      Auto-generated **16 minutes ago**

### Five Blasts Kill at Least 35 in Iraq
**ABC News - 26 minutes ago**
An unidentified woman cries out at the scene of an explosion near an Ashoura procession in the Shiite Ash Shulah district northwest of the city center in Baghdad, Iraq Friday, Feb. 18, 2005.

*Turkish Press*

<u>Fifth bombing of day kills seven</u> News 14 Carolina
<u>Iraq Car Bomb Blast Outside Shiite Mosque Kills Seven, AP Says</u> Bloomberg
<u>13WHAM-TV</u> - <u>Seattle Post Intelligencer</u> - <u>KWTX</u> - <u>Los Angeles Times</u> - **<u>all 809 related »</u>**

### Russia to continue nuclear cooperation with Iran: Putin
**Xinhua - 3 hours ago**
Russian President Vladimir Putin said Friday that his country will continue cooperation with Iran in nuclear power generation and has no intention to change its position on the ...

*Turkish Press*

<u>Russia to Cooperate on Iran Nuke Program</u> Guardian
<u>Putin Says Iran Has No Nuclear Plans</u> Xtra News
<u>ABC News</u> - <u>CNN</u> - <u>Reuters</u> - <u>Radio Free Europe</u> - **<u>all 364 related »</u>**

---

**<u>No matter who wins MCI, US review seen as long</u>**
Reuters - <u>all 475 related »</u>

**<u>Xboxes Pose Fire Danger</u>**
TechNewsWorld - <u>all 549 related »</u>

**<u>Woods, Weir in Pursuit of Davis at Nissan Open</u>**
Newsbug - <u>all 368 related »</u>

**<u>Cosby Won't Face Criminal Charges</u>**
BET - <u>all 422 related »</u>

**<u>Pfizer's Celebrex Label Should Warn of Heart Risk, Panel Says</u>**
Bloomberg - <u>all 1,831 related »</u>

**In the News**

| | |
|---|---|
| <u>Alan Greenspan</u> | <u>Drew Bledsoe</u> |
| <u>Dale Earnhardt</u> | <u>Howard Dean</u> |
| <u>Keanu Reeves</u> | <u>Porter Goss</u> |
| <u>Wal-Mart Stores</u> | <u>Rod Blagojevich</u> |
| <u>Arsene Wenger</u> | <u>Rafiq Hariri</u> |

---

## <u>World »</u>

### Lebanese Opposition Calls for an Uprising for Independence
**Bloomberg - 44 minutes ago**
The Lebanese opposition called for an ``uprising for independence'' and for the pro-Syrian government to step down after former Prime Minister Rafiq Hariri was assassinated Feb. 14, in ...

*China Daily*

<u>Lebanese Opposition Demands 'Independence Uprising'</u> Reuters
<u>Pressure grows on Syria to quit Lebanon with new challenge from ...</u> Turkish Press
<u>Channel News Asia</u> - <u>ABC News</u> - <u>Wired News</u> - <u>Aljazeera.net</u> - **<u>all 2,350 related »</u>**

### Irish police quiz bank raid suspect associated with IRA
**Xinhua - 2 hours ago**
Irish police said Friday they were questioning a man who was suspected having links with paramilitaryIrish Republican Army (IRA)'s political wing Sinn Fein and being involved ...

*Turkish Press*

<u>Man Held after Arms Find</u> Scotland on Sunday
<u>Police charge one amid Ireland money laundering probe</u>
Turkish Press

## <u>U.S. »</u>

### Bush Signs Law Curbing Class-Action Lawsuits
**Reuters - 39 minutes ago**
President Bush on Friday signed into law legislation to curb class-action lawsuits, the first major legislative victory of his second term and part of his broader agenda to overhaul the legal system.



*The Spokesman
Review
(subscription)*

<u>President signs law reforming class-action suits</u> St. Louis Business Journal
<u>Bush signs bill curbing class-action suits</u> Xinhua
<u>Washington Post</u> - <u>ABC News</u> - <u>Los Angeles Times</u> - <u>KXAN-TV</u> - **<u>all 752 related »</u>**

### Iraq envoy nominated as US spy chief
**Sacramento Bee - 7 hours ago**
Bee Washington Bureau Chief.
WASHINGTON - Iraq Ambassador John Negroponte on Thursday landed the newest and arguably toughest job in Washington, as national intelligence director charged ...



*Turkish Press* ✓

<u>The Foreign Service Career of John Negroponte</u> NPR (audio)

---

Ireland Online - Scotsman - Reuters.uk - Keralanext - **all 465 related »**

## Deadly Plague Outbreak Feared in Congo


BBC News

**Washington Post - 39 minutes ago**
International health officials warned on Friday that 61 miners in eastern Congo have died and hundreds have become ill from what appears to be the largest ...
Thousands flee Congo plague outbreak CNN
WHO: Thousands Flee as Plague Kills 61 in Congo Reuters
NEWS.com.au - Xinhua - Ireland Online - Tribune de Genève - **all 71 related »**

## Business »

## No matter who wins MCI, US review seen as long


Turkish Press

**Reuters - 1 hour ago**
No matter which suitor wins long-distance telephone and data company MCI Inc. (MCIP.O: Quote, Profile, Research) , a merger deal will face a tough -- and lengthy ...
The Are Real Phone Books Wired News
Qwest To Bid Again For MCI Information Week
Wireless Week - Phoenix Business Journal - TechNewsWorld - NewsFactor Network - **all 475 related »**

## US Newspaper Chains Pay Up for Web Companies


Turkish Press

**Reuters - 1 hour ago**
Newspaper publishers, often seen as stodgy and slow-growing, will pay whatever it takes to grab a bigger piece of the fast-growing online advertising market -- if two recent deals are any indication.
NY Times Purchases About.com for $410 Million Elites TV
It's About.com Time Motley Fool
New Ratings - E-Commerce Times - IT World - World Peace Herald - **all 209 related »**

## Worrying about inflation


Turkish Press

**CNN - 3 hours ago**
Bigger-than-expected jump in PPI is worrisome, but may not change the Fed's thinking -- yet. What was the top business news story of the past week?
Dollar Climbs After Core Inflation Rise Reuters
Dollar rises on inflationary data MarketWatch
TheStreet.com - BBC News - Turkish Press - New Ratings - **all 56 related »**

Promoting the 'Ambassador of Torture': Bush Nominates Negroponte ... Democracy Now
New York Times - Washington Post - Voice of America - USA Today - **all 1,303 related »**

## New claims of detainee torture


Turkish Press

**Salon - 2 hours ago**
Documents obtained by the ACLU indicate that the US used interrogation methods in Afghanistan as harsh as those employed at Abu Ghraib.
Army Documents Detail Undisclosed Cases of Prisoner Abuse Muslim American Society
Army Documents Show Abuse Photos Were Destroyed NPR (audio)
ABC News - USA Today - Elites TV - New York Times - **all 209 related »**

## Sci/Tech »

## Xboxes Pose Fire Danger

Seattle Post Intelligencer

**TechNewsWorld - 1 hour ago**
Computer software giant Microsoft yesterday offered owners of more than 14 million Xbox video games consoles replacement power cords amid safety fears.
Xbox Recalling 14.1 Million Units Due To Fire Hazard Elites TV
Microsoft Pulls the Plugs Gamers.com
Popjournalism - eBCVG - DMeurope.com - Stuff.co.nz - **all 549 related »**

## This week in security

Xinhua

**CNET News.com - 2 hours ago**
Just when you think you have Bill Gates' next move figured out, he goes and does the opposite. Reversing a longstanding Microsoft policy, Gates said the company will ship an update to its browser separately from the next major version of Windows.
Technology: Microsoft plans new browser version Keralanext
Bill Gates outlines delivery of Microsoft's security products PC Pro
WebProNews - Reuters - Boost Marketing - Pittsburgh Post Gazette - **all 476 related »**

## 'Global warming real' say new studies

MacNewsWorld

**Financial Times - 5 hours ago**
New computer models that look at ocean temperatures instead of the atmosphere show the clearest signal yet that global warming is well underway, said Tim Barnett of the Scripps Institution of Oceanography.
New Study Confirms Serious Global Warming Problem Elites TV
Studies confirm global warming underway Swissinfo
Times Online - Environmental Data Interactive - Reuters - San Diego Union Tribune - **all 74 related »**

## Sports »

### Woods, Weir in Pursuit of Davis at Nissan Open
Newsbug - 48 minutes ago


Seattle Post Intelligencer

After a first day of rain it should come as no surprise that an Englishman, Brian Davis, is at the top of the PGA Nissan Open leaderboard.
Tiger Lurking Despite Miserable Putting
ABC News
Brits lead the field in LA Electric New Paper
Sportinglife.com - SCOREGolf - New York Times - Reuters - **all 368 related »**

### NBA Bans Alcohol Sales in Final Quarter
Reuters - 4 hours ago


Indianapolis Star

The NBA is banning the sale of alcohol in the final quarter of its games as part of revised guidelines prompted by a November brawl in Detroit.
NBA-No alcohol sales in final quarter, league says
San Diego Union Tribune
Alcohol Sales Altered to Curb Fan Behavior
Washington Post
San Jose Mercury News (subscription) - Sacramento Bee - ABC News - Chicago Sun-Times - **all 403 related »**

### Mauresmo against Molik
News24 - 2 hours ago


China Daily

Antwerp - Top seed Amelie Mauresmo came back from a set down to beat Patty Schnyder of Switzerland 4-6 6-4 6-3 Friday and set up a semi-final clash at the Diamond Games against Alicia Molik.
Mauresmo hits back to reach semis CNN International
Molik smashes into semis FOX SPORTS
Reuters.uk - Tennis-X.com -
San Jose Mercury News (subscription) - New York Times - **all 113 related »**

## Health »

### Pfizer's Celebrex Label Should Warn of Heart Risk, Panel Says
Bloomberg - 47 minutes ago

Turkish Press

Pfizer Inc.'s Celebrex, the world's best-selling prescription arthritis drug, should add a warning to the label that the medication elevates the risk of heart attacks and strokes, government advisers agreed today.
FDA Panel: Celebrex Should Stay on Market
Smartmoney.com (subscription)
FDA Panel Says Celebrex Should Stay on Market
New York Times
FOX News - TheStreet.com - ABC News - New Ratings -

## Entertainment »

### Cosby Won't Face Criminal Charges
BET - 2 hours ago

CTV

Posted Feb. 18, 2005 - Citing a lack of "credible and admissible evidence," authorities announced Thursday that Bill Cosby will not be charged with sexual assault, but an attorney for the accuser says her client could bring civil charges.
Prosecutor: Bill Cosby Won't Face Charges ABC News
DA won't charge Cosby phillyburbs.com
WSAV-TV - Elites TV - **all 422 related »**

### US Weekly Photo Spread Upsets Spears
Newsbug - 33 minutes ago

Earthtimes.org

Pop star Britney Spears is biting mad over unauthorized honeymoon photos of her and new husband, Kevin Federline, that appear in the new issue of US Weekly magazine.
Britney Spears Furious About Honeymoon Photos
Fashion Monitor Toronto
Britney's Upset With Us Weekly FMQB
KLFY - Monsters and Critics - Elites TV - New Kerala - **all 196 related »**

### Five Second Delay on Oscar Broadcast Doesn't Put Rock in a Hard ...
Elites TV - 1 hour ago


Turkish Press

Comedian Chris Rock said he was not upset by a decision made by ABC to broadcast the Academy Awards on a five-second delay on February 27.
Oscar academy members want Chris Rock to step aside; more movie ... Minneapolis Star Tribune (subscription)
Rock is happy about Oscar delay News 8 Austin
Washington Post - KPLC-TV - Houston Chronicle - **all 240 related »**

## More Top Stories

### China Military on US-Japan Minds at Security Talks
Reuters - 31 minutes ago

Turkish Press

China's growing military will be a key concern when US and Japanese policymakers meet this weekend to map out strategic security goals and set the stage for realignment of US forces in Japan.
US and Japan to renew security pact Financial Times
Rice praises Japan as steadfast ally
Kansas City Star (subscription)
Seattle Post Intelligencer - Washington Post - Turkish Press - Reuters India - **all 123 related »**

all 1,831 related »

## Scientists Announce 1st Map of Human Genetic Variations


Daily News Central

**HealthCentral.com - 1 hour ago**
US scientists on Thursday announced that they'd created the first map of common human genetic variations, information that may help predict disease risk and provide improved treatment.
Map of Genetic Variations Unveiled Elites TV
Mapped genetic variation may promise tailored drugs New Scientist
Daily News Central - Reuters -
San Jose Mercury News (subscription) - ABC News -
all 152 related »

## Warning over illegal dye in food products


Canadian TV News

**Financial Times - 1 hour ago**
The Food Standards Agency on Friday issued a warning advising people to avoid eating 350 food products which have been contaminated with an illegal dye.
Warning issued about tainted food exported to Canada CBC News
Cancer warning for food products CNN International
BBC News - Brisbane Courier Mail - Xinhua - Times Online -
all 80 related »

## US Catholic Church Sees 1,092 New Sex Abuse Claims


CNN International

**Reuters - 29 minutes ago**
The US Roman Catholic Church received 1,092 new claims of priest sexual abuse last year and paid more than $157 million to deal with them, according to an audit of the pedophile scandal released on Friday.
1,092 new sex claims against priests, deacons Minneapolis Star Tribune (subscription)
US Catholic bishops receive 1,092 new sex abuse claims CBC British Columbia
KRQE - ABC News - INDYchannel.com -
Catholic News Service - all 238 related »

## Ailing Rehnquist to Miss Court


WXIA-TV

**Los Angeles Times - 1 hour ago**
Chief justice will sit out oral arguments next week but will read briefs and vote on decisions from home. By Daryl Strickland, Times Staff Writer.
Rehnquist Still Won't Return to Bench 13WHAM-TV
Ailing US Chief Justice to Miss More Arguments Reuters
Elites TV - News4Jax.com - Bloomberg -
Kansas City Star (subscription) - all 273 related »

---

**International versions of Google News available in:**

Argentina - Australia - Canada English - Canada Français - Chile - Deutschland - España - France - India - Italia - México - New Zealand - Österreich - Schweiz - Suisse - U.K. - U.S. - 中国版 (China) - 香港版 (Hong Kong) - 日本 (Japan) - 한국 (Korea) - 台灣版 (Taiwan)

---

The selection and placement of stories on this page were determined automatically by a computer program.

©2005 Google - Google Home - About Google - About Google News

    





**Object name**
IRAQ-
ASHURA-
KARBALA

**Date created**
2005-02-17

**City - Country**
Baghdad
IRAQ

**Original
transmission
reference**
BAG33

**Byline**
AHMAD AL-
RUBAYE-STF

**Special instructions DV**

**Caption**
Iraqi Muslim Shiite men beat themselves as they gather outside Imam al-Hussein shrine during mourning of Ashura in the holy city of Karbala, 17 February 2005. The Shiite mourning days of Ashura mark the seventh century death of Prophet Mohammed's grandson, Imam Hussein. Iraq's electoral commission certified the poll finalizing an historic victory for the country's Shiite majority which gained 140 seats in the new 275-member parliament. AFP PHOTO/AHMAD AL-RUBAYE

| Credit | Source | Image Size | Edit status | Picture identifier |
|--------|--------|------------|-------------|--------------------|
| AFP | AFP | 2317 x 1600 | MOY YX | NIC2005021773273 |

RESULTS FROM QUERY

    





**Object name**
**RUSSIA-IRAN-NUCLEAR**

**Date created**
**2005-02-18**

**City - Country**
**Moscow**
**RUSSIAN FEDERATION**

**Original transmission reference**
**MOW04**

**Byline**
**VIKTOR KOROTAYEV-STF**

**Caption**
**Russian President Vladimir Putin (R) and Iran's top nuclear official Hassan Rowhani smile during their meeting in Moscow, 18 February 2005. Russia is convinced that Iran has no intention of developing atomic weapons and will continue to cooperate with Tehran in the civilian nuclear sector, Russian President Vladimir Putin said. AFP PHOTO / VIKTOR KOROTAYEV / POOL**

| Credit | Source | Image Size | Edit status | Picture identifier |
|--------|--------|------------|-------------|--------------------|
| AFP | POOL | 2200 x 1735 | ZW | PAR2005021874014 |

  





**Object name**
US-BUSH-
NEGROPONTE

**Date created**
2005-02-17

**City - Country**
Washington
UNITED
STATES

**Original
transmission
reference**
TGS02

**Byline**
TIM SLOAN-
STF

**Caption**
US President George W. Bush introduces US Ambassador to Iraq
John Negroponte(L) as his nominee to be the first ever National
Inteligence Director 17, February, 2005 in the Eisenhower Executive
Office Building in Washington, DC. Negroponte, 65, is the former US
ambassador to the UN and most recently ambassador to Iraq. If
confirmed by the Senate, Negroponte will oversee 15 US intelligence
agencies. AFP PHOTO / TIM SLOAN

| Credit | Source | Image Size | Edit status | Picture identifier |
|--------|--------|------------|-------------|--------------------|
| AFP | AFP | 1884 x 2048 | ZW | WAS2005021773205 |

   





**Object name**
FILES-US-
QWEST-MCI-
VERIZON

**Date created**
2002-07-29

**City - Country**
Arlington
UNITED
STATES

**Original
transmission
reference**
PJR09

**Byline**
PAUL J.
RICHARDS-
STF

**Caption**
(FILES) The Qwest building in Arlington, Virginia, rises above it's
neighbors in this 29 July, 2002 file photo. Qwest Communications
upped the ante 31 March, 2005, in the telecom bidding war for MCI,
raising its offer to 27.50 USD a share in cash and stock, or 8.9 billion
USD. According to a filing with the Securities and Exchange
Commission, the bid includes 13.50 USD a share in cash and 14
dollars in stock. On 29 March, MCI accepted a sweetened 7.6 billion-
USD takeover offer from Verizon, reaffirming plans to join the telecom
industry's biggest player despite a richer bid from Qwest. The latest
Qwest bid is nearly 20 percent higher than the 23.10 USD-a-share bid
from Verizon, which MCI's board accepted Tuesday. AFP
Photo/FILES/Paul J. RICHARDS

| Credit | Source | Image Size | Edit status | Picture identifier |
|--------|--------|-----------|-------------|--------------------|
| AFP | AFP FILES | 1995 x 2048 | ZW ZW | WAS2005033123576 |

    





**Object name**

FILES-US-
HEALTH-
PFIZER-
CELEBREX

**Date created**

2004-12-22

**City - Country**

New York
UNITED
STATES

**Original
transmission
reference**

MNN02

**Byline**

MANDEL
NGAN-STF

**Caption**
(FILES) A 22 December 2004 photo taken in New York City showing
200mg Celebrex capsules next to a prescription bottle. US health
officials 07 April, 2005 asked Pfizer to withdraw the arthritis drug
Bextra from the market due to potential health risks, and ordered new
warning labels for others in a similar class of drugs, including Pfizer's
Celebrex. The Food and Drug Administration announced the changes
on rules for the so-called COX-2 medications used for pain and
arthritis, requiring warnings for a risk of heart problems and
gastrointestinal bleeding. Additional warning labels will be required for
other painkilling medications sold by prescription or over the counter
warning of potential risks, the FDA said in a statement. Pfizer said in a
statement it would work with the FDA on new warning labels for
Celebrex. AFP PHOTO/FILES/Mandel NGAN

| Credit | Source | Image Size | Edit status | Picture identifier |
|--------|--------|------------|-------------|--------------------|
| AFP | AFP | 2048 x 1501 | ZW ZW | WAS2005040732213 |

    





**Object name**

**US-OSCAR NOMINEES LUNCHEON-ROCK**

**Date created**

**2005-02-07**

**City - Country**

**Beverly Hills UNITED STATES**

**Original transmission reference**

**RLB16**

**Byline**

**ROBYN BECK-STF**

**Caption**

**US comedian Chris Rock arrives at the Academy Awards nominees luncheon in Beverly Hills 07 Feburary 2005. The 77th annual Academy Awards will be presented 27 February at the Kodak Theater in Los Angeles, hosted by Rock. AFP PHOTO/Robyn BECK**

| Credit | Source | Image Size | Edit status | Picture identifier |
|--------|--------|------------|-------------|--------------------|
| AFP | AFP | 1564 x 2332 | CELEB ZW | WAS2005020761489 |