Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-265-739

EFFECTIVE DATE OF REGISTRATION

OCT 5 2004
Month　Day　Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼
Group registration for automated database entitled: "Imageforum" by Agence France Presse; Published updates from 7/01/04-9/30/04

NATURE OF THIS WORK ▼ See Instructions
Photographs

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Represented by materials dated 9/18/04 updated daily

If published in a periodical or serial give: Volume ▼　Number ▼　Issue Date ▼　On Pages ▼

**2** NAME OF AUTHOR ▼
a　Agence France Presse

DATES OF BIRTH AND DEATH
Year Born ▼　Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___France___
　　　Domiciled in ___France___

Was This Author's Contribution to the Work
Anonymous?　☐ Yes　☑ No
Pseudonymous?　☐ Yes　☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture　☐ Map　☐ Technical drawing　_X_ Compilation
☐ 2-Dimensional artwork　☑ Photograph　☑ Text
☐ Reproduction of work of art　☐ Jewelry design　☐ Architectural work

Name of Author ▼
b

Dates of Birth and Death
Year Born ▼　Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
　　　Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?　☐ Yes　☐ No
Pseudonymous?　☐ Yes　☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture　☐ Map　☐ Technical drawing
☐ 2-Dimensional artwork　☐ Photograph　☐ Text
☐ Reproduction of work of art　☐ Jewelry design　☐ Architectural work

**3** a　Year in Which Creation of This Work Was Completed　2004　Year　in all cases.

b　Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month _9_　Day _30_　Year _2004_
USA　Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Agence France Presse
1015 15th Street, N.W., Suite 500
Washington, D.C. 20005

APPLICATION RECEIVED
OCT 05 2004
ONE DEPOSIT RECEIVED
OCT 05 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶　• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.　• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _2_ pages

|  |  | FORM VA |
|---|---|---|
| EXAMINED BY | Vg |  |
| CHECKED BY |  |  |
| ☐ CORRESPONDENCE Yes |  | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Text, photo and compilation thereof updated daily.

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Joshua Kaufman c/o VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004

Area code and daytime telephone number (202) 344.8538   Fax number (202) 344.8300
Email  jjkaufman@venable.com

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Agence France Presse

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Joshua Kaufman                                                     Date 10/1/04

Handwritten signature (X) ▼
X _____

**9**
Certificate will be mailed in window envelope to this address:
Name ▼ Joshua Kaufman c/o VENABLE LLP
Number/Street/Apt ▼ 575 7th Street, N.W.
City/State/ZIP ▼ Washington, D.C. 20004

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—30,000   Web Rev: June 2002   ● Printed on recycled paper                U.S. Government Printing Office: 2000-461-113/20,021

AFP000986

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

TX 6-061-536

EFFECTIVE DATE OF REGISTRATION

Oct  06  04

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1  TITLE OF THIS WORK ▼**
Group registration for automated database entitled: French Newswire Entries by Agence France Presse; Published updates from 7/1/04-9/30/04

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**
Represented by materials dated : 9/21/04 updated daily

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2a  NAME OF AUTHOR ▼**
Agence France Presse

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ France
     { Domiciled in ▶ France

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Original text and compilation thereof.

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**2b  NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**2c  NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No :

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2004   ◀ Year in all cases

**3b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 9   Day ▶ 30   Year ▶ 2004
USA   ◀ Nation

**4  COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Agence France Presse
1015 15th Street, N.W., Suite 500
Washington, D.C. 20005

APPLICATION RECEIVED
OCT 06 2004
ONE DEPOSIT RECEIVED
OCT 06 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __

AFP001001

|  |  |
|---|---|
| EXAMINED BY | [signature] |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | |

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▶ _____   Year of Registration ▶ _____

**6** **DERIVATIVE WORK OR COMPILATION**
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously published database.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Text and compilation thereof updated daily.

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a. Name ▼   Account Number ▼

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Joshua Kaufman c/o VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004

Area code and daytime telephone number ▶ 202.344.8538      Fax number ▶ 202.344.8300
Email ▶ jkaufman@venable.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Agence France Presse
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Joshua Kaufman                                    Date ▶ 10/4/04

Handwritten signature (X) ▼
X [signature]

**9**
Certificate will be mailed in window envelope to this address:
Name ▼
Joshua Kaufman c/o VENABLE LLP
Number/Street/Apt ▼
575 7th Street, N.W.
City/State/ZIP ▼
Washington, D.C. 20004

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

AFP001002