**LLP**

575 7th Street, NW
Washington, DC 20004-1601

Telephone 202-344-4000
Facsimile 202-344-8300

www.venable.com

Mary Jane Saunders    (202) 344-8108    mjsaunders@venable.com

October 13, 2005

**VIA HAND DELIVERY**

Thomas W. Kirby
Wiley Rein & Fielding
1776 K Street NW
Washington, DC 20006

Re: <u>AFP v. Google</u>

Dear Tom:

Enclosed for production are AFP002785-AFP002791. These binders provide further information concerning AFP's claims of copyright infringement. We will supplement this production after we get the information we requested in discovery from Google regarding other AFP text, headlines and images reproduced by Google on Google News.

We also arranged for you to have electronic access to the AFP Text and Photo Archives. These Archives contain text, headlines and photos protected under AFP's previously identified copyright registrations (AFP000959-AFP001247). You can easily identify which copyright applies by reference to the date of the text, headline and/or photos. For example, Registration No. VA 1-310-837 covers materials dated between January 1, 2005 and March 31, 2005.

Here are the instructions for accessing the Text and Photo Archives.

**1/ AFP TEXT Archives**

Go to <u>www.afp-direct.com</u>

Login: VENABLE1
Password: google

Once you login, you have access to the following AFP text archives:

-- English Wire ANA
-- French Wire FRS
-- Spanish Wire LAW
-- German Wire DEU
-- Portuguese Wire BRZ

WASHINGTON, DC    MARYLAND    VIRGINIA

Dockets.Justia.com

# VENABLE LLP

Thomas W. Kirby
Wiley Rein & Fielding
October 13, 2005
Page 2

-- Arabic Wire ARA

You can click on the selected Wire and decide to see all stories as they break, or search for a particular story with various criteria. The French, English, Spanish & Portuguese Wires have archives dating back to at least March 2002, which is when Google launched Google News. The German Wire goes back to July 2002 and the Arabic Wire goes back to March 2003.

A description of the various wires is given in the Section "Catalogue" on the left menu.

## 2/ PHOTO Archives

Go to: www.imageforum.com

Login: VENABLE1
Password: google

Once you login, you can view AFP Photo archives going back at least to March 2002. Your access privileges allow you to view AFP/source images, including EPA and Getty Images (those pictures are credited AFP/source). Images from third-party providers cannot be viewed.

Please let me know if you have any questions.

Very truly yours,

Mary Jane Saunders

Mary Jane Saunders

cc:    Joshua Kaufman, Esq.



**NORTH AMERICA**
United States
Washington

**Agence France-Presse**
Southern Railway Building
1500 K Street, NW
Suite 600
Washington, DC 20005
Tel (202) 289-0700
Fax (202) 414-0634

# Examples of AFP copyrighted material published on Google News

Book 1 (of 4)

**AFP002785**



**NORTH AMERICA**
United States
Washington

**Agence France-Presse**
Southern Railway Building
1500 K Street, NW
Suite 600
Washington, DC 20005
Tel (202) 289-0700
Fax (202) 414-0634

# Examples of AFP copyrighted material published on Google News

Book 2 (of 4)

AFP002786



**NORTH AMERICA**
United States
Washington

Agence France-Presse
Southern Railway Building
1500 K Street, NW
Suite 600
Washington, DC 20005
Tel (202) 289-0700
Fax (202) 414-0634

# <u>Examples of AFP copyrighted material published on Google News</u>

Book 3 (of 4)

AFP002787



**NORTH AMERICA**
United States
Washington

**Agence France-Presse**
Southern Railway Building
1500 K Street, NW
Suite 600
Washington, DC 20005
Tel (202) 289-0700
Fax (202) 414-0634

# <u>Examples of AFP copyrighted material published on Google News</u>

Book 4 (of 4)

AFP002788

 **APP** | **CONSTAT D'AGENT ASSERMENTÉ**
**PROCÈS-VERBAL DE CONSTAT**

~~ORIGINAL~~

N° constat : 05/245
N° de page : 1 / 20

L'an deux mille cinq et le VINGT-ET-DEUX MARS

Je soussigné, **Ambroise SOREAU**,
Agent assermenté de l'Agence pour la Protection des Programmes (APP),
Domicilié en cette qualité au siège de l'APP,
> Vu le traité de l'Organisation mondiale de la propriété intellectuelle (OMPI) sur le droit d'auteur, du 20 décembre 1996,
> Vu le code de la propriété intellectuelle,
> Vu les arrêtés du Ministre de la culture en date des 22 mai 2000, 19 juin 2000, 30 septembre 2003, 20 octobre 2003 et 26 avril 2004,

déclare avoir pu constater les faits suivants, agissant conformément aux termes de la mission qui m'a été attribuée par l'APP.

**RAPPEL DE LA MISSION :**

Requérant :
**AGENCE FRANCE PRESSE (AFP)**
13, place de la Bourse
75002 Paris
RCS Paris B 775 658 354

Représenté par :
**Monsieur Bertrand EVENO**
Président Directeur Général

Lieu du constat :
**Celog** – Centre d'expertises – 70, rue de Ponthieu - FR 75008 **Paris**

Adresse cible :
**http://news.google.fr**

Objet :
**Violation des droits de propriété intellectuelle**

*Liste non exhaustive, composée d'informations reproduites telles qu'elles figurent dans les bases de données au jour des constatations*

🖙 **Titulaire : GOOGLE INC**

28, rue Juliette Lamber
75017 Paris

L'AGENT ASSERMENTÉ :

**Agence pour la Protection des Programmes**
Société des auteurs, éditeurs et producteurs d'œuvres électroniques
Organisme de défense professionnelle – Association loi 1901 – Siret : 385 385 844 00019 – APE : 913 E
249, rue de Crimée - FR 75019 Paris - Tél +33 (0)1 40 35 03 03 / Fax +33 (0)1 40 38 96 43

AFP002789

 **APP** | **CONSTAT D'AGENT ASSERMENTÉ**
**PROCÈS-VERBAL DE CONSTAT** | N° constat : 05/175
N° de page : 1 / 51

L'an deux mille cinq et le PREMIER MARS

Je soussignée, **Virginie MÉMIN,**
Agent assermenté de l'Agence pour la Protection des Programmes (APP),
Domiciliée en cette qualité au siège de l'APP,
    Vu le traité de l'Organisation mondiale de la propriété intellectuelle (OMPI) sur le droit
    d'auteur, du 20 décembre 1996,
    Vu le code de la propriété intellectuelle,
    Vu les arrêtés du Ministre de la culture en date des 22 mai 2000, 19 juin 2000, 30
    septembre 2003, 20 octobre 2003 et 26 avril 2004,

déclare avoir pu constater les faits suivants, agissant conformément aux termes de la mission
qui m'a été attribuée par l'APP.

**RENSEIGNEMENTS SUR LA MISSION :**

Requérant :
**AGENCE FRANCE PRESSE (AFP)**
**13, place de la Bourse**
**75002 Paris**
**RCS Paris B 775 658 354**

Représenté par :
**Monsieur Bertrand EVENO**
Président Directeur Général

Lieu du constat :
**Celog** – Centre d'expertises – 70, rue de Ponthieu - FR 75008 **Paris**

Adresse cible :
**http://news.google.fr**

Objet :
**Violation des droits de propriété intellectuelle**

**PERSONNE IDENTIFIÉE LORS DES CONSTATATIONS :**

*Liste non exhaustive, composée d'informations reproduites telles qu'elles figurent dans les bases de données*
*au jour des constatations*

- Google France SARL
  54-56 avenue Hoche
  75008 Paris
  France

L'AGENT ASSERMENTÉ :

**Agence pour la Protection des Programmes**
Société des auteurs, éditeurs et producteurs d'œuvres électroniques
Organisme de défense professionnelle – Association loi 1901 – Siret : 385 385 844 00019 – APE : 913 E
249, rue de Crimée - FR 75019 Paris - Tél +33 (0)1 40 35 03 03 / Fax +33 (0)1 40 38 96 43

AFP002790