# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Agence France Presse,            )
                                 )
        Plaintiff,         )
                                 )
v.                               )
                                 )   CIVIL ACTION NO.:  1:05CV00546 (GK)
Google Inc.,                     )
                                 )
        Defendant.         )
                                 )
_____)

## ORDER DENYING GOOGLE'S
## MOTION FOR JUDGMENT
## DISMISSING THE COMPLAINT

In consideration of the Motion to Dismiss, including the attached exhibits, the Response in Opposition, including the attached exhibits, the Amended Complaint and for good cause shown, Defendant's Motion to Dimiss is DENIED.

So ordered this ____ day of _____, 2005.

                                                  _____
                                                  Gladys Kessler
                                                  UNITED STATES DISTRICT JUDGE