# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Agence France Presse,<br>1015 15th St NW,<br>Washington, DC 20005<br><br>            Plaintiff,<br><br>v.<br><br>Google Inc.,<br>a California Corporation,<br>1600 Amphitheatre Pkwy,<br>Mountain View, CA 94043<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.: 1:05CV00546 (GK)<br>Next Due date: March 21, 2006 (Status Conference)<br><br><br><br>**Motion for Extension By Stipulation** |

Motion for Extension by Stipulation

Comes now Agense France Presse and request this court to grant it leave to file its Response to Google's Motion for Partial Summary Judgment on Wednesday October 26, 2005.

Defendant Google, Inc. has filed a Motion for Partial Summary Judgment. The Response is due on Monday October 24, 2005. The parties have agreed to a two-day extension on the filing of the Response by Agence France Presse through Wednesday October 24, 2005.

Wherefore, Agence France Presse requests this court to grant it an extension to file its response on Wednesday October 24, 2005.

                                                                   Respectfully submitted,

Dated: October 24, 2005                         By:   /s/
                                                                Joshua J. Kaufman, Bar No. 945188
                                                                Mary Jane Saunders, Bar No. 436608
                                                                VENABLE LLP
                                                                575 7th Street, NW
                                                                Washington, DC 20004-1601
                                                                202-344-8538 (phone)
                                                                202-344-8300 (fax)
                                                                jjkaufman@venable.com
                                                                mjsaunders@venable.com
                                                                *Counsel for Agence France Presse*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Agence France Presse,<br>1015 15th St NW,<br>Washington, DC 20005<br><br>              Plaintiff,<br><br>v.<br><br>Google Inc.,<br>a California Corporation,<br>1600 Amphitheatre Pkwy,<br>Mountain View, CA 94043<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.: 1:05CV00546 (GK)<br>)  Next Due date: March 21, 2006 (Status<br>)  Conference)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>Order</u>

The Court hereby grants Agence France Presse's Motion for an Extension by Stipulation and grants it leave to file its Response to Google's Motion for Partial Summary Judgment on Wednesday October 26, 2005.

_____

Judge Gladys Kessler