# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Agence France Presse,<br>1015 15th St NW,<br>Washington, DC 20005<br><br>     Plaintiff,<br><br>v.<br><br>Google Inc.,<br>a California Corporation,<br>1600 Amphitheatre Pkwy,<br>Mountain View, CA 94043<br><br>     Defendant. | CIVIL ACTION NO.:  1:05CV00546 (GK)<br>Next Due Date: March 21, 2006 (Status Conference) |

## DECLARATION OF GILLES TAROT IN SUPPORT OF AGENCE FRANCE-PRESSE'S OPPOSITION TO GOOGLE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Comes now Declaring, Gilles Tarot and based on personal knowledge declares as follows:

1. I am the Director of Sales & Marketing for North America for Agence France Presse.

2. That Agence France Presse commercially licenses it headlines, as a stand-alone product, to third parties for use in their respective product offerings.

3. That the following selections of headline were created by AFP and were offered to subscribers as part of it news service on the dates and times indicated:

**"Ur dumped" -- research shows text a popular way of ending romances**
10/14/2005 03:59 GMT

**A millionaire hitchhiker's guide to the galaxy**
10/12/2005 16:28 GMT

**Now showing: 'Star Wars' under the stars, as US drive-ins cling to life**
10/12/2005 12:06 GMT

**Philadelphia to become City of Brotherly Wi-Fi**
10/05/2005 20:36 GMT

**Robot dog keeps over-eaters on tight leash**
08/31/2005 18:00 GMT

**Pop goes soda in US schools in victory for health campaign**
08/18/2005 21:24 GMT

**Money can buy happiness, but it's fleeting: new research**
08/15/2005 15:01 GMT

**Chocolate, naughty, nice and good for you?**
07/09/2005 GMT

**'E.T. blog home': US firm to send Internet diaries into space**
07/19/2005 14:16 GMT

**Poor-fitting bras leave Australian women feeling like boobs**
07/12/2005 03:34 GMT

**A goat?  How kind!  British charity unwraps unorthodox gift service**
05/12/2005 11:27 GMT

**Coming soon: Colonel Kadhafi: the opera**
01/13/2005 15:42 GMT

**Fat, sluggish but he east his greens: the remarried man**
12/31/2004 13:07 GMT

**Ready, steady, wrap!**
12/05/2004  08:42 GMT

**Pizzle fizzle wilts New Zealand trade with China**
10/03/2004  09:07 GMT

**Springsteen plays political born-again in the USA**
10/02/2004 05:55 GMT

**Pebbles, clams and razors; the hottest phones around**
02/18/2005 01:45 GMT

**French modern Bo-peeps flock to shepherds' school**
02/26/2005 13:10 GMT

**Raunchy return to roost for New York hawks**
02/17/2005  15:15 GMT

I declare under the penalties of perjury that the statements made herein are true and correct to the best of my personal knowledge.

_____
Gilles Tarot, Sales & Marketing Director for
North America for Agence France-Presse