# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Agence France Presse, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| Google Inc., | ) ) |
| Defendant. | ) ) ) |

CIVIL ACTION NO.: 1:05CV00546 (GK)

## ORDER

In consideration of the Motion for Partial Summary Judgment, including the attached exhibits, the Response in Opposition, including the attached exhibits, and for good cause shown, Defendant's Motion for Partial Summary Judgment is hereby DENIED.

So ordered this ____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE