## Copyright Application for Automated Databases
## Descriptive Statement:

**Title:** Imageforum Newswire
**Name of Claimant:** Agence France Presse
**Address:** 1015 15th Street, NW
5th Floor
Washington, DC 20005

**Nature, Location & Frequency of Changes:** The database is updated daily adding new text.

  

VA 1−265−739







**Object name**
UN-VATICAN-PING-SODANO

**Date created**
2004-09-19

**City - Country**
UNITED NATIONS
UNITED NATIONS

**Original transmission reference**
DCA06

**Byline**
MICHELLE POIRE-HO

**Caption**
Jean Ping (R) President of the 59th UN General Assembly poses with His Eminence Cardinal Angelo Sodano Secretary for Relations with States of the Holy See 20 September, 2004 at the UN in New York. AFP PHOTO/HO/UN/Michelle Poire

| Credit | Source | Image Size | Edit status | Picture identifier |
|---|---|---|---|---|
| AFP | UN | 2340 x 1960 | | TRWAS2004092119284 |

