## Copyright Application for Automated Databases
### Descriptive Statement:

**Title:** Imageforum Newswire
**Name of Claimant:** Agence France Presse
**Address:** 1015 15th Street, NW
5th Floor
Washington, DC 20005



**Nature, Location & Frequency of Changes:** The database is updated daily adding new text.

VA 1-231-971

    





**Object name**
US-GATES FOUNDATION GRANT

**Date created**
2003-09-17

**City - Country**
NEW YORK UNITED STATES

**Original transmission reference**
DCA94

**Byline**
JEFF CHRISTENSEN-HO

**Caption**
This photo released by the Bill & Melinda gates Foundation 17 September, 2003, shows, co-founder Bill Gates (R) looking through a microscope with Morris High School student Jason Melendez 17 September, in the Bronx section of New York. Gates announced during his trip to the school that the foundation is giving a 51.2 million USD grant to support the creation of 67 new small high schools in New York City. AFP PHOTO/BILL & MELINDA GATES FOUNDATION/JEFF CHRISTENSEN

| Credit | Source | Image Size | Edit status | Picture identifier |
|---|---|---|---|---|
| AFP | BILL & MELINDA GATES FOUNDATION | 1413 x 2200 | | WAS2003091713216 |