## Copyright Application for Automated Databases
### Descriptive Statement:

**Title:** Imageforum Newswire
**Name of Claimant:** Agence France Presse
**Address:** 1015 15th Street, NW
5th Floor
Washington, DC 20005

**Nature, Location & Frequency of Changes:** The database is updated daily adding new text.



    




**Object name**
IRAQ-US-BREMER-POWER PLANT

**Date created**
2003-06-12

**City - Country**
BAGHDAD IRAQ

**Original transmission reference**
BAG15

**Byline**
TIMOTHY A. CLARY-STF

**Caption**
US Army military policemen guard the Baghdad Power Plant grounds as US Iraq administrator Paul Bremer tours the facility with US-appointed interim minister of electricity, Karim Hassan, on 12 June, 2003. AFP PHOTO/POOL/Timothy A. CLARY

| Credit | Source | Image Size | Edit status | Picture identifier |
|---|---|---|---|---|
| AFP | POOL | 1528 x 2209 | MOY | NIC2003061207521 |