## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGENCE FRANCE PRESSE, <br>    *Plaintiff and Counter Defendant* | ) <br> ) <br> ) |
| v. | )    Civil Action No.  1:05CV00546 (GK) <br> )    Next Due Date: March 21, 2006 |
| GOOGLE INC., <br>    *Defendant and Counter Plaintiff* | )    (Status Conference) <br> ) |

### CONSENT MOTION TO EXTEND TIME FOR REPLY

With the consent of plaintiff AFP, defendant Google moves to extend its time to reply to AFP's Opposition to Google, Inc.'s Motion for Partial Summary Judgment by one week, from November 7,  to November 14, 2005.  An additional week to reply to AFP's 27-page Opposition is requested because counsel responsible for drafting the Google reply just completed a reply to another AFP Opposition, is dealing with two unexpected emergency matters for clients, and is preparing for an argument next week in the Fifth Circuit on a First Amendment challenge to state legislation.  AFP received a brief extension to file its Opposition and Google has not obtained any previous extension for its reply.

Respectfully submitted,

Dated:  November 4, 2005

/s/ Thomas W. Kirby
Andrew G. McBride (Bar No. 426697)
Bruce G. Joseph (Bar No. 338236)
Thomas W. Kirby (Bar No. 915231)
Scott E. Bain (Bar No. 466657)
WILEY REIN & FIELDING LLP
1776 K Street NW
Washington, DC  20006
202.719.7000
Fax: 202.719.7049

Dockets.Justia.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AGENCE FRANCE PRESSE,          )
   *Plaintiff and Counter Defendant*   )
                             )
v.                           )   Civil Action No.  1:05CV00546 (GK)
                             )   Next Due Date: March 21, 2006
GOOGLE INC.,               )   (Status Conference)
   *Defendant and Counter Plaintiff*    )

**ORDER GRANTING CONSENT MOTION TO EXTEND TIME FOR REPLY**

Defendant's Google's consent motion to extend until November 14, 2005, its time to

reply to plaintiff AFP's Opposition to Google Inc.'s Motion for Partial Summary Judgment

hereby is granted.


November __, 2005                     _____

                                       Gladys Kessler
                                       United States District Judge