**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
**AGENCE FRANCE PRESSE,**            )
                                     )
      **Plaintiff,**           )
                                     )
        v.                    )   **Civil Action No.**
                                     )   **05-546 (GK)**
**GOOGLE INC.,**                     )
                                     )
      **Defendant.**           )
_____)

# O R D E R

Upon consideration of Plaintiff's Motion to Dismiss Defendant's Tenth Additional Defense and First and Third Counterclaims [#13], Defendant's Motion to Dismiss for Failure to State a Claim [#23], Defendant's Motion for Partial Summary Judgment [#24], the Oppositions thereto, and the Replies, it is hereby

**ORDERED** that a Hearing on the Motions will be held on **January 11, 2006 at 10:00 a.m.** with time for arguments to be divided as follows:

    Plaintiff shall have 30 minutes;

    Defendant shall have 30 minutes; and

    Each side shall have 10 minutes to respond.

_____                    __/s/_____
December 2, 2005                    GLADYS KESSLER
                                    U.S. DISTRICT JUDGE

**Copies to**: **attorneys on record via ECF**