# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGENCE FRANCE PRESSE,  )  <br> *Plaintiff and Counter Defendant*  )  <br>  ) <br> v.  ) <br>  ) <br> GOOGLE INC.,  ) <br> *Defendant and Counter Plaintiff*  ) | Civil Action No. 1:05CV00546 (GK) <br> Next Due Date: March 21, 2006 <br> (Status Conference) |

## ORDER MODIFYING SCHEDULING ORDER

Upon Joint Motion of the Parties and for good cause shown, the Court's Scheduling Order dated June 20, 2005 is hereby modified as follows:

1. Proponent's Rule 26(a)(2) Statements are due March 16, 2006.

2. Opponent's Rule 26(a)(2) Statements are due May 16, 2006.

3. All discovery is closed on June 1, 2006.

4. The deadline for filing Dispositive Motions is July 31, 2006.

So ordered this ____ day of _____, 2006.

_____
Gladys Kessler
UNITED STATES DISTRICT JUDGE

Send copies electronically to all counsel

3