**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
AGENCE FRANCE PRESSE,            )
                                 )
        Plaintiff,               )
                                 )
            v.                   )   Civil Action No.
                                 )   05-546 (GK)
GOOGLE INC.,                     )
                                 )
        Defendant.               )
_____)

### O R D E R

Upon consideration of the representations of the parties at a Motions Hearing held on January 11, 2006, and the entire record herein, it is hereby

**ORDERED** that, **no later than January 23, 2006**, the parties shall file a joint praecipe indicating whether they have come to an agreement regarding the collection of a representative sample of AFP headlines, story leads, and photographs that have been displayed on the Google News website. If they have reached agreement, the parties must describe the process they will use to collect such a sample; it is further

**ORDERED** that, if the parties have not reached an agreement as described in the foregoing paragraph, each party shall file a memorandum outlining its proposals for completing discovery in this case **no later than January 27, 2006**; and it is further

**ORDERED** that, as previously scheduled, the next Status Conference in this case will be held on **March 21, 2006** at **9:30 a.m.**

|  |  |
|---|---|
| January 17, 2006 | __/s/_____<br>GLADYS KESSLER<br>U.S. DISTRICT JUDGE |

**Copies to**: **attorneys on record via ECF**