# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGENCE FRANCE PRESSE, )<br>*Plaintiff and Counter Defendant* )<br> ) <br>v. ) <br> ) <br>GOOGLE INC., ) <br>*Defendant and Counter Claimant* ) | Civil Action No. 1:05CV00546 (GK)<br>Next Due Date: March 21, 2006<br>(Status Conference) |

## JOINT PRAECIPE REGARDING SAMPLING

Pursuant to the Court's Order dated January 11, 2006, the parties hereby state that they have reached agreement regarding a method of sampling in order to facilitate resolution of this case. The parties' agreement is set forth in the attached stipulation, which the parties ask the Court to enter as an Order.

Respectfully submitted,

FOR AFP:

/s/ Joshua Kaufman
Joshua J. Kaufman (Bar No. 945188)
Mary Jane Saunders (Bar No. 436608)
VENABLE LLP
575 7th St. NW
Washington, DC 20004
202.344.8538
Fax 202.344.8300

Attorneys for Agence France Presse

FOR GOOGLE:

/s/ Thomas Kirby
Andrew G. McBride (Bar No. 426697)
Bruce G. Joseph (Bar No. 338236)
Thomas W. Kirby (Bar No. 915231)
Scott E. Bain (Bar No. 466657)
WILEY REIN & FIELDING LLP
1776 K St. NW
Washington, DC 20006
202.719.7000
Fax: 202.719.7049

Attorneys for Google Inc.