# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGENCE FRANCE PRESSE, ) | |
| *Plaintiff and Counter Defendant* ) | |
| ) | |
| v.       ) | Civil Action No. 1:05CV00546 (GK) |
| ) | Next Due Date: March 21, 2006 |
| GOOGLE INC., ) | (Status Conference) |
| *Defendant and Counter Claimant* ) | |

### PRAECIPE SUBMITTING ADDITIONAL AUTHORITY

Defendant/Counter Claimant Google Inc. ("Google") submits this praecipe to alert the Court to *Field v. Google, Inc.,* 2006 WL 242465 (D. Nev. Jan. 19, 2006) (copy attached). The opinion is relevant to several aspects of the pending motions to dismiss or strike and for partial summary judgment, including plaintiff AFP's motion to strike Google's defense of license.

February 15, 2006                                       Respectfully submitted,

/s/ Thomas W. Kirby
Andrew G. McBride, Bar No. 426697
Bruce G. Joseph, Bar No. 338236
Thomas W. Kirby, Bar No. 915231
Scott E. Bain, Bar No. 466657
Wiley Rein & Fielding LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7000
(202) 719-7049 (fax)

*Counsel for Google Inc.*