## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGENCE FRANCE PRESSE,<br>   *Plaintiff and Counter Defendant*<br><br>v.<br><br>GOOGLE INC.,<br>   *Defendant and Counter Claimant* | )<br>)<br>)<br>)   Civil Action No. 1:05CV00546 (GK)<br>)   Next Due Date: March 21, 2006<br>)   (Status Conference)<br>) |

### JOINT STATUS REPORT

Pursuant to the parties' Jan. 9, 2006 Joint Motion for Modification of the Scheduling Order, granted by the Court at the January 11 hearing, the parties submit the following report on the status of discovery and other matters.

After discussion, the parties agreed upon a method of determining a "sample" of fourteen dates on which to examine Google News and AFP's copyright registrations, for the purposes of determining liability or lack thereof for injunctive relief. The method was set forth in the parties' January 23, 2006 Praecipe and Stipulation, which the Court then entered as an Order. The parties subsequently determined the specific sample dates to be as follows:

Monday Nov. 17, 2003

Monday Oct. 25, 2004

Tuesday Aug. 12, 2003

Tuesday March 9, 2004

Wednesday January 7, 2004

Wednesday Jan. 12, 2005

Thursday Sept. 25, 2003

Thursday Jan. 6, 2005

Friday Nov. 28, 2003

Friday Oct. 15, 2004

Saturday Feb. 7, 2004

Sunday February 15, 2004

Sunday Oct. 31, 2004

Sunday February 6, 2005

Pursuant to the Court's Order, Google is to produce by March 31, 2006 the contents of the Google News home page in English and French for every hour on the hour of the above fourteen dates. Google is in the process of collecting such materials, is making good progress, and expects to have them available by March 31. However, in the course of its previously-untried process of attempting to reconstruct entire, prior home pages of Google News, Google also has learned of some limitations. Google presently is generating representative samples of what it is able to achieve, and expects to be able to share them with AFP before or shortly after the status conference.

Both parties also continue to work on producing additional responsive documents and information, as neither party believes that its outstanding discovery requests have been fully met No depositions have been taken or scheduled to this point, but the parties anticipate that they will begin shortly.

As to the possibility of settlement, the parties have not recently had settlement discussions. However, AFP previously identified a "negotiations contact" in its organization, and Google responded today with a similar person in its organization. The parties anticipate

some discussion in the near future, though to this point do not believe anything has changed their previously-expressed positions.

Respectfully submitted,

| FOR AFP: | FOR GOOGLE: |
|---|---|
| /s/ Joshua Kaufman | /s/ Thomas Kirby |
| Joshua J. Kaufman (Bar No. 945188) | Andrew G. McBride (Bar No. 426697) |
| Mary Jane Saunders (Bar No. 436608) | Bruce G. Joseph (Bar No. 338236) |
| VENABLE LLP | Thomas W. Kirby (Bar No. 915231) |
| 575 7th St. NW | Scott E. Bain (Bar No. 466657) |
| Washington, DC 20004 | WILEY REIN & FIELDING LLP |
| 202.344.8538 | 1776 K St. NW |
| Fax 202.344.8300 | Washington, DC 20006 |
|  | 202.719.7000 |
|  | Fax: 202.719.7049 |
| Attorneys for Agence France Presse | Attorneys for Google Inc. |

March 16, 2006