IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGENCE FRANCE PRESSE,<br>*Plaintiff and Counter Defendant* | )<br>)<br>) |
| v. | ) Civil Action No. 1:05CV00546 (GK)<br>) Next Due Date: March 21, 2006 |
| GOOGLE INC.,<br>*Defendant and Counter Claimant* | ) (Status Conference)<br>) |

GOOGLE'S RESPONSE TO AFP'S "STIPULATION"

Defendant/Counter Claimant Google Inc. ("Google") was surprised to see that AFP captioned its recent filing as a "stipulation" instead of a consent motion. Google had agreed that unexpected difficulties in identifying sample infringements, at least as to photographs, required further negotiations between the parties (which are ongoing) and justified asking the Court to set a status conference for shortly after the July 4 holiday. But AFP's characterizations of the facts were not agreed. Indeed, Google's position is that, through a series of agreed adjustments, the necessary examples of headlines and leads have been identified. Rather than burden the Court now, however, Google suggests the parties submit memoranda prior to the status conference focusing on issues and facts that continue to require the Court's attention.

June 9, 2006                                    Respectfully submitted,

/s/ Thomas W. Kirby
Andrew G. McBride, Bar No. 426697
Bruce G. Joseph, Bar No. 338236
Thomas W. Kirby, Bar No. 915231
Wiley Rein & Fielding LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7000
(202) 719-7049 (fax)

*Counsel for Google Inc.*