# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGENCE FRANCE PRESSE, )<br>   *Plaintiff and Counter Defendant* )<br> ) <br>v. ) <br> ) <br>GOOGLE INC., ) <br>   *Defendant and Counter Claimant* ) | Civil Action No. 1:05CV00546 (GK)<br>Next Due Date: July 18, 2006<br>(Status Conference) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.6, I hereby notice my withdrawal as counsel for Google in the above-captioned case, due to my change in employment. Google's lead counsel and other counsel already in this case, including my colleagues noted below, will continue the representation.

Respectfully submitted,

/s/ Scott Bain
Thomas W. Kirby (Bar No. 915231)
Bruce G. Joseph (Bar No. 338236)
WILEY REIN & FIELDING LLP
1776 K St. NW
Washington, DC 20006
202.719.7000
Fax: 202.719.7049

Attorneys for Google Inc.

June 15, 2006