**From:** Kaufman, Joshua [mailto:JJKaufman@Venable.com]
**Sent:** Friday, April 14, 2006 1:40 PM
**To:** Bain, Scott
**Cc:** Bloch, Axelle; Tarot, Gilles; Scherer, Eric
**Subject:** RE: Sample dates

Scott,

The additional dates are acceptable.  Thank you for your effort.

Joshua


Joshua Kaufman, Esq.

*"Counsel to the Creative & Innovative"* ™

----------------------------------------------------

*Chair, Copyright & Licensing Practices*

**VENABLE LLP**

575  7th Street, NW

Washington, DC 20004

Voice  202.344.8538

Fax   202.344.8300

jjkaufman@venable.com

www.venable.com


**CONFIDENTIAL MATERIAL**: The information in this e-mail message is intended for the confidential use of the addressees only.  The information is subject to the attorney-client privilege and/or may be attorney work product.  Recipients should not file copies of this e-mail with publicly accessible records.  If you are not an addressee or an authorized agent responsible for delivering this e-mail to a designated addressee, you have received this e-mail in error, and any further review, dissemination, distribution, copying or forwarding of this e-mail is strictly prohibited.  If you received this e-mail in error, please notify us immediately at (202) 344-8538.

**Note to clients:** This e-mail may contain attorney-client privileged communications, and the privilege may be lost if you forward or disclose to third parties. Please exercise due care. When in doubt, consult your attorney.

-----Original Message-----
**From:** Bain, Scott [mailto:SBain@wrf.com]
**Sent:** Thursday, April 13, 2006 2:17 PM
**To:** Kaufman, Joshua
**Cc:** Kirby, Thomas; Joseph, Bruce
**Subject:** Sample dates


Dear Josh:

As you recall, we agreed to replace the random sample dates for which Google had no html files (the 10/15/04 to 2/6/05 dates), mainly by shifting those dates back a year and adding some additional sample dates based on our birthdays. We have done this, and Google has checked its data for these new dates. Google does have html files (in the same form as the ones already produced to you, i.e., with thumbnail information as previously described, but not the thumbnails themselves) for all but three of these dates. The three that are missing all were in October 2003, when apparently there was little or no data saved.

To summarize, below is the list of sample dates that result from the methods we discussed. We have either provided, or will provide following your acknowledgement, the html files reflecting Google News (without thumbnails) for each hour on each of these dates, in English and French.

Please confirm whether or not these dates are acceptable for the purposes outlined in the parties' January 23, 2006 Stipulation. Note that the total now reflects 16 sample dates instead of 14. I take it from our prior conversations that you prefer the higher number. Thank you.

Scott


Original Sample Dates, already produced:

8/12/03
9/25/03
11/17/03 (only French exists)
11/28/03
1/7/04
2/7/04
2/15/04
3/9/04

Additional/Revised Sample Dates, to be produced;

11/10/03 (i.e., the original sample date of 11/17/03 minus one week, because 11/17/02 is out of the date range)
1/6/04 (original 1/6/05 minus one year)
1/12/04 (original 1/12/04 minus one year)
1/29/04 (HR birthday)

2/6/04  (original 2/6/05 minus one year)
4/12/04  (SB birthday)
7/7/04  (BJ birthday)
7/25/04 (TK birthday)


_____
Scott E. Bain
Wiley Rein & Fielding LLP
1776 K St. NW
Washington, DC 20006
(202) 719-7485
sbain@wrf.com <mailto:sbain@wrf.com>
www.wrf.com

NOTICE: This message (including any attachments) from Wiley Rein & Fielding LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by reply email or by calling our Administrative Office at 202.719.7201. Thank You.

**************************************************************************
U.S. Treasury Circular 230 Notice: Any tax advice contained in this
communication (including any attachments) was not intended or written
to be used, and cannot be used, for the purpose of (a) avoiding
penalties that may be imposed under the Internal Revenue Code or by any
other applicable tax authority; or (b) promoting, marketing or
recommending to another party any tax-related matter addressed herein.
We provide this disclosure on all outbound e-mails to assure compliance
with new standards of professional practice, pursuant to which certain
tax advice must satisfy requirements as to form and substance.
**************************************************************************
**************************************************************************
This electronic mail transmission may contain confidential or
privileged information. If you believe you have received this message
in error, please notify the sender by reply transmission and delete the
message without copying or disclosing it.
**************************************************************************