# VENABLE®LLP

| 575 7th Street, NW | Telephone 202-344-4000 | www.venable.com |
| Washington, DC 20004-1601 | Facsimile 202-344-8300 | |

Joshua J. Kaufman                (202) 344-8538                jjkaufman@venable.com

May 31, 2006

**VIA FACIMILE**
**(202) 719-7049**

Bruce Joseph, Esq.
Thomas W. Kirby, Esq.
Scott E. Bain, Esq.
Wiley Rein & Fielding LLP
1776 K Street, N.W.
Washington, D.C. 20006

      **Re: Agence France-Presse v. Google Inc.**

Dear Bruce, Tom and Scott:

    Sometimes the best laid plans go awry and I think that expression applies to our mutual attempt to use a selection of random dates to narrow the discovery in this case.

    The initial idea was to select a sufficient number of days throughout the period of alleged infringement to provide a fair sampling of AFP works which appeared on Google for both sides and for the Court to use to determine the legal issues in this case. After Google's initial investigation, it was determined that the last half of the agreed to timeframe would not be available at all. After choosing additional dates in the first half, we then found that those dates came without any photos but with buried links that, after some convoluted and extremely time-consuming pastes and cuts, would take you to the original site where it was believed the photos and stories could be viewed. However, after spending an untold number of hours trying to track down those images and stories, my clients have found that almost all of them lead to dead ends. The original sites have not archived the images and when you follow the links no picture is to be found.

    For example, the June 2, 2004 file, 200402060104, which you sent, of the 17 photos, 14 are dead ends. Another example, the November 10, 2003 file, 200311100606, of the 23 images, 13 were not traceable. On a good file, 2003111000202, of that same November 10, 2003 date, we find that eight (8) of the 22 images are not viewable. We range from files where almost none of the works can be identified or to a file where over a third of the images are unavailable. Clearly the truncation of the timeframe in half and the inability to track the vast majority of the images which appeared on Google render the procedure untenable.

Dockets.Justia.com

# VENABLE®LLP

---

Wiley Rein & Fielding LLP
May 31, 2006
Page 2

What I suggest is that we use the images and stories that my client was able to pull from the materials you provided to us and, also, use the materials that my client had collected themselves for the period just prior to the lawsuit that we have turned over to you in discovery and use both of those as our sampling. I believe it achieves approximately the same result as our unsuccessful experiment.

Please let me know your thoughts.

Sincerely yours,

Joshua J. Kaufman

Enclosures

cc: Agence France-Presse

Agence France-Presse v. Google Inc.

**CD GN 001402**

htmlbackup.200402060104 June, 02, 2004

| Photos | AFP's? * | Target site | Image Forum reference |
|---|---|---|---|
| 1 | N/A | L'Union | |
| 2 | Yes | RTL | APP2001032227286 |
| 3 | N/C | Radio-canada | |
| 4 | N/A (no archive, sends back to the day page of consultation) | DNA | |
| 5 | Yes | Libre Belgique | miscredited (PAR2004020589688) |
| 6 | Yes | Afrik.com | miscredited (APP2003012420975) |
| 7 | N/C | E-llico | |
| 8 | N/A | France TV | |
| 9 | N/C | Bien Public | |
| 10 | N/A (no archive, sends back to the day page of consultation) | DNA | |
| 11 | N/A (no archive, sends back to the day page of consultation) | Sporever.fr | |
| 12 | N/A (no archive, sends back to the day page of consultation) | DNA | |
| 13 | N/A | France TV | |
| 14 | N/A | DVD toile | |
| 15 | N/A | Comme au cinéma | |
| 16 | N/A | Le temps | |
| 17 | N/C | Agrisalon | |

* AFP photo = **Yes**
Photo credited to another author = **No**
No access to photo on the target site, either requires subscription or archives not available = **N/A**
Photo not credited = **N/C**

# Agence France-Presse v. Google Inc.

**CD GN 001403**

**file 200311100006 - Nov. 10, 2003**

| Headlines | | AFP's? * | Target site | AFP Direct |
|---|---|---|---|---|
| | 1 | N/A | Washington Post | |
| | 2 | N/A | Miami Herald | |
| | 3 | N/A | Quicken | |
| | 4 | N/A | International Herald Tribune | |
| | 5 | N/A | Daily Star | |
| | 6 | N/A | ABS CBN News | |
| | 7 | Yes, derivative work | Inq7 | |
| | 8 | N/A | Washington Post | |
| | 9 | N/A | Springfield News Leader | |
| | 10 | N/A | Arizona Daily Star | |
| | 11 | N/A | Ananova | |
| | 12 | N/A | Irib news | |
| | 13 | N/A | Washington Post | |
| | 14 | N/A | Richmond Times Dispatch | |
| | 15 | N/A | ABC News | |
| | 16 | N/A | the Advocate | |
| | 17 | N/A no archive sends back to page of the day of consultation | The Independent | |
| | 18 | N/A no archive sends back to page of the day of consultation | China Daily | |
| | 19 | N/A | KnoxNews | |
| | 20 | N/A no archive sends back to page of the day of consultation | Business Times Singapore | |
| | 21 | | | |
| | 15 | | | |
| | 15 | | | |
| | 15 | | | |
| | 15 | | | |
| | 15 | | | |
| | 15 | | | |
| | 15 | | | |
| | 15 | | | |

\* AFP Text = **Yes**
Text credited to another author = **No**
No access to text on the target site, either requires subscription or archives not available = **N/A**
text not credited = **N/C**

| reference |
| --- |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

# Agence France-Presse v. Google Inc.

## CD GN 001403

file 200311100202 - Nov. 10, 2003 - 10:27 GMT

| Photos | AFP's? * | Target site | Image Forum reference |
|--------|----------|-------------|----------------------|
| | | | |
| 1 | Yes | CNN Europe | APH2002111317110 |
| 2 | Yes | Aljazeera | MVD2003110919278 |
| | No - AP image | Washington Times | |
| 2bis | N/A no image appears on page | Newsweek | |
| 3 | Yes | Aljazeera | PAR2003110921161 |
| | No - CNN image | CNN Asia | |
| 4 | N/A | ABC news | |
| 5 | N/A | ABC news | |
| 6 | N/A no archive sends back to page of the day of consultation | China Daily | |
| | No - Napster image | MTV | |
| | No - AP image | CNN International | |
| | No - ESA image | Space Ref. | |
| | No - AP image | CNN International | |
| | No - AP image | ESPN | |
| | No | BBC News | |
| 7 | N/A | Houston Chronicle | |
| | No | USA Today | |
| 8 | N/A | ABC news | |
| 9 | Yes | Biz Report | PAR2003110618949 |
| 10 | N/A | ABC news | |
| | No | BBC News | |
| | No - Reuters image | Time Asia | |
| | No | BBC News | |
| 11 | N/A no archive sends to a later date (Jan 2006) | Money Control | |

\* AFP photo = **Yes**

Photo credited to another author = **No**

No access to photo on the target site, either requires subscription or archives not available = **N/A**

Photo not credited = **N/C**

Agence France-Presse v. Google Inc.

**CD GN 001403**

**file 200311100006 - Nov. 10, 2003 - 8:21 GMT**

| Photos | AFP's? * | Target site | Image Forum reference |
|---|---|---|---|
| | | | |
| 1 | Yes | CNN Europe | APH2002111317110 |
| | No - AP image | Washington Times | |
| 2 | N/C | www.Newsflash.org | |
| 3 | N/A | Arizona Daily Star | |
| 4 | Yes | Aljazeera | PAR2003110921161 |
| 5 | N/A | ABC news | |
| 6 | N/A | ABC news | |
| | No - The Shreveport Times | USA Today | |
| | No - AP image | CNN International | |
| | No - ESA image | Space Ref | |
| 7 | N/A no archive sends back to page of the day of consultation | China Daily | |
| | No - Napster image | MTV | |
| | No - NASA image | Space Ref | |
| 8 | N/A | ABC news | |
| | No | USA Today | |
| 9 | N/A | Houston Chronicle | |
| 10 | N/A | ABC news | |
| 11 | N/A | ABC news | |
| 12 | N/A | ABC news | |
| 13 | N/C | BBC news | |
| | No - AP image | BBC news | |
| 14 | N/C | BBC news | |
| 15 | N/A | www.canada.com | |

* AFP photo = **Yes**
Photo credited to another author = **No**
No access to photo on the target site, either requires subscription or archives not available = **N/A**
Photo not credited = **N/C**

Agence France-Presse v. Google Inc.

## Google CD Production English

## file 200308120302 - Aug. 12, 2003

| Photos | | AFP's? * | Target site | Image Forum reference |
|--------|-----|----------|--------------------|------------------------|
| | | | | |
| | 1 | N/A | CNN | |
| | 2 | N/A | ABC News | |
| | 3 | N/A | ABC News | |
| | 4 | N/A | CNN Asia | |
| | 5 | No | iAfrica | |
| | 6 | N/A | ABC News | |
| | 7 | N/C | NDTV | |
| | 8 | N/A | ITV | |
| | 9 | N/C | PBS | |
| | 10 | No | USA Today | |
| | 11 | No | Seattle Post-Int. | |
| | 12 | N/A | ABC News | |
| | 13 | N/C | L'Express | |
| | 14 | N/C | TechNewsWorld | |
| | 15 | N/C | Zap2It | |
| | 16 | N/C | WorldNetDaily | |
| | 17 | No | MTV | |
| | 18 | N/C | ABC News | |
| | 19 | N/A | Pravda | No photo on site |

* AFP photo = **Yes**
Photo credited to another author = **No**
No access to photo on the target site, either requires subscription or archives not available = **N/A**
Photo not credited = **N/C**

Agence France-Presse v. Google Inc.

## Google CD Production English

## file 200308120406 - Aug. 12, 2003

| Photos | AFP's? * | Target site | Image Forum reference |
|--------|----------|-------------|----------------------|
| | | | |
| 1 | N/A | CNN | |
| 2 | No | This is London | |
| 3 | N/A | ABC News | |
| 4 | N/A | The Russia Journal | goes to present day page |
| 5 | N/C | Sky News | |
| 6 | No | iAfrica | |
| 7 | No | BBC | |
| 8 | N/A | Salt Lake Tribune | goes to present day page |
| 9 | N/C | NDTV | |
| 10 | No | PGA | |
| 11 | N/C | PBS | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |

\* AFP photo = **Yes**
Photo credited to another author = **No**
No access to photo on the target site, either requires subscription or archives not available = **N/A**
Photo not credited = **N/C**

# Agence France-Presse v. Google Inc.

## Google CD Production English

## file 200308121702 - Aug. 12, 2003

| Photos | AFP's? * | Target site | Image Forum reference |
|--------|----------|-------------|-----------------------|
|  |  |  |  |
| 1 | N/A | The Hindu |  |
| 2 | N/C | BBC |  |
| 3 | N/A | Channel News Asia |  |
| 4 | No - AP | BBC |  |
| 5 | YES | The Age | HKG2003081150022 |
| 6 | N/A | Financial Times |  |
| 7 | N/A | Channel News Asia |  |
| 8 | N/C | BBC |  |
| 9 | N/A | KSTP |  |
| 10 | No - Getty | The Age |  |
| 11 | No - AP | BBC |  |
| 12 | N/C | BBC |  |
| 13 | N/A | Channel News Asia |  |
| 14 | N/A | CNN |  |
| 15 | N/A | Financial Times |  |
| 16 | N/C | Zap2It.com |  |
| 17 | N/C | Sky News |  |
| 18 | N/C | Hollywood Reporter |  |
| 19 | No - AP | BBC |  |
| 20 | N/A | Sky News |  |
| 21 | N/A | CNN |  |

* AFP photo = **Yes**
Photo credited to another author = **No**
No access to photo on the target site, either requires subscription or archives not available = **N/A**
Photo not credited = **N/C**

Agence France-Presse v. Google Inc.

## Google CD Production English

## file 200308121702 - Aug. 12, 2003

| Photos | AFP's? * | Target site | Image Forum reference |
|--------|----------|-------------|----------------------|
| | | | |
| 1 | N/A | The Hindu | |
| 2 | N/C | BBC | |
| 3 | N/A | Channel News Asia | |
| 4 | No - AP | BBC | |
| 5 | YES | The Age | HKG2003081150022 |
| 6 | N/A | Financial Times | |
| 7 | N/A | Channel News Asia | |
| 8 | N/C | BBC | |
| 9 | N/A | KSTP | |
| 10 | No - Getty | The Age | |
| 11 | No - AP | BBC | |
| 12 | N/C | BBC | |
| 13 | N/A | Channel News Asia | |
| 14 | N/A | CNN | |
| 15 | N/A | Financial Times | |
| 16 | N/C | Zap2It.com | |
| 17 | N/C | Sky News | |
| 18 | N/C | Hollywood Reporter | |
| 19 | No - AP | BBC | |
| 20 | N/A | Sky News | |
| 21 | N/A | CNN | |

* AFP photo = **Yes**
Photo credited to another author = **No**
No access to photo on the target site, either requires subscription or archives not available = **N/A**
Photo not credited = **N/C**