**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
AGENCE FRANCE PRESSE,          )
                               )
        Plaintiff,             )
                               )
             v.                )   Civil Action No.
                               )   05-546 (GK)
GOOGLE INC.,                   )
                               )
        Defendant.             )
_____ )

**O R D E R**

A Status Conference was held in this case on July 18, 2006. Upon consideration of the Status Reports filed prior to the Hearing, the representations of the parties in open court, and the entire record herein, it is hereby

**ORDERED** that, **no later than September 5, 2006**, Plaintiff shall complete its examination of material produced by Defendant pursuant to the January 24, 2006 Stipulation Regarding Determining Liability for Injunctive Copyright Relief [Dkt. No. 37] and shall report its progress to Defendant; it is further

**ORDERED** that, pursuant to Paragraph 27 of its July 17, 2006 Status Report [Dkt. No. 46], Plaintiff shall identify the status and ownership of the various works it alleges Defendant infringed, and report such information to Defendant, **no later than September 15, 2006**; it is further

**ORDERED** that, **no later than September 25, 2006**, Defendant shall either withdraw its pending Motion to Dismiss [Dkt. No. 23]

or file a praecipe explaining why it believes that Motion should be decided on the merits; it is further

**ORDERED** that, **no later than September 25, 2006,** the parties shall inform the Court, either by joint praecipe or in separate filings, whether they anticipate being able to meet the deadlines set forth herein; it is further

**ORDERED** that all deadlines set forth in previous Orders of the Court are hereby **vacated** and that the following deadlines shall apply instead:

> Plaintiff's Rule 26 Statements are **due October 25, 2006;**
>
> Defendants' Rule 26 Statements are **due November 25, 2006;**
>
> Discovery closes **December 25, 2006;** and
>
> Dispositive Motions are **due January 25, 2007;** it is further

**ORDERED** that the parties shall file their expert witness reports with the Court as soon as such reports become available; and it is further

**ORDERED** that the next Status Conference in this case will be held **November 21, 2006** at **9:45 a.m..**

July 18, 2006

/s/
Gladys Kessler
U.S. District Judge

**Copies to: attorneys on record via ECF**