# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGENCE FRANCE PRESSE,              )<br>                                                    )<br>    Plaintiff and                          )<br>    Counter Defendant                 )<br>                                                    )   CIVIL ACTION NO.: 1:05CV00546 (GK)<br>v.                                                )<br>                                                    )<br>GOOGLE, Inc.,                                )<br>                                                    )<br>    Defendant and                        )<br>    Counter Claimant                    )<br>                                                    )<br>_____) | |

## ENTRY OF ATTORNEY APPEARANCE

I, Barbara L. Waite, a member of the Bar of this Court and of the District of Columbia Bar in good standing, hereby enter an appearance on behalf of the plaintiff and counter-defendant, Agence France Presse.

Respectfully submitted,

_____/s / Barbara L. Waite_____
Barbara L. Waite, Bar No. 384905
Venable, L.L.P.
575 Seventh Street N.W.
Washington, DC 20004-1601
(202) 344-4811
FAX: (202) 344-8300
blwaite@venable.com

Dated: July 21, 2006

CERTIFICATE OF SERVICE

I, a Legal Administrative Assistant in the law offices of Venable, L.L.P., hereby certify that a true and accurate copy of the foregoing Entry of Attorney Appearance was served upon the following by first-class U.S. Mail, postage prepaid.

    Andrew G. McBride
    Bruce G. Joseph
    Thomas W. Kirby
    Wiley Rein & Fielding, L.L.P.
    1776 K Street N.W.
    Washington, DC 20006

        Attorneys for Defendant and Counter Claimant, Google, Inc.

                                                _____
                                                   Barbara Majett

@PFDesktop\::ODMA/PCDOCS/DC2DOCS1/770508/1