# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGENCE FRANCE PRESSE, )<br>)<br>    Plaintiff and )<br>    Counter Defendant )<br>)<br>v. )<br>)<br>GOOGLE, Inc., )<br>)<br>    Defendant and )<br>    Counter Claimant )<br>)<br>_____) | CIVIL ACTION NO.: 1:05CV00546 (GK) |

## WITHDRAWAL OF ATTORNEY APPEARANCE

I, Barbara L. Waite, a member of the Bar of this Court, hereby withdraw the appearance of Jason Andrew Aquilino on behalf of the plaintiff and counter-defendant, Agence France Presse.

                              Respectfully submitted,

                          _____/s / Barbara L. Waite_____
                          Barbara L. Waite, Bar No. 384905
                          Venable, L.L.P.
                          575 Seventh Street N.W.
                          Washington, DC 20004-1601
                          (202) 344-4811
                          FAX: (202) 344-8300
                          blwaite@venable.com

Dated: July 21, 2006

CERTIFICATE OF SERVICE

I, a Legal Administrative Assistant in the law offices of Venable, L.L.P., hereby certify that a true and accurate copy of the foregoing Withdrawal of Attorney Appearance was served upon the following by first-class U.S. Mail, postage prepaid.

>Andrew G. McBride
>Bruce G. Joseph
>Thomas W. Kirby
>Wiley Rein & Fielding, L.L.P.
>1776 K Street N.W.
>Washington, DC 20006

>Attorneys for Defendant and Counter Claimant, Google, Inc.

_____
Barbara Majett

@PFDesktop\::ODMA/PCDOCS/DC2DOCS1/770525/1