```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

_____
**AGENCE FRANCE PRESSE,**         )
                                  )
        **Plaintiff,**             )
                                  )
            v.                    )   **Civil Action No.**
                                  )   **05-546 (GK)**
**GOOGLE INC.,**                  )
                                  )
        **Defendant.**             )
_____)

### O R D E R

Upon consideration of the parties' September 25, 2006 <u>praecipes</u>, it is hereby

**ORDERED** that, pursuant to Defendant's <u>praecipe</u>, its pending Motion to Dismiss [Dkt. No. 23] is **withdrawn** as to the specific works and copyright registrations Plaintiff has identified to date; it is further

**ORDERED** that all deadlines set forth in previous Orders of the Court are hereby **vacated** and that the following deadlines shall apply instead:

>   Plaintiff's Rule 26 Statements are **due December 27, 2006;**

>   Defendants' Rule 26 Statements are **due January 27, 2007;**

>   Discovery closes **February 27, 2007;** and

>   Dispositive Motions are **due April 1, 2007;** it is further

**ORDERED** that the parties shall file their expert witness reports with the Court as soon as such reports become available; and it is further

**ORDERED** that the next Status Conference in this case will be held **February 20, 2007 at 10:00 a.m.;** and it is further

**ORDERED,** that the Status Conference set for November 21, 2006 is **cancelled** unless counsel believe it will be useful and request that the date be maintained.

|  |  |
|---|---|
| September 29, 2006 | /s/<br>Gladys Kessler<br>U.S. District Judge |

<u>**Copies to**</u>: **attorneys on record via ECF**