IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AGENCE FRANCE PRESSE**<br><br>    **Plaintiff and Counter-Defendant**<br><br>vs.<br><br>**GOOGLE INC.,**<br><br>    **Defendant and Counter-Claimant.** | CIVIL ACTION NO.: 1:05CV00546 (GK) |

## UNOPPOSED MOTION TO APPEAR *PRO HAC VICE*

Jennifer L. Elgin, by and through the undersigned attorney and pursuant to Local Civil Rule 83.2(d), hereby respectfully moves this Court for permission to appear *pro hac vice* as counsel for defendant and counter-plaintiff Google Inc. in the above-captioned proceeding. A declaration in support of the motion is submitted herewith. Counsel for plaintiff and counter-defendant Agence France Presse has been contacted and does not oppose this Motion.

                                        Respectfully submitted,

                                        _____
                                        Thomas W. Kirby (DC Bar No. 915231)
                                        WILEY REIN & FIELDING LLP
                                        1776 K St. NW
                                        Washington, DC 20006
                                        202.719.7000
                                        Fax: 202.719.7049

                                        Attorneys for Defendant/Counter Claimant
                                        Google Inc.

WRFMAIN 12576269.1

## **DECLARATION**

I, Jennifer L. Elgin, request permission from this court to appear in this action as counsel *pro hac vice* pursuant to Local Civil Rule 83.2(d). In accordance with that Rule, I declare that:

(1)   My full name is JENNIFER LESLIE ELGIN.

(2)   My office address is:

> WILEY, REIN & FIELDING LLP
> 1776 K Street NW
> Washington, D.C. 20006
> Phone: (202) 719-7453
> Facsimile: (202) 719-7049
> jelgin@wrf.com

(3)   I am admitted to the bars of the District of Columbia (D.C. Bar No. 432975), Georgia (Bar No. 591723), New York (2594596) and the U.S. District Court for the Northern District of Georgia.

(4)   I certify that I have not been disciplined by any bar.

(5)   I have not been admitted *pro hac vice* to this court within the last two years.

(6)   I engage in the practice of law from an office in the District of Columbia, am a member of the bar of the District of Columbia (D.C. Bar No. 432975).

(7)   I currently have an application pending to be admitted to U.S. District Court for the District of Columbia and have been notified that the application has been accepted and my swearing-in is scheduled for January 8, 2007.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

*Jennifer J. Elgin*
Jennifer L. Elgin
(D.C. Bar No. 432975)
WILEY, REIN & FIELDING LLP
1776 K Street NW
Washington, D.C. 20006
Phone: (202) 719-7453
Facsimile: (202) 719-7049
jelgin@wrf.com

WRFMAIN 12576269.1

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Unopposed Motion to Appear *Pro Hac Vice* was served via first-class postage prepaid mail on December 7, 2006 addressed as follows:

Joshua Kaufman, Esq.
Barbara ("Pixie") Waite, Esq.
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601
Fax: (202) 344-8300

_____
Jennifer L. Elgin

WRFMAIN 12576269.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AGENCE FRANCE PRESSE**<br><br>　　　**Plaintiff and Counter-Defendant**<br><br>vs.<br><br>**GOOGLE INC.,**<br><br>　　　**Defendant and Counter-Claimant.** | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.: 1:05CV00546 (GK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Unopposed Motion to Appear *Pro Hac Vice*, it is this _____ day of December, 2006, hereby

**ORDERED** that the motion be granted.


Date: _____          _____
                                     Hon. Gladys Kessler
                                     United States District Judge

WRFMAIN 12576269.1