# Report



versus



A report prepared for

Venable LLP

December 2006

By

Philip Nesbitt

Dockets.Justia.com

1

# CONTENTS

| | | | | |
|---|---|---|---|---|
| Introduction | 3 | | Creativity | 116 |
| Preface | 7 | | | |
| Perspective | 9 | | Appendix A | 136 |
| Perception | 18 | | Research, studies, etc. | |
| Acuity | 37 | | Appendix B | 139 |
| Reality | 60 | | Previous cases | |
| Testing | 82 | | Compensation | |
| | | | Appendix C | 140 |
| | | | Biography, professional experience | |

# Introduction

Agence France-Presse, AFP, is an organization that generates and offers news, information, images, and graphics to paying clients throughout the world.

AFP employs hundreds of reporters, writers, editors, photographers, graphic artists, technical and administrative staff, and media managers to accomplish this task.

AFP has offices and bureaus throughout the world to gather raw information which is then written, or captured as images, edited and formed into news and informational articles with supporting images and graphics that are distributed electronically to its global clients.

One form of electronic delivery to clients is the menu or "budget," which supplies a headline crafted for the story, a "blurb" of one to two sentences providing the essence or encapsulation of the full story or article and an image supporting the information presented.

This is an evolving business model that has been successful for more than a century. Companies such as Agence France-Presse, The Associated Press, United Press International, Reuters, and Gannett News Service, among others, have supplied newspapers, radio, television, and now new media with the bulk of their news and information on events outside the local market.

With the growing importance of new media and online delivery of information, news service clients have adapted their print, radio, or broadcast products for delivery on the Web. These clients still subscribe to their news services and select, edit, and disseminate news and information in a Web format that has increasingly become the sole source of news and information for a growing segment of the global population.

Google, Inc., under its Google News label, has created a format whereby it electronically gleans material from other sites on the Web and, without editing, displays this information on the Google News Web site.

This report will show that the three major items in contention – headlines, blurbs, and images – as an informational package is more than enough to satisfy most users.

# Preface

While there is a long, established understanding of reading mechanics in print media, the world of online media is the new "Wild West." However, the bulk of information from numerous new media studies points to new patterns readers or browsers use when accessing information on the Web.

The major point of entry in print media is most often through an image, but some studies of Web pages show that 25 to 35 percent of users enter through a picture; the rest enter through text. However, many of these studies use samples where images are lacking and the predominant material on the page or site *is* text. Not surprisingly, the text is short, to capture the user's attention. Extrapolating information from a number of studies, it becomes clear that the combination of short text, e.g., "keyword" -laden headlines and a paragraph of a single thought (one to two sentences), *coupled* with an image, has a higher draw than either alone.

# Perspective

To understand how the use, by Google, of AFP generated material is identical to AFP use, it is necessary to go beyond the lack of physical or verbal changes in the material by Google and to understand how readers/viewers respond to text and images. What they see, how they see it, and what action they take is based on a number of fundamental responses on the part of the reader/viewer.

Many of these basic responses start with our ability to read and visually comprehend in print. As we have moved into the digital age, these responses are not weakened but actually become stronger.



The addition of visual elements to a page in large numbers is a relatively recent occurrence. The majority of news and information was delivered to the reader through text. In newspapers. as the major source of news and information in the 1900s, the importance of the text was paramount.

The cost of engravings was prohibitive and the results were seen as superfluous.

Baltimore Sun, October 2, 1853



Even as late as the mid-1960s, newspapers weren't convinced that pictures (halftones) were that important. However, with the growing influence of television, some newspapers saw images as the means to boost their competitive value in the marketplace, the advantage of immediacy having earlier eroded with the mass marketing of radio.

Baltimore Sun, August 5, 1965



Today, print media has fully embraced the concept of integrating visuals and text to capture the reader/viewer's attention. Through the use of the numerous variables (discussed later in this report), editors and designers attempt to create interesting, attention-getting, visual portals into the page and eventually the product. There has even been an attempt to recreate the web presence in print.

Baltimore Sun, September 29, 2005

(launch of a new design)



A new generation of print products has gone a step further, listening to readers through millions of dollars of research, most notably by the Readership Institute (Media Management Center, Northwestern University), and have changed their editing style to provide large numbers of "soundbites," shorter articles, and tighter writing.

Express, September 7, 2006

13











We are seeing a convergence of presentation style in both print and online. The Washington Examiner is just one example of a print newspaper that has moved to headline, images and a sentence as a "menu" on the front page.

The Examiner, December 1, 2006

14

The transition to other forms of delivery, while seemingly overnight, has been an evolutionary step in providing news, information, entertainment, advertising, pictures, and graphics to an audience who has quickly adapted and become comfortable with the new media.

Delivery of this information to our cell phones and PDAs, science fiction 20 years ago, is a reality. However, the providers are still adjusting the model to improve the experience, the efficiency, and the ability to comprehend what has been delivered.







THE **MEDIA**CENTER
BRIEFING ON MEDIA, TECHNOLOGY & SOCIETY | April 2005

# SYNAPSE



The future of news

It's mobile, immediate, visual, interactive, participatory and trusted.
Make way for a generation of storytellers who totally get it.

iFOCOS, (formerly The Media Center at the American Press Institute) is just one of many organizations that see the future of news delivery as primarily digital.

# Perception

How we read, and perceive what we see, is based on a number of constants. The physio-mechanical process of reading has been well documented since the beginning of the last century.

What has changed is the way we present material to an end user. As shown previously, the provider has gone from just text to the integration of text and visuals.

It is important to note that the process of designing material on a page or a screen has a profound and direct impact on how and what the viewer sees and feels is important.

The process of page or screen design is one of manipulation, whereby the individual placing elements on a platform can create areas of visual impact, visual pathways through the page or screen, and a strong hierarchical structure, if desired.

A printed newspaper will require a stronger hierarchy than a web page in most cases. On the web we often play the various elements at the same level of importance, eliminating as much visual bias as possible.

All things being equal, on a given platform, the Visual Pyramid applies.

## The visual pyramid

1. Images
2. Graphics & Illustrations
3. Headlines
4. Large & Unusual Type
5. White Space
6. Color
7. Rules & Borders
8. Text

In this example, the reader is drawn to the largest visual point on the page, the image. From this point, the reader's eye tends to move on to the next page. We will have led the reader away from the rest of the material at the top of the page.

The designer has manipulated the viewer to a specific point on the page.



In this example, we have manipulated the reader to move straight to the center of the page. By lifting the image, we have created a new, different area of visual impact.



There is only one way to make text number one on the Visual Pyramid.

Department of Metallurgy, working on surface chemistry problems related to mineral flotation. In 1942 he was appointed to the faculty as an assistant professor and his primary research focus became the processing and characterization of electronic materials. He was promoted to professor in materials science in 1972.

In 1974 he received Outstanding Scientific Achievement Award for a few more words to even the columnsHe work as a Skylab principal investigator for advancing materials processing in space. In 1976 Austria presented him with the Exner Medal for Outstanding Contributions in Science and Technology. Professor Witt was a member of the American Department of Metallurgy, working on surface chemistry problems related to mineral flotation. In 1942 he was appointed to the faculty as an assistant professor and his primary research focus became the processing and characterization of electronic materials. He was promoted to professor in materials science in 1972.

He received Outstanding Scientific Award for a few more words to even the columnsHe work as a Skylab. The director of the News Office, read the following statement from President Charles M. Vest.

We are supportive of workers needs for health benefits and fair wages. All custodians working on the campus with a few. All employees are paid fairly.

August F. Witt, internationally noted for his research in electronic materials and his devotion to teaching undergraduates, died Oct. 7 of gastric cancer at his home in Winchester.

Professor Witt was born in Innsbruck, Austria, in 1931. From 1953-54 he did graduate research in nuclear chemistry with Madame Joliot-Curie, a 1935 Nobel laureate, in Paris. In 1958 he worked on radiation chemistry at the Atomic Energy Research Establishment in Harwell, England. The Center for International Studies has set a Nov. 18 deadline for applications to the Lucœ Scholars Program.

The program, which is open to seniors, graduate students, alumni from recent classes and this one needs a few more words to flesh it out to fill the last column of the block junior faculty, places young scholars from a wide variety of intellectual fields in 10-month internships throughout Asia.

The fourth grade class of the Hill School Campbell, director of the News Office, read the following statement from President Charles M. Vest.

We are supportive of workers needs for health benefits and fair wages. All custodians working on the campus with a few more words to flesh it out to fill the last column of the block junior faculty, places young scholars from a wide variety of intellectual fields in 10-month internships throughout Asia. All MIT employees are paid fairly.

[The remaining columns consist of repeated boilerplate text of the following form:]

We are supportive of workers needs for health benefits and fair wages. All custodians working on the campus with a few more words to flesh it out to fill the last column of the block junior faculty, director of the News Office, read the following statement from President Charles M. Vest.

The program, which is open to seniors, graduate students, alumni from recent classes and this one needs a few more words to flesh it out to fill the last column of the block junior faculty, places young scholars from a wide variety of intellectual fields in 10-month internships throughout Asia. The fourth grade class of the Hill School Campbell, director of the News Office, read the following statement from President Charles M. Vest.

August F. Witt, internationally noted for his research in electronic materials and his devotion to teaching undergraduates, died Oct. 7 of gastric cancer at his home in Winchester. Professor Witt was born in Innsbruck, Austria, in 1931. From 1953-54 he did graduate research in nuclear chemistry with Madame Joliot-Curie, a 1935 Nobel laureate, in Paris. In 1958 he worked on radiation chemistry at the Atomic Energy Research Establishment in Harwell, England.

The Center for International Studies has set a Nov. 18 deadline for applications to the Lucœ Scholars Program.

MIT employees are paid fairly. We are supportive of workers needs for health benefits and fair wages. All custodians working on the campus with a few more words to flesh it out to fill the last column of the block junior faculty, places young scholars from a wide variety of intellectual fields in 10-month internships throughout Asia. All MIT employees are paid fairly.

The fourth grade class of the Hill School Campbell, director of the News Office, read the following statement from President Charles M. Vest.

The minute we add a picture, even the size of a postage stamp, the visual balance changes, and the image becomes number one.

Department of Metallurgy, working on surface chemistry problems related to mineral flotation. In 1962 he was appointed to the faculty as an assistant professor and his primary research focus became the processing and characterization of electronic materials. He was promoted to professor in materials science in 1972.

In 1974 he received Outstanding Scientific Achievement Award for a few more words to own the columnists work as a Skylab co-principal investigator for advancing materials processing in space. In 1976 Austria presented him with the Exner Medal for Outstanding Contributions to Science and Technology. Professor Witt was a member of the American Department of Metallurgy, working on surface chemistry problems related to mineral flotation. In 1962 he was appointed to the faculty as an assistant professor and his primary research focus became the processing and characterization of electronic materials. He was promoted to professor in materials science in 1972.

He received Outstanding Scientific Award for a few more words to own the columnists work as a Skylab. The director of the News Office, read the following statement from President Charles M. West.

We are supportive of workers needs for health benefits and fair wages. All custodians working on the campus with a few more words have health care benefits and all MIT employees are paid fairly.

August F. Witt, internationally noted for his research in electronic materials and his devotion to teaching undergraduates, died Oct. 7 at gastric cancer at his home in Winchester.

Professor Witt was born in Innsbruck, Austria, in 1931. From 1953-54 he did graduate research in nuclear chemistry with Madame Juliot-Curie, a 1935 Nobel laureate, in Paris. In 1958 he worked on radiation chemistry at the Atomic Energy Research Establishment in Harwell, England.

The Center for International Studies has set a Nov. 18 deadline for applications to the Lace Scholars Program.

Professor Witt was born in Innsbruck, Austria, in 1931. From 1953-54 he did graduate research in nuclear chemistry with Madame Juliot-Curie, a 1935 Nobel laureate, in Paris. In 1958 he worked on radiation chemistry at the Atomic Energy Research Establishment in Harwell, England.

The Center for International Studies has set a Nov. 18 deadline for applications to the Lace Scholars Program.

[The remainder of the page consists of the same boilerplate paragraphs repeated in multiple columns, accompanying a photograph, with captions:]

The fourth grade class of the Hill School Campbell, director of the News Office, read the following statement from President Charles M. West.

We are supportive of workers needs for health benefits and fair wages. All custodians working on the campus with a few more words have health care benefits and all MIT employees are paid fairly.

The program, which is open to seniors, graduate students, alumni from recent classes and this one needs a few more words to flesh it out to fill the last column of the block junior faculty. Kenneth Campbell, director of the News Office, read the following statement from President Charles M. West.

Changing the visual dynamic is easy. As seen in the next example, the picture has dropped to second place on the Visual Pyramid, the headline has become number one.

# A very large Headline

In 1974 he received Outstanding Scientific Achievement Award for a few more weeks to even the columnists work as a Sleigh co-principal investigator for advancing materials processing in space. In 1976 Austria presented him with the Exner Medal for Outstanding Contributions to Science and Technology. Professor Witt was a member of the American Department of Metallurgy, working on surface chemistry problems related to mineral flotation. In 1962 he was appointed to the faculty as an assistant professor and his primary research focus became the processing and characterization of electronic materials. He was promoted to professor in 1972.

He received Outstanding Scientific Award for a few more weeks to even the columnists work as Sleigh. The director of the News Office, read the following statement from President Charles M. Vest:

We are supportive of workers needs for health benefits and fair wages. All custodians working on the campus with a few more weeks have health care benefits and all MIT employees are paid fairly.

August F. Witt, internationally noted for his research in electronic materials and his devotion to teaching undergraduates, died Oct. 7 at gastric cancer at his home in Winchester.

Professor Witt was born in Innsbruck, Austria, in 1933. From 1953-54 he did graduate research in nuclear chemistry with Madame Joliot-Curie, a 1935 Nobel laureate, in Paris. In 1958 he worked on radiation chemistry at the Atomic Energy Research Establishment in Harwell, England.

The Center for International Studies has set a Nov. 18 deadline for applications to the Luce Scholars Program.

The program, which is open to seniors, graduate students, almost from recent classes and this one needs a few more weeks to flesh it out to fill the last column of the block junior faculty.

*[The remainder of the page consists of the same placeholder text repeated in multiple columns.]*

The same principles apply to online or new media.

In the next example, the user has to search for the meaning of the content. The small line of type serving as a headline is of equal weight as the body of the text.



Mass. Bill  Requires Health Insurance
STEVE LeBLANC

BOSTON  — Lawmakers have overwhelmingly approved a bill that would make Massachusetts the first state to require that all its citizens have some form of health insurance.

The plan — passed on Tuesday just 24 hours after the final details were released — would use a combination of financial incentives and penalties to dramatically expand access to health care over the next three years and extend coverage to the state's estimated 500,000 uninsured.

If all goes as planned, poor people will be offered free or heavily subsidized coverage; those who can afford insurance but refuse to get it will face increasing tax penalties until they obtain coverage; and those already insured will see a modest drop in their premiums.

The measure does not call for new taxes, but would require businesses that do not offer insurance to pay a $295 annual fee per employee.

The cost was put at $316 million in the first year, and more than a $1 billion by the third year, with much of that money coming from federal reimbursements and existing state spending, officials said.

The House approved the bill on a 154-2 vote. The Senate endorsed it 37-0.

A final procedural vote is needed in both chambers of the Democratic-controlled Legislature before the bill can head to the desk of Gov. Mitt Romney, a potential Republican candidate for president in 2008.

Romney has expressed support for the measure, but has not said whether he will sign it.

"It's only fitting that Massachusetts would set forward and produce the most comprehensive, all-encompassing health care reform bill in the country," said House Speaker Salvatore DiMasi, a Democrat. "Do we know whether this is perfect or not? No, because it's never been done before."

The only other state to come close to the Massachusetts plan is Maine, which passed a law in 2003 to dramatically expand health care. That plan relies largely on voluntary compliance.

"What Massachusetts is doing, who they are covering, how they're crafting it, especially the individual requirement, that's all unique," said Laura Tobler, a health policy analyst for the National Conference of

business assessment and a so-called "individual mandate," requiring every citizen who can afford it to obtain health insurance or face increasing tax penalties.

Liberals typically support employer mandates, while conservatives generally back individual responsibility.

"The novelty of what's happened in this building is that instead of saying, 'Let's do neither,' leaders are saying, 'Let's do both,'" said John McDonough of Health Care for All. "This will have a ripple effect across the country."

The state's poorest — single adults making $9,500 or less a year — will have access to health coverage with no premiums or deductibles.

Those living at up to 300 percent of the federal poverty level, or about $48,000 for a family of three, will be able to obtain health coverage on a sliding scale, also with no deductibles.

The vast majority of Massachusetts residents who are already insured could see a modest easing of their premiums.

Individuals deemed able but unwilling to purchase health care could face fines of more than $1,000 a year by the state if they don't get insurance.

Romney pushed vigorously for the individual mandate and called the legislation "something historic, truly landmark, a once-in-a-generation opportunity."

One goal of the bill is to protect $385 million pledged by the federal government over each of the next two years if the state can show it is on a path to reducing its number of uninsured.

The U.S. Department of Health and Human Services has threatened to withhold the money if the state does not have a plan in place by July 1.

"The novelty of what's happened in this building is that instead of saying, 'Let's do neither,' leaders are saying, 'Let's do both,'" said John McDonough of Health Care for All. "This will have a ripple effect across the country."

The state's poorest — single adults making $9,500 or less a year — will have access to health coverage with no premiums or deductibles.

Those living at up to 300 percent of the federal poverty level, or about $48,000 for a family of three, will be able to obtain health coverage on a sliding scale, also with no deductibles.

With the addition of a stronger headline in the next example, the user is drawn to the strongest visual element and quickly understands the meaning of the content.

The use of the headline tied to the text creates a visual package that is readily understood by the user.

# Massachusetts bill requires health insurance

Mass. Bill Requires Health Insurance
STEVE LeBLANC

BOSTON — Lawmakers have overwhelmingly approved a bill that would make Massachusetts the first state to require that all its citizens have some form of health insurance.

The plan — passed on Tuesday just 24 hours after the final details were released — would use a combination of financial incentives and penalties to dramatically expand access to health care over the next three years and extend coverage to the state's estimated 500,000 uninsured.

If all goes as planned, poor people will be offered free or heavily subsidized coverage; those who can afford insurance but refuse to get it will face increasing tax penalties until they obtain coverage; and those already insured will see a modest drop in their premiums.

The measure does not call for new taxes, but would require businesses that do not offer insurance to pay a $295 annual fee per employee.

The cost was put at $316 million in the first year, and more than a $1 billion by the third year, with much of that money coming from federal reimbursements and existing state spending, officials said.

The House approved the bill on a 154-2 vote. The Senate endorsed it 37-0.

A final procedural vote is needed in both chambers of the Democratic-controlled Legislature before the bill can head to the desk of Gov. Mitt Romney, a potential Republican candidate for president in 2008.

Romney has expressed support for the measure, but has not said whether he will sign it.

"It's only fitting that Massachusetts would set forward and produce the most comprehensive, all-encompassing health care reform bill in the country," said House Speaker Salvatore DiMasi, a Democrat. "Do we know whether this is perfect or not? No, because it's never been done before."

The only other state to come close to the Massachusetts plan is Maine, which passed a law in 2003 to dramatically expand health care. That plan relies largely on voluntary compliance.

"What Massachusetts is doing, who they are covering, how they're

crafting it, especially the individual requirement, that's all unique," said Laura Tobler, a health policy analyst for the National Conference of State Legislatures.

The plan hinges in part on two key sections: the $295-per-employee business assessment and a so-called "individual mandate," requiring every citizen who can afford it to obtain health insurance or face increasing tax penalties.

Liberals typically support employer mandates, while conservatives generally back individual responsibility.

"The novelty of what's happened in this building is that instead of saying, 'Let's do neither,' leaders are saying, 'Let's do both,'" said John McDonough of Health Care for All. "This will have a ripple effect across the country."

The state's poorest — single adults making $9,500 or less a year — will have access to health coverage with no premiums or deductibles.

Those living at up to 300 percent of the federal poverty level, or about $48,000 for a family of three, will be able to obtain health coverage on a sliding scale, also with no deductibles.

The vast majority of Massachusetts residents who are already insured could see a modest easing of their premiums.

Individuals deemed able but unwilling to purchase health care could face fines of more than $1,000 a year by the state if they don't get insurance.

Romney pushed vigorously for the individual mandate and called the legislation "something historic, truly landmark, a once-in-a-generation opportunity."

One goal of the bill is to protect $385 million pledged by the federal government over each of the next two years if the state can show it is on a path to reducing its number of uninsured.

The U.S. Department of Health and Human Services has threatened to withhold the money if the state does not have a plan in place by July 1.

"The novelty of what's happened in this building is that instead of saying, 'Let's do neither,' leaders are saying, 'Let's do both,'" said John McDonough of Health Care for All. "This will have a ripple effect across the country."

By adding an image the visual balance changes again, but not dramatically. The user still sees the integration of headline, picture, and text as a package.

Mail | Home | Radio | My Netscape | Search | Bookmarks

# Massachusetts bill requires health insurance



Mass. Bill Requires Health Insurance
STEVE LeBLANC

BOSTON — Lawmakers have overwhelmingly approved a bill that would make Massachusetts the first state to require that all its citizens have some form of health insurance.

The plan — passed on Tuesday just 24 hours after the final details were released — would use a combination of financial incentives and penalties to dramatically expand access to health care over the next three years and extend coverage to the state's estimated 500,000 uninsured.

If all goes as planned, poor people will be offered free or heavily subsidized coverage; those who can afford insurance but refuse to get it will face increasing tax penalties until they obtain coverage; and those already insured will see a modest drop in their premiums.

The measure does not call for new taxes, but would require businesses that do not offer insurance to pay a $295 annual fee per employee.

The cost was put at $316 million in the first year, and more than a $1 billion by the third year, with much of that money coming from federal reimbursements and existing state spending, officials said.

The House approved the bill on a 154-2 vote. The Senate endorsed it 37-0.

A final procedural vote is needed in both chambers of the Democratic-controlled Legislature before the bill can head to the desk of Gov. Mitt Romney, a potential Republican candidate for president in 2008.

Romney has expressed support for the measure, but has not said whether he will sign it.

"It's only fitting that Massachusetts would set forward and produce the most comprehensive, all-encompassing health care reform bill in the country," said House Speaker Salvatore DiMasi, a Democrat. "Do we know whether this is perfect or not? No, because it's never been done before."

The only other state to come close to the Massachusetts plan is Maine, which passed a law in 2003 to dramatically expand health care. That plan relies largely on voluntary compliance.

"What Massachusetts is doing, who they are covering, how they're crafting it, especially the individual requirement, that's all unique," said Laura Tobler, a health policy analyst for the National Conference of State Legislatures.

The plan hinges in part on two key sections: the $295-per-employee business assessment and a so-called "individual mandate," requiring every citizen who can afford it to obtain health insurance or face increasing tax penalties.

Liberals typically support employer mandates, while conservatives generally back individual responsibility.

"The novelty of what's happened in this building is that instead of saying, 'Let's do neither,' leaders are saying, 'Let's do both,'" said John McDonough of Health Care for All. "This will have a ripple effect across the country."

The state's poorest — single adults making $9,500 or less a year — will have access to health coverage with no premiums or deductibles.

Those living at up to 300 percent of the federal poverty level, or about $48,000 for a family of three, will be able to obtain health coverage on a sliding scale, also with no deductibles.

The vast majority of Massachusetts residents who are already insured could see a modest easing of their premiums.

Individuals deemed able but unwilling to purchase health care could face fines of more than $1,000 a year by the state if they don't get insurance.

Romney pushed vigorously for the individual mandate and called the legislation "something historic, truly landmark, a once-in-a-generation opportunity."

One goal of the bill is to protect $385 million pledged by the federal government over each of the next two years if the state can show it is on a path to reducing its number of uninsured.

The U.S. Department of Health and Human Services has threatened to withhold the money if the state does not have a plan in place by July 1.

Something as simple as the addition of color to the image strengthens the visual impact, making it the strongest visual element on the screen, but it does not change the user's view of the package.

http://login.live.com/login.srf?id=2&svc=mail&cbid=24325&msppjph=1&tw=0&fs=1&fsa=1&fsat=1296000&lc=1033&_lang=EN

Mail  Home  Radio  My Netscape  Search  Bookmarks

# Massachusetts bill requires health insurance

Mass. Bill  Requires Health Insurance
STEVE LeBLANC



BOSTON — Lawmakers have overwhelmingly approved a bill that would make Massachusetts the first state to require that all its citizens have some form of health insurance.

The plan — passed on Tuesday just 24 hours after the final details were released — would use a combination of financial incentives and penalties to dramatically expand access to health care over the next three years and extend coverage to the state's estimated 500,000 uninsured.

If all goes as planned, poor people will be offered free or heavily subsidized coverage; those who can afford insurance but refuse to get it will face increasing tax penalties until they obtain coverage; and those already insured will see a modest drop in their premiums.

The measure does not call for new taxes, but would require businesses that do not offer insurance to pay a $295 annual fee per employee.

The cost was put at $316 million in the first year, and more than a $1 billion by the third year, with much of that money coming from federal reimbursements and existing state spending, officials said.

The House approved the bill on a 154-2 vote. The Senate endorsed it 37-0.

A final procedural vote is needed in both chambers of the Democratic-controlled Legislature before the bill can head to the desk of Gov. Mitt Romney, a potential Republican candidate for president in 2008.

Romney has expressed support for the measure, but has not said whether he will sign it.

"It's only fitting that Massachusetts would set forward and produce the most comprehensive, all-encompassing health care reform bill in the country," said House Speaker Salvatore DiMasi, a Democrat. "Do we know whether this is perfect or not? No, because it's never been done before."

The only other state to come close to the Massachusetts plan is Maine, which passed a law in 2003 to dramatically expand health care. That plan relies largely on voluntary compliance.

"What Massachusetts is doing, who they are covering, how they're crafting it, especially the individual requirement, that's all unique," said Laura Tobler, a health policy analyst for the National Conference of State Legislatures.

The plan hinges in part on two key sections: the $295-per-employee business assessment and a so-called "individual mandate," requiring every citizen who can afford it to obtain health insurance or face increasing tax penalties.

Liberals typically support employer mandates, while conservatives generally back individual responsibility.

"The novelty of what's happened in this building is that instead of saying, 'Let's do neither,' leaders are saying, 'Let's do both,'" said John McDonough of Health Care for All. "This will have a ripple effect across the country."

The state's poorest — single adults making $9,500 or less a year — will have access to health coverage with no premiums or deductibles.

Those living at up to 300 percent of the federal poverty level, or about $48,000 for a family of three, will be able to obtain health coverage on a sliding scale, also with no deductibles.

The vast majority of Massachusetts residents who are already insured could see a modest easing of their premiums.

Individuals deemed able but unwilling to purchase health care could face fines of more than $1,000 a year by the state if they don't get insurance.

Romney pushed vigorously for the individual mandate and called the legislation "something historic, truly landmark, a once-in-a-generation opportunity."

One goal of the bill is to protect $385 million pledged by the federal government over each of the next two years if the state can show it is on a path to reducing its number of uninsured.

The U.S. Department of Health and Human Services has threatened to withhold the money if the state does not have a plan in place by July 1.

Document : Done (3.152 secs)

# Acuity

Size doesn't matter…that much. We are faced daily with seeing, understanding at-a-glance, and reading the content of elements around us that are small in size and rich in information.



Many of us can read the brass insignia and quickly understand the first layer of information: Sergeant.

We have to use our visual acuity to read the content of the insignia and understand that this is a Sergeant First Class - E7.



This small lapel pin we recognize as containing the National colors.

Going beyond this level of information we see a red bordered rectangle with a blue star on a white field. To many Americans this represents the "Gold Star Mothers" organization and indicates that the wearer has a family member serving in a combat zone.



At the first layer of information we recognize this as a postage stamp.

To gain more and pertinent information, we look at the monetary amount the stamp represents, 37 cents.

The next layer, the least important to many users, is what the image represents, in this case, Lewis and Clark.



Having noticed that the stamp is worth 37 cents and today's postage requires 39 cents, I have to rummage through the desk drawer to find an even smaller stamp and read its value properly, 2 cents.

The next example is a magazine page of magazine pages. Each subordinate page is filled with content – information that may or may not be informative, helpful or useful.

To discover that, we have to read the content of the individual pages on the page. As small as they are, it is still quite easy for us to read this content and comprehend.

The nickel coin is another example of reading the content, 5 cents, but it is used here to provide a frame of reference regarding the size of the page and individual elements.



**DESIGN {77}**

**BACK TO BASICS WITH ED ARNOLD** HOW ONE PAPER COVERED THE OLYMPICS THE BEST SMALL NEWSPAPERS IN THE WORLD INFO GRAPHICS ON A LIMITED BUDGET WHY **BIG CITY PAPERS NEED TO RETHINK THEIR BUSINESS MORE THAN YOU EVER WANTED TO KNOW ABOUT NAMEPLATES 12 STUDENTS REDESIGN THE NEW YORK TIMES** AND MORE





**77**
**Date:** Winter 2000
**Editor:** Tony Sutton
**Pages:** 64
**Peek inside:** "The Web will never kill newspapers"

**78**
**Date:** Spring 2001
**Editor:** Steve Dorsey
**Pages:** 56
**Peek inside:** Do designer-friendly newsrooms exist?

**79**
**Date:** Summer 2001
**Editor:** Steve Dorsey
**Pages:** 60
**Peek inside:** My life as an SND judge







**80**
**Date:** Fall 2001
**Editor:** Steve Dorsey
**Pages:** 60
**Peek inside:** The state of design in Germanic newspapers

**81**
**Date:** Winter 2001
**Editor:** Steve Dorsey
**Pages:** 64
**Peek inside:** Design's role during wartime

**82**
**Date:** Spring 2002
**Editor:** Steve Dorsey
**Pages:** 64
**Peek inside:** What's hot in Europe this year



  

**VISIONS OF EARTH** 14

**Departments**
Zambia
China
Tanzania

**TECHNOLOGY** DNA's Sad Duty
**FAMILY OF MAN** School Lunches
**CULTURE** Literacy on the Rise
**SPACE** Mars From 250 Miles
**GEOGRAPHY** Nuclear Detectors
**WILDLIFE** Elephant Orphanage

**VOICES** 32 Dr. Alaa Al Aswany

**Miscellany**
4 EDITOR'S NOTE
6 LETTERS
10 YOUR SHOT
12 PHOTO JOURNAL
150 INSIDE GEOGRAPHIC
FLASHBACK

**On the Web**
ngm.com/0609

**WildCam Africa**
Visit an African watering hole to watch elephants, zebras, giraffes, leopards, and more. Meet the animals in an interactive gallery and join our Botswana blog at ngm.com/wildcamafrica.

**River Caves**
Follow photographer Stephen Alvarez underground and explore waterfalls, lakes, and passages beneath a tropical rain forest.

**China's Gamble**
Experience the sights and sounds of China's Northeast and learn about efforts to reinvent the struggling region.

**Member Services**

**Subscriptions**
To order a subscription to NATIONAL GEOGRAPHIC magazine, give a gift membership, or change address, contact Customer Service online at ngmservice.com, or call 1-800-NGS-LINE (647-5463). Hearing-impaired TDD users may call 1-800-548-9797. Outside the U.S. and Canada call +1-813-979-6845.

**Customer Service**
Write to: National Geographic PO Box 63001 Tampa, FL 33663-3001

**Online Index**
For an online index of all National Geographic publications go to: nationalgeographic.com/publications.

**Shopping**
For National Geographic products go to: shopng.com or call 1-888-225-5647.

**Mailing List**
We occasionally make a mailing list available to carefully screened companies whose services may be of interest to National Geographic Society members. To remove your name from this list, email ngsline@customerservice.com, U.S. and Canadian customers call 1-800-NGS-LINE (647-5463). International customers call +1-813-979-6845. Or write: National Geographic Society, PO Box 63005, Tampa, FL 33663-3005. Please include address label from the magazine wrapper.

PHOTOS, LEFT TO RIGHT: JASON EDWARDS, BIO-IMAGES; RENÉE COMET AND LISA CHERKASKY; NASA/JPL/ARIZONA STATE UNIVERSITY

This a a small format magazine page from National Geographic. On the page are three small pictures. Two, even at this size, are quite recognizable, an elephant, and some deep fried food that probably isn't good for us.

The third image, while rich in content, leaves most of us scratching our heads, unable to decipher the content at any level, without the aid of a text explanation.

# Image variables determine perception

1. Resolution (high-low)

2. Content (complex-simple)

3. Size (large-small)

4. Crop (tight-loose)

5. Contrast

# Resolution



12 pixels per inch      24 pixels per inch      48 pixels per inch      96 pixels per inch

This example provides a visual demonstration of resolution. Most computer screens have a resolution of between 72 and 96 ppi, pixels per inch.





This image, which appeared on the AFP site, shows the affects of resolution and our ability to easily read and comprehend the content.

Both images are resolved to 8 pixels per inch. The top image was saved in the industry standard, .eps (encapsulated PostScript). The bottom image was then saved as a .jpg/.jpeg (joint photographic experts group). This is not a format but a compression algorithm that has the added benefit of "smoothing" on our screens.

# 12 ppi





At 12 ppi, the image becomes clearer and many viewers can recognize the individual in the picture.

# 24 ppi



At 24 ppi, the image becomes clearer still and many more viewers can recognize the individual in the picture.



47

# 48 ppi





At 48 ppi, the image becomes clearer and sharper and most viewers can recognize the individual in the picture.





At 72 ppi, standard computer screen resolution, the image clear and almost all viewers can recognize the individual in the picture.

At a resolution greater than 96 ppi, there is no visible change to the image. The file size gets larger but a 300 ppi image will look the same as a 72 ppi image. See the next examples

49



72ppi .jpeg



300ppi .jpeg

50

The other variables affecting our comprehension of image content are embodied in the next series of images. In each case, the image with the gold border represents the relative size or volume of the images used by AFP, Google, and the rest of the industry as "thumbnails."

All of the images in this series are presented at 72 ppi resolution. In addition, all of the images in each series were sized to the same physical volume of 10in., 5in., 2.5in., 1in., and 0.5in on either the horizontal or vertical axis.











52

Series A

Series A contains easily recognizable content for most Americans, the Capitol building and the American flag. A secondary layer of information is the flags at half-staff.

The contrast ratio – the difference in color, tone, light and dark – between the foreground and the background is relatively low; both the Capitol and the sky are close to the same tone.

Regardless, this image can be "read" even at its smallest size of 0.5 inch.









Series B

Series B has more complex content for the viewer to read. While the first layer of information is easy for us to comprehend – an astronaut floating in space – the secondary layers of information take longer to parse.

All of the equipment on the space suit, the reflection in the visor, and the position of the event above the earth require a longer fixation on the image than those in series A.

Even down to the size of most thumbnails, the viewer knows immediately what he or she is looking at.











56

Series C

Series C is what is called a "detail" or "iconic" image. The viewer doesn't need to see the entire body attached to the forearms and hands or the environment in which the image was produced to quickly and easily grasp the content. The content is simple and recognizable to a large portion of the global population.

This image, even to the smallest size signals the viewer: gymnastics and the rings.







Series D

Series D is perhaps the most complex of the four. Any image containing the human face is read at many levels. Research shows that faces in photos draw viewers' eyes. We read for a sense of the individual, the mood (happy, hostile, sad, neutral, etc.), the situation in which the individuals find themselves, and clues to their identities.

In this case, the two individuals are very well known, Prince Charles and Lady Diana. Once we have established the identity, we search for other cues. In this image the expressions tell us a lot, but it is the body language that provides a wealth of information, even at the smallest size.

# Reality

A huge volume of usability research conducted in the last decade have dealt directly with viewer response to web sites and web pages. MORI, Eyetools, Gallup, Poynter, Nielsen Norman Group, the U.S. Government, and a host of universities, among others, have been exploring how best to use this new medium of information delivery. Whether by survey or eyetrack, there are as many points of view as there are studies. There is a lot of contradictory information as a result of this research, many different interpretations of the data, and some outright dismissals, but there are a number of constants about how the online user uses the medium.

It is clear that many of the tenants of print design are still valid, and just as many are not. That someone putting a web page together has the ability to influence how the viewer approaches the screen is not the question. It is rather, are the models now being expressed online working to the best advantage?

A decade ago Dale Peskin, director of The Media Center, called it "another brave new world," and it still is. Much of the data used in this report is open to interpretation. It is the aggregate of this data that is not, and it provides a clear basis for the development of the solutions and conclusions.

Whether it is fixation point, topographic representations, elements and order seen, or movement pattern and motivation (clicks), we can discern what the user perceives, assimilates, and uses, and often why.

A considerable amount of usability research deals with headlines and headlines-with-blurbs. While there is ancillary study of the effect of images, the bulk of study points to the high position of images on the hierarchy of elements the viewer sees and uses on a Web page.

Some sites have even gone to images as the main point of entry. The YumaSun.com site is just one example of how the image becomes the headline and draws the viewer to the element where they can read the overline for additional information.


**YumaSun.com**


Win $100 Gift Card
Nominate Yourself or Your Neighbors
My Neighbor's Backyard Contest
Southwest

| ⌂ HOME | CLASSIFIEDS | JOBS | REAL ESTATE | RENTALS | CARS | FIND IT |

**Article** [ ] Search



**SUNNY**
**44°**
Forecast

NEWS
SPORTS
ENTERTAINMENT
ASAP
EDUCATION
OPINION
PEOPLE
BUSINESS
HEALTH
CORRECTIONS

**Talk**
Blogs
Discussion Board
Guestbook

**Contest and Events**
Yuma's Best
Sports Pros
One Book Yuma
Battle of the Bands
Win Free Stuff
Ongoing Contests

**Special Features**
2006 Election Guide
33.10
Home Tours
Winter Guide
Community Guide

**Black Friday Shoppers**


**Kofa Wrestling Match**



**Owner Describes Robbery**


**Playstation 3 Lines**


**Class Balloons**


**3 Found Dead in Home**


**Friday Balloon Launch**


**Veteran's Day Parade**


**In-N-Out Opens**


**Flying in a Crop-duster**


**Balloon Fest Preview**


**Border Rock Throwing**


63

The AFP online catalog site uses one of two standard combinations seen on news sites: headline only or headline-and-blurb – both with or without images.

Recent studies indicate that the viewers see the combination of the three elements as a package. The spatial relationship of the headline, blurb, and image reinforce the fact that they are related and go together.



**Taiwanese lawmakers quit over Chen scandal**
13/11/2006 05h11 GMT
TAIPEI (AFP) - Two heavyweight lawmakers from the ruling Democratic Progressive Party (DPP) have quit parliament in a surprise protest at the way their party handled corruption allegations against President Chen Shui-bian.

©AFP/File



**Chinese submarine stalks US carrier: report**
13/11/2006 06h59 GMT
WASHINGTON (AFP) - A Chinese submarine approached a US aircraft carrier in the Pacific Ocean last month and surfaced within firing range of its torpedoes and missiles before being detected, The Washington Times has reported.

©AFP/File



**Police surround Chinese hospital after clashes over child's death**
13/11/2006 08h52 GMT
BEIJING (AFP) - Chinese police surrounded a hospital in a southwestern city, witnesses said, after clashing with thousands of protesters over the death of a child who was allegedly refused treatment.

©AFP/File



**Death toll from mining accident in China rises to 35**
13/11/2006 04h45 GMT
BEIJING (AFP) - The death toll from a mining explosion in north China has risen to 35, while 12 people remained trapped underground, the state work safety watchdog has reported.

©AFP/File



**China's environment degraded to dangerous point: official**
13/11/2006 06h30 GMT
BEIJING (AFP) - The degradation of China's environment is reaching a critical point where health and social stability are under threat, China's top government official on the environment has said.

©AFP/File

**China's farmers turn to vice to fill cultural void**
13/11/2006 12h18 GMT
BEIJING (AFP) - Chinese farmers are flocking to illegal strip shows and gambling dens as they seek to fill a cultural void in rural areas.



©AFP/File

Google News uses the same approach as the previous AFP page; however, the material is presented in a denser form. Research has shown that the hyperlink underscoring used on the Google News page inhibits the viewer from reading the blurb. Based on this, viewers will read the headline, look at the image (if there is one), and move on.

On the AFP site, the headline is hyperlinked but is not underscored, encouraging more readers to read the blurbs on AFP than on Google News.

Thus, headlines, images and blurbs taken from AFP and presented as they are on Google News will result in more viewers just reading the headline and looking at the image, and NOT reading the blurb before they move on.

### Next UN chief backs urgent UNSC meeting
**Indian Express** - **1 hour ago**
Seoul, October 9: South Korean Foreign Minister Ban Ki-moon, effectively
confirmed as the next UN chief after the Security Council forwarded his
name to the General Assembly today, said his government supports an
emergency Security Council meeting **...**


Gulf News

Aspiring UN Chief Is a Harmonizer, Not a Rock Star Los Angeles Times
South Korean nominated to be next UN chief Newsweek
The Daily Star - African News Dimension (subscription) - Euronews.net - Korea Times
all 506 news articles »

### Putin taps into a growing anti-minority fervor
**Christian Science Monitor** - **1 hour ago**
By Fred Weir | Correspondent of The Christian Science Monitor. MOSCOW -
Alexander Belov is leader and chief ideologist of the unabashedly racist,
street-based Movement Against Illegal Immigration (DPNI).
Russia asks Georgia to admit 2 evacuating planes in next 2 days
RIA Novosti


Voice of America

Russia Turns the Screws After Georgian Provocation World Politics Watch
Pacifica Radio - New York Times - Regnum - Interfax Russia
all 194 news articles »

[Show more stories] [Show fewer stories]

---

### Student Fires Gun in Mo. Middle School
**Forbes** - **2 hours ago**
By MARCUS KABEL , 10.09.2006, 04:57 PM. Fascinated by the Columbine
bloodbath, a 13-year-old boy in a black trenchcoat and mask carried an
assault rifle into his school Monday, pointed it at students and fired **...**
Masked Student Shows Up At School With AK-47 KWTX


Seattle Post Intelligencer

Boy fires shot in Missouri school Reuters.uk
Seattle Post Intelligencer - Herald News Daily - FOX News - Canada.com
all 447 news articles »

### Bush Says N. Korea Nuclear Test a Threat
**FOX News** - **8 hours ago**
By KATHERINE SHRADER, AP Writer. WASHINGTON - President Bush said
Monday that a reported North Korean nuclear test poses a threat to global
peace and security, denouncing it as "unacceptable.
STATEMENT BY PRESIDENT GEORGE W. BUSH RE: NORTH KOREA'S


KNX1070

NUCLEAR ... Federal News Service (subscription)
Bush' Blunder In North Korea Washington Post
E Canada Now - newswire.co.nz - KNDO/KNDU
all 60 news articles »

[Show more stories] [Show fewer stories]

---

## Business »                                                        edit

### Record labels in deals with YouTube, Google
**MarketWatch** - **50 minutes ago**
(Recasts paragraphs one through three, adds comments from industry
observer in paragraph four, adds details of licensing deals in paragraphs
five through seven, and adds Google stock price.


Washington Post

Google to buy YouTube for $1.65 billion CNNMoney.com
Google Buys Video-Sharing Site Youtube Los Angeles Times
MSNBC - Wall Street Journal (subscription) - Reuters - eWeek
all 408 news articles »

### Oil Little Changed After Rising on OPEC Plan to Trim Production
**Bloomberg** - **45 minutes ago**
By Gavin Evans. Oct. 10 (Bloomberg) -- Crude oil was little changed in New
York after rising yesterday on plans by six of the Organization of Petroleum
Exporting Countries to cut output to stem a decline in prices.
Oil prices up on OPEC news NEWS.com.au

AXcess News

Update2 -- Oil Prices Drift Higher Forbes
Washington Post - Reuters - International Herald Tribune - Reuters South Africa
all 597 news articles »

### Phelps Garners Nobel Prize In Economics
**Forbes** - **1 hour ago**
Edmund S. Phelps challenged the conventional wisdom about inflation and
unemployment, adding a twist to earlier theories. The result: A better
understanding of how the economy works, a new generation of central **...**
New inflation thinking captures Nobel Prize Marketplace


Monsters and Critics.com

Columbia University professor gets Nobel in economics
Pensions & Investments

---

## Sci/Tech »                                                        edit

### Inside Microsoft Vista Release Candidate 2
**ABC News** - **5 hours ago**
RC2 is now available to beta testers. So, is it ready for release? We let you
know. On Friday, October 5, Microsoft made Windows Vista Release
Candidate 2 (RC2) available to beta testers.

bit-tech.net

Microsoft quietly lifts lid off Vista RC2 VNUnet.com
Windows Vista RC2: Nothing but Small Bugs, Bugs, Bugs... Playfuls.com
Seattle Post Intelligencer - Inquirer - Techtree.com - Silicon.com
all 83 news articles »

### Sony to Ship 1st 50GB Blu-ray Disc Tuesday
**CIO** - **8 hours ago**
Sony Pictures on Tuesday will release its first 50GB Blu-ray disc—which
can store twice the amount of data than an average disc—making it the first
to release a film in the high-definition next-generation DVD format on a disc
with such storage capacity **...**

Earthtimes.org

First 50GB Blu-ray Disc to Debut BetaNews
Sony unveils first 50GB Blu-ray movies VNUNet.com
LinuxInsider.com - International Business Times - All Headline News - NewsFactor Network
all 47 news articles »

### Groups Find Colorful Bird in Colombia
**ABC News** - **1 hour ago**
This undated photo shows a new bird that has been discovered in a
previously unexplored Andean cloud forest, conservation groups have
announced, Bogota, Colombia, Monday, Oct. 9, 2006.


Albany Times Union

Striking New Bird Species Found In South America All Headline News
New Bird Found Technocrat.net

The next two examples from the AFP site show a single integrated element: headline, image and blurb. With just those three elements, the hierarchy of viewing on a web page is often headline, image, and blurb. If the image is particularly striking or interesting, the hierarchy could instead be image, headline, and blurb. In all cases the blurb – which requires more effort and concentration – comes last if read at all.

The first example shows the face of Al Gore. Many viewers would see the image before the headline. It is a face, and the face of someone we know.

The second example is more complex: an American flag, a box, a hand with a piece of paper. Here most viewers would read the headline, which gives context to the image, look at the image, and then read the blurb.

**Gore calls on China, India to tackle climate change**
12.09.2006 13h46 GMT
HONG KONG (AFP) - Former US vice president Al Gore called on fast-growing China
and India to step up their efforts to tackle climate change.



©AFP/File

**Gore calls on China, India to tackle climate change**
12.09.2006 13h46 GMT
HONG KONG (AFP) - Former US vice president Al Gore called on fast-growing China
and India to step up their efforts to tackle climate change.



©AFP/File

**Gore calls on China, India to tackle climate change**
12.09.2006 13h46 GMT
HONG KONG (AFP) - Former US vice president Al Gore called on fast-growing China
and India to step up their efforts to tackle climate change.



©AFP/File



**Dead woman wins election in US**
08/11/2006 23h38 GMT
WASHINGTON (AFP) - Marie Steichen died two months ago but she won a battle to become a county commissioner for a small South Dakota town in the US elections, an official said.

©AFP



**Dead woman wins election in US**
08/11/2006 23h38 GMT
WASHINGTON (AFP) - Marie Steichen died two months ago but she won a battle to become a county commissioner for a small South Dakota town in the US elections, an official said.

©AFP



**Dead woman wins election in US**
08/11/2006 23h38 GMT
WASHINGTON (AFP) - Marie Steichen died two months ago but she won a battle to become a county commissioner for a small South Dakota town in the US elections, an official said.

©AFP

70

The Google News element on the next page is a good example of how viewers respond to the headline-image-blurb package. Anecdotally, I watched as a user opened the page, read just the headline, glanced at the picture, and stated that the shuttle liftoff was delayed. No additional information was necessary or sought.

In this case the blurb remained unread and there was no follow through. The viewer had enough information at that moment.



72

In print media the use of "soundbites" has been a staple for more than a decade, conditioning online viewers to expect the same efficiency. Often called "refer briefs," these are a short summary of the whole story, similar to the blurbs used online. In the following example, the reader learns, in one sentence, six different, yet related, facts about a "Tragedy."



## WORLD

# Tragedy strikes in Typhoon

## LATEST NEWS:

Tragedy struck when a ferry capsized off the southeastern coast of Bangladesh during typhoon Khanun, 864 passengers are known to have perished.

**Page 7A**

The six things we learn in one sentence:

1. There was a tragedy.

2. It involved a ferry.

3. The ferry capsized.

4. It was off the coast of Bangladesh.

5. It was in typhoon Khanun.

6. 864 passengers perished.

The blurb is an online device similar to the print media refer brief. In this example from AFP, the viewer learns six separate but related facts.



# Montenegro's ruling coalition wins election: official

PODGORICA, Sept 12, 2006 (AFP) - Montenegro's ruling coalition led by Prime Minister Milo Djukanovic won weekend general elections, the first after the tiny Balkan state gained independence in June, officials said Tuesday.

The six things we learn in the online version:

1. The event took place in Montenegro.

2. Montenegro is a country in the Balkans.

3. The ruling coalition is lead by the Prime Minister Milo Djukanovic.

4. The ruling coalition won the general election.

5. These were the first elections since independence.

6. Independence came in June.

In one testing form using two different pages, one with headlines only and the other with headlines and blurbs, the number of "clicks" was low. In all examples the maximum unique click through was 52%.

One of the significant findings in this study was that blurbs boosted overall reading across the entire page.

Only 49% of the participants who clicked a particular headline on the headline and blurbs homepage actually looked at the accompanying blurb. The other 51% never looked at the blurb, just the headline.

Eyetrack III, Headlines and blurbs

There has to be the perceived benefit of increased information for those viewers reading blurbs. As we have seen, a very large amount of information can be crafted into a single sentence. The more information the viewer receives in the blurb the less likely they are to go to the full story unless:

1. They have an abiding interest in the topic or event,

2. There is a sense of proximity,

3. They can identify with the event or an individual,

4. The event deals with them or someone close to them,

The AFP Styleguide specifies the "fact rich" nature of "intros" or blurbs, realizing that a better-crafted blurb, intro, or lead will get more readers and viewers involved.

Below is an excerpt from the AFP Styleguide offering a better, easier-to-read-and-understand intro.

Re-read the first draft of your intro and ask yourself so what? *The main Russian diamond producer Almazy Rossii-Sakha (ARS) and De Beers of South Africa signed a major new agreement here on Tuesday, ending months of friction over Russian diamond exports,*

was improved when rewritten:

*The world's two biggest diamond producers signed a 550-million-dollar-a-year agreement here on Tuesday establishing De Beers of South Africa as the sole purchaser of Russian gems.*

# Testing

Most of the acknowledged work in testing the usability of Web pages deals with eye tracking. The list of companies, foundations, universities, and colleges performing these studies is extensive.

This report is based on a number of Web site eye track studies as well as survey method studies dealing primarily in the print media.

Google conducts its own eye track research and sees it as a valuable testing tool.

Eye tracking measures a large number of user data. Individual tracking sessions provide a visual map of the user's entry point on the page, the path of the eye (saccades), fixation points, and exit point.

Fixation maps deal primarily with what elements on a page the user stops and spends time comprehending.

Heat maps are a combination of individual tracking sessions, showing the percentage of users that fixate on certain parts of the page. These percentages are broken down by color with red/orange indicating that almost all participants halted their gaze, yellow indicating the more that half halted their gaze and blue/green representing less than half.

In addition, many heat maps of Web pages indicate the position and number of "clicks" made by the participants.



This individual session image represents the path the participant's eye followed through the page.



This fixation map shows the number of total participants' points of fixation on various elements on the page. The larger the dot, the longer the time spent at that point.

This heat map of the "golden triangle" shows a very large concentration of total participants fixating on the upper left corner of the Google search engine page. The purple "X" indicates a user click at the position shown.



This research supports AFP's contention that the use of their material by Google in Google News is the same use as AFP.

In addition, this research shows that in most cases, the AFP material, as a self-contained unit, is more than enough information for the user.

The research indicates that the number of "click throughs" to the full length story or article seldom reaches 50% of the users, and is often far lower.

In the following two examples from Eyetrack III, the two pages differ in the way that the information is presented to the viewer. In the first example, the headline and the blurb text is small, as are the topic titles.

In the second example the headline, blurb and title text is larger.

Both pages have headlines only at top, and headlines and blurbs at the bottom of the screen.

In both cases, the headlines and blurbs are presented in a similar format to AFP and Google News.



It's the Volkswagen that does what other Volkswagens don't!

toureg
Drivers wanted.

# BAY CITY TIMES-DEMOCRAT

Home | News | Sports | Business | Technology | Entertainment | Lifestyle | Health



the new face of gay power

## HEADLINE NEWS
- Schwarzenegger and the American Dream
- Has Stanley Williams Left the Gang?

## REGIONAL
- Hoedowns a Hit With Gay Groups
- Walnut Creek Teen's Road From Meth
- Anarchy Rules! Crowds Celebrate Organized Chaos

## SPORTS
- Names Stuck? It's All In Your Head
- Nike, Tiger Find Their Swing
- Soccer: The Magic of Man U

## BUSINESS

**Techies, Politics Now Click**
"Geeks" who shunned activism during the digital revolution use their money and savvy to influence public policy.

**Food Companies Dealing With Obesity**
The obesity epidemic is driving food companies to come up with new recipes, both for making new products and marketing old ones.

**Fast Company's Life in the Slow Lane**
A magazine founded during the boom struggles to reinvent itself for a post-bust audience.

## ENTERTAINMENT

**Ticket Buyer, Beware**
Online sales without refunds can leave fans in a silent fury.

**Elvis' Empire As Strong As Ever**
Some 26 years after the King's death, his estate is still going strong.

**Craigslist: Now It's a Movie, Too**
A new film documents a day in the life of the popular, community-based website. The production depicts people who posted Craigslist ads for everything from jobs to poodles to husbands during a 24-hour period.

## LIFESTYLE

**It Was a Good Deed Never Forgiven**
Lives were shattered after DMV mistakenly revealed the woman who reported elderly friend's poor driving.







It's the Volkswagen that does what other Volkswagens don't!

toureg
Drivers wanted:

# BAY CITY TIMES-DEMOCRAT

Home | News | Sports | Business | Technology | Entertainment | Lifestyle | Health

the new face of gay power

HEADLINE NEWS
▸ Schwarzenegger and the American Dream
▸ Has Stanley Williams Left the Gang?

SPORTS
▸ Names Stuck? It's All In Your Head
▸ Nike, Tiger Find Their Swing
▸ Soccer: The Magic of Man U

**BUSINESS**

Techies, Politics Now Click
"Geeks" who shunned activism during the digital revolution use their money and savvy to influence public policy.

Food Companies Dealing With Obesity
The obesity epidemic is driving food companies to come up with new recipes, both for making new products

**ENTERTAINMENT**

Ticket Buyer, Beware
Online sales without refunds can leave fans in a silent fury.

Elvis' Empire As Strong As Ever
Some 26 years after the King's death, his estate is still going strong.

Craigslist: Now It's a Movie, Too

**LIFESTYLE**

It Was a Good Deed Never Forgiven
Lives were shattered after DMV mistakenly revealed the woman who reported elderly friend's poor driving.

Wedding-Day Kiss Will Be Couple's First
The first day Adrian Burwell and Jill Merry lock lips will be the day they get married.



90

As the heatmaps show, there is a high concentration of user fixation on the headlines, more so on the smaller type version.

We also see more "click throughs" in the smaller type version. Still, in this example, only 24% of the participants clicked in the upper right area of headline news, regional, and sport.

In the larger-type version, only 9% of the participants clicked through to the full story.

In both cases, almost 100% viewed the headlines but fewer than one quarter clicked for additional information.







toureg

**Drivers wanted.** VW

It's it
othe

that does
what other
Volkswagens
don't!

does what
t!

**BAY CITY TIM** **RAT**

Home | N | S | Bu | E | Entertainment | Lifestyle | Health

**HEADLINE NEWS**
Schwarzenegger and the American Dream
Was Stanley Williams Is Model Gang?

**REGIONAL**
Hollywood's Hit With Gay Groups
Walnut Creek Teen's Road from Meth
Anarchy Crowds Create Organized Chaos

**SPORTS**
Nam Stuck? It's All In Your Head
Nike, Tiger Find Their Swing
Soccer: The Magic of Man U

the new face
of gay power

**BUSINESS**
Techies, Politics Now Click
"Geeks" who shunned activism during
the digital revolution use their money
and savvy to influence public policy.

Food Companies Dealing With
Obesity
The obesity epidemic is driving food
companies to come up with new
recipes, both for making new products
and marketing old ones.

Fast Company's Life in the Slow Lane
A magazine founded during the boom
struggles to reinvent itself for a post-
bust audience.

**ENTERTAINMENT**
Ticket Buyer, Beware
Online sales without refunds can
leave fans in a silent fury.

Elvis' Empire As Strong As Ever
Some 26 years after the King's
death, his estate is still going
strong.

Craigslist Attracts Filmmakers, Too
A new film documents a day in the
life of the popular, community-
based website. The production
depicts people who posted Craigslist
ads for everything from jobs to
poodles to husbands during a 24-

**LIFESTYLE**
It Was a Good Deed Never Forgiven
Lives were shattered after DMV
mistakenly revealed the woman who
reported elderly friend's poor driving.



There are two primary reasons for the low number of click-throughs. One, the information needs of the viewer were already satisfied; and two, the topic or event was of little or no interest to the viewer.

For those participants who clicked for the full story, there was higher interest and a desire to know more – still, in both cases the highest click-through number was 24%.

Google's own data shows a surprisingly low click-through rate. In its documents, Google shows the click through for "US Sections" averaging 0.08%, "Sports" averaging 0.09%, and "Images" averaging 0.09%. This data was for the period March 1-7, 2005.

The next two examples were used in the study to track the differences between a page with headlines only and headlines with blurbs.

As can be seen in the first example, headlines only, there was a high concentration of user fixation on the headlines, especially in the first screen, and only 33% unique click throughs were recorded.

In the second example, headlines and blurbs, the highest concentration of fixations were on the sex offender story. However, in the same geographic area of the page, there were only 21% unique click throughs reported.

With more information supplied by the blurb, fewer readers felt the need to go to the full story for additional information.






The second screen area of the headline-only version contained business, entertainment, and technology headlines. Less than 50% of the participants fixated at this point, with 11% unique click-throughs.



In the second screen area of the headline and blurb version, the overall fixation was more than 50% and the unique click-throughs totaled 1%.

Again, those elements with a combination of headlines and blurbs saw higher fixation a fewer click-throughs. The viewers, in extracting information from the blurbs, felt satisfied with the information contained in the headline and blurb.



















One of the <u>Findings</u> in this study was that the blurbs encouraged reading and scrolling on the test pages, e.g., more of the headlines and blurbs on that page were read. The <u>Finding</u> also noted that the test subjects spent 70 seconds on average viewing the blurbs page and only 51 seconds viewing the headlines-only page.

The authors went on to say, "It's interesting to note that even if we adjust for the fact that more scrolling occurred on the blurbs page, there still exists a marginally statistically significant difference in the degree to which the headlines + blurbs combinations are read more."

It should also be noted that the number of click throughs was significantly lower in the blurb version than in the headline-only version.

This relates to AFP's assertion that viewers are using their material, as presented by Google News, as a complete and satisfying source of information in the majority of instances.

The next example was used in the study to determine the effect of headline size. However, for the purposes of this case, it provides a unique look at a page closely resembling AFP's news site and Google News.

The entire "editorial" content of the page is made up of headlines and blurbs.

There is a high concentration of viewer fixations in the first screen area, but what is more important, is that there are only 12% unique click-throughs to the full text.




Measured in a different way, Cornell University is working on a 3D mapping technique for tracking the usability of Web pages. The following example is a test of the CNET page, showing the concentration of views. The largest concentration is at the top, with the image-headline-blurb combination. The second largest concentration is with the larger headline-blurb combinations, and finally the smaller headline-blurb combinations.

# Below is a live page from CNET. It contains images and uses the headline-and-blurb format to hyperlink to the story.





Some of the Nielsen/Norman Group research adds support in their testing of e-commerce sites.

The next example shows a check-out page for a company named Kiehl's. The user getting to this point in an e-commerce purchase has a very focused mission: paying for purchases.

While we don't know the click-through rate for this page, we do see a high user fixation concentration on the information/action areas of the page.

On a news page, the headline-blurb-image package is the action version of the the e-commerce site.




In this site for Burlington Northern and Santa Fe Railroad, notice that the high fixation concentration is on the first set of bulleted items – similar to blurbs in the AFP and Google News sites. When the user reaches longer text items with bullets, the fixation concentration drops off.







## ABOUT BNSF
- Celebrating Success
- Contact Us
- Company History
- Company Store
- Corporation Officers
- Corporation Directors
- Diversity
- Historic Photos
- Licensee Information
- **Vision & Values**

# Vision & Values

**Delivering What's Important**

Our vision is to realize the tremendous potential of The Burlington Northern and Santa Fe Railway by providing transportation services that consistently meet our customers' expectations.

A vision statement is only as good as the people who work to bring it to life each day. To live the vision, the diverse group of more than 38,000 professionals who comprise the BNSF community embrace a set of shared values:

- Listening to customers and doing what it takes to meet their expectations
- Empowering one another, showing concern for our colleagues' well-being and respect for their talents and achievements
- Continuously improving by striving to do the right thing safely and efficiently
- Celebrating our rich heritage and building on our success as we shape our promising future

Success in living our vision and values is evident when we fulfill the highest expectations of our four key stakeholder groups:

- Our customers find it easy to do business with us, receive 100% on time, damage-free service, accurate and timely information regarding their shipment, and the best transportation value
- Our employees work in a safe and secure environment, are focused on continuous improvement, share in the opportunity for personal and professional growth available to all team members, and take pride in their association with BNSF
- Our owners earn financial returns that exceed other railroads and the general market as a result of BNSF's superior revenue growth, an operating ratio in the low 70s, and a return on invested capital that is greater than our cost of capital
- The communities we serve benefit from our sensitivity to their interests and to the environment in general, our adherence to the highest legal and ethical standards, and the participation of our company and our employees in community activities.

**Report railroad emergencies: BNSF Resource Protection Team (800.832.5452)**

**ALSO SEE...**
- Corporate Governance
- BNSF Today
- News Releases
- BNSF Store
- Careers
- Suppliers
- BNSF Facts
- Railway Magazine

Terms of Use / Privacy Policy / Contact Us / Site Map / Feedback
© 2006 BNSF Railway Company. All Rights Reserved.

Jakob Nielsen released the results of a 232-user survey in April 2006. In that study his group determined that the overall pattern of Web page viewing was an "F," with the caveat: "The F viewing pattern is a rough, general shape, rather than a uniform, pixel-perfect behavior."

As an implication of the importance of this pattern, Nielsen added, "The first two paragraphs must state the most important information. There's some hope that users will actually read this material, though they'll probably read more of the first paragraph than the second."

So it is that the one or two sentence blurb will have more reading users than with the additional text. When crafted as well as the AFP blurbs, this is all the information that the reader will generally need or want.



Web  Images  Video  News  Maps  **more »**

groundhog          Search | Advanced Search / Preferences

**Web**                                    Results **1 - 10** of about **3,610,000** for **groundhog** [definition]. (0.11 seconds)

**Groundhog**.org - the Official Site of the Punxsutawney **Groundhog** Club
Official site of the Punxsutawney, Pennsylvania, **Groundhog** Club. Includes
detailed history of the day, a listing of local events, and printable activity ...
www.**groundhog**.org/ - 9k - Cached - Similar pages

Welcome to the Official **Groundhog** Site!
Games, contests, prediction records, links, and Punxsutawney Phil's family.
www.**groundhogs**.com/ - 2k - Cached - Similar pages

**Groundhogs** at HogHaven - Woodchuck Marmot **Groundhog**
Learn all about a colony of **groundhogs** that live in Delaware. Includes videos,
sounds, pictures, and stories.
www.hoghaven.com/ - 4k - Cached - Similar pages

**Groundhog** Day (1993)
**Groundhog** Day on IMDb: Movies, TV, Celebs, and more...
www.imdb.com/title/tt0107048/ - 56k - Cached - Similar pages

**Groundhog** - Wikipedia, the free encyclopedia
The **groundhog** (Marmota monax), also known as the woodchuck, land
beaver, ... **Groundhogs** are excellent burrowers, using burrows for sleeping,
rearing young, ...
en.wikipedia.org/wiki/**Groundhog** - 24k - Cached - Similar pages

**Groundhog** Facts
Woodchuck and **groundhog** are common terms for the same animal,
with ... **Groundhog** fur never was in vogue, partly because it is not
...
www.news.cornell.edu/Chronicle.96.2.1.96/facts.html - 5k -
Cached - Similar pages

**Groundhog** Day
The history of how **Groundhog** Day started and what it means.
www.gojp.com/**groundhog**/ - 4k - Cached - Similar pages

**Groundhog** Day History from Stormfax®
Punxsutawney Phil **Groundhog** Day history from Stormfax® with Folklore &
Winter Weatherlore.
www.stormfax.com/ghogday.htm - 23k - Cached - Similar pages

Kids Domain - **Groundhog** Day
**Groundhog** Day - Feb 1 - Holiday activities - crafts, mazes, word searches,
free clip art, icons, programs for the PC and Mac, coloring pages, and more!
www.kidsdomain.com/holiday/**groundhog**.html - 32k - Cached - Similar pages

Sponsored Links

**Groundhog**
Use the New Ask.com to find it.
Save time. Search better.
www.ask.com



Two final observations from the Eyetrack III study that bear some consideration.

1. When participants encountered a story with an introductory or summary paragraph, 95% of them read all or part of the introductory paragraph.

2. Overall, the test subjects who spent the most time with a story's introduction (or summary paragraph) spent the smallest amount of time with that same story's body text.

# Creativity

"The news is the first draft of history."

Phil Graham

That first draft is often heralded by a headline. Of 20 universities and colleges with journalism programs surveyed, all 20 had courses in headline writing. ACES the (American Copy Editors Society), many state and regional press associations, and even individual newspapers give prizes and awards for headline writing each year.

Headline writing is an art, often completed on deadline. The writers, often copy editors, try to embody the essence of the news story in a few words that will, excite, interest, and entertain the reader, and draw him or her into the text.

Headline writing has become incredibly important today with readers and viewers reading fewer stories, and less of the stories they do read.

Just how important is a creative and informative headline? Look at the next few examples to get an idea.

# Boat sinks in ocean, people drown

# Ship sinks in Atlantic, many dead

# Passenger liner sinks in North Atlantic

# Passenger liner sinks in North Atlantic

## Many feared dead after ship's collision with iceberg



# Titanic Disaster Great Loss of Life

Evening News
(London)

# Titanic Sinks Four Hours After Hitting Iceberg
## 866 Rescued By Carpathia, Probably 1250 Perish
### Ismay Safe, Mrs. Astor Maybe, Noted Names Missing



The New York Times



124



125

Or, in a more modern context…

# Planes crash into downtown office buildings

# Jets fly into buildings, many people die

# Hijackers crash jets into NY buildings

# Hijackers crash jets into buildings, many dead

Even in a major event where everyone was working with the same news, the difference in headlines is striking.

# The Dallas Morning News

Great Trading Newspaper • Dallas, Texas, Wednesday, September 12, 2001 • DallasNews.com • 50 cents

# War at home

Shaken nation awaits tally from Pentagon, Trade Center attacks;
Bush vows to track down terrorists and 'bring them to justice'



New York's World Trade Center towers were reduced to rubble by false from two hijacked jets. Another jet smashed into the Pentagon in Washington, and a fourth went down near Pittsburgh. No one immediately claimed responsibility.

"Today our nation
saw evil, the very
worst," president says

By VICTORIA LOE HICKS
Staff Writer

## EDITORIAL
## America the resilient

 

Left: A jetliner heads toward a World Trade Center tower, about 20 minutes after another plane crashed into its twin. Center: A fireball explodes from the second tower. Right: That tower collapses; 60 minutes later, the other falls.

## 'The whole world's changed today'

---

# The Star-Ledger

**FINAL EDITION** • WEDNESDAY, SEPTEMBER 12, 2001

# TERROR
# BEYOND BELIEF

## U.S. stunned by suicide attacks;
## death toll could reach thousands

 

Survivors of the blasts walk on Park Place amid the rubble and dust of the south tower, the first to crumble.

### Hijacked jetliners ram
### Twin Towers, Pentagon

BY MARK J. PATTERSON
STAR-LEDGER STAFF

With one tower of the World Trade Center already burning, a fireball rips its twin where a second jetliner slammed into it. Within 90 minutes, both 110-story towers would collapse and new smoke, dust and debris.



## ACT OF WAR

### WITH CHILLING PRECISION, TERRORISTS DELIVER DEATH AS AMERICA WATCHES HELPLESSLY





# THE TAMPA TRIBUNE

WEDNESDAY, SEPTEMBER 12, 2001 • FINAL EDITION • TBO.com

# TARGET: AMERICA

## FEAR, SHOCK, ANGER RESONATE ACROSS NATION

## DEATH TOLL EXPECTED TO BE IN THE THOUSANDS

## OSAMA BIN LADEN IDENTIFIED AS PRIME SUSPECT















# Appendix A

List of research, abstracts, papers, publications studies, and experts used to compile this report

*Eyes on the News* (Eyetrac I) Dr. Mario Garcia, Dr. Pegie Stark, Poynter Institute for Media Studies, The Gallup Organization, 1990

Eyetrac II, Stanford University and the Poynter Institute for Media Studies, 1998
http://www.poyneteextra.org/et/i/htm

Eyetrac III, The Poynter Center, The Estlow Institute, Eyetools, 2004

AFP Styleguide

AFP MMD Styleguide

*Visual Perception: Gestalt Laws*, San Diego State University.
http://coe.sdsu.edu/eet/Articles/visualperc1/

*Prioritizing Web Usability*, Jakob Nielsen, Hoa Loranger, 2006

Jakob Nielsen papers:

      *How users read on the web*, 1997

      *Applying writing guidelines to web pages*, 1998136136

      *Eyetracking study of web readers*, 2000

      *F-Shaped pattern for reading web content*, 2006

*Eye Tracking in Advanced Interface Design*, Robert J. K. Jacob, Human-Computer Interaction Lab, Naval Research Laboratory

*Using eye tracking to compare web page designs: A case study*, Agnieszka Bojko, *Journal of Usability Studies*, 2006

*Hotspots and Hyperlinks: Using eye-tracking to supplement usability testing*, Mark C. Russell, *Usability News*, 2005

*Eye scanning of multi-element displays: II Saccade planning*, John M. Findlay, Valerie Brown, 2005

*8/21-8/26 News Usability Study: Executive Summary,* Google, Inc.

*News Home Page Eyetracking*, July 2006, Kerry Rodden and Xin Fu, Google, Inc.

*News Search Data, 2005,* Internal documents, Google, Inc.

*Various internal e-mails* (relating to Google News) 2005-2006, Google Inc.

*Precise Dayparting formula eludes news site publishers*, Pete Wetmore, Newspaper Association of America, 2004
*How to make sure your visitors read what you write! A lesson from journalism 101*, Jens du Plessis, Internet Marketing Business School 2004

*Power Users Plus: Media Shifts, Readership and Replacement Issues*, Digital Edge Report, New Media Federation, Newspaper Association of America, 2004

*Designing the Page, The Philosophy of Design*, Phil Nesbitt, 1995-2006

*Readership Institute*, Media Management Center, Northwestern University, series of readership studies, 2002-2006

**Experts:**

Richard Curtis, Managing Editor Photo and Graphics, USA Today

Larry Russell "Rusty" Coats as director of new media for MORI Research (presently General Manager, Tampa Bay Online)

Richard J. Beckman, Professor Journalism / Mass Communication, the University of North Carolina

James H. Kenney, Associate Professor, Journalism and Broadcasting, Western Kentucky University

# Appendix B

**Previous cases:**

Expert witness in an arbitration case, the International Typographers Union (ITU) versus the Birmingham News, 1987

**Present compensation:**

I am presently paid $200.00 per hour for work on this case

# Appendix C

## Biography
### Phil Nesbitt

Phil Nesbitt currently consults with media and publishing organizations throughout the world on editing, newsroom management, design, photojournalism, advertising principles and design, color, graphics technology, and the future of publishing. He has consulted with, restructured, and redesigned more than 40 newspapers and magazines around the world.

He has been involved with print media for 39 years, beginning with weekly unit tabloid newspapers, and from 1976 to 1981, he was chief of the U.S. Army's newspaper program. Prior to launching his consultancy in Oakton, he was Associate Director of the American Press Institute for three years, after returning to the United States after eight years from his international consultancy based in Adelaide, Australia.

Before going on his own, he was Assistant Managing Editor (Design) at The Record, Bergen County, New Jersey, which he joined in 1986 after spending two years in Singapore as Managing Editor (News, Systems and Graphics), and corporate consultant to the Singapore Monitor and Singapore News and Publications, Ltd. Before that he was Assistant Managing Editor, photo and graphics, at the Chicago Sun-Times.

Mr. Nesbitt has been a reporter, weekly newspaper editor and bureau chief. He has been a discussion leader with the American Press Institute since 1980, focusing on news and graphics management, design and typography; and with the Poynter Institute for Media Studies on newspaper design. He has also taught editing and publishing at Loyola University in Chicago.

Past president of the international Society for News Design, Mr. Nesbitt has been a speaker at such organizations as the American Press Institute, American Newspaper Publisher's Association, ANPA Technology Symposium, Pacific Area Newspaper Publisher's Association, IFRA - The International Association for Newspaper and Media Technology, AIC on publishing and pre-press technologies, News Corp, Scripps-Howard newspapers, Ottaway Newspapers, The New England Press Association, The Southern Newspaper Press Association, Graph-Expo, various state and regional press associations, and various universities and colleges.

Mr. Nesbitt has been a judge for the Associated Press Newspaper Competition, The Alaskan Press Club Design Competition, The Society of Newspaper Design, The Society for News Design, Suburban Newspaper Association, The Pennsylvania Newspaper Publisher's Association, Fuji International Photographers Award, the Association of Alternative Newspapers, the Catholic Press Association and Gannett Newspapers.

His experience includes nine years of reporting, editing and consulting while living in Europe and ten years of editing and newspaper management in Asia, the U.S and Latin America. He has conducted more than 250 training sessions and seminars in U.S., Europe, and Australasia.

**SUMMARY OF PROFESSIONAL EXPERIENCE**
- Independent Consultant 1985 – Present
- American Press Institute, Associate Director 1997 – 2000
- The Record (Bergen County, NJ,) Assistant Managing Editor 1986 – 1988
- Singapore Monitor, Managing Editor 1984 – 1986
- Loyola University (Chicago, IL), Adjunct Professor 1982 – 1984
- Chicago Sun–Times, Assistant Managing Editor 1981 – 1984
- American Press Institute, Discussion Leader 1980 – Present
- US Department of Defense, Chief of Army Newspapers 1977 – 1981

**EDUCATION & PROFESSIONAL ASSOCIATION SUMMARY**
- University of Maryland, Electrical Engineering
- Pacific Area Newspaper Publishers Association
- American Newspaper Publishers Association
- International Association for Newspaper and Media Technology
- New Zealand Magazine Publisher's Association
- International Society of News Design – Past President
- Australian Press Gang

**LANGUAGES**
- Bilingual, English/German (some Flemish and Spanish)

**TEACHING**
- Adjunct, Loyola University, Chicago 1982-84: Editing and Publishing honors course

**PUBLISHED WORKS**

- Crisis Journalism – A handbook for Media Response (9/11/01)
- News in Color for Print Professionals
- Typography and the Macintosh
- News in the Digital Age
- The Digital Newspaper Designer
- Newspaper Focus Groups — Fact and Fantasy
- The Philosophy of Design (a series of 12 booklets on design)
- Design chapters for journalism text, Deakin University, NSW

**Media works:**
Articles and interviews (among others)
ASNE Bulletin
Australian Creative
The Chicago Reader
Design – the Journal of Newspaper Design
Editor & Publisher
European Stars & Stripes
PANPA Bulletin (Pacific Area Newspaper
Publishers Association)
PressTime

**Radio and Television:**
Australian Broadcasting Company
(National Radio)
Australian Television-9
BRT-1 (Belgium)
American Broadcasting Company
Canadian Broadcasting Company
West Deutsche Rundfunk
Newspaper Satellite Network

**Seminar Speaker (among others):**
AIC Australisian Pre-Press Conference
American Newspaper Publishers Association
TEC (now NEXPO)
American Press Institute
Associated Press
COMTEC
Editor & Publisher Interactive
Fairfax Newspapers
IFRA The International Association for
Newspaper and Media Technology
Gannett U/USAToday
Interactive Newspapers Conference '97
Magazine Publishers Association (NZ)
Maryland-Delaware-D.C. Press Association
New England Press Association
New Jersey Press Association
Pacific Area Newspaper Publishers
Association
Pacific Area Print Symposium (PAKPRINT)
Poynter Institute for Media Studies

Rural Press
Online Interactive '97 (New York)
Society of Newspaper Design
Southeast Asian Journalists Association
Southern Newspaper Publishers Association
U.S.Army
Virginia Press Association

**University seminars:**
Adelaide University
Ball State University
Columbia University Scholastic Press Association
Deakin University
University of Missouri-Columbia

**Corporate consulting clients (among others):**
Agfa, A.G.
American Press Institute
Apple Computer, Australia
A. H. Belo Inc.
Chesapeake Publishing Company

**Corporate consulting clients continued:**
Clemenger BBDO Advertising
CPM&S Group of Companies
Fuji Film
Fuji-Xerox
Gannett Newspapers, USA
Het Volk, Belgium
Independent Newspapers Limited, NZ
Infotex N.V., Belgium
Magazine Publishers Association of NZ
Massachusettes Institute of Technology
Multimedia Newspapers, USA
North Jersey Media
News Corp Limited, Australia
Owen Smith Associates
Ottaway Newspapers, USA
Scripps Howard Newspapers, USA
Singapore Press Holdings Limited
Singapore Telecom
Systems Education, Ltd.
VUM (Vlaamse Uitgeversmaatschappij),
Belgium
Wilson and Horton Limited, NZ

**Publishing clients (among others):**
The (Melbourne) Age - Australia
Barrington Press - IL
Chesapeake Publishing Company, MD
The Christchurch Press - NZ
The Dominion - NZ
El Diario La Prensa - NY
El Universal - Mexico
Het Nieuwsblad - Belgium
Het Volk - Belgium
Intelligencer Journal - PA
Lancaster Sunday News - PA
Nelson Mail - NZ

**Publishing clients continued**
New Haven Register - CT
New Zealand Herald - NZ
News & Record, Greensboro, NC
The (Adelaide) News - Australia
Singapore Monitor - Singapore
Southland Times - NZ
USA Today - VA
Waikato Times - NZ
Wellington Evening Post - NZ
Zocalo, Piedras Negras, Mexico

**Newspaper Redesigns**

| | |
|---|---|
| The Australian, Australia | Daily Circ. 230K |
| Beverly Times, MA | Daily Circ. 22K |
| Chicago Sun-Times, IL... | Daily Circ. 684K |
| The Christchurch Press - NZ | Daily Circ. 112K |
| Country - Australia | Wkly Circ. 9K |
| El Diario La Prensa, NY | Daily Circ. 45K |
| The Dominion - NZ | Daily Circ. 31K |
| The Independent, NZ | Wkly Circ. 18K |
| Intelligencer-Journal, PA | Daily Circ. 45K |
| Lancaster New Era, PA | Daily Circ. 42K |
| The Loudoun Times Mirror | Wkly Circ. 22K |
| New Haven Register, CT | Daily Circ. 92K |
| New Zealand Herald - NZ | Daily Circ. 112K |
| MIT TechTalk, MA | Wkly Circ. 8K |
| Nelson Mail - NZ | Daily Circ. 18K |
| The News & Record, NC . | Daily Circ. 90K |
| The News & Views - Australia | Wkly Circ. 7K |
| Het Nieuwsblad - Belgium | Daily Circ. 67K |
| The NorthWest Star - Australia | Daily Circ. 9K |
| The Adelaide News - Australia | Daily Circ. 18K |
| The Oklahoman, OK | Daily Circ. 197K |
| Peabody Times, MA | Daily Circ. 16K |
| The Press Republican, NY | Daily Circ. 20K |
| The Pocono Record, PA | Daily Circ. 20K |
| The Record, NJ | Daily Circ. 176K |
| Record Observer, MD | Wkly Circ. 3K |
| The Reston Times, VA | Wkly Circ. 18K |
| Singapore Monitor | Daily Circ. 85K |
| Southland Times - NZ | Daily Circ. 15K |
| The Star Democrat, MD | Daily Circ. 17K |
| The Sunday News, PA | Daily Circ. 100K |
| Times-Record, MD | Wkly Circ. 3K |
| El Universal - Mexico | Daily Circ. 121K |
| Het Volk - Belgium | Daily Circ. 44K |
| The Waikato Times, NZ | Daily Circ. 22K |
| The Winchester Star, VA | Daily Circ. 26K |