**Page 103: It should also be noted that the number of click throughs was significantly lower in the blurb version than in the headline-only version.**

In Google's *News home page eyetracking* report, the number of clicks recorded on titles & snippets (a.k.a. headlines and blurbs) was almost 400% greater than the number of clicks on titles without snippets. This contradicts Mr. Nesbitt's report.

**Page 103: This relates to AFP's assertion that viewers are using their material, as presented by Google News, as a complete and satisfying source of information in the majority of instances.**

Once again Mr. Nesbitt asserts that users find Google News "complete and satisfying" without offering any data on the quality of their experience. He cannot know that they are satisfied without asking them.

**Page 109: On a news page, the headline-blurb-image package is the action version of the e-commerce site.**

The task of reading news on a single web page cannot reasonably be compared to the multi-step process of a paying for an online purchase. To make such a comparison, one would have to equate watching a TV show to programming a VCR – the first task is significantly less demanding and less goal-oriented than the second.

**Page 111: When the user reaches longer text items with bullets, the fixation concentration drops off.**

You need only read the text to determine why concentration drops off: most Vision &Values statements can't hold anyone's attention. User behavior is driven by a lack of interest in the content, not the nature of the formatting.





**Page 113: When crafted as well as the AFP blurbs, this is all the information that the reader will generally need or want.**

Mr. Nesbitt assumes that the quality of the editing satisfies users, rather than a lack of interest in the content to pursue it further. Once again, he assumes that users are satisfied without any data on their satisfaction.

Moreover, the use of term "information" is ambiguous. The term "information" could refer to facts or the expression of those facts, or both.



**Pages 117–120: Headline writing has become incredibly important today with readers and viewers reading fewer stories, and less of the stories they do read. Just how important is a creative and informative headline? Look at the next few examples to get an idea.**

With these examples, Mr. Nesbitt demonstrates the importance of headlines. But he also proves that it doesn't take a trained journalist to express the story of the Titanic. No reasonable person would describe it as "Ship sinks in the Atlantic," or "Boat sinks in ocean."





**Pages 127-130:** With these examples, Mr. Nesbitt exaggerates to the point of impertinence.



**Pages 131–134: Even in a major event where everyone was working with the same news, the difference in headlines is striking.**
Mr. Nesbitt claims that the difference in these headlines is striking. Even more striking is the remarkable similarity and *lack* of difference. These headlines demonstrate that newspapers continue to report news that is news to no one. There wasn't a single headline on Sept. 12, 2001 that provided new information, or information that was different in any substantive way – the meaning was identical in every case.

Moreover, it's unreasonble to compare ordinary headlines, such as those that appear on Google News, with extraordinary news events that happen once in a lifetime.





brās taks [colloq.] n. details of immediate practical importance

**Biography**
Alan Jacobson has led Brass Tacks Design since 1992. Brass Tacks provides design, editorial, marketing, research, advertising and technical support to newspapers, magazine and websites worldwide. Jacobson has worked as a photographer, designer, editor, publishing systems analyst and project manager. He is a frequent leader of educational workshops for the American Press Institute and the Society for News Design.

**Awards**
Society for News Design Judges' Special Recognition for the overall design of five different newspapers in a single year. Jacobson is the only person to have received this distinction from the Society in its 27 years of competition.

**Education**
Bachelor of Fine Arts, Philadelphia College of Art and
San Francisco Art Institute

**Employment**
The Woodbury Times, Woodbury, NJ; Staff photographer, 1977
The Morning Call, Allentown, PA; Staff photographer, 1978–1984
The Virginian-Pilot, Designer, 1984–1986
The Virginian-Pilot, Design director, 1986–1987
The Virginian-Pilot, Front page editor, 1987–1988
Landmark Communications, Design director, 1988–1992
Brass Tacks Design, President, 1992–present

**Brass Tacks Design clients**
The New York Times
American Press Institute
Newspaper Association of America
Sunday Star-Times, New Zealand
St. Louis Post-Dispatch
The Bakersfield Californian
Yakima Herald Republic
Crain's Detroit Business
Seattle Post-Intelligencer
The Hartford Courant
The Birmingham News
Santa Fe New Mexican
The Dispatch, Brainerd, MN
Republican American, Waterbury, CT
The Daily Times, Wilson, NC
Observer-Reporter, Washington, PA
The Eureka Reporter, Eureka, CA
The Virginian-Pilot, Norfolk, VA
Sunday News, Lancaster, PA
Daily Press, Newport News, VA
The Republican, Springfield, MA
The Patriot, Harrisburg, PA
The Intelligencer, Doylestown, PA
The Flagship, Norfolk, Virginia
Benton County Daily Record, Bentonville, AR



bräs taks [colloq.] n. details of immediate practical importance

Brass Tacks Design

The Morning News, Pittsburg, Kansas
North Adams Transcript, North Adams, MA
Landmark Communications, Inc., Norfolk, VA
North Carolina Publishing Company, Greensboro, NC
Chattanooga Free Press, Chattanooga, TN
Gaithersburg Gazette, Gaithersburg, MD
The Seattle Times, Seattle, WA
Southern California Community Newspapers, Compton, CA

**Print redesigns**
Sunday Star-Times, New Zealand's largest newspaper
Idaho State Journal, Pocatello, ID
St. Louis Post-Dispatch
The Bakersfield Californian
RepublicanAmerian, Waterbury, CT
The Virginian-Pilot, Norfolk, VA
Hartford Courant, Hartford, CT
Santa Fe New Mexican
Yakima Herald-Republic, Yakima, WA
The Herald, Everett, WA
The Eureka Reporter, Eureka, WA?Brainerd Dispatch, Brainerd, MN
Southside Reporter, San Antonio, TX
ReminderNews, Vernon, CT
Wilson Daily Times, Wilson, NC
Citrus County Chronicle, Crystal River, FL
The Californian, El Cajon, CA
News & Record, Greensboro, NC
The Express Line, Norfolk, VA
The Ledger-Star, Norfolk, VA
The Birmingham News, Birmingham, AL
Daily Press, Newport News, VA
The Morning Sun, Pittsburg, KS
Springfield Republican, Springfield, MA
North Adams Transcript, North Adams, MA
North Jersey Herald & News, Passaic, NJ
Sunday News, Lancaster, PA
Lancaster New Era, Lancaster, PA
The Intelligencer, Doylestown, PA
Observer-Reporter, Washington, PA
Beaver County Times, Beaver, PA
The Flagship, Norfolk, VA
Stars & Stripes, Tokyo, Japan & Griesheim, Germany
Benton County Daily Record, Bentonville, AR
Las Vegas Review Journal
The Enterprise, Davis, CA

**Online redesigns**
Jobs.phillyburbs.com
Brasstacksdesign.com
Onlinemediasolutions.com
Classifiedexecutivetraining.com
Sunshinetimes.com
Wilsondaily.com

bräs taks [colloq.] n. details of immediate practical importance



Mydailyrecord.com
Blognewsnet.com
Observer-reporter.com
Reynoldsatreno.com
Alqarar.com
Homepagesusa.com
Youngaudiencesofva.com

**Workshop leader**
Newspaper Association of America
The Poynter Institute
American Press Institute
Society for News Design
New England Newspaper Association
Southern Newspaper Publishers Association
Inland Press Association
Florida Press Association
New York Press Association
Southern Classified Advertising Managers Association
Wyoming Press Association
Minnesota Press Association
Kentucky Press Association
Virginia Press Association
Pennsylvania Newspaper Publishers Association
Ohio Newspaper Association
Western Classified Advertising Association

**Published pages**
All 27 annuals published by the Society for News design since 1980
Print magazine
Design magazine

**Published photographs**
Major newspapers and magazine worldwide, including The New York Times, The Washington Post, Time magazine, People magazine and American Photographer magazine

**Published stories**
*Do big pictures miss the big picture by producing posters instead of useful newspaper pages?*

*How TV books hurt newspapers by reinforcing the fear of change*

*Design rides to the rescue of The Washington Post*

*Critics of API's Newspaper Next don't get it*

*Lies, damn lies and statistics: See the charts that show why now is time to redesign for revenue.*

*New rules for newspapers*

*How to sell more newspapers*

*KR's experience in Phila. and San Jose suggests two new strategies for boosting readership and revenue*

*Will the new NYTimes.com attract more visitors and advertisers?*

*It's time to redesign the Society for News Design*



brās taks [colloq.] n. details of immediate practical importance

*If newspaper markets are so different, why do most papers look so much alike?*

*Why tabs won't play in the U.S.A.*

*Prescription for boosting readership & revenue*

*Does design matter to readers?*

*What designers should be doing instead of chasing SND awards*

*A redesign is a waste of time and money if it doesn't deliver a return on investment*

*Poynter's Eye-Track research derailed*

*Brass Tacks leads API's first hands-on, classified design workshop*

*Online profits would disappear without print classifieds*

*Big changes ahead for real estate classifieds*

*A 3-step plan to save the classified franchise*

*Newspapers are losing their classified franchise to competing websites*

*Designer debunks myths*

*Why America was shut out of the SND judging*

*So you want to redesign your paper?*

*Redesign of the St. Louis Post-Dispatch*

*Online classified advertising*

*Online newspapers: Where's the revenue?*

*Maintaining the design at The Virginian-Pilot*

*The publisher's perspective on the redesign of the Herald & News*

*The designer's perspective on the redesign of the Herald & News*

*New Jersey daily really downsized*

*News & Record's new design tries to grab the young and restless*

*Portland Press Herald draws on unusual inspiration for redesign*

**Sources for this report**

*Photography: A Handbook of History, Materials, and Processes,* by Charles Swedlund, 1974

*Inside Reporting,* by Tim Harrower, 2006

*Poynter's Eye-Track research derailed,* by Alan Jacobson, 2004

*Report: AFP vs. Google,* by Philip Nesbitt, 2006

*Eyetrack III,* by The Poynter Institute, 2004

*Eyes of the News,* by The Poynter Institute, 1990

*News home page eyetracking,* from Google by Kerry Rodden and Xin Fu, July 2006

**Compensation**

I am paid $2000.00 per day for work on this case