IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AGENCE FRANCE PRESSE**<br><br>Plaintiff,<br><br>vs.<br><br>**GOOGLE INC.,**<br><br>Defendant. | CIVIL ACTION NO.: 1:05CV00546 (GK) |

**NOTICE OF CHANGED FIRM NAME AND EMAIL ADDRESSES**

Please note that the law firm of Bruce Joseph, Thomas Kirby, Andrew McBride and Jennifer Elgin, counsel for Defendant Google Inc., has changed its name from Wiley Rein & Fielding LLP to Wiley Rein LLP. The attorneys' email addresses have changed, as noted below. The firm's street address and the attorneys' telephone and facsimile numbers remain the same. Thus, the attorneys' current contact information is:

> Bruce G. Joseph (D.C. Bar No. 338236)
> Wiley Rein LLP
> 1776 K Street, N.W.
> Washington, DC 20006
> Telephone:   (202) 719-7258
> Facsimile:    (202) 719-7049
> E-mail:        bjoseph@wileyrein.com

Thomas W. Kirby (D.C. Bar No. 915231)
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC 20006
Telephone: (202) 719-7062
Fascimile: (202) 719-7049
E-mail: tkirby@wileyrein.com

Andrew G. McBride (D.C. Bar No. 426697)
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC 20006
Telephone: (202) 719-7135
Fascimile: (202) 719-7049
E-mail: amcbride@wileyrein.com

Jennifer L. Elgin (D.C. Bar No. 432975)
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC 20006
Telephone: (202) 719-7453
Fascimile: (202) 719-7049
E-mail: jelgin@wileyrein.com

Dated:  February 1, 2007          Respectfully submitted,


      /s/ Jennifer Elgin
Bruce G. Joseph (Bar No. 338236)
Thomas W. Kirby (Bar No. 915231)
Andrew G. McBride (Bar No. 426697)
Jennifer L. Elgin (Bar No. 432975)
WILEY REIN LLP
1776 K St. NW
Washington, DC  20006
202.719.7000
Fax: 202.719.7049
Attorneys for Defendant/Counter Claimant
Google Inc.