## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGENCE FRANCE PRESSE,        : | |
|                     : | |
|   Plaintiff and Counter Defendant,  : | |
|                     : | |
|        v.                 : | Civil Action No.: 1:05CV00546 (GK) |
|                     : | |
| GOOGLE, INC.,             : | |
|                     : | |
|   Defendant and Counter Claimant.  : | |
|                     : | |

## CONSENT MOTION FOR EXTENSION OF TIME

**COME NOW,** Agence France Presse and Google Inc. and jointly move the Court for a

thirty (30) day extension on all currently set dates.  As jointly discussed with the Court's clerk:

1.    The parties have been pursuing discovery diligently, answering interrogatories,

producing documents and expert reports, and taking depositions.

2.    The present schedule would end discovery and conduct a status conference on

February 27, 2007.

3.    The parties agree that an additional 30 days should be allowed.

Respectfully submitted,

_____/s/_____

Joshua J. Kaufman
**VENABLE LLP**
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-8538 (telephone)
(202) 344-8300 (facsimile)
jjkaufman@venable.com (email)

Counsel for Plaintiff/Counter Defendant
Agence France Presse

Dockets.Justia.com

_____/s/_____

Thomas W. Kirby
**WILEY REIN LLP**
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7000
(202) 719-7049
tkirby@wrf.com

Counsel for Defendant/Counter Claimant
Google Inc.

Date: February 2, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AGENCE FRANCE PRESSE, | : | |
|  | : | |
| Plaintiff and Counter Defendant | : | |
|  | : | |
| v. | : | Civil Action No.: 1:05CV00546 (GK) |
|  | : | |
| GOOGLE, INC., | : | |
|  | : | |
| Defendant and Counter Claimant | : | |
|  | : | |

## ORDER

**ORDERED**, upon consideration of the Consent/Joint Motion of the parties, it is hereby

ordered that all currently scheduled dates in this matter shall be extended for 30 days.


Date: _____          _____

                                      Hon. Gladys Kessler
                                      United States District Judge

12600782.1