# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGENCE FRANCE PRESSE, | : |
| Plaintiff and Counter Defendant | : |
| v. | Civil Action No.: 1:05CV00546 (GK) |
| GOOGLE, INC., | : |
| Defendant and Counter Claimant | : |

## ORDER

**ORDERED**, upon consideration of the Consent/Joint Motion of the parties, it is hereby ordered that all currently scheduled dates in this matter shall be extended for 30 days.

Date: _____    _____
                                  Hon. Gladys Kessler
                                  United States District Judge

12600782.1