# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGENCE FRANCE PRESSE, : | |
| Plaintiff and Counter Defendant, : | |
| v. : | Civil Action No.: 1:05CV00546 (GK) |
| GOOGLE, INC., : | |
| Defendant and Counter Claimant. : | |

## CONSENT MOTION TO EXTEND DISCOVERY DEADLINE AND CONDUCT TELEPHONIC STATUS REPORT

**COME NOW,** Agence France Presse and Google Inc. and jointly move the Court to (1) extend the present discovery deadline for another 30 days, and (2) consider instead a brief status report by telephone or in chambers in lieu of the conference present set for March 19.

1. The parties have been pursuing discovery diligently, answering interrogatories, producing documents and expert reports, and taking depositions. They agree that the present discovery deadline of March 27 should be extended by another 30 days to April 27.

2. The parties had hoped to report to the Court in chambers on March 8 concerning confidential items. They jointly suggest an informal telephonic report would be appropriate during the next week if the Court had five minutes available. It is likely that report would lead the Court to defer the March 19 conference.

12600782.2

Dockets.Justia.com

                        Respectfully submitted,

                        _____/s/_____
                        Joshua J. Kaufman
                        **VENABLE LLP**
                        575 7th Street, N.W.
                        Washington, D.C. 20004
                        (202) 344-8538 (telephone)
                        (202) 344-8300 (facsimile)
                        jjkaufman@venable.com (email)

                        Counsel for Plaintiff/Counter Defendant
                        Agence France Presse


                        _____/s/_____
                        Thomas W. Kirby
                        **WILEY REIN LLP**
                        1776 K Street, N.W.
                        Washington, D.C. 20006
                        (202) 719-7000
                        (202) 719-7049
                        tkirby@wrf.com

                        Counsel for Defendant/Counter Claimant
                        Google Inc.

Date: March 7, 2007

12600782.2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AGENCE FRANCE PRESSE, | : | |
| Plaintiff and Counter Defendant | : | |
| v. | : | Civil Action No.: 1:05CV00546 (GK) |
| GOOGLE, INC., | : | |
| Defendant and Counter Claimant | : | |

## ORDER

**ORDERED**, upon consideration of the Consent/Joint Motion of the parties, it is hereby ordered that the discovery deadline is extended until April 27, the March 19 conference is cancelled, and counsel are authorized to contact chambers by telephone to schedule a short and informal telephonic status report during the next week.

Date: _____

_____
Hon. Gladys Kessler
United States District Judge

12600782.2