IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AGENCE FRANCE PRESSE,

    Plaintiff and Counter Defendant,

v.

GOOGLE INC.,

    Defendant and Counter Claimant.

Civil Action No.: 1:05CV00546 (GK)

## STIPULATION OF DISMISSAL

**COME NOW,** Agence France Presse and Google Inc. having resolved the differences which have arisen between them which lead to this cause of action, therefore jointly dismiss their respective claims and counterclaims with prejudice by stipulation pursuant to Rule 41(a)(1).

Respectfully submitted,

/s/
Joshua J. Kaufman
**VENABLE LLP**
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-8538 (telephone)
(202) 344-8300 (facsimile)
jjkaufman@venable.com (email)

Counsel for Plaintiff/Counter Defendant
Agence France Presse

/s/
Thomas W. Kirby
**WILEY REIN & FIELDING LLP**
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7000
(202) 719-7049
tkirby@wrf.com

Counsel for Defendant/Counter Claimant
Google Inc.

Date: April 6, 2007